IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John A. Lindquist, in substitution for David House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

John A. Lindquist,
Trial Attorney
U.S. Department of Justice
Tax Division, CTSN
Post Office Box 55
Ben Franklin Station
Washington, D. C. 20044

Dated: June 17, 2005

s/ John A. Lindquist
John A. Lindquist
Justice Department (Tax)
Civil Trial Section, Northern Region
(202) 307-6561
Fax: (202) 514-5238
E-Mail: John.A.Lindquist@USDOJ.GOV