# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T

| | |
|---|---|
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

**ORDER GRANTING JOINT MOTION TO FILE APPENDIX TO JPSR VIA CD-ROM AND TO FILE CERTAIN EXHIBITS UNDER SEAL**

On this _______ day of ________________, 2005, the Court heard the Joint Motion to File Appendix to JPSR via CD-ROM and to File Certain Exhibits Under Seal filed in this cause on August 10, 2005. The Court, having considered the Motion, any responsive pleadings, arguments of counsel, and evidence presented, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the Parties shall submit their Appendix to the JPSR via CD-ROM and that all exhibits to the Appendix containing tax returns and other personal financial information shall be filed under seal.

________________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS