# In the United States Court of Federal Claims

No. 05-231 T
(Filed: August 11, 2005)

****************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On August 11, 2005, the parties filed a joint motion for leave to file their Joint Preliminary Status Report (JPSR) Appendix via CD-ROM and to file some of the exhibits therein under seal, due to the volume of the appendix and the confidentiality of some of the exhibits in the JPSR Appendix (namely, tax records and personal financial information).

The parties' motion is hereby GRANTED. The parties shall file their JPSR Appendix today, August 11, 2005. The appendix shall be in CD-ROM format, and the parties shall designate the portions of the appendix that are to be protected as confidential information (i.e., the parties shall designate as under seal the necessary exhibits or page numbers).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge