# In the United States Court of Federal Claims

No. 05-231 T
(Filed: August 11, 2005)

```
************************************
JZ BUCKINGHAM INVESTMENTS LLC,        *
                                      *
                    Plaintiff,        *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
                    Defendant.        *
                                      *
************************************
```

**ORDER**

On August 11, 2005, Plaintiff submitted, on behalf of both parties, the appendix to the Joint Preliminary Status Report (JPSR). However, pursuant to Rules 11(a), 10, and 5.1 of the Rules of the United States Court of Federal Claims, this submission cannot be filed. Instead, Plaintiff must (1) file a Notice of Filing, which shall be in the format generally used for filings, (2) sign the document, and (3) attach a signed certificate of service.

The Court hereby ORDERS that Plaintiff correct the above deficiencies. The JPSR Appendix will be accepted by leave of the Court if it is received by tomorrow, **August 12, 2005**.

The Court also notes that the Judge's name is not present on the JPSR itself, although this is required under Rule 5.3(g). Therefore, the parties are further ORDERED to include the Judge's name on all future filings, including the filing of the above-referenced Notice of Filing.

It is further ORDERED that counsel shall become familiarized with the Rules of the Court, as the Court previously ordered in ¶ 1(a) of the Special Procedures Order, filed in this case on April 18, 2005.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge