**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **Carmel Partners, an Indiana general partnership; HNC Ditch Investments LLC as Tax Matters Partner and Henry N. Camferdam, Jr. as sole owner of the Tax Matters Partner; JMA Sedgemoor Investments LLC, as partner and Jeffrey M. Adams as its sole owner; JM Walnut Investments LLC as partner and Jay S. Michener as its sole owner; CT Oak Tree Investments LLC as partner and Carol A. Bockelman-Trigilio as its sole owner,** | § | **CASE NO. 1:04-CV-1661-JDT-WTL** |
| **Petitioners,** | § | |
| **v.** | § | |
| **United States of America,** | § | |
| **Respondent.** | § | |

**ORDER GRANTING PETITIONERS' MOTION TO DEEM CERTAIN ALLEGATIONS ADMITTED**

On this _______ day of ________________, 2005, the Court heard Petitioners' Motion to Deem Certain Allegations Admitted, or in the Alternative, for a More Specific Answer. The Court, having considered the Motion, any responsive pleadings, arguments of counsel, and evidence presented, FINDS this Motion should be granted. Therefore, it is hereby ORDERED that Paragraphs 1, 2, 5, 8, 11, 16, 24, 27-42, 45-46, 49, 53-56, 60-64, and 66 of Petitioners' First Amended Petition for Readjustment of Partnership Items Under 26 U.S.C. § 6226 are considered admitted by Respondent.

____________________________________
UNITED STATES DISTRICT JUDGE