# In the United States Court of Federal Claims

No. 05-231 T
(Filed: September 2, 2005)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

As discussed at the preliminary status conference held September 1, 2005, the Court hereby ORDERS that:

1. Plaintiff shall re-file the appendix to the Joint Preliminary Status Report (JPSR) on two CD-ROMs on or before September 9, 2005. One CD-ROM shall contain the sealed documents. The other CD-ROM shall contain the unsealed documents. The CD-ROMs shall be clearly marked, and the number of the exhibits on the CD-ROMs shall correspond to the list of exhibits in the JPSR. The Court directs the Clerk of the Court to strike the previously filed JPSR appendix (Docket No. 21; filed August 12, 2005).

2. With respect to Plaintiff's Motion to Deem Certain Allegations Admitted, filed August 30, 2005, the parties shall try to settle the matter informally, but briefing of the motion shall proceed according to the Rules of the Court.

3. On or before October 3, 2005,

    a. Plaintiff shall file a motion for summary judgment regarding the sufficiency of the Final Partnership Administrative Adjustment (FPAA); and

b. Defendant shall file a motion for enlargement of the number of interrogatories and depositions, explaining why an increase in the number of interrogatories and depositions is warranted.

4. Plaintiff shall serve an expert witness list accompanied by a written expert report, and shall make experts available for deposition on or before May 1, 2006. Defendant shall serve an expert witness list accompanied by a written expert report, and shall make experts available for deposition on or before June 1, 2006. All discovery, including all expert discovery, shall close on October 3, 2006.

5. A Joint Status Report (JSR) shall be filed on or before October 5, 2006. The JSR shall discuss progress, settlement negotiations, and whether dispositive motions will be filed (including dates for such motions). A Status Conference shall be held on October 12, 2006 at 11:00 am ET. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

The Court also notes for the record that, at the September 1, 2005 Status Conference, the parties stipulated that:

1. Although the FPAA is dated 2000, the substance of the FPAA applies to 1999. Hence, there is no dispute as to a genuine issue of material fact that would preclude a decision on the October 3, 2005 Motion for Summary Judgment.

2. If the amount of the deposit Plaintiff submitted to the Internal Revenue Service (IRS) under Section 6226(e) of the Internal Revenue Code is incorrect, Plaintiff will make the additional deposit, in which case the parties agree that the Court has jurisdiction.

In the future, the parties shall call the judicial assistant one day prior to any scheduled status conference to provide the telephone number where he/she can be reached. If a motion is filed within 48 hours of a status conference, the chambers shall be alerted via a courtesy copy or a telephone call.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge