# In the United States Court of Federal Claims

No. 05-231 T
(Filed: September 16, 2005)

| | |
|---|---|
| *********************************** | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On September 2, 2005, the Court ordered Plaintiff to re-file the appendix to the Joint Preliminary Status Report, placing the sealed and unsealed documents on separate CD-ROMs. Pursuant to RCFC 5.3(d), Plaintiff is required to submit an original and two copies of any paper filed with the Clerk of Court.

On September 8, 2005, Plaintiff attempted to file one copy of each of the CD-ROMs. The Clerk is directed to file these by leave of the Court.

Plaintiff is hereby ORDERED to submit directly to chambers, on or before September 23, 2005, the two additional copies of each of the CD-ROMs required by RCFC 5.3(d).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge