*State of Delaware*

# *Office of the Secretary of State*



I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "JGB BOHICKET INVESTMENTS LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF NOVEMBER, A.D. 1999, AT 9 O'CLOCK A.M.

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
3

3127128 8100

991487801

AUTHENTICATION: 0085846

DATE: 11-16-99

# CERTIFICATE OF FORMATION

# OF

# JGB BOHICKET INVESTMENTS LLC

The undersigned, an authorized person, for the purpose of forming a limited liability company under the provisions and subject to the requirements of the Delaware Limited Liability Company Act of the State of Delaware (6 Del.C. §18-101, et seq.) hereby certifies that:

FIRST: The name of the limited liability company (hereinafter called the "limited liability company") is JGB Bohicket Investments LLC.

SECOND: The address of the registered office is c/o National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

THIRD: The name and address of the registered agent of the limited liability company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 16th day of November, 1999.

Donna M. Guerin

Donna M. Guerin,
Authorized Person

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 09:00 AM 11/16/1999*
*991487801 – 3127128*