**Taxpayer Name:** Boyd, James G & Hazel T **Examiner:** Moss, Alan E
**TIN:** [redacted]
**Tax Form:** 1040 **Date:** 11/18/04

## Announcement 2002-2 Disclosure Initiative Lead Sheet

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 199912 | 0.00 | 0.00 | 0.00 |
| | | | |
| | | | |

**Conclusion:** *(Reflects the final determination on the issue.)*

Documents pertaining to the Announcement 2002-2 Disclosure Initiative.

| **Audit Steps:** *(Document audit steps taken or to be taken.)* | **Workpaper Reference** |
|---|---|
| N/A | Q, 1-9 |

**Facts:** *(Document the relevant facts.)*

Taxpayer complied with the terms of the Announcement 2002-1 Disclosure Initiative and provided all records requested from him.

**Law:** *(Tax Law, Regulations, court cases, and other authorities)*

IRC Section: § N/A

Specific citations: N/A

**Taxpayer Position:** *(If applicable)*

N/A

EXHIBIT G

**Boyd, J&H**
Form: 1040
Tax Period(s): 199912

Examiner: AEM
Date: 1/24/2003

# Penalties Lead Sheet

| IRC | Penalty | IRM Reference | For each applicable penalty enter either: Reason for Assertion or Non-Assertion or Workpaper Reference |
|---|---|---|---|
| 6651(a)(1)<br>6651(a)(2) | Failure to File<br>Failure to Pay | 120.1.2.3<br>120.1.2.4 | N/A-Form 1040 was timely filed. |
| 6654<br>6655 | Estimated Tax | 120.1.3.1.1<br>120.1.3.5 | N/A-Form 1040 was timely filed, no tax liability due on tax return as filed. |
| 6662(c) | Negligence (General) | 120.1.5.7.1 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6662(d) | Substantial Understatement | 120.1.5.8 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6662(b) | Other Accuracy Related | 120.1.5.1 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6663 | Fraud | 120.1.5.12 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. Examination changes due to technical issues. |
| | Other: | | N/A |
| | Alternative Penalty Position | 120.1.5.12.2 and 4.2.6.7 | N/A |
| | Abatement of Assessed Penalties | 120.1.1.3 | N/A - No penalities previously assessed. |
| 6694(a) or 6694(b) | Preparer Penalties considered in accordance with IRM Handbook | 120.1.6.3.1<br>120.1.6.3.2 | No preparer penalties recommended. (1) Identified on tax return, (2) Furnished copy of return to Tp, (3) refund made to Tp. Examination adjustments due to technical issues, Preparer only took information and put on return in preparation of it. Preparer did not promote SOB transaction. |

**MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

**JOEL N. CROUCH, P.C.** - Partner
DIRECT DIAL (214) 749-2456
jcrouch@meadowsowens.com

FAX (214) 747-3732
WATS (800) 451-0093

October 22, 2004

Mr. Alan E. Moss
Revenue Agent
Internal Revenue Service
1 Poston Road
Suite 220
Charleston, South Carolina 29407

Re: James and Hazel Boyd

Dear Mr. Moss:

As you are aware, the above-referenced Taxpayers filed a disclosure with the IRS pursuant to IRS Announcement 2002-2. It is our understanding the Taxpayers have provided the information required by Announcement 2002-2. If this incorrect, please contact me so that the Taxpayers can respond.

Very truly yours,

JOEL N. CROUCH, P.C.

By: [signature]
Joel N. Crouch, President

JNC/kme/309487

11/8/04 Call Mr. Crouch
- Informed T/P made disclosure + [illegible] Records
- Mr. Crouch indicated T/P is [illegible] from Settlement Office
-

**Taxpayer Name:** Zucker, Jerry & Anita G. **Examiner:** Moss, Alan E

**TIN:** [redacted]

**Tax Form:** 1040 **Date:** 11/16/04

## Penalty Approval Form

| IRC | Penalty | IRM | Assert Penalty Yes | Assert Penalty No | Assert Penalty N/A |
|---|---|---|---|---|---|
| 6651(a)(1) | Failure to File | 20.1.2.3 | | X | |
| 6651(a)(2) | Failure to Pay | 20.1.2.4 | | X | |
| 6654 | Estimated Tax – Individual | 20.1.3.1.1 | | X | |
| 6655 | Estimated Tax – Corporate | 20.1.3.5 | | | X |
| 6662(c) | Negligence | 20.1.5.7 | | X | |
| 6662(d) | Substantial Understatement | 20.1.5.8 | | X | |
| 6662(b) | Other Accuracy Related | 20.1.5.1 | | X | |
| 6663 | Fraud | 20.1.5.12 | | X | |
| **Other** | | | **Yes** | **No** | **N/A** |
| | Alternative Penalty Position | 20.1.5.12.2 | | X | |
| | Abatement of Assessed Penalties | 20.1.1.3 | | X | |
| 6694(a) | Preparer Penalties - Negligent | 20.1.6.3.5 | | X | |
| 6694(b) | Preparer Penalties - Willful | 20.1.6.3.5 | | X | |
| | | | | | |

**Reason(s) for Assertions of Penalty(s):**

Return timely filed, no tax due. Preparer (1) identified on tax return, (2) furnished copy to taxpayer, (3) refund went to taxpayer. Tp filed under the provisions of Announcement 2002-2 and furnished information and documents requested. Therefore, no accuracy related penalties are applicable. Fraud is not applicable due to technical nature of issues present on return – SOB transactions.

**Group Manager Involvement:**

____Approved ____Disapproved

**Signature:** ______________________ **Date:** ______________

**Comments:**

**Taxpayer Name:** Zucker, Jerry & Anita G. **Examiner:** Moss, Alan E
**TIN:** [redacted]
**Tax Form:** 1040 **Date:** 11/16/04

## Announcement 2002-2 Disclosure Initiative Program Lead Sheet

| Tax Period | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| 1999120.00 | 0.00 | 0.00 | 0.00 |
| | | | |
| | | | |

**Conclusion:** *(Reflects the final determination on the issue.)*

Documents pertaining to Announcement 2002-2 Disclosure Initiative Program.

| Audit Steps: *(Document audit steps taken or to be taken.)* | Workpaper Reference |
|---|---|
| N/A | |

**Facts:** *(Document the relevant facts.)*

Taxpayer responded to Announcement 2002-02 and provided all requested information and documents. Therefore no accuracy related penalties are applicable in this case.

**Law:** *(Tax Law, Regulations, court cases, and other authorities)*

IRC Section: § N/A

Specific citations: N/A

**Taxpayer Position:** *(If applicable)*

N/A

MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

JOEL N. CROUCH, P.C. - Partner
DIRECT DIAL (214) 749-2456
jcrouch@meadowsowens.com

FAX (214) 747-3732
WATS (800) 451-0093

October 22, 2004

Mr. Alan E. Moss
Revenue Agent
Internal Revenue Service
1 Poston Road
Suite 220
Charleston, South Carolina 29407

Re: Jerry E. and Anita Zucker

Dear Mr. Moss:

As you are aware, the above-referenced Taxpayers filed a disclosure with the IRS pursuant to IRS Announcement 2002-2. It is our understanding the Taxpayers have provided the information required by Announcement 2002-2. If this incorrect, please contact me so that the Taxpayers can respond.

Very truly yours,

JOEL N. CROUCH, P.C.

By: [signature]
Joel N. Crouch, President

JNC/kme/309486