# In the United States Court of Federal Claims

No. 05-231 T
(Filed: October 3, 2005)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

On September 28, 2005, Plaintiff attempted to file its Reply to Defendant's Opposition to Plaintiff's Motion to Deem Certain Allegations Admitted. The Reply was defective, however, because the index to the appendix was missing.

The Court hereby ORDERS that the Clerk of Court return the Reply to Plaintiff.

The Court further ORDERS that Plaintiff file a corrected Reply on or before October 7, 2005.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge