IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' MOTION FOR ENLARGEMENT OF THE NUMBER OF DEPOSITIONS AND INTERROGATORIES**

The United States, by its undersigned counsel, hereby moves, pursuant to Rule 26(b)(2) of Rules of the Court of Federal Claims ("RCFC"),[1] for an enlargement of the number of depositions and interrogatories.

RCFC Rules 33 and 30 presumptively limit the number of interrogatories that may be served, and the number of depositions that may be taken. Rule 33 presumptively limits the number of interrogatories that may be served by a party to twenty-five (25). RCFC 33(a). Rule 30 presumptively limits the number of depositions that may be taken by a party to ten (10). Under Rule 26(b)(2), where a party makes a particularized showing of need, these presumptive

---

[1] The Rules of Court of Federal Claims generally parallel the structure and content of the Federal Rules of Civil Procedure. *See, e.g.*, Committee Notes to RCFC 26 and RCFC 30.

limits may be enlarged. The United States requests leave to serve up to 150 interrogatories and to take up to 60 depositions because of the massive amount of promoter discovery that must be taken in this and the other COBRA cases. On September 1, 2005, plaintiff's counsel represented that plaintiff would not concur in the United States' request and counsel for the United States represented that the United States would move for an enlargement.

A separate memorandum of law in support of this motion is being filed concurrently herewith.

Respectfully submitted on October 3, 2005,

/S/ John A. Lindquist
JOHN A. LINDQUIST
Attorney of Record
U.S. Department of Justice - Tax Division
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/S/ John A. Lindquist
John A. Lindquist
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561