| Form 872-I (Rev November 2001) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax As Well As Tax Attributable to Items of a Partnership** | In reply refer to: 1221:AEM<br>Taxpayer Identification Number 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 |
|---|---|---|

Jerry & Anita G. Zucker
(Name(s))

taxpayer(s) of 16 Buckingham Drive, Charleston, S.C. 29407
(Number, Street, City or Town, State, ZIP Code)

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal Income (Kind of tax) tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 1999

may be assessed at any time on or before December 31, 2004 (Expiration date). However, if a notice of deficiency in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends.

Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items. In accordance with paragraph (1) above, an assessment attributable to a partnership shall not terminate this agreement for other partnerships or for items not attributable to a partnership. Similarly, an assessment not attributable to a partnership shall not terminate this agreement for items attributable to a partnership.

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE → Jerry Zucker — 1/5/03 (Date signed)

SPOUSE'S SIGNATURE → Anita G. Zucker — 1/5/03 (Date signed)

TAXPAYER'S REPRESENTATIVE SIGN HERE → (Date signed)

CORPORATE NAME →

CORPORATE OFFICER(S) SIGN HERE → (Title) (Date signed)

→ (Title) (Date signed)

EXHIBIT C

INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

Joel A. Gouverneur — Deputy Compliance SBSE, Area
(Division Executive Name - see instructions) (Division Executive Title - see instructions)

BY Amanda M. Cole, Gp — 1-27-03
(Authorized Official Signature and Title - see instructions) (Date signed)