IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Dennis M. Donohue, in substitution for John A. Lindquist, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dennis M. Donohue
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
**e-mail address:** dennis.donohue@usdoj.gov

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Senior Litigation Counsel
Office of Civil Litigation
Tax Division
U.S. Department of Justice
Washington, D.C. 20001
Telephone: (202) 307-6492