MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

JOEL N. CROUCH, P.C. - Partner
DIRECT DIAL (214) 749-2456
jcrouch@meadowsowens.com

FAX (214) 747-3732
WATS (800) 451-0093

September 30, 2005

**VIA FACSIMILE TRANSMISSION**

John A. Lindquist, Esq. and
Dennis Donohue, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Re: *JZ Buckingham Investments LLC v. United States*
Case No. 05-231T

Gentlemen:

We are agreeable to increase the number of depositions to twenty (20) for both sides and the number of interrogatories to fifty (50). Please confirm that you will be supplementing your Rule 26 disclosures pursuant to my request regarding the documents that illegible or were incomplete.

I appreciate your assistance and cooperation in this matter.

Very truly yours,

JOEL N. CROUCH, P.C.

By: [signature]
Joel N. Crouch, President

JNC/kme/326667

EXHIBIT A

 P. 1

* * * COMMUNICATION RESULT REPORT ( SEP 30 2005 10:56AM ) * * *

FAX HEADER 1: MEADOWS OWENS COLLIER REED COUSI
FAX HEADER 2:

TRANSMITTED/STORED : SEP 30 2005 10:49AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 3062 | MEMORY TX | | 2025145238 | OK | 2/2 |
| | | | 2025145238 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL E-2) BUSY
E-3) NO ANSWER E-4) NO FACSIMILE CONNECTION

**MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

FAX (214) 747-3732
WATS (800) 451-0093

## FACSIMILE TRANSMISSION COVER SHEET

**Page 1 of 2 including cover sheet**

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| John A. Lindquist, III, Esq. | United States Department of Justice – Tax Division | (202) 514-5238 | |
| Dennis Donohue, Esq. | United States Department of Justice – Tax Division | (202) 514-5238 | |

| | | | |
|---|---|---|---|
| **FROM:** | JOEL N. CROUCH, P.C. | **DATE:** | September 30, 2005 |
| **PHONE:** | DIRECT DIAL (214) 749-2456 | **CLIENT/MATTER #:** | Z033/A401 |

**If transmission is not complete,**
**Please call (214) 744-3700.**

**COMMENTS:**

If you did not receive all of this transmission, please call the operator listed above as soon as possible. The information contained in this facsimile message is **ATTORNEY PRIVILEGED** and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

Thank You.