IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

MOTION FOR LEAVE TO FILE REPLY BRIEF *INSTANTER*

Pursuant to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims, defendant United States respectfully moves for leave to file the attached reply brief instanter. The defendant United States' Reply Brief was due to be filed by October 31, 2005. Due to an oversight occurring at the time of our substitution of counsel of record, defendant failed to schedule the due date for its reply properly. Defendant accordingly requests a one week enlargement of time to file its reply brief and leave to file its reply brief *instanter*. Plaintiff has no objection to this motion.

WHEREFORE, the defendant prays that its motion for a leave to file its reply brief *instanter* be allowed.

Respectfully submitted,

November 7, 2005
Date

s\ Dennis M. Donohue

DENNIS M. DONOHUE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed the foregoing brief with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/S/ John A. Lindquist
John A. Lindquist
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561