JZ Buckingham - identification of potential witnesses

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Alexander | Alex | Deutsche Bank Alex Brown, 31 West 52nd Street, NY, NY 10019 | | DB | Listed in Camferdam Texas petition, paragraph 89, 105 | | | |
| 2 | Boyles | William (Bill) | Deutsche Bank Alex Brown, 31 West 52nd Street, NY, NY 10019 | | DB | Listed in Camferdam Texas petition, paragraph 87 | | | |
| 3 | Brooks | Dan | Clarion Capital, Ny, NY, c/o David C. Smith, Kilpatrick Stockton, LLP, 1001 W. Fourth Street, Winston Salem, NC 27101 (per Carmel) | | DB | Development, pricing, promotion, and implementation of COBRA transaction | | | |
| 4 | Brubaker | Craig | c/o Seth C. Farber, Esq, Dewey Ballentine, 1301 Avenue of th Americas, NY, NY 10019-6092 | | DB | Development, promotion, and implementation of COBRA transaction | | | |
| 5 | Burnside | Sandra | Deutsche Bank Alex Brown, 31 West 52nd Street, NY, NY 10019 | | DB | Development, promotion, and implementation of COBRA transaction | | | |
| 6 | Clendening | Todd | c/o Seth C. Farber, Esq, Dewey Ballentine, 1301 Avenue of th Americas, NY, NY 10019-6092 | | DB | Development, promotion, and implementation of COBRA transaction | | | |
| 7 | Parse | David | Deutsche Bank Alex Brown, 31 West 52nd Street, NY, NY 10019 | 212/474-8000 | DB | Development, promotion, and implementation of COBRA transaction | | | |

GOVERNMENT EXHIBIT D

PENGAD-Bayonne, N. J.

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Roark | Carl | Managing Director and GenealCounsel, Deutsche Bank Alex Brown, 135 E. Baltimore St., Baltimore, MD 21202 | | DB | Development, promotion, and implementation of COBRA transaction | | | |
| 9 | Akers | Stephen R. | EY (Southwest) | | EY | Marketing | | | |
| 10 | Aspirilla | Lily | Ernst & Young | | EY | | | | |
| 11 | Bean | John M. | Ernst & Young, 1400 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402-1491 | | EY | Marketing and Contact person | | | x |
| 12 | Bearer | Micahel F. | EY (Washington) | | EY | Marketing, reporting and concealment | x | | x |
| 13 | Blanchard | Jerred G. | EY (National) | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 14 | Bolton | Ona | Ernst & Young | | EY | Reporting and concealment of COBRA transaction | | | |
| 15 | Booth | Betty | Ernst & Young | | EY | | | | |
| 16 | Broadbent | John | Ernst & Young | | EY | | | | |
| 17 | Brodsky | Jeff | EY (Chicago) | | EY | Marketing | | | x |
| 18 | Cangro | Charles R. | EY (NY) | | EY | Marketing | | | Quick Strike Area Leader (Metro New York - New York) |
| 19 | Carson | Robler L. | EY (New England) | | EY | Marketing | | | x |
| 20 | Colvin | Patricia | Ernst & Young | Patricia Colvin of Ernst & Young | EY | | | | |
| 21 | Conlon | Denis J. | Ernst & Young | | EY | Respone to IDR for opinions of J&G and SAB&W | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 22 | Coplan | Robert | Ernst & Young, 1225 Connecticut Avenue, N.W., Washington, D.C. 200036 | 202/327-8707 | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | x | Viper Board of Directors | x |
| 23 | Cox | James A. | EY (N.California) | | EY | Marketing, reporting and concealment | x | | Quick Strike Area Leader (PAC NW-SF) |
| 24 | Dell | Mike | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 25 | Dougherty | Thomas | Ernst & Young | | EY | Marketing, reporting and concealment | x | | |
| 26 | Duboff | Gary M. | EY (Chicago) | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions (Quick Strike team member) | | | Quick Strike Area Leader (Lake Michigan) |
| 27 | Dubroff | Andrew | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 28 | Fessler | Shari R. | Ernst & Young | | EY | Marketing | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Francis | Barton C. | Ernst & Young, Phillips Point, West Tower, 777 S. Flager Drive, Suite 1200, West Palm Beach, FL 33401 | | EY | Marketing, reporting, concealment and Contact person | x | | x |
| 30 | Fredlender | Michael S. | Ernst & Young (S. California) | | EY | Marketing | | | Quick Strike Area Leader (PAC SW) |
| 31 | Friedman | Ron | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 32 | Garlock | David C. | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 33 | Garner | Robert J. | EY (National) | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions (Viper Board of Directors) | | Viper Board of Directors | x |
| 34 | Gerson | David | EY (NY) | | EY | Marketing | | | x |
| 35 | Goodson | Stewart G. | Stewart G. Goodson of Ernst & Young, San Antonio Office, Tel. 210/242-7169; | Stewart G. Goodson of Ernst & Young, San Antonio Office, Tel. 210/242-7169; | EY | Marketing | | | |
| 36 | Guffinan | Grary R. | Gary R. Guffinan of Ernst & Young | Gary R. Guffinan of Ernst & Young | EY | | | | |
| 37 | Haggerty | Jennifer L. | EY (Philadelphia) | | EY | Marketing | | | x |
| 38 | Hallock | Melanie | Ernst & Young | | EY | Marketing | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Harbour | Allan M. | EY (S.California) | | EY | Marketing | | | x |
| 40 | Hascher | Glenn H. | EY (Conn.) | | EY | Marketing | | | Quick Strike Area Leader (Metro New York - White Plains) |
| 41 | Haynie | Robert M. | Ernst & Young, 999 Third Avenue, Ste. 3500, Seattle, WA 98104-4086 (N. California region) | | EY | Marketing, reporting, concealment and contact person | x | | Quick Strike Area Leader (PAC NW-Seattle) |
| 42 | Heck | Jay | 111 Monument Circle, Suite 2600, P.O. box 44972, Indianapolis, IN 46244-072 | 317/681-7000 | EY | Marketing | | | |
| 43 | Hegerman | David | EY (Cleveland Office) | | EY | Listed in Camferdam Texas petition, paragraph 128 | | | |
| 44 | Hertz | Frank G. | Frank G. Hertz of Ernst & Young | Frank G. Hertz of Ernst & Young | EY | Marketing | | | |
| 45 | Hoeing | Wayne T. | Ernst & Young, LLP, One Indiana Square, Ste. 3400, Indianapolis, IN, 46204; | | EY | Marketing | | | |
| 46 | Hooker | Ken | Ken Hooker of Ernst & Young; | Ken Hooker of Ernst & Young; | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 47 | Hortenstine | Barksdale | Barksdale Hortenstine of Ernst & Young | Barksdale Hortenstine of Ernst & Young | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 48 | Hughes | Kenneth D. | Ernst & Young, Two Liberty Square, 75 Beattie Place, Suite 800, Greenville, SC 29603 | 864/298-6434 | EY | Marketing | | | |
| 49 | Hutchinson | James A. | EY (Philadelphia) | | EY | Marketing | | | x |
| 50 | Jackel | Monte A. | Ernst & Young | | EY | Listed in Camferdam Texas petition, paragraph 107, 109, 110 | | | |
| 51 | Johnson | Robert | EY (Gulfcoast) | | EY | Marketing | | | x |
| 52 | Johnson | David G | EY (N.Ohio/Michigan) | | EY | Marketing, reporting and concealment | x | | x |
| 53 | Jones | Richard | Ernst & Young, 1900 Frost Bank Tower, 100 West Houston Street, San Antonio, TX 78205 | | EY | Marketing, Contact person, reporting and concealment | x | | Quick Strike Area Leader (Gulf Coast) |
| 54 | Joyner | Richard J. | EY (SW) | | EY | Marketing | | | x |
| 55 | Keating | Amy | EY (Philadelphia) | 215/448-5498 | EY | Reporting and concealment of COBRA transaction | | | |
| 56 | Kennedy | Paula B. | Ernst & Young, 1400 Pillsbury Center, 200 South Sixth Street, Minneapolis, MN 55402-1491 | | EY | Reporting and concealment of COBRA transaction | | | Quick Strike Area Leader (Minneapolis) |
| 57 | Knight | Ray | Ernst & Young, 101 Independence Center, Suite 1100, 101 North Tryon Street, Carlotte, NC 28246 | 704/372-6300 | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions (contact person) | x | | x |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Kowal | Charles R. | Ernst & Young | | EY | Marketing, reporting and concealment | x | | x |
| 59 | Kraner | Richard F | EY (Missouri/Kansas) | | EY | Marketing | | | Quick Strike Area Leader (St. Louis) |
| 60 | Kyriacou | Andrew | EY (New England) | | EY | Marketing | | | Quick Strike Area Leader (New England) |
| 61 | Lee | David E. | Ernst & Young | | EY | Marketing | | | |
| 62 | Lehman | Lynne M. | EY (S.California) | | EY | | | | x |
| 63 | Lucido | Peter D. | EY (NY) | 212/773-5332 | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | x | Viper Associate Director | x |
| 64 | Mahoney | Peter C. | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 65 | Marzziotti | Robert | EY (NY) | | EY | Reporting and concealment of COBRA transaction | | | |
| 66 | Mataloni | Victoria R. | Ernst & Young (SW) | | EY | Marketing | | | Quick Strike Area Leader (Soutwest) |
| 67 | Merk | Melinda S. | Ernst & Young, , 1225 Connecticut Avenue, N.W., Washington, D.C. 200036 | 202/327-6515 | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | x | | x |
| 68 | Montgomery | Stephen N. | Stephen N. Montgomery of Ernst & Young | Stephen N. Montgomery of Ernst & Young | EY | | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Murphy | William P. | Ernst & Young, 1300 Huntington Bldg., 925 Euclid Avenue, Cleveland, OH 44115 | | EY | Marketing, reporting, concealment and contact person | x | | Quick Strike Area Leader (Lake Erie) |
| 70 | Neimbar | Micky | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 71 | Nicosia | Joe | Ernst & Young | | EY | Reporting and concealment of COBRA transaction | | | |
| 72 | Nissenbaum | Martin | Ernst & Young, New York Office, Tel. 212/773-2416 (listed by P as unknown) | 212/773-2416 (listed by P as unknown) | EY | | x | Viper Board of Directors | x |
| 73 | Parson | Susan M. | Ernst & Young | | EY | Marketing | | | |
| 74 | Paul | Charles W. | EY (Washington) | | EY | Marketing, reporting, concealment and Contact person | x | | Quick Strike Area Leader (Mid-Atlantic) |
| 75 | Payne | Hunter A. | EY (Washington) | | EY | | | | x |
| 76 | Pozansky | Syliva J. | EY (Chicago) | | EY | | | | x |
| 77 | Ratner | Charles L. | EY (N.Ohio/Michigan) | | EY | | | | x |
| 78 | Reed | Michael | Ernst & Young (Missouri/Kansas) | | EY | Marketing | | | Quick Strike Area Leader (Kansas City) |
| 79 | Rhodes | Carl A. | Ernst & Young, 1300 Chiquta Center, 250 East Fifth Street, Cincinnati, OH 45202 (listed by C as unknown) | | EY | Marketing, reporting, concealment and contact person (S.Ohio/Kentucky/Indiana) | x | | x |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Ruderman | Amy R. | Ernst & Young, Tax Compliance Manager | 215/448-5323 | EY | Reporting and concealment of COBRA transaction | | | |
| 81 | Ryan | James E. | Ernst & Young | | EY | Reporting and concealment of COBRA transaction | | | |
| 82 | Salvemini | Dom A. | Ernst & Young | | EY | Marketing | | | |
| 83 | Sazalkowski | Michael | Ernst & Young (SE) | | EY | | | | x |
| 84 | Schlemmer | Robert C. | Ernst & Young, 1300 Chiquta Center, 250 East Fifth Street, Cincinnati, OH 45202 (listed by C as unknown) | | EY | Marketing, reporting, concealment and contact person (S.Ohio/Kentucky/Indiana) | | | Quick Strike Area Leader (Ohio Vallley - Dayton) |
| 85 | Schoster | Ken | Ernst & Young | | EY | Reporting and concealment of COBRA transaction | | | |
| 86 | Shapiro | Richard J. | Ernst & Young (NY) | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | x | Leader | x |
| 87 | Sigler | Mary Anne | Ernst & Young | | EY | Marketing | | | |
| 88 | Six | Belle | Ernst & Young | | EY | | | | Quck Strike Team Leader |
| 89 | Smith | Shawn | Ernst & Young | | EY | Marketing | | | |
| 90 | Stone | Dick | EY (San Antonio) | | EY | Marketing | | | |
| 91 | Szalkowski | Michael K. | Ernst & Young | | EY | Marketing | | | Quick Strike Area Leader (Southeast) |
| 92 | Tronconi | Mark A | EY (Pittsburgh) | | EY | Marketing | | | x |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 93 | UpChurch | Brian W. | Brian W. UpChurch, Ernst & Young, 1150 18th Street, N.W., Ste. 500, Washington, D.C. 20036; (Pet list as G19 | (listed by pet. As 317/681-7000) | EY | Marketing, reporting, concealment and contact person (S.Ohio/Kentucky/Indiana) | x | | Quick Strike Area Leader (Ohio Vallley - Indianapolis) |
| 94 | Vaughn | Brian L. | EY (Southeast) | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | x | | Quck Strike Team Leader |
| 95 | Weinbrib | Burce H. | Ernst & Young | | EY | Development, pricing, promotion, marketing, implementation and reporting and concealment of COBRA transactions | | | |
| 96 | Williams | Jeffrey S. | Ernst & Young (Chicago) | | EY | Marketing, reporting and concealment | x | | |
| 97 | Yerkel | Lee | | | EY | | | | |
| 98 | Zigtema | Henry | | | EY | | | | |
| 99 | Zmoira | Mary B. | Ernst & Young | 513/333-5965 | EY | Reporting and concealment of COBRA transaction | | | |
| 100 | Daugerdas | Paul | Jenkens & Gilchrist, 225 W. Washington, Suite 2600, Chicago, Illinois 60606-3418 | 312/325-3900 | JG Chicago | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Gurein | Donna | Jenkens & Gilchrist, 225 W. Washington, Suite 2600, Chicago, Illinois 60606-3418 | 312/325-3900 | JG Chicago | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |
| 102 | Mayer | Erwin | Jenkens & Gilchrist, 225 W. Washington, Suite 2600, Chicago, Illinois 60606-3418 | 312/325-3900 | JG Chicago | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |
| 103 | Wagely | Ryan | Jenkens & Gilchrist, 225 W. Washington, Suite 2600, Chicago, Illinois 60606-3418 | 312/325-3900 | JG Chicago | Concealment of COBRA transactions | | | |
| 104 | Hart | William J. | Chicago | | JG Expert (used by JG in E&Y litigation) | Reporting and concealment of COBRA transaction | | | |
| 105 | O'Daniel | Patrick | Jenkens & Gilchrist, 2200 One American Center, 500 Congress Avenue, Austin, Texas 78701 | 512/499-3800 | JG Texas | | | | |
| 106 | Clifton | Brent | LL&S | | LL&S | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |
| 107 | Welty | Todd M. | M. Todd Welty, Meadows, Owens, Collier, Dallas, TX 75202, Tel. 214/744-3700; | M. Todd Welty, Meadows, Owens, Collier, Dallas, TX 75202, Tel. 214/744-3700; | Outside counsel both COBRA participants | | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 108 | Emerson | Barry | Barry Emerson, CPA | | Return preparer | Reporting and concealment of COBRA transaction | | | |
| 109 | Pace | Sheila R. | Jackson, Theim and Pace, CPAs, 171 Church Stree, Ste. 230, Charelston, SC | 803/723-2110 | Return preparer | Reporting and concealment of COBRA transaction | | | |
| 110 | Felkamp | John | John Felkamp, Sidley, Austin, Brown & Wood; | John Felkamp, Sidley, Austin, Brown & Wood; | SABBW | | | | |
| 111 | Ruble | RJ | R J. Ruble, formerly at Sidley, Austin, Brown & Wood, One World Trade Center, NY, NY 10048-0557, Tel. 212-839-5300; | | SABBW | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |
| 112 | Sodano | Susan L. | Susan L. Sodano, Sidley, Austin, Brown & Wood, NY, NY | Susan L. Sodano, Sidley, Austin, Brown & Wood, NY, NY | SABBW | Development, pricing, promotion, implementation and reporting and concealment of COBRA transaction | | | |
| 113 | Dickens | Grady | Formerly of Scheef & Stone, LLP, 5956 Sherry Lane, Suite 1400, Dallas, TX 75225 | Tel. 214/696-3450 (Scheef & Stone) | SS | | | | |
| 114 | Helms | Charles | Scheef & Stone, LLP, 5956 Sherry Lane, Suite 1400, Dallas, TX 75225 | Tel. 214/696-3450 (Scheef & Stone) | SS | | | | |
| 115 | Empress | Owners of Empress Casino - Chicago | Owners of Empress Casino - Chicago | Owners of Empress Casino - Chicago | Target | | | | |
| 116 | Jain | Naveen Jain - Seattle | Naveen Jain - Seattle | Naveen Jain - Seattle | Target | | | | |
| 117 | King | Ralph | | | Target | | | | |

JZ Buckingham - identification of potential witnesses

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 118 | Lajii | Phil | Seattle area | | Target | | | | |
| 119 | McLane | McClane - Temple Texas | McClane - Temple Texas | McClane - Temple Texas | Target | | | | |
| 120 | Pease | | | | Target | | | | |
| 121 | Trout | Kenny Trout - Dallas, Texas | Kenny Trout - Dallas, Texas | Kenny Trout - Dallas, Texas | Target | | | | |
| 122 | Warburg | | Warburg Partners - New York | | Target | | | | |
| 123 | Midway | Midway Products - Cleveland | Cleveland area | | Target | | | | |
| 124 | Nicholas | Nicholas J., Jr. | Chicago area | | Target | | | | |
| 125 | Pritzker | Pritzker family - Chicago | Pritzker family - Chicago | Pritzker family - Chicago | Target | | | | |
| 126 | Rice | Victor Rice - Cleveland | Victor Rice - Cleveland | Victor Rice - Cleveland | Target | | | | |
| 127 | Martin | David Martin - Seattle | David Martin - Seattle | David Martin - Seattle | Target/participant | | | | |
| 128 | Berlow | | | | Target/participant (Berlow/Melton transaction) | | | | |
| 129 | Melton | | | | Target/participant (Berlow/Melton transaction) | | | | |
| 130 | Baron | | | | Target/participant (Bertsch/Baron transaction) | | | | |
| 131 | Bertsch | | | | Target/participant (Bertsch/Baron transaction) | | | | |
| 132 | Boyd | James | [redacted] | [redacted] | Target/participant (Boyd/Zucker transaction) | | | | |
| 133 | Zucker | Jerry | [redacted] | [redacted] | Target/participant (Boyd/Zucker transaction) | | | | |
| 134 | Adams | Jeffrey M. | [redacted] | [redacted] | Target/participant (Carmel transaction) | | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 135 | Camferdam | Henry | [redacted] | [redacted] | Target/participant (Carmel transaction) | | | | |
| 136 | Michener | Jay | [redacted] | [redacted] | Target/participant (Carmel transaction) | | | | |
| 137 | Trigilio | Carol | [redacted] | [redacted] | Target/participant (Carmel transaction) | | | | |
| 138 | Clarke | | | | Target/participant (Harselm/MacGregor/Clarke transaction) | | | | |
| 139 | Harslem | | | | Target/participant (Harselm/MacGregor/Clarke transaction) | | | | |
| 140 | MacGregor | | | | Target/participant (Harselm/MacGregor/Clarke transaction) | | | | |
| 141 | Kalkhoven | | | | Target/participant (Kalkhoven/Pettitt transaction) | | | | |
| 142 | Pettitt | | | | Target/participant (Kalkhoven/Pettitt transaction) | | | | |
| 143 | Carter | | | | Target/participant (Mann/Hunter/Palmour/Carter) | | | | |
| 144 | Hunter | | | | Target/participant (Mann/Hunter/Palmour/Carter) | | | | |
| 145 | Mann | | | | Target/participant (Mann/Hunter/Palmour/Carter) | | | | |
| 146 | Parmour | Walter | | | Target/participant (Mann/Hunter/Palmour/Carter) | | | | |
| 147 | McCombs | Billy J. | | | Target/participant (McCombs/Woods transaction) | | | | |

| # | Last Name | First Name | Address | Telephone | Affiliation | Subject | COBRA Team member (per Coplan e-mail 12/11/00) | Viper Team member | Member Quick Strike Team |
|---|---|---|---|---|---|---|---|---|---|
| 148 | Woods | Gary | | | Target/participant (McCombs/Woods transaction) | | | | |
| 149 | Laurenzo | | | | Target/participant (Rice/Laurenzo transaction) | | | | |
| 150 | Rice | | | | Target/participant (Rice/Laurenzo transaction) | | | | |
| 151 | Palmer | | | | Target/participant (Seippel/Palmer transaction) | | | | |
| 152 | Seippel | | | | Target/participant (Seippel/Palmer transaction) | | | | |
| 153 | Darden | | | | Target/Participant (Snook/Darden transaction) | | | | |
| 154 | Snook | | | | Target/Participant (Snook/Darden transaction) | | | | |
| 155 | Henbree | | | | Target/participant (Wanner/sullivan/Henbree transaction) | | | | |
| 156 | Sullivan | | | | Target/participant (Wanner/sullivan/Henbree transaction) | | | | |
| 157 | Wanner | | | | Target/participant (Wanner/sullivan/Henbree transaction) | | | | |