IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

# NOTICE OF RECENTLY FILED RELEVANT JUDICIAL DECISION

**PLEASE TAKE NOTICE THAT** on December 6, 2005, the Judicial Panel on Multidistrict Litigation, in deciding *In re COBRA Tax Shelters Litigation*, MDL-1727, granted the motion of the United States and ordered that *Gary Woods, etc. v. United States of America*, C.A. No. 5:05-216, and *Gary Woods, etc. v. United States of America*, C.A. No. 5:05-217, be transferred from the United States District Court for the Western District of Texas to the United States District Court for the Southern District of Indiana for consolidation of pre-trial proceedings with *Carmel Partners, et al. v. United States of America*, C.A. No. 1:04-1661, according to 28 U.S.C. § 1407. The United States notified this Court of its motion before the Judicial Panel on Multidistrict Litigation, and explained its reasons therefore, in its MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' MOTION FOR

ENLARGEMENT OF DISCOVERY LIMITS at 2-3, and in its REPLY BRIEF OF UNITED STATES IN FURTHER SUPPORT OF ITS MOTION FOR ENLARGEMENT OF THE DISCOVERY LIMITS at 2-3 and 7.

A copy of this Order is annexed hereto.

Respectfully submitted,

/s Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/S/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892