# In the United States Court of Federal Claims

No. 05-231 T
(Filed: December 19, 2005)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

On August 30, 2005, Plaintiff filed a Motion to Deem Certain Allegations Admitted or For a More Specific Answer. Pursuant to the oral argument held on December 16, 2005, Plaintiff's Motion to Deem Certain Allegations Admitted or For a More Specific Answer is DENIED.

Defendant shall file an amended answer, amending ¶¶ 30 and 31, on or before **December 28, 2005**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge