# In the United States Court of Federal Claims

No. 05-231 T
(Filed: December 19, 2005)

| | |
|---|---|
| ************************************* | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

## ORDER

On October 3, 2005, Defendant filed a Motion for Enlargement of Discovery. Pursuant to the oral argument held on December 16, 2005, decision on Defendant's Motion for Enlargement of Discovery is stayed pending a decision on coordination of discovery by the Southern District of Indiana with respect to:

*Carmel Partners, et al. V. United States of America*, S.D. Indiana, C.A. No. 1:04-1661
*Gary Woods, etc. v. United States of America*, W.D. Texas, C.A. No. 5:05-216
*Gary Woods, etc. v. United States of America*, W.D. Texas, C.A. 5:05-217

On December 6, 2005, the Judicial Panel on Multidistrict Litigation ordered that the two actions pending in the Western District of Texas be transferred to the Southern District of Indiana for coordinated or consolidated pretrial proceedings, upon consent by the Indiana court. Discovery in all three of the cases may have a material bearing on discovery in this case.

This case is hereby STAYED. The Parties are ORDERED to file a joint status report on or before March 1, 2006, and every 90 days thereafter, reporting on the status of coordinated discovery pursuant to the decision of the Panel on Multidistrict Litigation. The Parties may, at any time deemed appropriate, move this Court to hold a status conference to discuss coordination

of discovery in this Court with discovery in the other actions. At the status conference, Defendant shall be prepared to estimate when it can clearly state its position with respect to the factual and legal issues in this case.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge