IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

# JOINT STATUS REPORT

In conformance with the Court's Order dated December 19, 2005, the parties submit this Joint Status Report:

1. The Panel for Multi District Litigation has styled the matters formerly designated as *Carmel Partners, et al v. United States*, No. 1:04-1661 (S.D. Ind.), *Gary Woods, etc. v. United States*, No. 5:05-216 (W.D. Texas), and *Gary Woods, etc. v. United States*, No. 5:05-217 (W.D. Texas), collectively as *In re COBRA Tax Shelters Litigation*, 1:05-ml-9727-JDT-WTL;

2. The MDL has been assigned to the U.S. District Judge John D. Tinder of the U.S. District Court for the Southern District of Indiana;

3. Counsel of JZ Buckingham Investments, LLC is also counsel for Gary Woods in the MDL proceedings;

4. Plaintiffs' counsel has notified Judge Tinder of the intention to coordinate discovery in this matter with discovery in the MDL proceeding;

5. The United States' Motion to Expand Discovery Limits in *In re COBRA Tax Shelters Litigation* has been fully briefed, and the parties are now awaiting scheduling of oral argument by the United States District Court for the Southern District of Indiana. All of the Petitioners in the MDL are opposing the Government's motion;

6. On February 28, 2006, the parties filed a Proposed Case Management Plan with the Southern District of Indiana specifying the following deadlines:

    a. Petitioners and Respondent will each file their Preliminary Witness and Exhibit Lists no later than March 21, 2006;

    b. Petitioners shall file any amended pleadings or shall add any further parties no later than June 1, 2006;

    c. Petitioners shall file any settlement demand no later than March 21, 2006, and Respondent shall respond no later than 30 days therefrom;

    d. Petitioners and Respondent shall make all expert disclosures no later than November 15, 2006, and all rebuttal expert disclosures no later than December 15, 2006;

    e. Any motions to exclude or limit expert testimony shall be made on or before February 1, 2007.

    f. Final Witness and Exhibit lists shall be filed no later than February 1, 2007;

g. All discovery shall be complete as of February 1, 2007;

h. All dispositive motions shall be made on or before April 1, 2007;

i. All of the Petitioners requested that trial of their respective actions be set for June, 2007.

j. Given that there are at least three (and possibly more) COBRA tax shelter cases that the United States must be fully prepared to try at the conclusion of discovery, and given the amount of trial preparation and coordination that will be required for all of these actions, the United States requests that the first trial in these cases be scheduled no earlier than September 2007, with trial dates to be scheduled sequentially thereafter for the remaining actions in three month intervals.

Respectfully submitted,

s/ Joel Norris Crouch
JOEL NORRIS CROUCH
Meadows Owens Collier Reed Cousins & Blau LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700
jcrouch@meadowsowens.com
Attorney of Record for Plaintiff

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record for the United States

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station

Washington, D.C. 20044
(202) 307-6492

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892