# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

## JOINT MOTION TO REVISE SCHEDULING ORDER

Plaintiff JZ Buckingham Investments LLC and Defendant United States of America (jointly, "the Parties") move the Court to revise the Scheduling Order to conform to the Scheduling Order issued by the Court in *In Re COBRA Tax Shelter Litigation*, M.D.L. Docket No. 1727. In support of the Motion, the Parties would show the Court as follows:

1. To avoid duplicative discovery, the Parties have agreed to coordinate discovery conducted in *In Re COBRA Tax Shelter Litigation*. On March 13, 2006, the Court in *In Re COBRA Tax Shelter Litigation* approved the Proposed Case Management Plan attached as Exhibit "A".

2. The Case Management Plan establishes the following deadlines:

   a. Deadline for Amending Pleadings or Adding Parties: June 1, 2006.

   b. Expert Disclosures: October 15, 2006.

   c. Rebuttal Experts: December 15, 2006.

   d. Deadline for Motion to Exclude or Limit Expert Testimony: February 1, 2007.

   e. Final Witness and Exhibits Lists: February 1, 2007.

f. Discovery Completed: February 1, 2007.

g. Dispositive Motion Deadline: April 1, 2007.

3. In order to coordinate discovery, the Parties ask the Court to revise its Order of September 2, 2005 to conform to the deadlines established in the Case Management Plan in *In Re COBRA Tax Shelter Litigation.*

4. Finally, the Parties state that oral argument has been set on the United States' Motion to Expand Discovery Limits in *In Re COBRA Tax Shelter Litigation* for April 18, 2006. The Parties will inform the Court of the ruling on that motion once a decision is entered.

WHEREFORE, premises considered, Plaintiff JZ Buckingham Investments LLC and Defendant United States of America move the Court to revise the Scheduling Order to conform to the dates in *In Re COBRA Tax Shelter Litigation*, M.D.L. Docket No. 1727.

Respectfully submitted,

By: s/ Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/ Dennis M. Donohue by s/ Joel N. Crouch
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2006, I served the foregoing Joint Motion to Revise Scheduling Order to counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington DC 20044

***Attorneys for the United States of America***

s/ Joel N. Crouch
Joel N. Crouch