**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING JOINT MOTION TO REVISE SCHEDULING ORDER**

On this the ______ day of _________, 2006, came to be heard Plaintiff JZ Buckingham Investments LLC and Defendant United States of America's Joint Motion to Revise Scheduling Order. The Court is of the opinion that the Motion should be GRANTED.

The Scheduling Order will now conform with the Case Management Plan issued by the Court in *In Re COBRA Tax Shelter Litigation*, M.D.L. Docket No. 1727 and the deadlines are revised as follows:

1. Deadline for Amending Pleadings or Adding Parties: June 1, 2006.
2. Expert Disclosures: October 15, 2006.
3. Rebuttal Experts: December 15, 2006.
4. Deadline for Motion to Exclude or Limit Expert Testimony: February 1, 2007.
5. Final Witness and Exhibits Lists: February 1, 2007.
6. Discovery Completed: February 1, 2007.
7. Dispositive Motion Deadline: April 1, 2007.

SIGNED AND ENTERED THIS _________ day of _______________, 2006.

_______________________________________
CHIEF JUDGE EDWARD J. DAMICH