# In the United States Court of Federal Claims

No. 05-231 T

(Filed: April 17, 2006)

| | |
|---|---|
| JZ BUCKINGHAM INVESTMENTS LLC, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On April 10, 2006, the Parties filed a Joint Motion to Revise Scheduling Order. The motion is GRANTED as modified (to the extent that dates fall on weekends, they have been changed to weekdays). The scheduling order issued on September 2, 2005, is hereby rescinded.

The Court ORDERS that:

1. The Parties shall abide by the following discovery schedule:

| | |
|---|---|
| Motions to Amended Pleadings or to Add Parties due | **June 1, 2006** |
| Initial Expert Reports due | **October 16, 2006**[1] |
| Rebuttal Expert Reports due | **December 15, 2006** |
| Motions to Exclude/Limit Expert Testimony due | **February 1, 2007** |
| Final Witness and Exhibit Lists due | **February 1, 2007** |

[1] This date is changed because October 15, 2006, is a Sunday.

| | |
|---|---|
| Fact and Expert Discovery ends | **February 1, 2007** |
| Dispositive Motions due | **April 2, 2007**[2] |

2. The Parties shall notify the Court when a decision is rendered on Defendant's Motion to Expand Discovery Limits in *In Re COBRA Tax Shelter Litigation*, 1:05-ml-9727-JDT-WTL.

3. Defendant shall file a notice with the Court providing his updated telephone number on or before **April 21, 2006**, and Defendant shall list that number on all future communications to the Court.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[2] This date is changed because April 1, 2007, is a Sunday