IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**NOTICE OF TELEPHONE NUMBER OF COUNSEL FOR DEFENDANT**

Pursuant to the Court's Order of April 17, 2006, counsel of record for the Defendant in this action and his telephone number is as follows:

Dennis M. Donohue
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
**Direct Telephone Number: (202) 307-6492**
**e-mail address: dennis.donohue@usdoj.gov**

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Senior Litigation Counsel
Office of Civil Litigation
Tax Division
U.S. Department of Justice
Washington, D.C. 20001
Telephone: (202) 307-6492