# In the United States Court of Federal Claims

No. 05-231 T

(Filed: April 24, 2006)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

On April 20, 2006, Defendant attempted to file a Notice of Order on United States' Motion to Enlarge Discovery Limits in MDL Litigation in response to this Court's April 17, 2006, order. The signature on the notice, however, failed to comply with Rules 11 and 83.1(c)(2) of the Rules of the U.S. Court of Federal Claims, and with General Order No. 42A ¶ 16, in that the signature should be preceded by "s/" and not "/s." Defendant is ordered to file the notice with the corrected signature on or before **April 28, 2006**.

In view of the decision in *In Re COBRA Tax Shelter Litigation*, 1:05-ml-9727-JDT-WTL regarding expansion of discovery, the Court hereby ORDERS the Parties to file a Joint Status Report on or before **May 15, 2006**. In the report, the Parties shall discuss, *inter alia*, Defendant's Motion for Enlargement of the Number of Depositions and Interrogatories filed on October 3, 2005, given the enlargement of discovery in the multi-district litigation and the coordination of discovery between the multi-district litigation and this case. Pursuant to this Court's December 19, 2005, order, Defendant shall estimate when it can clearly state its position with respect to the factual and legal issues in this case. Lastly, the Parties shall discuss other directly or indirectly related cases that are currently before this court and their intentions with respect to consolidation of those cases.

The Court ORDERS the Parties to appear for a telephonic status conference on **May 23, 2006**, at **11:00 am Eastern Time**. One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be

participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge