IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

# SECOND NOTICE OF ORDER ON UNITED STATES' MOTION TO ENLARGE DISCOVERY LIMITS IN MDL LITIGATION

**PLEASE TAKE NOTICE THAT** on April 20, 2006, the United States District Court for the Southern District of Indiana Granted in Part and Denied in Part the United States' Motion to Enlarge Discovery limits. A copy of this Order is annexed hereto. The United States had requested that it be allowed to take 99 depositions in the COBRA matters and that it be allowed to serve 150 interrogatories per case. The Court granted the United States' request to take 99 depositions in the COBRA matters, but limited the number of interrogatories to100 per case.

On October 3, 2005, the United States filed a similar motion for enlargement of discovery limits with this Court. By Order dated December 19, 2005, this Court stayed this case pending a decision by the Court for the Southern District of Indiana on the enlargement motion with respect to the COBRA cases consolidated before that Court by the Judicial Panel on MultiDistrict

Litigation. By Order dated April 17, 2006, this Court ordered that “”[t]he Parties shall notify the Court when a decision is rendered on Defendant’s Motion to Expand Discovery Limits in *In re COBRA Tax Shelter Litigation*, 1:05-ml-9727-JDT-WTL.” The United States files this Notice in conformance with that Order.

**PLEASE TAKE FURTHER NOTICE THAT** during the oral argument on the motion held on April 18, 2006, the United States represented to the Magistrate Judge for the Southern District of Indiana that the 99-deposition limit we were seeking would apply not only to the three cases in the MDL litigation, but also to the four COBRA cases pending in the Court of Federal Claims, consisting of the instant action and the three new COBRA cases which counsel for Plaintiff in *JZ Buckingham* filed in this Court on March 28, 2006 since these four cases also involve the same issues and virtually the same third parties as in the MDL litigation. The three new COBRA matters are:

1. *MURFAM Farms, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-245T-MBH;
2. *PSM Farms, LLC, by and through Stratton K. Murphy v. United States*, Fed. Cl. No. 06-246T-MBH; and
3. *Murphy Pork Partners, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-247T-EGB.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892