Case 1:05-cv-08003-JDT Document 47-2 Filed 05/02/2006 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE COBRA TAX SHELTERS LITIGATION | ) | |
| ______________________________ | ) | Cause No. 1:05-ml-9727-JDT-WTL |
| THIS DOCUMENT RELATES TO: | ) | MDL. No. 1727 |
| 1:06-cv-8000-JDT-WTL<br>1:06-cv-8002-JDT-WTL | ) | |

**ENTRY ON UNITED STATES' MOTION TO ENLARGE DISCOVERY LIMITS**

This matter is before the Court on the United States' Motion to Enlarge Discovery Limits. A telephonic oral argument took place on Tuesday, April 18, 2006. The Court, now having reviewed the briefs and having heard oral argument, finds that the United States' Motion to Enlarge Discovery Limits should be **GRANTED IN PART AND DENIED IN PART.** This Court will enlarge the number of depositions to a total of 99. However, while the United States requested that the number of interrogatories be enlarged to 150 per case, this Court finds that 100 interrogatories per case is a more suitable amount. Therefore, this Court will enlarge the number of interrogatories to 100 per case.

ENTERED this 20th day of April, 2006.

William T. Lawrence

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

Jackie M. Bennett Jr.
SOMMER BARNARD ATTORNEYS, PC
jbennett@sommerbarnard.com

Jonathan L. Blacker
UNITED STATES DEPARTMENT OF JUSTICE
jonathan.blacker2@usdoj.gov

Joel Norris Crouch
MEADOWS OWENS COLLIER REED COUSINS & BLAU LLP
jcrouch@meadowsowens.com

Anthony P. Daddino
MEADOWS OWENS COLLIER REED COUSINS & BLAU LLP
adaddino@meadowsowens.com

Dennis M. Donohue
DEPARTMENT OF JUSTICE - TAX DIVISION
dennis.donohue@usdoj.gov

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

John A. Lindquist III
U.S. DEPARTMENT OF JUSTICE
john.a.lindquist@usdoj.gov

Michael E. McCue
MEADOWS OWENS COLLIER REED COUSINS & BLAU LLP
mmccue@meadowsowens.com

F. Anthony Paganelli
SOMMER BARNARD ATTORNEYS, PC
paganelli@sommerbarnard.com

Joseph A. Pitzinger
UNITED STATES DEPARTMENT OF JUSTICE
joseph.a.pitzinger@usdoj.gov

David M. Steiner
U.S. DEPARTMENT OF JUSTICE
david.m.steiner2@usdoj.gov

Michael Todd Welty
MEADOWS OWENS COLLIER REED COUSINS & BLAU LLP
twelty@meadowsowens.com