IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

# JOINT STATUS REPORT

In conformance with the Court's Order dated December 19, 2005, the parties submit this Joint Status Report:

1. On April 20, 2006, the United States District Court of the Southern District of Indiana granted in part and denied in part the United States' Motion to Enlarge Discovery Limits in the Multi-District COBRA Litigation. The United States filed a copy of the Order with the Court on May 2, 2006. The United States District Court for the Southern District of Indiana granted the United States' request to take 99 depositions in the COBRA matters, and enlarged the number interrogatories to 100 instead of 150 per case.

2. The parties agree and recommend that in order to coordinate discovery between the present case and those in the Multi-District Litigation, this Court should enter an Order requiring that the number of depositions taken in this COBRA case be included within the 99 depositions permitted in the Multi-District COBRA litigation and also that the number of interrogatories in this case be limited to 100.

3. Defendant has provided Plaintiff with responses to Plaintiff's contention interrogatories explaining the position of the United States in the United States' Responses dated January 17, 2006, February 6, 2006, and March 31, 2006. The United States, however, reserves the right to amend or modify its positions once factual and expert witness discovery is completed. Plaintiff reserves the right to seek further clarification of the Responses.

4. On March 28, 2006, Plaintiff's counsel filed three additional COBRA cases in the Court of Federal Claims. These three new COBRA matters are:

   a. *MURFAM Farms, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-245T-MBH;

   b. *PSM Farms, LLC, by and through Stratton K. Murphy v. United States*, Fed. Cl. No. 06-246T-MBH; and

   c. *Murphy Pork Partners, LLC, by and through Wendell H. Murphy, Jr. v. United States*, Fed. Cl. No. 06-247T-EGB.

5. The parties have moved to consolidate these three new actions and transfer them to Chief Judge Damich for coordination of discovery with the above-captioned matter. On May 11, 2006, the Honorable Eric C. Bruggink granted the motion and transferred *Murphy Pork Partners* to Chief Judge Damich.

Respectfully submitted,

s/ Joel Norris Crouch
JOEL NORRIS CROUCH
Meadows Owens Collier Reed Cousins & Blau LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700
jcrouch@meadowsowens.com
Attorney of Record for Plaintiff

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record for the United States

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892