# In the United States Court of Federal Claims

No. 05-231 T
(Filed: May 24, 2006)

*************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

On October 3, 2005, Defendant filed a Motion for Enlargement of Discovery, requesting leave of court to increase the number of interrogatories from 25 to 150 and the number of depositions from 10 to 60. At the time of filing of Defendant's motion, three related cases were pending in U.S. district courts:

*Carmel Partners, et al. V. United States of America*, S.D. Indiana, C.A. No. 1:04-1661
*Gary Woods, etc. v. United States of America*, W.D. Texas, C.A. No. 5:05-216
*Gary Woods, etc. v. United States of America*, W.D. Texas, C.A. 5:05-217

On December 6, 2005, the Judicial Panel on Multidistrict Litigation ordered that the two actions pending in the Western District of Texas be transferred to the Southern District of Indiana (collectively designated as *In re COBRA Tax Shelters Litigation*, 1:05-ml-9727-JDT-WTL) for coordinated or consolidated pretrial proceedings. Defendant filed a motion for enlargement of discovery in the three district court cases. Because it was determined that discovery in the three district court cases could have a material bearing on discovery in this case, a decision on Defendant's motion in this case was postponed until after a decision by the Southern District of Indiana regarding coordination of discovery in the three district court cases.

The Southern District of Indiana issued an order in *In re COBRA Tax Shelters Litigation* on April 20, 2006, granting in part and denying in part Defendant's motion. The court permitted Defendant to take 99 depositions in all three cases collectively and permitted 100 interrogatories in each case.

On May 9, 2006, Defendant filed in this Court an Unopposed Motion for Transfer and Consolidation of Newly Filed Cases. In the motion, Defendant asked that the following three cases be transferred to Chief Judge Damich:

| | |
|---|---|
| *MURFAM Farms, LLC v. United States* | No. 06-245 |
| *PSM Farms, LLC v. United States* | No. 06-246 |
| *Murphy Pork Partners, LLC v. United States* | No. 06-247 |

In the Joint Status Report filed on May 15, 2005, as clarified at the May 23, 2006, status conference, the Parties recommended that the Court increase the number of interrogatories per party in this case to 100, as allowed by the Southern District of Indiana. The Parties also recommended that the Court increase the number of depositions per party up to a total of 99 inclusive of this case, the three district court cases, and the three newly filed cases in this Court.

Defendant's Unopposed Motion for Transfer and Consolidation of Newly Filed Cases is GRANTED IN PART. Transfer orders have been issued in each of the newly filed cases (Nos. 06-245, 06-246, and 06-247). However, the Court deems it inappropriate to order consolidation at this time. The Court will reconsider consolidation after Defendant files its answer, due on July 31, 2006, in each of the newly filed cases.

Defendant's Motion for Enlargement of Discovery is GRANTED IN PART. The Parties are each allowed 100 interrogatories in this case. The Parties are also allowed an increase in depositions in this case to the extent needed, provided that the total number of depositions taken in this case, the three district court cases, and the three newly filed cases in this Court does not exceed 99. The Parties may at any time file a motion requesting that evidence taken in another case be admitted into this case.

The Court ORDERS the Parties to file a Joint Status Report on or before **August 14, 2006**, discussing the status of discovery in this case and proposing a discovery schedule for each of the newly filed cases (Nos. 06-245, 06-246, 06-247).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge