IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**JOINT MOTION TO REVISE SCHEDULING ORDER**

Plaintiff JZ Buckingham Investments LLC and Defendant United States of America (jointly "the Parties") move the Court to revise the Scheduling Order to conform to the Scheduling Order issued by the Court in *In re COBRA Tax Shelters Litigation*, 1:05-ml-9727-JDT-WTL (S.D.Ind.). In the Parties' original Motion to Revise Scheduling Order, filed on April 10, 2006, as Document #42, the Parties erroneously informed the Court that expert disclosures in *In re COBRA Tax Shelters Litigation* were due on October 15, 2006. In fact, as reflected in the Case Management Plan of *In re COBRA Tax Shelters Litigation* annexed to Document #42 as Exhibit A, expert disclosures are due November 15, 2006. Therefore, the Parties respectfully request that the Court change the expert disclosure date to November 15, 2006.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ Joel N. Crouch
JOEL N. CROUCH
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2006, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892