IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, | § | |
| Plaintiff, | § | CASE NO. 05-231 T |
| v. | § | Chief Judge Edward J. Damich |
| United States of America, | § | |
| Defendant. | § | |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Tara C. Campbell of Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P., 901 Main Street, Suite 3700, Dallas, Texas 75202, (214) 744-3700, (214) 747-3732 (fax), and enters her appearance as counsel for Plaintiff JZ Buckingham LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, along with Joel N. Crouch and M. Todd Welty.

Respectfully submitted,

By: /s/ Tara C. Campbell

Tara C. Campbell
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2006, I electronically filed this Notice of Entry of Appearance with the U.S. Court of Federal Claims, by using the CM/ECF system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

/s/ Tara C. Campbell
Tara C. Campbell