**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

In conformance with the Court's Order dated April 24, 2006, the Parties submit this Joint Status Report:

1. On Tuesday, May 23, 2006, the Parties attended via telephone a Status Conference with the Honorable Chief Judge Damich. In that Status Conference, Plaintiff requested a coordination of Discovery with Multi-District Litigation pending in the United States District Court for the Southern District of Indiana. The Defendant did not oppose such request and the Court agreed.

2. The week of July 24th, the Defendant took the depositions of seven individuals currently or previously employed by Deutsche Bank.

3. The parties continue to exchange written discovery.

4. The parties are continuing to cooperate in scheduling the various depositions.

Respectfully submitted,

By: s/Joel N. Crouch

Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue by s/Joel N. Crouch

Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: August 14, 2006