| | Name | Affiliation |
|---|---|---|
| 1 | Elizabeth H. Whitt | E&Y |
| 2 | David J. Kautter | E&Y |
| 3 | Robert Coplan | E&Y |
| 4 | Mike Dell | E&Y |
| 5 | David C. Garlock | E&Y |
| 6 | Richard J. Shapiro | E&Y |
| 7 | Alexander L. Eckman | E&Y |
| 8 | Ron Friedman | E&Y |
| 9 | David G. Johnson | E&Y |
| 10 | Martin Nissenbaum | E&Y |
| 11 | Sylvia Pozarnsky | E&Y |
| 12 | Brian L. Vaughn | E&Y |
| 13 | Ray Knight | E&Y |
| 14 | Carrie Yackee | DB |
| 15 | Alex Alexander | DB |
| 16 | David Parse | DB |
| 17 | Matthew Sabloff | DB |
| 18 | Susan M. Henry | DB |
| 19 | Richard Ignacio | DB |
| 20 | William Boyle | DB |
| 21 | Dan Brooks | DB |
| 22 | Sandra Butler | DB |
| 23 | Nancy Donohue | DB |
| 24 | Rick Pychewicz | DB |
| 25 | Amy Keating | E&Y |
| 26 | William Knerr | E&Y |

| | | |
|---|---|---|
| 27 | Dan Slagle | E&Y |
| 28 | Amy R. Ruderman | E&Y |
| | | |