**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION CHALLENGING THE SUFFICIENCY OF DEFENDANT'S RESPONSES TO THE FIRST SET OF REQUESTS FOR ADMISSIONS**

Pursuant to Rule 36(a) of the Rules of the Court of Federal Claims, Plaintiff JZ Buckingham Investments LLC ("Plaintiff") moves the Court to enter an order holding that:

(1) Defendant's Responses to Plaintiff's First Set of Requests for Admissions were insufficient.

(2) Plaintiff's Requests for Admissions #4, #20, #39, #42, #51, #52, #54, #55, #57, #58, #60, #61, #62, #65, #71, #79, #82, #88, #97, #100, #106, #116, #117, #125, and #127 are admitted.

In support thereof, Plaintiff provides the Court with the Brief in Support of Plaintiff's Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions.

WHEREFORE, Plaintiff prays that this Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions be granted and an order be entered.

Respectfully submitted on October 31, 2006,

By: s/Joel N. Crouch________
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Dennis M. Donohue
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch___________
Joel N. Crouch