**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**

**TO:** The United States of America, by and through its attorney of record, Dennis M. Donohue, U.S. Department of Justice, Tax Division, Post Office Box 26, Ben Franklin Station, Washington, D.C. 20044, (202) 616-3366.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff serves the following First Set of Requests for Admissions to Defendant the United States of America, to be answered within thirty (30) days of service of this Request. You are also instructed to refer to the "INSTRUCTIONS" section of this Request in preparing your responses to these Requests.

**INSTRUCTIONS**

1. If you do not admit the truth of the facts stated in a Request for Admission, you must specifically deny the matter or set forth, in detail, the reasons that you cannot truthfully admit or deny the matter.

2. A denial of a Request for Admission shall fairly meet the substance of the Request, and when good faith requires you to qualify your answer or deny only a part of the Request, you shall specify so much of the Request that is true and qualify or deny the remainder.

3. You may not give lack of information or knowledge as a reason for failure to admit or deny a Request unless you state that you have made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny.

4. If you deny a Request and Petitioner thereafter proves the truth of such matter, you may be ordered to pay the cost of proof, including reasonable attorneys' fees.

5. These Requests are continuing and require supplemental answers if you or your attorneys obtain further information between the time of your response and the time of trial.

6. These Requests are deemed admitted unless, within thirty (30) days after service of these Requests, you serve upon Plaintiff a written answer or objection to each Request.

7. Whenever appropriate, the singular form of a word shall be interpreted as plural and the masculine gender shall be deemed to include the feminine.

**DEFINITIONS**

1. "JGB Bohicket" as used herein shall refer to JGB Bohicket Investments, LLC, a Delaware limited liability company, with employer identification number 57-1088055.

2. "JZ Buckingham" as used herein shall refer to JZ Buckingham Investments, LLC, a Delaware limited liability company, with employer identification number 57-1088088.

3. "JBJZ Investors" as used herein shall refer to JBJZ Investors, Inc., a Delaware corporation, with employer identification number 57-1088087.

4. "JBJZ Partners" as used herein shall refer to JBJZ Partners, a South Carolina general partnership, with employer identification number 57-1088089.

5. "Option" as used herein shall mean an agreement that gives the holder the right, but not the obligation, to pay or receive cash or other specified assets on or before a specified future date upon the occurrence of specified conditions in exchange for a premium paid at the inception of the agreement.

6. "Option Transactions" as used herein shall refer to the transactions entered into by Plaintiff, JGB Bohicket and JBJZ Partners involving the purchase/sale and contribution of the following Options: the JGB Bohicket Long Option, as defined below, the JGB Bohicket Short

Option, as defined below, the JZ Buckingham Euro Long Option, as defined below, the JZ Buckingham Euro Short Option, as defined below, the JZ Buckingham Yen Long Option, as defined below, and the JZ Buckingham Yen Short Option, as defined below.

7. "Frivolous position" as used herein shall mean a position with respect to an item that is patently improper. *See* Treas. Reg. § 1.6694-2(c)(2).

8. "More Likely Than Not" as used herein shall mean that there is more than a 50-percent likelihood of the position being Upheld. *See* Treas. Reg. § 1.6662-4(d)(2).

9. "Tax Opinion" as used herein shall mean both the tax opinion letter issued by Jenkens & Gilchrist, P.C. to Mr. Jerry Zucker on January 31, 2000 and the tax opinion letter issued by Jenkens & Gilchrist, P.C. to Mr. James Boyd on March 10, 2000.

10. "Realistic Possibility of Success" as used herein shall mean that a reasonable and well-informed analysis by a person with knowledge in the tax law would lead such a person to conclude that the position has approximately a one-in-three, or greater, likelihood of being sustained on its merits. *See* Treas. Reg. § 1.6694-2(b)(2).

11. "Reasonable Basis" as used herein shall mean a standard that is significantly higher than a non-Frivolous position, *see* Treas. Reg. § 1.6663-2(b), or a position that is arguable but fairly unlikely to prevail in court. *See* Treas. Reg. § 1.6661-3(a)(2).

12. "Reporting Position" as used herein shall mean the position taken on JBJZ Partners' short year initial and final federal income tax return for taxable year ended December 27, 1999, JBJZ Investors' federal income tax return for taxable year 1999, Jerry and Anita Zucker's joint federal income tax return for taxable year 1999, and James and Hazel Boyd's joint federal income tax return for taxable year 1999 that neither JZ Buckingham nor JGB Bohicket were required to reduce their respective bases under Section 752 of the Code in the partnership interest of JBJZ Partners as a result of the contribution of the short Options because the obligation was not a liability

and, even if it were a liability, the amount due on the obligation was $0. For this purpose, assume that the JGB Bohicket Long Option, the JGB Bohicket Short Option, the JZ Buckingham Euro Long Option, the JZ Buckingham Euro Short Option, the JZ Buckingham Yen Long Option and the JZ Buckingham Yen Short Option are separate, rather than single, options and are unaffected by any judicially-created doctrines, including but not limited to, the substance-over-form or sham-transaction doctrines. The Reporting Position focuses solely on the applications of Section 752 of the Code and the corresponding Regulations to the Option Transactions.

13. "Substantial Authority" as used herein shall mean a standard that is less stringent than the More Likely Than Not standard, but more stringent than the Reasonable Basis standard. *See* Treas. Reg. § 1.6662-4(d)(2).

14. "Upheld" as used herein shall mean a court's ruling that sustains the Reporting Position on the merits under the particular standard specified. The possibility that a return will not be audited or, if audited, that an item will not be raised on audit, is not relevant in determining whether the Reporting Position would be upheld.

15. "Code" as used herein shall mean the Internal Revenue Code unaffected by any judicially-created doctrines, including but not limited to, the substance-over-form or sham-transaction doctrines, and in effect for the taxable years that the federal income tax returns, which reflected the Reporting Position, were filed.

16. "Regulations" as used herein shall mean the Treasury Regulations unaffected by any judicially-created doctrines, including but not limited to, the substance-over-form or sham-transaction doctrines, and in effect for the taxable years that the federal income tax returns, which reflected the Reporting Position, were filed.

17. "Anti-Abuse Regulation" as used herein shall mean Treasury Regulation Section 1.701-2.

18. "JGB Bohicket Euro Contract" as used herein shall mean the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27921A, was between JGB Bohicket and Deutsche Bank AG, and provided for the JGB Bohicket Long Option, as defined below, and the JGB Bohicket Short Option, as defined below.

19. "JGB Bohicket Long Option" as used herein shall mean JGB Bohicket's purchase on or about November 23, 1999 of a digital option on the Euro/U.S. Dollar exchange rate at a strike price less than or equal to U.S. $1.0123 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $10,000,000.00, and a paid premium of $5,000,000.00.

20. "JGB Bohicket Short Option" as used herein shall mean JGB Bohicket's sale on or about November 23, 1999, of a digital option on the Euro/U.S Dollar Exchange rate at a strike price less than or equal to U.S. $1.0121 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $9,375,000.00, and a received premium of $4,750,000.00.

21. "JZ Buckingham Euro Contact" as used herein shall mean the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27919a, was between JZ Buckingham and Deutsche Bank AG, and provided for the JZ Buckingham Euro Long Option, as defined below, and the JZ Buckingham Euro Short Option, as defined below.

22. "JZ Buckingham Euro Long Option" as used herein shall mean JZ Buckingham's purchase on or about November 23, 1999 of a digital option on the Euro/U.S. Dollar exchange rate at a strike price less than or equal to U.S. $1.0123 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $40,000,000.00, and a paid premium of $20,000,000.00.

23. "JZ Buckingham Euro Short Option" as used herein shall mean JZ Buckingham's sale on or about November 23, 1999 of a digital option on the Euro/U.S Dollar exchange rate at a strike price less than or equal to U.S. $1.0121 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $37,500,000.00, and a received premium of $19,000,000.00.

24. "JZ Buckingham Yen Contract" as used herein shall mean the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27920A, was between JZ Buckingham and Deutsche Bank AG, and provided the JZ Buckingham Yen Long Option, as defined below, and the JZ Buckingham Yen Short Option, as defined below.

25. "JZ Buckingham Yen Long Option" as used herein shall mean JZ Buckingham's purchase on or about November 23, 1999 of a digital option on the Japanese Yen/U.S. Dollar exchange rate at a strike price greater than or equal to Japanese Yen 106.19 per U.S. $1.00 with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $50,000,000.00, and a paid premium of $25,000,000.00.

26. "JZ Buckingham Yen Short Option" as used herein shall mean JZ Buckingham's sale on or about November 23, 1999 of a digital option on the Japanese Yen/U.S. Dollar exchange rate at a strike price greater than or equal to Japanese Yen 106.21 per U.S. $1.00 with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $46,875,000.00, and a received premium of $23,750,000.00

27. "Euro Contract Loss" as used herein shall mean the $1,250,000 00 loss that resulted from the JGB Bohicket Euro Contract and the JZ Buckingham Euro Contract.

28. "Yen Contract Gain" as used herein shall mean the $1,875,000 00 gain that resulted from the JZ Buckingham Yen Contract.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION 1**: On or about November 16, 1999, Jerry Zucker formed JZ Buckingham as a single-member limited liability company under the laws of the State of Delaware. See document number ZJG000782.

**ANSWER**:

**REQUEST FOR ADMISSION 2**: The Employer Identification Number of JZ Buckingham is 57-1088088. See document number Z000519.

**ANSWER**:

**REQUEST FOR ADMISSION 3**: The principal place of business of JZ Buckingham is Charleston, South Carolina. See document number Z001279.

**ANSWER**:

**REQUEST FOR ADMISSION 4**: Attached is a true and correct copy of the Form SS-4, *Application for Employer Identification Number*, which was filed by JZ Buckingham on November 19, 1999. See document number Z001279.

**ANSWER**:

**REQUEST FOR ADMISSION 5**: Attached is a true and correct copy of the Certificate of Formation of JZ Buckingham that was filed with the Secretary of State of the State of Delaware on or about November 16, 1999. See document number Z001278.

**ANSWER**:

**REQUEST FOR ADMISSION 6**: Attached is a true and correct copy of the notice from the Secretary of State of the State of Delaware accepting the Certificate of Formation of JZ Buckingham. See document number Z001277.

**ANSWER**:

**REQUEST FOR ADMISSION 7**: In accepting the Certificate of Formation of JZ Buckingham, the Secretary of State of the State of Delaware recognized that JZ Buckingham complied with the laws of the State of Delaware. See document number Z001277.

**ANSWER**:

**REQUEST FOR ADMISSION 8:** In issuing a notice accepting the Certificate of Formation of JZ Buckingham, the Secretary of State of the State of Delaware recognized JZ Buckingham as a validly existing Delaware limited liability company effective November 16, 1999. See document number Z001277.

**ANSWER**:

**REQUEST FOR ADMISSION 9:** JZ Buckingham validly existed and was in good standing in the State of Delaware at the time of the Option Transactions. See document number Z001278.

**ANSWER:**

**REQUEST FOR ADMISSION 10**: On or about November 16, 1999, James Boyd formed JGB Bohicket as a single-member limited liability company under the laws of the State of Delaware. See document number Z000776.

**ANSWER**:

**REQUEST FOR ADMISSION 11**: The Employer Identification Number of JGB Bohicket is 57-1088055. See document number Z000778.

**ANSWER**:

**REQUEST FOR ADMISSION 12**: Attached is a true and correct copy of the Form SS-4, *Application for Employer Identification Number*, which was filed by JGB Bohicket on or about November 19, 1999. See document number Z000778.

**ANSWER**:

**REQUEST FOR ADMISSION 13**: The principal place of business of JGB Bohicket was Johns Island, South Carolina. See document number Z000778.

**ANSWER**:

**REQUEST FOR ADMISSION 14**: Attached is a true and correct copy of the Certificate of Formation of JGB Bohicket that was filed with the Secretary of State of the State of Delaware on or about November 16, 1999. See document number Z000776.

**ANSWER**:

**REQUEST FOR ADMISSION 15**: Attached is a true and correct copy of the notice from the Secretary of State of the State of Delaware accepting the Certificate of Formation of JGB Bohicket. See document number Z000775.

ANSWER:

**REQUEST FOR ADMISSION 16**: In accepting the Certificate of Formation of JGB Bohicket, the Secretary of State of the State of Delaware recognized that JGB Bohicket complied with the laws of the State of Delaware. See document number Z000775.

ANSWER:

**REQUEST FOR ADMISSION 17:** In issuing a notice accepting the Certificate of Formation of JGB Bohicket, the Secretary of State of the State of Delaware recognized JGB Bohicket as a validly existing Delaware limited liability company effective November 16, 1999. See document number Z000775.

ANSWER:

**REQUEST FOR ADMISSION 18:** JGB Bohicket validly existed and was in good standing in the State of Delaware at the time of the Option Transactions. See document number Z000775.

ANSWER:

**REQUEST FOR ADMISSION 19**: JZ Buckingham and JGB Bohicket entered into and executed the Agreement of General Partnership for JBJZ Partners, a South Carolina general partnership, on or about November 16, 1999. See document number Z000787-Z000798.

ANSWER:

**<u>REQUEST FOR ADMISSION 20</u>:** Attached is a true and correct copy of the Agreement of General Partnership of JBJZ Partners dated November 16, 1999. See document number Z000787-Z000798.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 21</u>:** Based on their execution of the Agreement of General Partnership of JBJZ Partners, JZ Buckingham and JGB Bohicket intended to form JBJZ Partners as a South Carolina general partnership on or about November 16, 1999. See document number Z000787-Z000798.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 22</u>:** The Agreement of General Partnership of JBJZ Partners provides that JZ Buckingham and JGB Bohicket would share in the profits (*i.e.* gains) and losses of JBJZ Partners. See document number Z000787-Z000798.

**<u>ANSWER:</u>**

**<u>REQUEST FOR ADMISSION 23:</u>** JZ Buckingham and JGB Bohicket shared in the profits (*i.e.* gains) and losses of JBJZ Partners. See document number ZEY000665-ZEY000681.

**<u>ANSWER:</u>**

**<u>REQUEST FOR ADMISSION 24:</u>** Jerry Zucker and James Boyd, as the sole members of JZ Buckingham and JGB Bohicket, respectively, caused the formation and effected the actions of JBJZ Partners based on their experience, business judgment and reasoning.

**<u>ANSWER:</u>**

**REQUEST FOR ADMISSION 25**: Because JZ Buckingham and JGB Bohicket, *inter alia*, (i) entered into the Partnership Agreement of JBJZ Partners that provided they would share in the profits (*i.e.* gains) and losses of JBJZ Partners, (ii) shared in those profits (*i.e.* gains) and losses; and (iii) based the formation of and actions of JBJZ Partners on their experience, business judgment and reasoning, JBJZ Partners was a validly existing South Carolina general partnership under Section 33-41-210 of the South Carolina Uniform Partnership Act. See document number Z000787-Z000798.

**ANSWER**:

**REQUEST FOR ADMISSION 26**: JBJZ Partners was a South Carolina general partnership and was recognized as a partnership for South Carolina state law purposes. See document number Z000787-Z000798.

**ANSWER**:

**REQUEST FOR ADMISSION 27**: The Employer Identification Number of JBJZ Partners is 57-1088089. See document number Z000518.

**ANSWER**:

**REQUEST FOR ADMISSION 28**: Attached is a true and correct copy of the Form SS-4, *Application for Employer Identification Number*, which was filed by JBJZ Partners on or about November 18, 1999. See document number Z000220.

**ANSWER**:

<u>**REQUEST FOR ADMISSION 29**</u>: The principal place of business of JBJZ Partners was Charleston, South Carolina. See document number Z000220.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 30**</u>: Based upon the Agreement of General Partnership of JBJZ Partners, JZ Buckingham contributed $900.00 to JBJZ Partners and, in return, JBJZ Partners issued to JZ Buckingham a 90% general partnership interest in JBJZ Partners. See document number Z000787-Z000798.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 31**</u>: Based upon the Agreement of General Partnership of JBJZ Partners, JZ Buckingham was the Tax Matters Partner of JBJZ Partners. See document number Z000787-Z000798.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 32**</u>: Based upon the Agreement of General Partnership of JBJZ Partners, JGB Bohicket contributed $100.00 to JBJZ Partners and, in return, JBJZ Partners issued to JGB Bohicket a 10% general partnership interest in JBJZ Partners. See document number Z000787-Z000798.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 33**</u>: JBJZ Investors was formed as a Delaware corporation on or about November 16, 1999. See document number Z000001-Z000004.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 34**</u>: Attached is a true and correct copy of the Certificate of Incorporation of JBJZ Investors that was filed with the Secretary of State of the State of Delaware on or about November 16, 1999. See document number Z000001-Z000004.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 35**</u>: Attached is a true and correct copy of the notice from the Secretary of State of the State of Delaware accepting the Certificate of Incorporation of JBJZ Investors. See document number Z000000.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 36**</u>: In accepting the Certificate of Incorporation of JBJZ Investors, the Secretary of State of the State of Delaware recognized that JBJZ Investors complied with the laws of the State of Delaware. See document number Z000000.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 37:**</u> In issuing the notice accepting the Certificate of Incorporation of JBJZ Investors, the Secretary of State of the State of Delaware recognized JBJZ Investors as a validly existing Delaware corporation effective November 16, 1999. See document number Z000000.

<u>**ANSWER**</u>:

<u>**REQUEST FOR ADMISSION 38:**</u> JBJZ Investors validly existed and was in good standing in the State of Delaware at the time of the Option Transactions. See document number Z000000.

ANSWER:

REQUEST FOR ADMISSION 39: Attached is a true and correct copy of the Bylaws of JBJZ Investors. See document number Z000009-Z000028.

ANSWER:

REQUEST FOR ADMISSION 40: Jerry Zucker was the sole director of JBJZ Investors at the time of the Option Transactions. See document number Z000009-Z000028.

ANSWER:

REQUEST FOR ADMISSION 41: On or about November 16, 1999, Jerry Zucker contributed $90.00 to JBJZ Investors and JBJZ Investors, in return, issued to Jerry Zucker 90 shares of JBJZ Investors' common stock.

ANSWER:

REQUEST FOR ADMISSION 42: Attached is a true and correct copy of the stock certificate issued to Jerry Zucker for 90 shares of JBJZ Investors commons stock. See document number Z000033-Z000034.

ANSWER:

REQUEST FOR ADMISSION 43: On or about November 16, 1999, James Boyd contributed $10.00 to JBJZ Investors and JBJZ Investors, in return, issued to James Boyd 10 shares of JBJZ Investors' common stock.

ANSWER:

**REQUEST FOR ADMISSION 44**: Attached is a true and correct copy of the stock certificate issued to James Boyd for 10 shares of JBJZ Investors' common stock. See document number Z000035-Z000036.

**ANSWER**:

**REQUEST FOR ADMISSION 45**: The principal place of business of JBJZ Investors was Charleston, South Carolina. See document number Z000692.

**ANSWER**:

**REQUEST FOR ADMISSION 46**: The Employer Identification Number of JBJZ Investors is 57-1088087. See document number Z000692 and Z000766.

**ANSWER**:

**REQUEST FOR ADMISSION 47**: Attached is a true and correct copy of Form 2553, *Election by Small Business Corporation*, which was filed by JBJZ Investors on or about November 18, 1999. See document number Z000008.

**ANSWER**:

**REQUEST FOR ADMISSION 48**: JBJZ Investors elected and qualified as an S Corporation under Section 1362 of the Code. See document number Z000008.

**ANSWER**:

**<u>REQUEST FOR ADMISSION 49</u>:** JBJZ Investors had a valid election in effect under Section 1361(a)(1) of the Code during the time of the Option Transactions and at the time that its federal income tax returns were filed. See document number Z000008.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 50</u>:** On or about November 18, 1999, JGB Bohicket opened brokerage account no. 222-10154-11 with BT Alex.Brown. See document number ZUDB00407-ZUDB00408.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 51</u>:** Attached is a true and correct copy of the Account Agreement for account no. 222-10154-11 between JGB Bohicket and BT Alex.Brown. See document number ZUDB00407-ZUDB00409.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 52</u>:** Attached is a true and correct copy of the Non-Corporate Resolution of JGB Bohicket regarding the opening of account no. 222-10154-11. See document number ZUDB00286.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION 53</u>:** On or about November 18, 1999, JZ Buckingham opened brokerage account no. 222-10153-12 with BT Alex.Brown. See document number ZUDB00275-ZUDB00278.

**<u>ANSWER</u>:**

**REQUEST FOR ADMISSION 54**: Attached is a true and correct copy of the Account Agreement for account no. 222-10153-12 between JZ Buckingham and BT Alex.Brown. See document number ZUDB00275-ZUDB00278.

**ANSWER**:

**REQUEST FOR ADMISSION 55**: Attached is a true and correct copy of the Non-Corporate Resolution of JZ Buckingham authorizing Jerry Zucker to act on behalf of JZ Buckingham with respect to BT Alex.Brown account no. 222-10153-12. See document number ZUDB00118.

**ANSWER**:

**REQUEST FOR ADMISSION 56**: On or about November 18, 1999, JBJZ Partners opened brokerage account no. 222-10155-10, with BT Alex.Brown. See document number ZUDB00160-ZUDB00163.

**ANSWER**:

**REQUEST FOR ADMISSION 57**: Attached is a true and correct copy of the Account Agreement for account no. 222-10155-10 between JZ Partners and BT Alex.Brown. See document number ZUDB00160-ZUDB00163.

**ANSWER**:

**REQUEST FOR ADMISSION 58**: Attached is a true and correct copy of the Partnership Account Authorization and Indemnity for JBJZ Partners authorizing Jerry Zucker and James Boyd to act on

behalf of JBJZ Partners with respect to BT Alex.Brown account no. 222-10155-10. See document number ZUDB00412-ZUDB00413.

**ANSWER**:

**REQUEST FOR ADMISSION 59**: On or about November 18, 1999, JBJZ Investors opened brokerage account no. 222-10156-19 with BT Alex.Brown. See document number ZUDB00015-ZUDB00018.

**ANSWER**:

**REQUEST FOR ADMISSION 60**: Attached is a true and correct copy of the Account Agreement for account no. 222-10156-19 between JBJZ Investors and BT Alex.Brown. See document number ZUDB00015-ZUDB00018.

**ANSWER**:

**REQUEST FOR ADMISSION 61**: Attached is a true and correct copy of the Corporate Account Authorization authorizing Jerry Zucker and James Boyd to act on behalf of JBJZ Investors with respect to BT Alex.Brown account no. 222-10156-19. See document number ZUDB00164-ZUDB00165.

**ANSWER**:

**REQUEST FOR ADMISSION 62**: Attached is a true and correct copy of the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27921A and was between JGB Bohicket and Deutsche Bank AG (as defined above, the "JGB Bohicket Euro Contract"). See document number Z000230-Z000232.

ANSWER:

**REQUEST FOR ADMISSION 63**: On or about November 23, 1999, JGB Bohicket bought a digital option on the Euro/U.S. Dollar exchange rate at a strike price less than or equal to U.S. $1.0123 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $10,000,000.00, and a paid premium of $5,000,000.00 (as defined above, the "JGB Bohicket Long Option"). See document number Z000230-Z000232.

ANSWER:

**REQUEST FOR ADMISSION 64**: On or about November 24, 1999, JGB Bohicket contributed to JBJZ Partners the JGB Bohicket Long Option. See document number Z000302-Z000310.

ANSWER:

**REQUEST FOR ADMISSION 65**: Attached is a true and correct copy of the Assignment Agreement between JGB Bohicket, Deutsche Bank AG, and JBJZ Partners dated November 24, 1999 whereby JGB Bohicket assigned to JBJZ Partners its interest in the JGB Bohicket Long Option. See document number Z000240-Z000242.

ANSWER:

**REQUEST FOR ADMISSION 66**: On December 22, 1999, the JGB Bohicket Long Option held by JBJZ Partners expired under its own terms. See document number Z000302-Z000310.

ANSWER:

**REQUEST FOR ADMISSION 67**: On December 22, 1999, the United States Dollar ended above U.S. $1.0123 per Euro and the JGB Bohicket Long Option closed out of the money.

**ANSWER**:

**REQUEST FOR ADMISSION 68**: Because the JGB Bohicket Long Option closed out of the money, JBJZ Partners did not have the right to receive $10,000,000.00. See documents number Z000230-Z000232, Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 69**: On or about November 23, 1999, JGB Bohicket sold a digital option on the Euro/U.S Dollar exchange rate at a strike price less than or equal to U.S. $1.0121 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $9,375,000.00, and a received premium of $4,750,000.00 (as defined above, the "JGB Bohicket Short Option"). See document number Z000230-Z000232.

**ANSWER**:

**REQUEST FOR ADMISSION 70**: On or about November 24, 1999, JGB Bohicket contributed to JBJZ Partners the JGB Bohicket Short Option. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 71**: Attached is a true and correct copy of the Assignment Agreement between JGB Bohicket, Deutsche Bank AG, and JBJZ Partners dated November 24, 1999 whereby JGB Bohicket assigned to JBJZ Partners its interest in the JGB Bohicket Short Option. See document number ZEY001221-ZEY001223.

**ANSWER**:

**REQUEST FOR ADMISSION 72**: When JGB Bohicket contributed to JBJZ Partners the JGB Bohicket Short Option on or about November 24, 1999, the strike price on the Euro/U.S. Dollar Exchange rate was not lesser than or equal to U.S. $1.0121 per Euro.

**ANSWER**:

**REQUEST FOR ADMISSION 73**: When JGB Bohicket contributed the JGB Bohicket Short Option to JBJZ Partners on or about November 24, 1999, the amount of the obligation due on the JGB Bohicket Short Option was $0.

**ANSWER**:

**REQUEST FOR ADMISSION 74:** When JGB Bohicket contributed to JBJZ Partners the JGB Bohicket Short Option on or about November 24, 1999, JGB Bohicket transferred to JBJZ Partners substantially all of the assets with which the JGB Bohicket Short Option was associated.

**ANSWER**:

**REQUEST FOR ADMISSION 75**: On December 22, 1999, the JGB Bohicket Short Option held by JBJZ Partners expired under its own terms. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 76**: On December 22, 1999, the United States Dollar ended above U.S. $1.0121 per Euro and the JGB Bohicket Short Option closed out of the money.

**ANSWER**:

**REQUEST FOR ADMISSION 77**: Because the JGB Bohicket Short Option closed out of the money, JBJZ Partners did not have an obligation to pay $9,375,000.00. See documents number Z000302-Z000310, Z000230-Z000232.

**ANSWER**:

**REQUEST FOR ADMISSION 78**: Because both the JGB Bohicket Short Option and the JGB Bohicket Long Option closed out of the money, the JGB Bohicket Euro Contract resulted in a $250,000.00 loss. See document number Z000230-Z000232.

**ANSWER**:

**REQUEST FOR ADMISSION 79**: Attached is a true and correct copy of the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27919a and was between JZ Buckingham and Deutsche Bank AG (as defined above, the "JZ Buckingham Euro Contact"). See document number Z000233-Z000235.

**ANSWER**:

**REQUEST FOR ADMISSION 80**: On or about November 23, 1999, JZ Buckingham bought a digital option on the Euro/U.S. Dollar exchange rate at a strike price less than or equal to U.S. $1.0123 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $40,000,000.00, and a paid premium of $20,000,000.00 (as defined above, the "JZ Buckingham Euro Long Option"). See document number Z000233-Z000235.

**ANSWER**:

**REQUEST FOR ADMISSION 81**: On or about November 24, 1999, JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Euro Long Option. See document number Z000302-Z000310.

**ANSWER:**

**REQUEST FOR ADMISSION 82**: Attached is a true and correct copy of the Assignment Agreement between JZ Buckingham, Deutsche Bank AG and JBJZ Partners dated November 24, 1999, whereby JZ Buckingham assigned to JBJZ Partners its interest in JZ Buckingham Euro Long Option. See document number Z000243-Z000245.

**ANSWER**:

**REQUEST FOR ADMISSION 83**: On December 22, 1999, the JZ Buckingham Euro Long Option held by JBJZ Partners expired under its own terms. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 84**: On or about December 22, 1999, the United States Dollar ended above U.S. $1.0123 per Euro and the JZ Buckingham Euro Long Option closed out of the money.

**ANSWER**:

**REQUEST FOR ADMISSION 85**: Because the JZ Buckingham Euro Long Option closed out of the money, JBJZ Partners did not have the right to receive $40,000,000.00. See document number Z000233-Z000235.

**ANSWER:**

**REQUEST FOR ADMISSION 86**: On or about November 23, 1999, JZ Buckingham sold a digital option on the Euro/U.S Dollar exchange rate at a strike price less than or equal to U.S. $1.0121 per Euro with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $37,500,000.00, and a received premium of $19,000,000.00 (as defined above, the "JZ Buckingham Euro Short Option"). See document number Z000233-Z000235.

**ANSWER**:

**REQUEST FOR ADMISSION 87**: On or about November 24, 1999, JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Euro Short Option. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 88**: Attached is a true and correct copy of the Assignment Agreement between JZ Buckingham, Deutsche Bank AG, and JBJZ Partners dated November 24, 1999, whereby JZ Buckingham assigned to JBJZ Partners its interest in the JZ Buckingham Euro Short Option. See document number Z000243-Z000245.

**ANSWER**:

**REQUEST FOR ADMISSION 89**: When JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Euro Short Option on or about November 24, 1999, the strike price on the Euro / U.S. Dollar Exchange rate was not lesser than or equal to $1.0121 per Euro.

**ANSWER**:

**REQUEST FOR ADMISSION 90**: When JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Euro Short Option on or about November 24, 1999, the amount of the obligation due on the JZ Buckingham Euro Short Option was $0.

**ANSWER**:

**REQUEST FOR ADMISSION 91:** When JZ Buckingham assigned to JBJZ Partners the JZ Buckingham Euro Short Option on or about November 24, 1999, JZ Buckingham transferred to JBJZ Partners substantially all of the assets with which the JZ Buckingham Euro Short Option was associated.

**ANSWER**:

**REQUEST FOR ADMISSION 92**: On December 22, 1999, the JZ Buckingham Euro Short Option held by JBJZ Partners expired under its own terms. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 93**: On December 22, 1999, the United States Dollar ended above U.S. $1.0121 per Euro and the JZ Buckingham Euro Short Option closed out of the money. See document number Z000302-Z000310.

**ANSWER**:

**REQUEST FOR ADMISSION 94**: Because the JZ Buckingham Euro Short Option closed out of the money, JBJZ Partners did not have an obligation to pay $37,500,000.00. See document number Z000233-Z000235.

**ANSWER:**

**REQUEST FOR ADMISSION 95:** Because both the JZ Buckingham Euro Short Option and the JZ Buckingham Euro Long Option closed out of the money, the JZ Buckingham Euro Contract resulted in a $1,000,000.00 loss. See document number Z000233-Z000235.

**ANSWER:**

**REQUEST FOR ADMISSION 96:** Together, the JGB Bohicket Euro Contract and the JZ Buckingham Euro Contract resulted in a $1,250,000.00 loss (as defined above, the "Euro Contract Loss"). See document number Z000233-Z000235, Z000230-Z000232.

**ANSWER:**

**REQUEST FOR ADMISSION 97:** Attached is a true and correct copy of the Foreign Exchange Digital Option Transaction Agreement that was designated as ex27920A and was between JZ Buckingham and Deutsche Bank AG (as defined above, the "JZ Buckingham Yen Contract"). See document number Z000236-Z000238.

**ANSWER:**

**REQUEST FOR ADMISSION 98:** On or about November 23, 1999, JZ Buckingham bought a digital option on the Japanese Yen/U.S. Dollar exchange rate at a strike price greater than or equal to Japanese Yen 106.19 per U.S. $1.00 with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $50,000,000.00, and a paid premium of $25,000,000.00 (as defined above, the "JZ Buckingham Yen Long Option"). See document number Z000236-Z000238.

**ANSWER:**

**REQUEST FOR ADMISSION 99:** On or about November 24, 1999, JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Yen Long Option. See document number Z000302-Z000310.

**ANSWER:**

**REQUEST FOR ADMISSION 100:** Attached is a true and correct copy of the Assignment Agreement between JZ Buckingham, Deutsche Bank AG, and JBJZ Partners dated November 24, 1999, whereby JZ Buckingham assigned to JBJZ Partners its interest in the JZ Buckingham Yen Long Option. See document number Z000246-Z000248.

**ANSWER:**

**REQUEST FOR ADMISSION 101:** On December 22, 1999, the JZ Buckingham Yen Long Option held by JBJZ Partners expired under its own terms. See document number Z000302-Z000310.

**ANSWER:**

**REQUEST FOR ADMISSION 102:** On December 22, 1999, the Japanese Yen ended above Japanese Yen 106.19 per U.S. $1.00 and the JZ Buckingham Yen Long Option closed in the money.

**ANSWER:**

**REQUEST FOR ADMISSION 103:** Because the JZ Buckingham Yen Long Option closed in the money, JBJZ Partners had the right to receive $50,000,000.00. See document number Z000236-Z000238.

ANSWER:

**REQUEST FOR ADMISSION 104**: On or about November 23, 1999, JZ Buckingham sold a digital option on the Japanese Yen/U.S. Dollar exchange rate at a strike price greater than or equal to Japanese Yen 106.21 per U.S. $1.00 with an expiration date of December 22, 1999, a settlement date of December 27, 1999, a payoff amount of $46,875,000.00, and a received premium of $23,750,000.00 (as defined above, the "JZ Buckingham Yen Short Option"). See document number Z000236-Z000238.

ANSWER:

**REQUEST FOR ADMISSION 105**: On or about November 24, 1999, JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Yen Short Option. See document number Z000302-Z000310.

ANSWER:

**REQUEST FOR ADMISSION 106**: Attached is a true and correct copy of the Assignment Agreement between JZ Buckingham, Deutsche Bank AG, and JBJZ Partners dated November 24, 1999, whereby JZ Buckingham assigned to JBJZ Partners its interest in the JZ Buckingham Yen Short Option. See document number Z000246-Z000248.

ANSWER:

**REQUEST FOR ADMISSION 107**: When JZ Buckingham contributed to JBJZ Partners the JZ Buckingham Yen Short Option on or about November 24, 1999, the strike price on the JZ