List of Deposition Testimony for Deutsche Bank

1. Susan Henry – Comparison Services, Purchase & Sales Manager – July 27, 2006

2. Dawn Forbes – Back Office Operations to Mutual Funds Operations to Middle Office Operations – July 27, 2006

3. Christopher Chilcoat – Margin Clerk – July 26, 2006

4. Janet Wilbon Robinson – Money Market Clerk to Margin Clerk to Coordinator to Supervisor to Manager – July 26, 2006

5. Jeanette Michaels – Middle Office Trade Support to Sales Assistant – July 25, 2006

6. Thomas Tahl – Summer Associate to Mortgage Trading to Foreign Exchange Options Trading – July 25, 2006