**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING PLAINTIFF'S MOTION CHALLENGING THE SUFFICIENCY OF DEFENDANT'S RESPONSES TO THE FIRST SET OF REQUESTS FOR ADMISSIONS**

On this 31st day of October, 2006, the Court considered Plaintiff's Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions and Plaintiff's Brief in Support of its Motion both filed in this case on October 31, 2006. The Court FINDS that this Motion should be GRANTED.

Therefore, it is hereby ORDERED that the Plaintiff's Requests for Admissions #4, #20, #39, #42, #51, #52, #54, #55, #57, #58, #60, #61, #62, #65, #71, #79, #82, #88, #97, #100, #106, #116, #117, #125, and #127 are admitted.

________________________________________

THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS