IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

NOTICE OF RECENTLY FILED RELEVANT JUDICIAL DECISION

**PLEASE TAKE NOTICE THAT** on November 9, 2006, the United States District Court for the Southern District of Indiana granted the Emergency Motion of the United States to stay to due date of the initial expert reports until the Court decides the Motion of the United States the revise the discovery deadlines in the Case Management Plan to conform with those in the *Murphy* cases presently pending in this Court.[1] According to the Order, annexed hereto, should the Court ultimately deny the motion of the United States to conform the discovery and expert witness report dates to those in the *Murphy* cases, the initial expert reports will be due ten

---

[1] The "*Murphy* cases" refers to the now consolidated cases of *MURFAM Farms, LLC v. United States*, No. 06-245T (Fed.Cl.); *PSM Farms, LLC v. United States*, No. 06-246T (Fed.Cl.) and *Murphy Pork Partners, LLC v. United States*, No. 06-247T (Fed.Cl.).

days from the date of such denial. In a separate Emergency Motion, the United States is requesting that this Court enter a similar order herein so that the Government's Motion to Amend the Schedule for Discovery and Expert Witness Deadlines, Docket Item #58, does not become moot as Initial Expert Witness Reports are presently due on November 15.

Respectfully submitted,

/s Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892