IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE COBRA TAX SHELTERS LITIGATION | § | Cause No. 1:05-ml-9727-JDT-WTL |
| | § | |
| | § | M.D.L. Docket No. 1727 |
| ______________________________ | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| | § | |
| 1:06-cv-8000-JDT-WTL | § | |
| 1:06-cv-8002-JDT-WTL | § | |

**ORDER GRANTING THE EMERGENCY MOTION OF THE UNITED STATES TO STAY THE DUE DATE OF THE INITIAL EXPERT REPORTS UNTIL THE COURT DECIDES THE MOTION OF THE UNITED STATES TO REVISE THE DISCOVERY DEADLINES IN THE CASE MANAGEMENT PLAN**

Before the Court is the Emergency Motion of the United States to Stay the Due Date of the Initial Expert Reports until the Court Decides the Motion of the United States to Revise the Discovery Deadlines in the Case Management Plan. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Should the Court ultimately deny the Motion of the United States to Revise the Discovery Deadlines in the Case Management Plan, Initial Expert Reports will be due ten days from the date of the Court's Order in that Motion.

SO ORDERED: William T Lawrence

______________________________

Dated 11/9/06________



1503816.1