IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**EMERGENCY MOTION OF THE UNITED STATES TO STAY EXPERT REPORT DUE DATES UNTIL THE COURT DECIDES THE MOTION OF THE UNITED STATES TO REVISE THE DISCOVERY SCHEDULE**

The defendant, the United States of America, by its undersigned counsel, hereby moves the Court to stay the due date of the Initial Expert Reports, presently due on November 15, 2006, until after the Court decides the United States' Motion to Revise the Discovery Schedule, Docket Item #58. Should the Court deny the Motion of the United States to Revise the Discovery Schedule in the Case Management Plan, the United States respectfully requests that the Initial Expert Reports be due no sooner than ten days following the Court's Order. Otherwise, the pending motion of the United States to Revise the Discovery Schedule will become, in part, moot. The Government has already notified the Court, Docket Item #62, that the United States District Court for the Southern District of Indiana today granted the identical Emergency Motion of the United States. The United States has contacted Plaintiff's counsel, but Plaintiff's counsel has not yet indicated whether it will consent to or oppose this emergency motion.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2006, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892