IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING THE EMERGENCY MOTION OF THE UNITED STATES TO STAY THE DUE DATE OF THE INITIAL EXPERT REPORTS UNTIL THE COURT DECIDES THE MOTION OF THE UNITED STATES TO REVISE THE DISCOVERY DEADLINES**

Before the Court is the Emergency Motion of the United States to Stay the Due Date of the Initial Expert Reports until the Court Decides the Motion of the United States to Revise the Discovery Deadlines. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Should the Court ultimately deny the Motion of the United States to Revise the Discovery Deadlines, Initial Expert Reports will be due ten days from the date of the Court's Order in that Motion.

SO ORDERED:

____________________________

Dated _______________