# In the United States Court of Federal Claims

No. 05-231 T
(Filed: November 10, 2006)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On November 9, 2006, Defendant filed an Emergency Motion to Stay Expert Report Due Dates Until the Court Decides the Motion to Revise the Discovery Schedule. The Court grants Defendant's motion. The deadline for initial expert reports set forth in the order issued May 26, 2006, is hereby cancelled. If the Court denies Defendant's Motion to Revise Scheduling Order, filed October 12, 2006, initial expert reports shall be due 10 days after the Court's order on that motion.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge