**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

In conformance with the Court's Order dated April 24, 2006, the Parties submit this Joint Status Report:

1. On October 12, 2006, Defendant, by motion, requested that the Court conform the discovery and expert witness report due dates with those of the recently filed *Murphy*[1] cases. Plaintiff has opposed this motion. Defendant made a similar motion in the COBRA cases pending in the Multi-District Litigation pending in the United States District Court for the Southern District of Indiana sub nom *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D.Ind.). Defendant also made an emergency motion in both Courts for an Order staying the Initial Expert Report Due Date of November 15 until the Courts decide the underlying motion and, should the Courts deny the underlying motion, that the Initial Expert Report Due Date be stayed until ten days after such denial. On November 9, the Southern District of Indiana granted Defendant's emergency motion. On November 10, this Court granted Defendant's emergency motion.

[1] The *Murphy* cases are *MURFAM Farms, LLC, v. United States*, Fed. Cl. No. 06-245T, *PSM Farms, LLC, v. United States*, Fed. Cl. No. 06-246 T, and *Murphy Pork Partners, LLC, v. United States*, Fed. Cl. No. 06-247 T.

2. On October 31, 2006, Plaintiff filed a motion challenging the sufficiency of the Government's responses to Plaintiff's first set of Requests for Admissions. The Defendant will oppose this motion on or before November 17, 2006.

3. On September 15, 2006, the Plaintiffs served on Defendant Plaintiff's Third Set of Interrogatories. The Defendant served their response on October 24, 2006.

4. On November 10, 2006 the Plaintiffs served on Defendant Plaintiff's Third Set of Requests for Production.

5. The parties continue to exchange written discovery.

6. The week of October 30th, the Defendant took the depositions of three individuals, all current or former employees of Ernst & Young.

7. The week of November 6th, the Defendant took the depositions of four individuals, all current or former employees of Ernst & Young.

8. The Defendant continues to notice depositions of current or former employees of Ernst & Young.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue s/w/p by Joel N. Crouch
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: November 13, 2006