IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING THE UNOPPOSED MOTION OF THE UNITED STATES TO EXTEND THE DUE DATE OF ITS OPPOSITION TO PLAINTIFF'S MOTION CHALLENGING THE SUFFICIENCY OF DEFENDANT'S RESPONSES TO THE FIRST SET OF REQUESTS FOR ADMISSIONS**

Before the Court is the Unopposed Motion of the United States to Extend the Due Date of its Opposition to Plaintiff's Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions until November 27, 2006. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted.

SO ORDERED:

______________________________

Dated _______________

2025144.1