IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

# NOTICE OF RECENTLY FILED RELEVANT JUDICIAL DECISION

**PLEASE TAKE NOTICE THAT** on November 21, 2006, the United States District Court for the Southern District of Indiana granted the Motion of the United States to Revise the Discovery Deadlines Outlined in the Case Management Plan to conform with those in the *Murphy* cases presently pending in this Court.[1] The Order is annexed hereto.

[1] The "*Murphy* cases" refers to the now consolidated cases of *MURFAM Farms, LLC v. United States*, No. 06-245T (Fed.Cl.); *PSM Farms, LLC v. United States*, No. 06-246T (Fed.Cl.) and *Murphy Pork Partners, LLC v. United States*, No. 06-247T (Fed.Cl.).

Respectfully submitted,

/s Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892