IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE COBRA TAX SHELTERS LITIGATION | § | Cause No. 1:05-ml-9727-JDT-WTL |
| | § | M.D.L. Docket No. 1727 |
| THIS DOCUMENT RELATES TO: | § | |
| 1:06-cv-8000-JDT-WTL<br>1:06-cv-8002-JDT-WTL | § | |

**ORDER GRANTING THE MOTION OF THE UNITED STATES TO REVISE THE DISCOVERY DEADLINES OUTLINED IN THE CASE MANAGEMENT PLAN**

Before the Court is the motion of the United States to Revise the Discovery Limits Outlined in the Case Management Plan. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. The Discovery Deadlines will now be as follows:

| | Initial Expert Reports | Rebuttal Expert Reports | Discovery ends |
|---|---|---|---|
| Former Deadlines | November 15, 2006 | December 15, 2006 | February 1, 2007 |
| New Deadlines | May 1, 2007 | June 1, 2007 | August 1, 2007 |



1503816.1

SO ORDERED:

Dated 11/21/2006

William T. Lawrence

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana