# In the United States Court of Federal Claims

No. 05-231 T

(Filed: November 21, 2006)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

On October 12, 2006, Defendant filed a Motion to Revise Scheduling Order, asking the Court to conform the discovery schedule in this case with the schedule recently requested by the parties, and set by the Court, in three related later-filed cases in this Court.[1]

A similar motion was filed by Defendant in the District Court for the Southern District of Indiana in related multidistrict litigation that was referred to that court by the Judicial Panel on Multidistrict Litigation.[2] The Indiana court granted that motion on November 21, 2006.

The Court GRANTS Defendant's motion. The Court rescinds the scheduling order issued April 17, 2006, as amended on May 26, 2006, in lieu of the following discovery schedule:

| | |
|---|---|
| Initial Expert Reports due | May 1, 2007 |

[1] The three other cases before this Court are *Murfam Farms, LLC v. United States* (No. 06-245), *PSM Farms, LLC v. United States* (06-246), and *Murphy Pork Partners, LLC v. United States* (No. 06-247). The three cases have been consolidated under *Murfam Farms, LLC v. United States* (No. 06-245).

[2] Those cases include two cases in the Western District of Texas and one case in the Southern District of Indiana, which are consolidated in the Indiana court as *In Re Cobra Tax Shelter Litigation* (No. 05-2797).

| | |
|---|---|
| Rebuttal Expert Reports due | June 1, 2007 |
| Fact Discovery ends | August 1, 2007 |
| Expert Discovery ends | August 1, 2007 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge