Exhibit A

# Deutsche Bank AG New York

20 December 1999

**Termination Agreement**
Our Ref.:ex27745D
Re: Original Transaction (Our Ref No.: ex27745A)

Deutsche Bank AG New York Branch
31 West 52nd Street
New York NY 10019
Telephone: 212-474-8000
Fax: 212-474-8560
Swift: DEUT US 33

SA TESORO INVESTMENT PARTNERS
Care of David Parse
DB Alex Brown
222 W. Adams's Suite 1900
Chicago, IL 60606
312-424-6020

**AMENDED CONFIRMATION**

Dear Sirs

We refer to the above currency option transaction (the "Transaction") entered into between us ("Party A") and SA TESORO INVESTMENT PARTNERS ("Party B"), the relevant terms of which are set out below. The purpose of this letter agreement is to confirm the terms and conditions of the termination of that Transaction.

**ORIGINAL TRADE DETAILS**

**1. Section 1 – General Terms**

| | |
|---|---|
| Notional Amount: | USD 6,600,000 |
| Trade Date: | 18 November 1999 |
| Termination Date: | 20 December 1999, subject to modification in accordance with the Following Business Day Convention. |
| Business Days: | In New York |
| Calculation Agent: | Party A |
| Currency Pair: | USD/JPY |

**2. Section 1 – First Digital Option Transaction**

(i) Initial Exchange Provisions:

| | |
|---|---|
| Party A Initial Exchange Amount: | Zero |
| Party B Initial Exchange Amount: | USD 3,300,000 |
| Initial Exchange Date: | 22 November 1999, subject to adjustment in accordance with the Following Business Day Convention. |

(ii) Final Exchange Provisions:

| | |
|---|---|
| Party A Final Exchange Amount: | USD 6,600,000 |
| Party B Final Exchange Amount: | Zero |
| First Range Level: | JPY 103.87 per USD 1.00 |
| First Rate Determination Date: | Means the Termination Date |
| Final Exchange Date: | 22 December 1999, subject to adjustment in accordance with the Following Business Day Convention. |

EXHIBIT
7-25-06
Govt 29
HENJUM GOUCHER

GOVERNMENT EXHIBIT
A

**3. Section 1 – Second Digital Option Transaction**

(i) Initial Exchange Provisions:

| | |
|---|---|
| Party A Initial Exchange Amount: | USD 3,135,000 |
| Party B Initial Exchange Amount: | Zero |
| Initial Exchange Date: | 22 November 1999, subject to adjustment in accordance with the Following Business Day Convention |

(ii) Final Exchange Provisions:

| | |
|---|---|
| Party A Final Exchange Amount: | Zero |
| Party B Final Exchange Amount: | USD 6,187,500 |
| Second Range Level: | JPY 103.85 per USD 1.00 |
| Second Rate Determination Date: | Means the Termination Date |
| Final Exchange Date: | 22 December 1999, subject to adjustment in accordance with the Following Business Day Convention |

In consideration of the payment by Party A to Party B of the sum of Usd 250,000 (the "Termination Payment") on or before 20 December 1999, you and we agree that with effect from 17 Decemebr 1999 (the "Termination Date"), the Transaction shall terminate and, with the exception of the payment of the Termination Payment by Party A to Party B, neither party shall have any further rights or obligations in respect of the Transaction. Notwithstanding the foregoing, neither party shall be released or discharged from any obligation to make any payment to the other that shall have become due and payable on or before the Termination Date.

This termination agreement shall be governed by and construed in accordance with New York law and all parties to this letter agree to submit to the jurisdiction of the New York courts.

Please confirm your agreement with the above arrangements by signing the copy of this termination agreement enclosed for that purpose and returning it to us or by sending to us a letter or telex substantially similar to this letter, which letter or telex sets forth the material terms of the Transaction to which this termination agreement relates and indicates your agreement to those terms.

Yours faithfully,
for and on behalf of
**DEUTSCHE BANK AG, LONDON**

By: ______________________
Name: GERRY PARKER
Title: DIRECTOR

By: ______________________
Name:
Title: AVP

We hereby confirm our agreement with the foregoing terms and conditions.
**SA TESORO INVESTMENT PARTNERS**

By: ______________________
Name:
Title:
Date:

By: ______________________
Name:
Title:

ex27745d
DB-DOJ-COBRA-00000549