Exhibit E

# Jenkens & Gilchrist

A PROFESSIONAL CORPORATION

225 WEST WASHINGTON
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 425-3900
TELECOPIER (312) 425-3909

www.jenkens.com

AUSTIN, TEXAS
DALLAS, TEXAS
HOUSTON, TEXAS
LOS ANGELES, CALIFORNIA
SAN ANTONIO, TEXAS
WASHINGTON, D.C.

FROM THE DESK OF:
Donna M. Guerin
(312) 425-3939

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| James G. Boyd | | 843.768.9430 | |

**• MESSAGE •**

Please execute the attached documents (note that the Assignment Agreement requires two signatures) and send me a copy by fax (312-425-3909) and mail or overnight the originals to me as soon as possible. Please contact me if you have any questions. Thank you.

---

**NOTICE OF CONFIDENTIALITY**

GOVERNMENT EXHIBIT 5
PENGAD-Bayonne, N. J.

The information contained in and transmitted with this facsimile is

1. **SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;**
2. **ATTORNEY WORK PRODUCT; OR**
3. **CONFIDENTIAL.**

It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is *unauthorized* and *strictly prohibited*. If you have received this facsimile in error, please notify Jenkens & Gilchrist, a professional corporation by telephone at (312) 425-3900 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**Time:** 10:42 AM CHICAGO1 166 **Date:** November 26, 1999 **Employee No.:** **Billing #:** **Total Pages (+ cover):** 10

**JGB Bohicket Investments LLC**

November ___, 1999

Deutsche Banc Alex Brown
Attn: Mr. David Parse
222 West Adams Street
Suite 1900
Chicago, IL 60606

To Whom It May Concern:

Please use this letter as your authorization to wire transfer $______________ from my account JGB Bohicket Investments LLC, Account No. 222-10154-11, to the following entity:

Deutsche Bank AG NY Branch
ABA #: 026-003-780
For Acct Of: DBAB-NY
Acct #: 100450210032
Ref: FX Options

Thank you for your attention to this matter.

Sincerely,

James G. Boyd, Member

**JGB Bohicket Investments LLC**

November 24, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 West Adams Street
Suite 1900
Chicago, IL 60606

Re: JGB Bohicket Investments LLC
Account No. 222-10154-11

Dear Mr. Parse:

Please note from the attached assignment that the option positions in the above-referenced account have been assigned to JBJZ Partners, Account No. 222-10155-10 effective as of November 24, 1999. Please reflect such assignment in your records.

Thank you.

Very truly yours,

James G. Boyd, Member

**JGB Bohicket Investments LLC**

November 24, 1999

**<u>VIA TELECOPY (312) 424-6019</u>**

Mr. David Parse
Deutsche Banc Alex. Brown
222 West Adams Street
Suite 1900
Chicago, IL 60606

Re: JGB Bohicket Investments LLC
Account No. 222-10154-11

Dear Mr. Parse:

This letter constitutes your authorization to transfer all remaining cash from the above-referenced account, JGB Bohicket Investments LLC to JBJZ Partners, Account No. 222-10155-10 effective immediately.

Thank you.

Very truly yours,

James G. Boyd, Member

# ASSIGNMENT AGREEMENT

**THIS AGREEMENT** is made the 24th day of November, 1999

**BETWEEN:**

(1) **JGB BOHICKET INVESTMENTS LLC whose office is at 3520 Bohicket Road, Johns Island, South Carolina 29455 (the "Original Party").**

(2) **DEUTSCHE BANK AG acting through its ChicagoBranch with an office at 222 West Adams Street, Suite 1900, Chicago, Illinois 60606 (the "Counterparty").**

(3) **JBJZ PARTNERS whose office is at 16 Buckingham Drive, Charleston, South Carolina 29407 (the "New Party").**

**WHEREAS:**

(A) By the transaction(s) made by telephone and evidenced by exchanges of letter, Telex or SWIFT confirmations, brief details of which are set out in the Schedule to this Agreement (the "Original Transactions") the Counterparty and the Original Party assumed the rights and potential future contractual duties set out therein.

(B) It is the desire of the parties, that subject to the terms of this Agreement the New Party shall be assigned the financial position of the Original Party and shall assume the rights and potential future contractual duties equivalent to those of the Original Party under the Original Transactions (such resulting transactions shall be the "New Transactions").

IN CONSIDERATION OF THE COVENANTS, ASSUMPTIONS AND ACKNOWLEDGEMENTS RECORDED HEREIN THE PARTIES HEREBY AGREE THAT:

**IT IS HEREBY AGREED** as follows:

1. The parties hereto agree that with effect on and from November 24, 1999 (the "Effective Date");

1.1 The Original Party hereby assigns, transfers and conveys to the New Party the financial positions described as the Original Transactions set out in the Schedule to this Agreement.

1.2 The New Party undertakes to the Counterparty to perform the potential future contractual duties and be bound by the terms of the New Transaction(s) in favor of the Counterparty in every way as if the New Party were and had been a party to the Original Transaction(s) as the Original Party on identical terms to the terms of the Original Transactions.

1.3 As of the Effective Date the Counterparty undertakes to the New Party to perform the potential future contractual duties and be bound by the terms of the New Transaction(s) in favor of the New Party in every way as if the New Party were and had been a party to the Original Transaction(s) as the Original Party on identical terms to the terms of the Original Transaction(s).

2. Each party will bear its own costs and expenses (including without limitation, all legal costs and expenses) incurred by it in connection with the negotiation, preparation and execution of this Agreement.

3. This Agreement may be executed in counterparts, each of which will be deemed an original.

4. This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

**IN WITNESS** whereof the parties hereto have caused this Agreement to be duly executed the day and year first written.

**SIGNED** for and on behalf of
**JGB BOHICKET INVESTMENTS LLC**

X ______________________________
James G. Boyd, Member

**SIGNED** for and on behalf of
**DEUTSCHE BANK AG acting through its Chicago Branch**

______________________________

**SIGNED** for and on behalf of
**JBJZ PARTNERS**

X ______________________________
James G. Boyd, General Partner

## SCHEDULE

### DESCRIPTION OF ORIGINAL TRANSACTIONS

Original FX Digital Option Transactions:

| Transaction | Trade Date | Termination Date | Premium Amount | Reference Number |
|---|---|---|---|---|
| 1. | 23 Nov 99 | 22 Dec 99 | $5,000,000 | ex27921A |
| 2. | 23 Nov 99 | 22 Dec 99 | $4,750,000 | ex27921A |