# Exhibit F

The InterTech Group®

November 30, 1999

Ms. Donna M. Guerin
Jenkens & Gilchrist
225 West Washington
Suite 260
Chicago, Illinois 60606

Re: JBJZ Partners

Dear Ms. Guerin:

Enclosed please find the executed documents which were faxed to Mr. Zucker and Mr. Boyd on November 26, 1999 regarding the above referenced matter.

If you need anything else, please let me know.

Yours very truly,

Charlotte Crosby

Charlotte Crosby

CC/dbm

Enclosures

P.O. Box 5205, North Charleston, SC 29405 • (843) 744-5174 • Fax (843) 747-4092

GOVERNMENT EXHIBIT F

PENGAD-Bayonne, N. J.