Q. And the 27625 shows up in the middle of the reference number on Exhibit 6 at the top under the name "foreign exchange digital option transaction," correct?

**A. Correct.**

Q. Now, what does the EX mean in front of the 27625 on Exhibit 6?

**A. I don't know.**

Q. What does the capital A represent?

**A. I don't know.**

Q. This is -- this number is the number that was generated by the RMS system; is that correct?

**A. The number, yes.**

Q. On the third page, there are some signature lines, and there appears to be a signature which appears to be yours. Is that your signature?

**A. Yep.**

Q. There also appears to be a signature from Perry Parker. Is that Perry Parker's signature?

**A. I don't know.**

Q. Would you recognize Perry Parker's signature?

**A. No.**

Q. How long has Perry Parker been with the bank?

**A. I don't know. He's not with the bank now.**

Q. Was Perry Parker with Deutsche Bank --

**A. Yes.**

Q. -- when you joined in 1996?

**A. Yes.**

Q. Do you know when he left the bank?

**A. No.**

Q. Would you have signed first and then Perry Parker, or what was the custom?

MR. HILL: Object to the form of the question. You can answer.

**A. I don't know.**

Q. (BY MR. LINDQUIST) Was there any custom?

**A. No.**

Q. How would it be that, for instance in this case, that these confirmations -- I think if we go through -- if you first go through and would you please verify that, in fact, that's your signature on each of these

confirmations, four of them bundled herein?

MR. WELTY: These are the confirmations in Government Exhibit 6?

MR. LINDQUIST: Yes. We have one for 27625, and that's followed by 27626 and that's followed by 27627 and that's followed by 27628.

MR. HILL: You're referring to the reference number at the top of the --

MR. LINDQUIST: Correct.

MR. HILL: -- page, not the Bates stamped numbers?

MR. LINDQUIST: Correct.

MR. HILL: Okay.

Q. (BY MR. LINDQUIST) Is that your signature on each of those?

**A. Yes.**

Q. How is it that these confirmations would have come to you for your signature?

**A. Settlement would bring over the confirmations and ask me to help sign.**

Q. Why would they ask you to be the signer?

MR. HILL: Object to the form of the question.

**A. They asked me to sign.**
Q. (BY MR. LINDQUIST) Do you know?
**A. Because I was an AVP, and they needed someone with a title as well.**
Q. Perry Parker is listed here as being a director. What does that mean?
**A. That's his title.**
Q. Do you know whether anyone ever signed on behalf of Perry Parker?
**A. I don't know.**
Q. Were you the one who then faxed these signed confirmations?
**A. No.**
Q. Are you familiar with the terms of the confirmation?
**A. No.**
Q. When you sign a confirmation, do you review it to make sure that it, in fact, has all of the appropriate terms?
**A. No.**
Q. Upon whose representation would you rely if you relied upon any? Did you rely upon anybody's representation that this was a proper confirmation for signature?
MR. HILL: Object to the form of the

question.

MR. WELTY: Objection, form.

MR. HILL: You can answer.

**A. I don't know.**

Q. (BY MR. LINDQUIST) Would Rick Pychewicz have been involved with giving this confirmation to you, Rick Pychewicz?

**A. Maybe.**

Q. If not Rick Pychewicz, would it have been his assistant who might have given it to you for signature?

MR. WELTY: Objection, form.

**A. He didn't have an assistant. Coworker?**

Q. (BY MR. LINDQUIST) Coworker.

**A. I don't recall who gave me the confirmations.**

Q. You don't know how it would be that you, in fact, came about signing these?

**A. I was asked to by operations. I don't remember who at the time.**

Q. Who in operations? Why is it that you would not have reviewed these confirmations prior to signing them?

MR. HILL: Objection to the form.

**A. I would not think a reason to review them.**

Q. (BY MR. LINDQUIST) Okay. So that was just your practice not to review it before you signed it?

**A. Correct.**

Q. Do you know whether Tom Tahl was involved with generating the confirmations for the FX digital options transactions in 1999?

**A. I don't remember.**

Q. Would that have been something within the scope of his duties?

**A. I don't remember.**

Q. Is there anything that would refresh your recollection?

**A. I don't know what his duties were.**

Q. Did you ever work with Tom Tahl in putting together confirmations?

**A. No.**

**(Deposition Exhibit 7 was marked.)**

Q. I'm going to show you what's marked as Government Exhibit 7. This document is Bates numbered 4300 through 4325.

Your name appears on the front of the email, on the 2, kind of in the middle,