# In the United States Court of Federal Claims

No. 05-231 T

(Filed: November 28, 2006)

| | |
|---|---|
| *********************************** | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On November 27, 2006, Defendant attempted to file its Response to Plaintiff's Motion Challenging the Sufficiency of Defendant's Response to the First Set of Requests for Admission. Defendant's filing was deficient, however, because the appendix was filed separately from the response. Further, the response failed to comply with Rules 5.2(a)(1)(A) and 5.2(a)(1)(G) of the Rules of the U.S. Court of Federal Claims ("RCFC") in that the response failed to include a table of contents, a table of authorities, and an index to the appendix. The November 27, 2006, filings are hereby stricken from the record.

The Court ORDERS Defendant to file its corrected response to Plaintiff's motion on or before **November 30, 2006**. Defendant shall comply with RCFC 5.2(a)(1)(A) and 5.2(a)(1)(G). In addition, the appendix shall be attached to the response.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge