Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

225 WEST WASHINGTON
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 425-3900
TELECOPIER (312) 425-3909

www.jenkens.com

AUSTIN, TEXAS
(512) 499-3800

DALLAS, TEXAS
(214) 855-4500

HOUSTON, TEXAS
(713) 951-3300

LOS ANGELES, CALIFORNIA
(310) 820-8800

SAN ANTONIO, TEXAS
(210) 246-5000

WASHINGTON, D.C.
(202) 326-1500

Donna M. Guerin
(312) 425-3939
dguerin@jenkens.com

December 14, 1999

VIA FED EX

Mr. Jerry Zucker
16 Buckingham Drive
Charleston, SC 29407

Dear Mr. Zucker:

Enclosed for execution are numerous documents. Please sign each where indicated. Please do not fill in any blanks which appear in those documents at this time (i.e., dates). We will be providing you in January, 2000, with copies of all of your transaction documents for your records.

Please return the documents to me in the enclosed self-addressed Fed Ex envelope as soon as possible. Please do not hesitate to contact me if you have any questions. Thank you

Very truly yours,

Donna M. Guerin

Donna M. Guerin
For JENKENS & GILCHRIST

DMG/slb
Enclosures

CHICAGO 17351 v 1, 99999.

GOVERNMENT EXHIBIT
A