**JZ Buckingham Investments LLC**

November 24, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 West Adams Street
Suite 1900
Chicago, IL 60606

Re: JZ Buckingham Investments LLC
Account No. 222-10153-12

Dear Mr. Parse:

Please note from the attached assignment that the option positions in the above-referenced account have been assigned to JBJZ Partners, Account No. 222-10155-10 effective as of November 24, 1999. Please reflect such assignment in your records.

Thank you.

Very truly yours,

Jerry Zucker, Member

CHICAGO 14902 v 1, 66149.00001



DB COBRA 00307

GOVERNMENT EXHIBIT E

DEC-07-1999 10:55 JENKENS & GILCHRIST P.05/20

JZ Buckingham Investments LLC

November 24, 1999

VIA TELECOPY (312) 424-6019

Mr. David Parse
Deutsche Banc Alex. Brown
222 West Adams Street
Suite 1900
Chicago, IL 60606

Re: JZ Buckingham Investments LLC
Account No. 222-10151-12

Dear Mr. Parse:

This letter constitutes your authorization to transfer all remaining cash from the above-referenced account, JZ Buckingham Investments LLC to JBJZ Partners, Account No. 222-10155-10 effective immediately.

Thank you.

Very truly yours,

Jerry Zucker, Member

CHICAGO 16862 v 1, 44149.00001

DEC 07 1999 10:53 PAGE.05

DB COBRA 00308