Q. Is there some sort of a bank guideline that sets out the authorities of an AVP?

**A. I don't recall.**

Q. Is there any type of bank guideline that sets out the authority of directors?

**A. I don't recall.**

Q. Is a bank director above an AVP?

**A. Yes.**

Q. In status, hierarchy?

**A. Much higher.**

Q. What comes directly below a director? Are there assistant directors?

**A. I don't know.**

Q. Did you -- as an AVP, were you an assistant to a vice-president?

**A. No. It was just a title.**

Q. When did you receive that title?

**A. I came in with that title. That's what I had at Citibank.**

Q. Are you still an assistant vice-president?

**A. Yes.**

**(Deposition Exhibit 17 was marked.)**

Q. Take a look at what's marked as





GOVERNMENT EXHIBIT G

PENGAD-Bayonne, N. J.