**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**UNOPPOSED MOTION OF PLAINTIFF JZ BUCKINGHAM INVESTMENTS LLC TO EXTEND THE DEADLINE OF ITS REPLY TO THE UNITED STATES' RESPONSE IN OPPOSITION OF PLAINTIFF'S MOTION CHALLENGING THE SUFFICIENCY OF DEFENDANT'S RESPONSES TO THE FIRST SET OF REQUESTS FOR ADMISSIONS**

Plaintiff JZ Buckingham Investments LLC, by its undersigned counsel, hereby moves the Court to extend the deadline of its Reply to the Government's Response to Plaintiff's Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions. This Motion is in the interests of justice and not for purposes of delay. The Government has informed Plaintiff that it will not oppose Plaintiff's motion. The current deadline is Monday, December 11, 2006. Plaintiff respectfully requests that the Court grant this Motion, order that Plaintiff shall file its reply on or before Monday, December 18, 2006, and grant it all such further and additional relief to which it may be entitled.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

Dated: December 5, 2006

**CERTIFICATE OF SERVICE**

On this 5th day of December, 2006, a copy of the foregoing unopposed motion was served upon the following persons via electronic notification.

David M. Steiner, Esq.
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

***Attorney for the United States***

s/Joel N. Crouch
Joel N. Crouch