**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE**

On this the ______ day of _________, 2006, the Court has considered Plaintiff's Unopposed Motion to Extend the Deadline of Its Reply to the United States' Response In Opposition of Plaintiff's Motion Challenging the Sufficiency of Defendant's Responses to the First Set of Requests for Admissions. The Court is of the opinion that the Motion should be GRANTED.

It is hereby ORDERED that Plaintiff shall file its reply on or before Monday, December 18, 2006.

Signed and Entered this ____ day of December, 2006.

______________________________
CHIEF JUDGE EDWARD J. DAMICH