Appendix A

00001

IN THE UNITED STATES DISTRICT COURT
. . FOR THE DISTRICT OF NEW JERSEY

. . IN RE COBRA TAX SHELTERS ) Cause No.
LITIGATION ) 1:05-ml-9727-JDT-WTL,
. . ) (S.D.Ind)
______________________ )
. . ) J.D.L. Docket
) No. 1727
. . )
THIS DOCUMENT RELATES TO: )
. . )
1:06-cv-8000-JDT-WDL )
. . (S.D.Ind.) )
)
. . -cv-8002-JDT-WTL )
(S.D.Ind.) )
*********************************************

VIDEOTAPED DEPOSITION OF

JEANETTE MICHAELS

July 25, 2006

*********************************************

VIDEOTAPED DEPOSITION of JEANETTE
. . MICHAELS, produced as a witness at the instance
of U.S. Department of Justice, and duly sworn,
. . was taken in the above-styled and numbered cause
on the 25th day of July, 2006, from 10:20 a.m.
. . to 2:28 p.m., before Dawn K. Larson, Registered
Diplomate Reporter and Notary Public, reported
. . by stenographic method, at 1301 Avenue of the
Americas, New York, New York 10019-6092,
. . pursuant to the Federal Rules of Civil
Procedure.

00002

A P P E A R A N C E S

FOR THE U.S. DEPARTMENT OF JUSTICE, TAX DIVISION:

JOHN A. LINDQUIST, ESQ.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561

and

JOSEPH PITZINGER, ESQ.
United States Department of Justice
717 North HArdwood Street, Suite 400
Dallas, TX 75201

FOR DEUTSCHE BANK and JEANETTE MICHAELS:

LAWRENCE M. HILL, ESQ.
MEGHAN E. SKIRVING,ESQ.
CHRISTINE CHI, ESQ.
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 100019-6092
(212) 259-8330

FOR JAMES G. BOYD, JERRY ZUCKER, WENDELL MURPHY, MCCOMBS, GARY WOOD AND THEIR RELATED ENTITIES:

M. TODD WELTY, ESQ.
Meadows, Owens, Collier, Reed,
Cousins & Blau, LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700

Also Present: Shelley Juskiewicz

ground rules of depositions a little bit, I'm from Texas, and so I tend to talk slow. So please resist the urge to answer my question before I finish asking it, and I'll try to not ask a question over your answer. It is just a little bit easier for the court reporter to get us down.

Also, if you can answer "yes" or "no" as opposed to "uh-huh" and "huh-uh," it's a little bit easier for the transcription so we can make sense of it later. And if you don't ask -- understand a question that I ask, if you'll tell me, I'll try to rephrase the question, reask it. Sometimes I don't ask them very well. That's not going to hurt my feelings at all. I do want to just kind of, as a preliminary matter, continue in the vein that Mr. Lindquist was.

Could you look at the series of exhibits that you have in front of you starting with Deposition Exhibit No. 29 through 32. Do you have those in front of you?

(Deposition Exhibits 29 - 32 were marked.)

A. Yes.

Q. Can you just identify your signature on each of those exhibits in turn and confirm whether you, in fact, signed each one?
A. Yes.
Q. So that is your signature on Exhibits 29, 30, 31 and 32?
A. Yes.
(Deposition Exhibits 33 - 35 were marked.)
Q. Could you also look at Deposition Exhibits 33, 34 and 35 and confirm whether that is your signature on each one?
A. Yes.
Q. It is?
A. Yes.
Q. I want to back up a little bit. Can you tell me a little bit about your educational background.
A. I went to FIT, Fashion Institute of Technology, and I graduated with an advertising degree.
Q. And unfortunately you ended up at Deutsche Bank? You don't have to --
A. Or fortunately.
Q. You don't have to answer that. I'm