**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** **Chief Judge Edward J. Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

## <u>JOINT MOTION TO REVISE SCHEDULING ORDER</u>

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to further revise the discovery deadlines set forth in the Revised Scheduling Order. In support of this Motion, the Parties show the Court as follows:

1. On April 10, 2006, the Parties jointly filed a Motion to Revise Scheduling Order to coordinate with the Cobra MDL case, which this Court approved on April 17, 2006 and amended on May 25, 2006. The Revised Scheduling Order provided for the following discovery deadlines:

| | <u>Deadline</u> |
|---|---|
| Motions to Amend Pleadings or Add Parties | June 1, 2006 |
| Initial Expert Reports | October 16, 2006 |
| Rebuttal Expert Reports | December 15, 2006 |
| Motion to Exclude/Limit Expert Testimony | February 1, 2007 |
| Final Witness and Exhibit Lists | February 1, 2007 |
| Discovery Ends | February 1, 2007 |
| Dispositive Motions | April 2, 2007 |

2. On October 12, 2006, Defendant moved this Court to extend the discovery deadlines for initial expert reports, rebuttal expert reports, and the end of discovery. The Court granted the Defendant's motion on November 21, 2006, pursuant to which it ordered the following new discovery deadlines:

| | Deadline |
|---|---|
| Initial Expert Reports | May 1, 2007 |
| Rebuttal Expert Reports | June 1, 2007 |
| Fact Discovery Ends | August 1, 2007 |
| Expert Discovery Ends | August 1, 2007 |

3. The Parties recently discovered that several discovery deadlines set forth in the Original Plan have not been revised, including the deadlines for motions to exclude or limit expert testimony, final witness and exhibit lists, and dispositive motions. The Parties agree that the current deadlines for these items are inconsistent with (and untenable under) the Revised Deadlines and should be extended.

4. In light of the foregoing, the Parties respectfully request that the Court further revise the Scheduling Order to adopt the following discovery deadlines:

| | Deadline |
|---|---|
| Motion to Exclude/Limit Expert Testimony | August 1, 2007 |
| Final Witness and Exhibit Lists | August 1, 2007 |
| Dispositive Motions | October 1, 2007 |

5. The Parties further request any additional relief to which they may be entitled.

Respectfully submitted,

By: s/ Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/ Dennis M. Donohue s/w/p by Joel N. Crouch
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: February 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Dennis M. Donohue
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/ Joel N. Crouch
Joel N. Crouch