# In the United States Court of Federal Claims

No. 05-231 T

(Filed: February 2, 2007)

*************************************
JZ BUCKINGHAM INVESTMENTS LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

## ORDER

On April 17, 2006, the Court issued a discovery scheduling order, which order was amended-in-part in an order issued on May 26, 2006. Both orders were rescinded in a scheduling order issued November 21, 2006, which reset the discovery schedule to conform to the discovery schedule in related multidistrict litigation in the District Court for the Southern District of Indiana[1] and with the discovery schedule in three later-filed consolidated cases before this Court.[2]

On February 1, 2007, the parties filed a Joint Motion to Revise Scheduling Order. In the motion, the parties ask the Court to adopt additional discovery deadlines. For completeness, the Court hereby vacates the discovery scheduling order issued November 21, 2006, in lieu of the following discovery schedule, which includes the additional dates requested by the parties:

| | |
|---|---|
| Initial Expert Reports due | May 1, 2007 |
| Rebuttal Expert Reports due | June 1, 2007 |
| Motion to Exclude/Limit Expert Testimony due | August 1, 2007 |

[1] *In re Cobra Tax Shelter Litigation* (No. 05-2797).

[2] *Murfam Farms, LLC v. United States* (No. 06-245).

| | |
|---|---|
| Final Witness & Exhibit Lists due | August 1, 2007 |
| Fact & Expert Discovery ends | August 1, 2007 |
| Joint Status Report due | August 15, 2007 |
| Dispositive Motion(s) due | October 1, 2007 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge