**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

In conformance with the Court's Order dated December 19, 2005, the Parties submit this Joint Status Report:

1. On November 21, 2006, the Court granted Defendant's motion to conform the discovery and expert witness report due dates with those of *Murphy*[1] cases ordered that Initial Expert Reports be due on May 1, 2007, that Rebuttal Expert Reports be due on June 1, 2007, and that both Fact and Expert Discovery ends on August 1, 2007.

2. On February 2, 2007, the Court granted the parties joint motion, filed February 1, 2007, clarifying that the final Joint Status Report is due on August 15, 2007, and that Dispositive Motions are due October 1, 2007.

3. Plaintiff's motion challenging the sufficiency of the Government's responses to Plaintiff's first set of Requests for Admissions is currently pending before the Court. Defendant filed a Response to Plaintiff's motion on November 29, 2006 and Plaintiff filed a reply on December 15, 2006.

[1] The *Murphy* cases are *MURFAM Farms, LLC, v. United States*, Fed. Cl. No. 06-245T, *PSM Farms, LLC, v. United States*, Fed. Cl. No. 06-246 T, and *Murphy Pork Partners, LLC, v. United States*, Fed. Cl. No. 06-247 T.

4. On November 10, 2006, Plaintiff served on Defendant Plaintiff's Third Set of Requests for Production. Defendant served its Response on December 12, 2006.

5. The parties continue to exchange written discovery. For example, Deutsche Bank, in productions on November 14, 2006, and January 18, 2007, turned over almost 200,000 pages of documents to the United States in response to the subpoena of the United States dated January 11, 2006. The United States has turned over these documents to opposing counsel.

6. The week of November 15, Defendant took the deposition of two employees of Ernst & Young and two employees of Deutsche Bank.

7. The week of November 27, Defendant took the deposition of three employees of Ernst & Young.

8. The week of December 5, Defendant took the depositions of four employees of Ernst & Young.

9. Defendant continues to notice depositions of current or former employees of Ernst & Young and Deutsche Bank.

Respectfully submitted,

By: s/Joel N. Crouch s/w/p/ by Dennis Donohue

Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue

Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: February 12, 2007