**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S COUNSEL'S NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that effective March 1, 2007, the law firm of Plaintiff's counsel, Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P., has changed its name to Meadows, Collier, Reed, Cousins & Blau, L.L.P.

Please use this new name on all pleadings, correspondence and other documents in this matter.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, COLLIER REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com
tcampbell@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of March, 2006, the foregoing Plaintiff's Counsel's Notice of Name Change was served on counsel listed below via electronic means.

David M. Steiner, Esq.
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

***Attorney for the United States***

s/Joel N. Crouch
Joel N. Crouch