**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**JOINT MOTION TO REVISE SCHEDULING ORDER**

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to further revise the discovery deadlines set forth in the Revised Scheduling Order. In support of this Motion, the Parties show the Court as follows:

1. The Revised Scheduling Order currently provides for the following discovery deadlines:

| | Deadline |
|---|---|
| Initial Expert Reports | May 1, 2007 |
| Rebuttal Expert Reports | June 1, 2007 |
| Discovery Ends | August 1, 2007 |

2. The Parties agree that a short extension of these deadlines is necessary and desirable to allow the Parties sufficient time to conduct and evaluate factual discovery.

3. In light of the foregoing, the Parties respectfully request that the Court further revise the Revised Scheduling Order to adopt the following discovery deadlines:

| | Deadline |
|---|---|
| Initial Expert Reports | May 15, 2007 |
| Rebuttal Expert Reports | June 15, 2007 |
| Discovery Ends | August 15, 2007 |

4. The Parties further request any additional relief to which they may be entitled.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com
tcampbell@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue by s/Joel N. Crouch
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: April 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, a copy of the foregoing Joint Motion to Revise Discovery Schedule was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch