# In the United States Court of Federal Claims

No. 05-231 T

(Filed: April 16, 2007)

| | |
|---|---|
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

## ORDER

On April 13, 2007, the parties filed a Joint Motion to Revise Scheduling Order. The motion is granted. The Court hereby vacates the scheduling order issued February 2, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Initial Expert Reports due | May 15, 2007 |
| Rebuttal Expert Reports due | June 15, 2007 |
| Fact & Expert Discovery ends | August 15, 2007 |
| Joint Status Report due | August 29, 2007 |

In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm. In the joint status report due on August 29, 2007, the Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge