# In the United States Court of Federal Claims

No. 05-231 T

(Filed: May 8, 2007)

| | |
|---|---|
| ********************************** | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

Pursuant to the status conference held on May 8, 2007, the Court ORDERS the following:

1. The parties shall serve each other a memo summarizing the law on preservation of testimony on or before **May 16, 2007**. On or before the same date, the parties shall deliver (not file) the same memo to the Court via facsimile or e-mail.

2. The parties shall appear for a telephonic status conference at **11:00 am Eastern Time on May 18, 2007**. Counsel shall e-mail chambers, at damich_chambers@ao.uscourts.gov, no later than one business day before the conference, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers, and affiliations). The status conference shall be held on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge