**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**JOINT MOTION TO REVISE SCHEDULING ORDER**

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to further revise the discovery deadlines set forth in the Revised Scheduling Order. In support of this Motion, the Parties show the Court as follows:

1. On May 15, 2007, Petitioners in Case No. 06-8002, one of the matters pending in the multi-district litigation of *In re COBRA Tax Shelters Litigation*, 05-ml-9727-JDT-WTL (S.D. Ind.), moved to amend the discovery schedule for all matters pending in the multi-district litigation as follows:

| | Initial Expert Reports Due | Rebuttal Expert Reports Due | Discovery Ends |
|---|---|---|---|
| Present Deadlines | May 15, 2007 | June 15, 2007 | August 15, 2007 |
| Requested Deadlines | June 1, 2007 | July 2, 2007 | August 31, 2007 |

A copy of this motion is annexed hereto.

2. Similarly, the parties in this matter request that the Court adjourn the date of the Initial Expert Reports to June 1, 2007, the date of the Rebuttal Expert Reports to July 2, 2007, and the date of the End of Discovery to August 31, 2007, so that all of the COBRA cases will continue to be on the same discovery schedule.

3. The parties to the multi-district litigation, as well as the parties to *JZ Buckingham v. United States*, Fed. Cl. 05-231T and *MURFAM Farms, LLC*, *et al. v. United States*, Fed. Cl. Nos. 06-245T, 06-246T, and 06-247T (consolidated) have agreed to withhold all expert reports until the Court handling the multi-district litigation has decided the above-referenced motion and until this Court has decided this motion.

**WHEREFORE,** the Parties respectfully request that the Court adjourn the deadlines for the Initial Expert Reports, the Rebuttal Expert Reports, and the Discovery End Date to the requested dates stated above, along with any further relief that the Court deems appropriate.

Respectfully submitted,

By: s/ Joel N. Crouch by s/Dennis M. Donohue _
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/ Dennis M. Donohue
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: May 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner
David M. Steiner