**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 1:05-ml-09727-JDT-WTL |
| COBRA TAX SHELTERS LITIGATION | ) | M.D.L. Docket No. 1727 |
| ________________________________ | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| 1:06-cv-8002-JDT-WTL | ) | |

**PETITIONERS' AGREED MOTION**
**TO EXTEND CASE MANAGEMENT DEADLINES**

Petitioners Carmel Partners, HNC Ditch Investments LLC, Henry N. Camferdam, JMA Sedgemoor Investments LLC, Jeffrey M. Adams, JM Walnut Investments LLC, Jay S. Michener, CT Oak Tree Investments LLC, and Carol A. Bockelman-Trigilio (collectively, the "Carmel Partners Petitioners") move, with the consent of all other parties, to revise the expert report deadline, expert rebuttal report deadline, and the discovery deadline in the Case Management Plan. In support of their motion, the Carmel Partners Petitioners state:

1. On February 28, 2006, the parties jointly submitted a case management plan that was approved on March 13, 2006.

2. The case management plan has been revised a number of times, most recently on April 16, 2007.

3. The present deadline for the parties to exchange initial expert reports is May 15, 2007. This deadline has not expired.

4. Despite diligent efforts to timely provide expert reports, the Carmel Partners Petitioners require a brief extension of their deadline to finalize and serve their expert witness reports.

5. An extension of the expert witness report deadline May 15, 2007 until and including June 1, 2007, is reasonable and appropriate.

6. To accommodate this extension, corresponding extensions of the expert rebuttal report deadline from June 15, 2007 to July 2, 2007, and of the discovery cutoff from August 15, 2007 to August 31, 2007, are also reasonable and appropriate.

7. Counsel for the taxpayers and the United States in the COBRA cases now being litigated in the United States Court of Federal Claims will also jointly request that Court for similar extensions in the cases of *MURFAM Farms, LLC, et al. v United States*, Fed. Cl. Nos. 06-245T, 06-256T, and 06-247T (consolidated), as well as the case *JZ Buckingham LLC v. United States*, Fed. Cl. No. 05-231T.

8. All other parties consent to the relief sought by this motion.

**WHEREFORE**, the Carmel Partners Petitioners request an order extending the deadlines in the case management order as follows:

A. Extending the deadline to furnish an expert report from May 15, 2007 to and including June 1, 2007;

B. Extending the deadline to serve rebuttal expert reports from June 15, 2007 to and including July 2, 2007; and

C. Extending the discovery deadline from August 15, 2007 to and including August 31, 2007.

Respectfully submitted,

s/*F. Anthony Paganelli*

Jackie M. Bennett, Jr.
F. Anthony Paganelli
Counsel for Carmel Partners Petitioners

SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: 317/713-3500
Fax: 317/713-3699

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court on May 15, 2007 using the ECF system which will send notification of such filing to the following:

Dennis M. Donohue
John A. Lindquist, III
David M. Steiner
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington DC 20044

Jeffrey L. Hunter
Assistant United States Attorney
United States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Joel N. Crouch
Meadows, Collier, Reed,
Cousins & Blau, LLP
901 Main Street, Suite 3700
Dallas, TX 75202

Joseph Pitzinger
Jonathan Blacker
United States Department of Justice
717 N. Hardwood St., Suite 400
Dallas, TX 75201

s/*F. Anthony Paganelli*

F. Anthony Paganelli