**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § | |
| **Plaintiff,** | § § | **CASE NO. 05-231 T** **Chief Judge Edward J. Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**ORDER GRANTING THE JOINT MOTION TO REVISE SCHEDULING ORDER**

Before the Court is the Joint Motion to Revise the Scheduling Order. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. The revised deadlines are as follows:

| | Initial Expert Reports Due | Rebuttal Expert Reports Due | Discovery Ends |
|---|---|---|---|
| Former Deadlines | May 15, 2007 | June 15, 2007 | August 15, 2007 |
| New Deadlines | June 1, 2007 | July 2, 2007 | August 31, 2007 |

SO ORDERED:

____________________________________

Dated: __________________