**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § | |
| **Plaintiff,** | § § | **CASE NO. 05-231 T**<br>**Chief Judge Edward J. Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**JOINT MOTION TO STAY INITIAL EXPERT REPORT DUE DATE**

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to stay the due date of the Initial Expert Reports, presently due on May 15, 2007, until after the Court decides the Joint Motion to Revise Scheduling Order, Docket Item #83. Should the Court deny the Joint Motion to Revise Scheduling Order in the Case Management Plan, the Parties respectfully request that the Initial Expert Reports be due no sooner than ten days following the Court's Order.

Respectfully submitted,

By: s/ Joel N. Crouch by s/Dennis M. Donohue

Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowsowens.com
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/ Dennis M. Donohue
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: May 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner
David M. Steiner