**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**<u>ORDER GRANTING THE JOINT MOTION TO STAY THE DUE DATE OF INITIAL EXPERT REPORTS</u>**

Before the Court is the Joint Motion to Stay the Due Date of the Initial Expert Reports until the Court Decides the Joint Motion to Revise Scheduling Order. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Should the Court ultimately deny the Joint Motion to Revise Scheduling Order, Initial Reports will be due ten days from the date of the Court's Order in that Motion.

SO ORDERED:

____________________________________

Dated: __________________