**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**NOTICE OF RELEVANT JUDICIAL DECISION**

Please take notice that the United States District Court for the Southern District of Indiana granted the Petitioner's motion in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.), thereby extending the due date of Initial Expert Reports to June 1, 2007, the due date of Rebuttal Expert Reports to July 2, 2007, and end of discovery to August 31, 2007. This order in annexed hereto.

By: s/ Dennis M. Donohue
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492 Telephone

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: May 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner
David M. Steiner