**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 1:05-ml-09727-JDT-WTL |
| COBRA TAX SHELTERS LITIGATION | ) | M.D.L. Docket No. 1727 |
| _______________________________ | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| 1:06-cv-8002-JDT-WTL | ) | |

**ORDER**

Before the Court is the agreed motion by petitioners Carmel Partners, HNC Ditch Investments LLC, Henry N. Camferdam, JMA Sedgemoor Investments LLC, Jeffrey M. Adams, JM Walnut Investments LLC, Jay S. Michener, CT Oak Tree Investments LLC, and Carol A. Bockelman-Trigilio (collectively, the "Carmel Partners Petitioners") to revise the expert report deadline, expert rebuttal report deadline, and the discovery deadline in the Case Management Plan.

The Court, having reviewed the motion, **NOW FINDS** that it should be **GRANTED.** It is therefore **ORDERED** that the case management order shall be revised as follows:

| Event | Deadline |
|---|---|
| Initial Expert Reports | June 1, 2007 |
| Rebuttal Expert Reports | July 2, 2007 |
| Discovery Ends | August 31, 2007. |

Dated: 05/16/2007

William T. Lawrence

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana