# In the United States Court of Federal Claims

No. 05-231 T

(Filed: May 18, 2007)

***********************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

Pursuant to the status conference held on May 18, 2007, the Court ORDERS the following:

1. On or before **June 29, 2007**, Defendant may depose Mr. Jerry Zucker in order to prepare for his testimony.

2. On or after July 9, 2007, the parties shall conduct a videotaped deposition of Mr. Zucker, to be held at the National Courts Building at a mutually convenient time.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge