# In the United States Court of Federal Claims

No. 05-231 T

(Filed: May 31, 2007)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

The Court hereby ORDERS the parties to appear for the testimony of Mr. Jerry Zucker at **10:00 am** on **July 19, 2007**, at the National Courts Building.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge