**IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **Case No. 05-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER**

On this day, came to be heard the Plaintiffs' Cross-Motion to Compel J&G to Comply with Subpoena for Rule 30(b)(6) Deposition and Production of Documents filed on June 4, 2007. The Court finds that the Motion is meritorious, and it is therefore ORDERED Plaintiffs' Cross-Motion to Compel J&G Comply with the Subpoena for Rule 30(b)(6) Deposition and Production of Documents is hereby granted. Jenkens & Gilchrist is ordered to Comply with the Subpoena for Rule 30(b)(6) Deposition and Production of Documents within 21 days from the date of this Order.

SIGNED this _______ day of ___________________, 2007.

______________________________

CHIEF JUDGE DAMICH