ABA Civil & Criminal Tax Penalties Committee

2007 Mid-Year Meeting

# Penalty Computation Disputes

## The Devil's In The Details

January 20, 2007

# Introduction

January 20, 2007

## Introduction

- The Tax Shelter Problem and Other Line Drawing in a Vast and Complex Code
- Sunlight is said to be the best of disinfectants; electric light the most effective policeman
  - Appropriate in case of taxpayer strategies
  - Worthwhile to shine light on government as well
- 2006 developments and Computational Case Study

January 20, 2007

# Selected 2006 developments

January 20, 2007

## Selected 2006 developments

- Courts admonishing government for instances of overreach

January 20, 2007

## Selected 2006 Developments

- Caracci v. Comm'r, 456 F.3d 444 (5th Cir. 2006) citing Dunn v. Comm'r, 301 F.3d 339 (5th Cir. 2002).
  - Commissioner's position so "incongruous as to call his motivation into question, . . . '[i]t can only be seen as one aimed at achieving maximum revenue at any cost, . . . seeking to gain leverage against the taxpayer in the hope of garnering a split-the-difference settlement--or, failing that, then a compromise judgment--somewhere between the value returned by the taxpayer. . . and the unsupportedly excessive value eventually proposed by the Commissioner.'"
  - "Reversed and Rendered."

January 20, 2007

## Selected 2006 Developments

- McCord v. Comm'r, 461 F.3d 614 (5th Cir. 2006)
  - Service's assertion of value in excess of that supported by its expert "exemplifies a practice of the IRS that we see with disturbingly increased frequency, e.g., a grossly exaggerated amount asserted in a notice of deficiency."
  - "Undaunted by the facts, well-established legal precedent, and respondent's failure to present sufficient evidence to establish his determinations, the [Tax Court] majority allow their olfaction to displace sound legal reasoning and adherence to the rule of law."

## Selected 2006 Developments

- Kohler Company v. United States, 468 F.3d 1032 (7th Cir. 2006)
  - Reversed District Court ruling favorable to government despite untenable taxpayer position.
  - Government failed to present a number that was "prima facie plausible."
  - "Government played all or nothing, lost all, so gets nothing."

January 20, 2007

## Selected 2006 Developments

- United States v. Stein, 435 F. Supp. 2d 330 (S.D.N.Y.):
  - Court finds that "KPMG's decision to cut off all payments of legal fees and expenses . . . was the direct consequence of the pressure applied" by the government's prosecutorial policy violating Fifth and Sixth Amendments.
  - This ruling has been appealed.

January 20, 2007

## Selected 2006 developments

- These cases may not be representative.
  - Government's limited resources
  - Frustration with level of compliance
- They do demonstrate potential for government fallibility, an important fact to keep in mind.

January 20, 2007

# Computational Case Study

January 20, 2007

## Computations

- Example
  - TP enters into simultaneous trades with counterparty
    - Selling foreign currency call option for $14.85 million
    - Buying foreign currency call option for $15 million
    - Net cash outlay of $150k plus fees
  - TP transfers both positions to partnership
  - Claims basis equal to purchased option, without reduction for exposure on sold call. See Helmer v. Comm'r, 34 T.C.M. 727 (1975).
  - Basis in partnership interest exceeds value by $14.85 million.

January 20, 2007

## Computations

- Government's litigating position as expressed in Notice 2000-44
  - Because the loss does not reflect "net economic outlay" and reflects "artificially overstating basis," it is not allowable.
- Government's position in Jade Trading, LLC v. United States (Fed. Cl. No. 03-2164T is that as a matter of fact:
  - The pair of options cannot be separated and should be treated as the acquisition of a "single spread option" for $150k; they are a "single investment with a cost of" $150k
  - Expert: two options "constituted a single transaction"
  - Expert: spread option was a "single security, not two identical securities"

January 20, 2007

## Computations

### Service's proposed penalty computation . . .

- Tax shelter ratio under Section 6111(pre-2004 changes)
  - Tax shelter is any investment reasonably leading to the inference that the "tax shelter ratio" may be greater than 2-to-1
  - Tax shelter ratio:

$$\frac{\text{aggregate amount of deductions potentially allowable}}{\text{"investment base"}}$$

  - Implicit Service position: tax shelter ratio is $14.85 million divided by an investment base of $150K. This is consistent with government position in <u>Jade Trading.</u>

January 20, 2007

## Computations

Service's proposed penalty computation . . .

- Penalty for failure to register under section 6707
- 1% of "aggregate amount invested" in tax shelter
- Aggregate amount invested based Service factual position in 2000-44 and Jade Trading:

  $150k

- Aggregated amount invested in Service's proposed penalty computation:

  $14.85 million

January 20, 2007

## Computations

Service's proposed penalty computation . . .

- Government's intention to assess, collect and enforce penalty prior to administrative or judicial review.
- At least one bankruptcy so far
- Application to firms, not just individuals
- Potential for field nullification
- Cost to system?

January 20, 2007

## Final Note

- 2004 Amendments
  - No tax shelter ratio
  - Penalty based upon fees rather than investment
  - Reasonable cause exception eliminated
- Secretary's power to rescind penalty
  - Not in case of listed transactions
  - *Not subject to judicial review*

January 20, 2007