# In the United States Court of Federal Claims

No. 05-231 T

(Filed: July 10, 2007)

**********************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On May 16, 2007, Jenkens & Gilchrist filed a Motion to Quash, and Motion for Protection from, Plaintiff's Subpoena for a Rule 30(b)(6) Deposition and for Production of Documents. In lieu of filing a response to that motion, Plaintiff instead filed a Cross-Motion to Compel Jenkens & Gilchrist to Comply with Subpoena for Rule 30(b)(6) Deposition and Production of Documents. Plaintiff's reply to Jenkens & Gilchrist's response to that cross-motion was due on July 9, 2007.

On July 10, 2007, one day after the due date, Plaintiff filed a reply, without first filing a motion for leave to file the reply out of time. Moreover, the reply was for another case before the District Court for the Southern District of Indiana. The Court hereby strikes Plaintiff's reply. Given Plaintiff's repeated failures to abide by the rules of the Court of Federal Claims, Plaintiff shall not be permitted to file a reply.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge