IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**UNITED STATES' MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM FOR PENALTIES**

Pursuant to RCFC 15(a), the United States of America hereby moves, based upon newly discovered evidence, for leave to amend its answer to assert a counterclaim for accuracy-related penalties.

Penalties were not previously asserted in this matter because the partners, Jerry Zucker and James Boyd, had entered into an agreement with the IRS under IRS Announcement 2002-2, under which the IRS had agreed not to assert penalties against the partners in exchange for their agreement to make a full disclosure of any requested information concerning their tax shelter transactions. It has recently been discovered by the United States that Zucker and Boyd not only withheld relevant documents from the Internal Revenue Service but also made false statements to the Internal Revenue Service in their disclosure statements signed under penalties of perjury, in material breach of their disclosure obligations under IRS Announcement 2002-2. Some of the

documents not disclosed were also not timely produced by plaintiff in response to the United States' discovery requests in this litigation. Based upon this newly discovered information and because the partnership in this litigation, JBJZ Partners, is clearly liable for accuracy related penalties under 26 U.S.C. § 6662 for its participation in the COBRA tax shelter, the United States seeks leave to amend its answer to assert a counterclaim for penalties. On July 16, 2007, counsel for the United States requested plaintiff's concurrence in this motion and Plaintiff's counsel advised that it does not concur.

A proposed order granting this motion is being filed herewith, to which is attached a proposed Second Amended Answer and Counterclaim for Penalties.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing Reply Memorandum with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892