# Appendix A

| Date of IDR | IDR Request | Ex. No. | Date of Response | Response | Ex. No. |
|---|---|---|---|---|---|
| 4/30/02 | IRS letter from RA Alan E. Moss to Zucker, on behalf of JBJZ Investors, Inc., requesting information pursuant to agreement to furnish information in accordance with your Announcement 2002-2 disclosure statement, attaching IDRS #1 and #2 | 171 | 5/30/02 | Letter from Kenneth Hughes of EY to RA Moss and McCracken producing information requested in IDRs #1 and #2, referencing meeting scheduled for June 12, 2002 | 172 |
| 9/19/02 | IRS Letter from Alan E. Moss to Zucker requesting information and records pursuant to agreement to frunish information in accordance with your Annoucement 2002-2 disclosure statement, attaching IDR #3 | 173 | 11/19/02 | Letter from Nelson Brooke of EY, on behalf of Zucker, to RA Moss producing information requested in IDR #3, with copy of attachments, including EY engagement letter to Zucker dated 11/11/99, without acknowledgement; EY engagement letter to Boyd dated 11/15/99, without acknwledgement; J&G engagement letter to Zucker without acknowledgement; J&G engagement letter to Boyd without acknowledgement; form letter to DB to pay $1.4M to J&G; J&G invoice for $1.4M | 174A |



2619811.1

| Date of IDR | IDR Request | Ex. No. | Date of Response | Response | Ex. No. |
|---|---|---|---|---|---|
| 3/25/03 | IRS letter from RA Alan E. Moss to Boyd, on behalf of JBJZ Partners (with copy to Hughes), with IDR #4, requesting additional information and records in regard to JBJZ's response to IDR #3; expressly referencing that this is information that you agreed to furnish in accordance with your Announcement 2002-2 disclosure statement | 175 | 4/23/03 | Letter from Huges of EY, on behalf of JBJZ Partners, to RA Moss, producing information requested in IDR #4 | 1099 |
| 6/10/03 | Fax (2 pages) from IRS to Boyd requesting responses to questions regarding BW opinion | 1106 | | | |
| | | | | | |