# COBRA ACTION WORK PLAN

1) Qualify client
   - Aggressive, willing to assume tax risk
   - $50 million minimum income to be sheltered
   - Business associates willing to participate
   - Can make quick decision
   - Relies primarily on E&Y as trusted business advisor

2) Have client sign E&Y nondisclosure agreement, as well as separate J&G nondisclosure agreement

3) Contact Brian Vaughn or Melinda Merk to arrange sales call with client

4) Present idea to client using PowerPoint slides posted to Toolkit
   - Do not leave marketing materials with client

5) National will request tentative pricing illustration on sample digital swap ("DS").
   - Counterparty A is Deutsche Bank
   - Counterparty B is client
   - Target amount that client seeks to invest is the target basis.
   - Variables in pricing can include a) type of currency, and b) maturity dates.

6) National will deliver sample two-page indicative term sheet to client. Deutsche Bank will also provide historical volatility analysis of currency used in DS.

7) For client's additional research and understanding, National can mail hard copies of Deutsche Bank publication "Foreign Exchange Weekly"

8) Have client sign engagement letter

9) Client will sign forms provided by J&G
   - General partnership - partnership agreement, account agreement, foreign currency agreement, and partnership authorization and indemnity agreement
   - S corporation - certificate of incorporation, bylaws, account agreement, foreign currency agreement, and corporate resolution

10) J&G will provide copies of the above documents to Deutsche Bank for review

11) J&G will coordinate with Deutsche Bank re: execution of the options

2003EY004204

GOVERNMENT EXHIBIT 541

PENGAD-Bayonne, N. J.

12) Client will provide Deutsche Bank with approximately 10% of the desired loss to purchase options

13) Client will contribute options to newly formed general partnership

14) Partnership will terminate at some future date

15) If client receives property distribution, client is free to sell asset

16) Client will recognize gain or loss (either ordinary or capital) upon disposition of asset

17) Client has the choice to engage J & G and LL&S to render a tax opinion and concurring opinion, respectively.
    - If client chooses to engage J & G, then client will pay approx. 3% of desired loss in opinion fees to J & G

18) EY prepares partnership form for 1999 transactions

19) If audited, EY will provide defense through appeals process within the IRS