Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

225 WEST WASHINGTON
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 425-3900
TELECOPIER (312) 425-3909

www.jenkens.com

AUSTIN, TEXAS
(512) 499-3800

DALLAS, TEXAS
(214) 855-4500

HOUSTON, TEXAS
(713) 951-3300

LOS ANGELES, CALIFORNIA
(310) 820-8800

SAN ANTONIO, TEXAS
(210) 246-5000

WASHINGTON, D.C.
(202) 326-1500

Donna M. Guerin
(312) 425-3939
dguerin@jenkens.com

done / returned to JZ to via overnight JZ

December 14, 1999

VIA FED EX

Mr. Jerry Zucker
16 Buckingham Drive
Charleston, SC 29407

Dear Mr. Zucker:

Enclosed for execution are numerous documents. Please sign each where indicated. Please do not fill in any blanks which appear in those documents at this time (i.e., dates). We will be providing you in January, 2000, with copies of all of your transaction documents for your records.

Please return the documents to me in the enclosed self-addressed Fed Ex envelope as soon as possible. Please do not hesitate to contact me if you have any questions. Thank you

Very truly yours,

Donna M. Guerin

Donna M. Guerin
For JENKENS & GILCHRIST

DMG/slb
Enclosures

CHICAGO 17351 v 1, 99999.

# ASSIGNMENT OF PARTNERSHIP INTEREST IN JBJZ PARTNERS

1. The undersigned hereby irrevocably assigns a partnership interest in JBJZ Partners, a South Carolina general partnership ("Partnership") as follows:

| Transferor | Percentage Interest Transferred | Transferee |
|---|---|---|
| JGB Bohicket Investments LLC | all of its general partnership interest | JBJZ Investors, Inc. |

not as an assignee, but as a substitute general partner of the Partnership.

2. This Assignment shall be effective as of the date hereof.

JGB Bohicket Investments LLC

Dated: December __, 1999

By: ______________________

James G. Boyd, Member

## ACCEPTANCE

The undersigned hereby accepts the Assignment hereinabove described.

Dated: December __, 1999

JBJZ Investors, Inc.

By: ______________________

Jerry Zucker, President

**JBJZ PARTNERS**

December __, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

RE: JBJZ Partners
Account No. 222-10155-10

Dear Sir:

This letter is for the purpose of informing you that all interests in JBJZ Partners have been transferred to JBJZ Investors, Inc. and, accordingly such partnership has liquidated this date as a matter of law. Therefore, this constitutes your authorization to transfer from the above-captioned account all assets held therein to the account of JBJZ Investors, Inc., Account No. 222-10156-19 in liquidation of JBJZ Partners.

Such transfer should be effective immediately.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ PARTNERS

BY: JZ Buckingham Investments LLC

By: ______________________
Jerry Zucker, Member

**JBJZ INVESTORS, INC.**

December ___, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

Re: JBJZ Investors, Inc.
Account No. 222-10156-19

Dear Sir:

This letter constitutes your authorization to sell the positions indicated on the attached Schedule A currently held in the above-referenced account.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ INVESTORS, INC.

By: ______________________
Jerry Zucker, President

# JBJZ INVESTORS, INC.

## SCHEDULE A

JT 1334½

COPYRIGHT 1930, BY
DWIGHT & M. H. JACKSON
CHICAGO
PATENT PENDING

SEE RESTRICTIVE LEGEND ON REVERSE SIDE

NUMBER 1

SHARES 90

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

# JBJZ INVESTORS, INC.

This Certifies that Jerry Zucker is the owner of Ninety (90) full paid and non-assessable SHARES OF THE COMMON STOCK OF JBJZ Investors, Inc. transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon the surrender of this Certificate properly endorsed.

COMMON

The corporation will furnish without charge to each stockholder who so requests, the powers, designations, preferences and relative, participating, optional or other special rights of each class of stock or series thereof and the qualifications, limitations or restrictions of such preferences and/or rights.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation, this 16th day of November A.D. 1999.

Jerry Zucker, SECRETARY

Jerry Zucker, PRESIDENT

DWIGHT & M. H. JACKSON

CORPORATION SUPPLY CO

*For Value Received, ___ hereby sell, assign and transfer unto* ________________________________

________________________________ *Shares*

*represented by the within Certificate, and do hereby irrevocably constitute and appoint*

________________________________ *Attorney*

*to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

*Dated* ________________ ______

*In presence of*

____________________ ____________________

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

The securities represented by this certificate have not been registered under the Securities Act of 1933, as amended (the "Act"), and may not be sold, assigned or transferred in the absence of an applicable exemption from the registration requirements of the Act and applicable state securities laws, an effective registration statement under the Act and such laws or an opinion of counsel satisfactory to the corporation that registration under the Act is not required.

THIS SPACE IS NOT TO BE COVERED IN ANY WAY

JT 1334½

COPYRIGHT 1930 BY
DWIGHT & M. H. JACKSON
CHICAGO
PATENT PENDING

SEE RESTRICTIVE LEGEND ON REVERSE SIDE

NUMBER -2-

SHARES -10-

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

# JBJZ INVESTORS, INC.

This Certifies that James G. Boyd is the owner of Ten (10) full paid and non-assessable

**SHARES OF THE COMMON STOCK OF** JBJZ Investors, Inc.

*transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon the surrender of this Certificate properly endorsed.*

COMMON

*The corporation will furnish without charge to each stockholder who so requests, the powers, designations, preferences and relative, participating, optional or other special rights of each class of stock or series thereof and the qualifications, limitations or restrictions of such preferences and/or rights.*

*IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation, this* 16th *day of* November *A.D.* 1999

Jerry Zucker, SECRETARY

Jerry Zucker, PRESIDENT

DWIGHT & M. H. JACKSON

CORPORATION SUPPLY CO
CHICAGO, ILLINOIS 60606

For Value Received, ______ hereby sell, assign and transfer unto ____________________

____________________ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

____________________ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated ____________________ ________

In presence of

____________________ ____________________

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

The securities represented by this certificate have not been registered under the Securities Act of 1933, as amended (the "Act"), and may not be sold, assigned or transferred in the absence of an applicable exemption from the registration requirements of the Act and applicable state securities laws, an effective registration statement under the Act and such laws or an opinion of counsel satisfactory to the corporation that registration under the Act is not required.

THIS SPACE IS NOT TO BE COVERED IN ANY WAY

V,.

**CONSENT OF SOLE DIRECTOR**

**OF**

**JBJZ INVESTORS, INC.**

The undersigned, being the sole director of JBJZ Investors, Inc., a Delaware corporation (the "Corporation"), does hereby consent and agree to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of holding the organizational meeting of the Corporation:

1. Expenses of Incorporation.

RESOLVED: That the proper officers of the Corporation are hereby authorized and directed to pay out of the funds of the Corporation all expenses incurred in and by reason of the organization of the Corporation.

2. By-Laws.

RESOLVED: That the By-laws, adopted by the incorporator, a copy of which is included in the minute book of the Corporation, are hereby approved and adopted as the By-laws of the Corporation.

3. Officers.

RESOLVED: That the following person is hereby elected to the offices set forth opposite his name, to serve until his successors are elected and qualified or until his earlier resignation or removal:

Jerry Zucker - President

4. Certificate.

RESOLVED: That the form of certificate to evidence ownership of shares of the capital stock of the Corporation, in the form thereof attached to this consent is hereby approved and authorized for issuance by the Corporation.

5. Issuance of Common Shares.

RESOLVED: That the Corporation accepts the offer of the following persons to purchase the number of common share of the Corporation ("Common Shares") set forth opposite his name at the purchase price of One Dollar ($1.00) per Common Share:

| Name | No. of Common Shares | Consideration |
|---|---|---|
| Jerry Zucker | 90 | $90.00 |
| James G. Boyd | 10 | $10.00 |

FURTHER RESOLVED: That when each of the above named persons shall make full payment to the Treasurer of the Corporation for the Common Shares subscribed for by him, the appropriate officers of the Corporation shall execute and deliver to him a certificate representing said Common Shares, and said Common Shares shall be deemed to be full paid and non-assessable.

6. Bank Depository.

RESOLVED: That the funds of the Corporation shall be deposited with the financial institutions and upon the terms and conditions more fully set forth in the form of certificate relating thereto and attached to this consent and incorporated herein by reference.

7. Fiscal Year.

RESOLVED: That the fiscal year of the Corporation shall end on the last day of December of each year.

8. Subchapter S Election

RESOLVED: That the President of the Corporation is hereby authorized and directed, in the name and on behalf of the Corporation, to execute and file the Corporation's election to be taxed for the fiscal year beginning the date of the Corporation's incorporation as a S corporation, in accordance with the provisions of Subchapter S of Chapter 1 of Subtitle A of the Internal Revenue

Code of 1986, as amended, and to forward such other documents and instruments and to do all things and acts which may be necessary, convenient and proper to effect the election of the Corporation to be so taxed.

9. General Authority of Officers.

RESOLVED: That the proper officers of the Corporation are hereby authorized and directed to take all steps and do all acts and things, including the execution and delivery of documents, as are or may be necessary or appropriate to effectuate the purpose and intent of the foregoing resolutions.

Dated as of November 16, 1999

Jerry Zucker

Being the sole director of the Corporation

ERNST & YOUNG LLP
101 Independence Center, Suite 1100
101 N. Tryon St.
Charlotte, NC 28246
(704) 372-6300

# CONFIDENTIAL FAX

Date: 11-22-99
Number of pages including cover sheet: 2

To: Attention Charlotte
Phone:
Fax phone: 843-554-8508
CC:

From: Roy Knight
Phone: 704-331-1933
Fax phone:

REMARKS: ☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

**Confidentiality Notice**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the stated address via the United States Postal Service. Thank you.

2252

ERNST & YOUNG LLP
101 Independence Center
Suite 1100
101 North Tryon Street
Charlotte, North Carolina 28246
Phone: 704 372 6300

November 22, 1999

To: Mr. Jerry Zucker
Mr. James Boyd

From: Ray Knight

Re: Equity contribution and fee structure

| EQUITY CONTRIBUTION OR FEE | PERCENTAGE | RISK/NON-RISK | TIMING |
|---|---|---|---|
| Cost of long option | 5% | At-risk | Inception |
| Cash injection to partnership | 2%* | Not at-risk | Inception |
| | | | |
| E&Y Fee | 1½% | -- | Within 30 Days |
| Law firms and bank (billed separately from E&Y) | 3% | -- | Within 90 Days |

* Stock contributions are to be made within two weeks of inception

Ernst & Young LLP is a member of Ernst & Young International, Ltd.

ERNST & YOUNG LLP
101 Independence Center, Suite 1100
101 N. Tryon St.
Charlotte, NC 28246
(704) 372-6300

# CONFIDENTIAL FAX

Date: 11-22-99
Number of pages including cover sheet: 2

To: Attention Charlotte
Phone:
Fax phone: 843-554-8508
CC:

From: Roy Knight
Phone: 704-331-1933
Fax phone:

REMARKS: ☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

**Confidentiality Notice**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the stated address via the United States Postal Service. Thank you.

ERNST & YOUNG LLP
101 Independence Center
Suite 1100
101 North Tryon Street
Charlotte, North Carolina 28246
Phone: 704 372 6300

November 22, 1999

To: Mr. Jerry Zucker
Mr. James Boyd

From: Ray Knight

Re: Equity contribution and fee structure

| EQUITY CONTRIBUTION OR FEE | PERCENTAGE | RISK/NON-RISK | TIMING |
|---|---|---|---|
| Cost of long option | 5% | At-risk | Inception |
| Cash injection to partnership | 2%* | Not at-risk | Inception |
| | | | |
| E&Y Fee | 1½% | -- | Within 30 Days |
| Law firms and bank (billed separately from E&Y) | 3% | -- | Within 90 Days |

* Stock contributions are to be made within two weeks of inception