From: Daugerdas, Paul
Sent: 4/3/2002 5:19:06 PM (Central Time)
To: Guerin, Donna M.; Mayer, Erwin
Subject: FW: Your COBRA Opinion.

What do you think of this?

Regards.

-----Original Message-----
From: robert.coplan@ey.com [mailto:robert.coplan@ey.com]
Sent: Wednesday, April 03, 2002 3:15 PM
To: PDaugerdas@jenkens.com
Cc: richard.shapiro@ey.com
Subject: Your COBRA Opinion.

Paul --
Hope all is well.

Do you have a handy electronic version of the final version of your opinion letter that you used on our transactions? We would like to use the facts section to make sure we are in line with it in creating a template for COBRA amnesty disclosures. We have a few clients (e.g., altready under CA audit, and even federal audit with nothing to lose to try) who want to disclose. The sooner the better. Thanks. Either a generic final version or a redacted actual is OK.

Please copy Richard Shapiro on it too.

Regards--
Bob

Robert B. Coplan
Office Phone: 202-327-8707
Office Fax: 202-327-6725; Efax #: 801-697-6495
EYComm #: 9292672
Pager: 1-888-389-3353The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Ernst & Young LLP

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
1169

C NC02051