DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

04/30/2002

JBJZ Investors, Inc.
16 Buckingham Drive
Charleston, S.C. 29407

Dear Mr. Zucker;

Attached please find document request for the records you have agreed to furnish in accordance with your Announcement 2002-2 disclosure statement. Please provide them to me by the "information due by" date on the document request.

If you have any questions, please contact me at (843) 566-0207, Ext. 107. You may also write to me at Internal Revenue Service, 4995 LaCross Rd., Suite 1400A, North Charleston, S.C. 29406.

Sincerely,

Alan E. Moss
Internal Revenue Agent

Enclosure – Document Request #2

Cc: Kenneth Hughes, Power of Attorney
W. Shawn Smith, Power of Attorney

GOVERNMENT EXHIBIT
PENGAD-Bayonne, N. J.

1131

GOVERNMENT EXHIBIT 171
PENGAD-Bayonne, N. J.

| Form 4564 (Rev. June 1988) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0002 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* | Subject | |
|---|---|---|
| JBJZ Investors, Inc. | 1999 Form 1120S | |
| | SAIN number: 100 | Submitted to: JBJZ Investors, Inc. |
| | Dates of Previous Requests | |

Description of documents requested

Tax Period(s): 199912

In addition to the records requested by Document request #1 submitted to Mr. Jerry Zucker on 4/10/2002 the following records are requested. This request pertains to records that document the transactions disclosed by you in your Announcement 2002-2 disclosure statement:

1. "All transactional documents, including agreements, contracts, instruments, schedules, and any information received from the promoters, solicitors or recommending parties and all material received from those other parties' advisor(s);
2. All Internal documents or memoranda used by us in our decision-making process; and
3. All opinions and memoranda that provide a legal analysis of the transactions, whether prepared personally or by a tax professional on our behalf".

Where the document requests overlap, the records need to be submitted only once.

Information due by 05/15/2002 At next appointment ☐ Mail in ☒

| From: | | | |
|---|---|---|---|
| | Name and title of requester: Alan E Moss, Internal Revenue Agent | Employee ID number: 57-10282 | Date: 04/30/2002 |
| | Office Location: 4995 LaCross Road, Suite 1400-A North Charleston, SC 29406 | | Phone:843-566-0207 Ext 107 Fax:843-554-3454 |

Catalog No. 23145K Form 4564 (Rev. 6-1988)

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|
| To: (Name of Taxpayer and Company, Division or Branch)<br>JBJZ Investors, Inc.<br>16 Buckingham Drive<br>Charleston, SC 29407 | Subject:<br>1999 Form 1120S<br>Submitted to:<br>Jerry Zucker<br>Dates of Previous Requests: | |

**Description of Documents Requested:**

1. Short Term Capital Loss - Complete documentation of Cisco Stock Sales Price ($52,973) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($2,072,717) including all purchase confirmations, brokerage statements, etc.

2. Long Term Capital Loss – Complete documentation of Cisco Stock Sales Price ($476,756) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($18,654,451) including all purchase confirmations, brokerage statements, etc.

3. Currency Loss – Complete documentation of the "currency contract" from acquisition to disposition including price and cost basis computations and supporting documentation.

4. Section 351 Transfer – Complete documentation of the tax basis valuation ($52,907,726) referred to in items (1) and (2) of the statement. Was the valuation done in-house or by an outside firm, in either case provide all assumptions and authority utilized.

5. All bank and brokerage statements for JBJZ Investors, Inc. for 1999.

6. Articles of Incorporation and corporate minutes.

7. Any other records the corporation would like to provide for consideration in evaluating the above transactions including case law, rulings, etc.

Information Due By 4/24/02 At Next Appointment ☐ Mail In ☒

| FROM | Name and Title of Requestor<br>Debra L. Simmons, Internal Revenue Agent | Date:<br>4/10/2002 |
|---|---|---|
| | Office Location:<br>4995 LaCross Road, Suite 1400A<br>North Charleston, SC 29406<br>Phone: Voice (843) 566-0207 ext. 113<br>FAX (843) 554-3454 | Page 1 |

ERNST & YOUNG

Ernst & Young LLP
Two Liberty Square
Suite 800
P.O. Box 10647
Greenville, South Carolina 29603

Phone: (864) 242-5740
www.ey.com

May 30, 2002

Mr. Allen Moss
Internal Revenue Service
4995 LaCross Road
Suite 1400A
North Charleston, South Carolina 29406

Mr. Jim McCracken
LMSB/Financial Products and Transactions – Group 1916
Koger Center – Tulane Building
2888 Woodcock Boulevard – Stop 682-D
Atlanta, Georgia 30341

JBJZ Investors, Inc.

Dear Allen and Jim:

As we discussed, please find enclosed the information requested in Information Document Requests #1 and #2 for JBJZ Investors, Inc. We look forward to our meeting on Wednesday, June 12. In the meantime, please feel free to call me at (864) 298-6434 if you have questions.

Sincerely,

Kenneth D. Hughes
Senior Tax Manager

KDH:skd
Enclosure
Copy to Mr. Al Brooke (E&Y – Atlanta)



GOVERNMENT EXHIBIT 172

1136

GOVERNMENT EXHIBIT 172

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

09/19/2002

Jerry & Anita G. Zucker
16 Buckingham Drive
Charleston, S.C. 29407

Dear Mr. Zucker;

Attached please find document request for the records you have agreed to furnish in accordance with your Announcement 2002-2 disclosure statement. Please provide them to me by the "information due by" date on the document request.

If you have any questions, please contact me at (843) 566-0207, Ext. 107. You may also write to me at Internal Revenue Service, 4995 LaCross Rd., Suite 1400A, North Charleston, S.C. 29406.

Sincerely,

Alan E Moss

Alan E. Moss
Internal Revenue Agent

Enclosure – Document Request #3

Cc: Kenneth Hughes, Power of Attorney
W. Shawn Smith, Power of Attorney

2122

GOVERNMENT EXHIBIT 173

GOVERNMENT EXHIBIT

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|
| To: (Name of Taxpayer and Company, Division or Branch)<br>Jerry & Anita G Zucker<br>16 Buckingham Drive<br>Charleston, S.C. 29407 | | Subject: Transaction Disclosed Under Announcement 2002-2<br>Submitted to:<br>Mr & Mrs Zucker<br>Dates of Previous Requests: |

Description of Documents Requested:

In addition to the documentation received in response to earlier document requests, please provide the following items relative to the transaction disclosed under Announcement 2002-2: This applies to all taxpayer entities—the individuals, LLC's, partnership and S-Corporation.

1. Please provide a copy of all additional agreements, contracts, liabilities or obligations of the taxpayers(s) that have not been submitted previously, including but not limited to, any loans, fee agreements (legal and accounting), invoices (Jenkins & Gilchrist; DB Alex Brown; Ernst & Young), etc.

2. Please provide a copy of all additional promotional materials presented and/or provided to the taxpayer(s) concerning this transaction that have not been submitted previously, including but not limited to, any offering memoranda and prospectuses as well as any "COBRA" materials.

3. All documentation relating directly or indirectly to the tax and financial consequences of participating in this transaction, including but not limited to, potential benefits, potential risks, etc

4. Please describe the principal rationale for the simultaneous purchase and sale of a call option with the same expiration dates if not to substantially minimize the taxpayer's economic exposure. Does this not ensure the taxpayer(s) were not substantially "at risk" under IRC section 465 versus the virtual certainty of the tax benefits received?

5. Are there any records/documentation on which attorney-client privilege or the work product doctrine is being claimed? If so, please provide a privilege log and address the following questions:
    - Who wrote or initiated the record(s)/documentation?

(continued on Page 2 attached)

Information Due By 10-20-02 At Next Appointment [ ] Mail In [X]

| | | |
|---|---|---|
| FROM | Name and Title of Requestor<br>Alan E Moss<br>Alan E Moss, Internal Revenue Agent 57-10282 | Date:<br>9-19-2002 |
| | Office Location:<br>4995 LaCross Rd, Suite 1400-A<br>North Charleston, S.C. 29406 | Page 1 |

Form 4564

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|
| To: (Name of Taxpayer and Company, Division or Branch)<br>Jerry & Anita G Zucker<br>16 Buckingham Drive<br>Charleston, S.C. 29407 | Subject: Transaction Disclosed Under Announcement 2002-2<br>Submitted to:<br>Mr & Mrs Zucker<br>Dates of Previous Requests: | |

Description of Documents Requested:

- To whom was the record(s)/documentation addressed?
- How long (#pages) are the record(s)/documentation?
- What attachments accompany the record(s)/documentation?
- Who received copies of the record(s)/documentation (cc, bcc, or copies in any form)?
- What are the date(s) of the record(s)/documentation?
- What topic(s) was discussed/explained in the record(s)/documentation?
- What is the claim of privilege?

6. Brokerage Statements, Bank Statements and Trade Tickets reflecting the purchase and sale of the Canadian Currency. Include a copy of the Canadian Currency Contract(s) and the reasons for this particular activity.

Information Due By 10-20-02 At Next Appointment [ ] Mail In [X]

| FROM | Name and Title of Requestor<br>Alan E Moss<br>Alan E Moss, Internal Revenue Agent 57-10282 | Date:<br>9-19-2002 |
|---|---|---|
| | Office Location:<br>4995 LaCross Rd, Suite 1400-A<br>North Charleston, S.C. 29406 | Page 2 |