IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 05-231-T

---

JZ BUCKINGHAM INVESTMENTS, LLC, as TAX MATTERS PARTNERS of JBJZ PARTNERS, a SOUTH CAROLINA GENERAL PARTNERSHIP,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

VIDEO DEPOSITION OF

JERRY ZUCKER

Friday, June 8, 2007

9:00 AM to 5:00 PM

North Charleston, South Carolina

Reported by: Jane G. LaPorte

GOVERNMENT EXHIBIT
C
PENGAD-Bayonne, N. J.

Page 266

It was the week of the 13th through 16th, 17th it was week following some of the points that we discussed earlier that we had the Dominion --
MR. CROUCH: Answer he question. The question to you was: Where were you?
A. I believe I was in Charleston.
MR. CROUCH: That's all you need to tell him.
Q. Now, is that your Social Security number on line seven?
A. Line seven 26784 -- know it's 9834.
Q. Is this the first time --
A. Two numbers transposed.
Q. Did you ever, prior to this date, realize that the numbers were transposed on the SS4 that you signed on November 18 of 1999?
A. Other than the fact that it was mentioned to me yesterday by counsel, no.
Q. If you would turn to DOJ --
THE WITNESS: I haven't given up any privilege by having said that.
MR. CROUCH: No, you have not.
Q. If you turn DOJ 0414081, and this is what is under tab number six, and this is the SS4 for JBJZ Partners.

Page 267

A. Bottom number is 041481?
Q. Yes, sir.
A. Okay.
Q. And is that your signature dated November 18 of 1999?
A. It appears to be.
Q. And is your Social Security number transposed here, as well?
A. "Here," you're talking about line seven?
Q. Yes, sir.
A. Zone in on it. My eyes aren't focusing.
The same two digits that were transposed on the prior page are transposed here; it's 9834 and the 8 and the 3 are transposed.
Q. If you would take a look at what is under tab eight at DOJ 041490.
A. 041490? Okay.
Q. And is that your signature at the bottom dated November 18 of 1999?
A. It is. And if you are going make the same point, they are still transposed on this one.
I would imagine whoever prepared the documents got it wrong and was consistent in getting it wrong.
But, you know, obviously, my Social

Page 268

Security number -- it says Jerry Zucker, and it's got every digit right except a couple transposed when they entered the system, one wouldn't match the other.
So, hopefully it would just throw it out.
MR. CROUCH: Just answer his question.
Q. Would you take a look at what is at -- the signature page -- of what is under tab 11 from the beginning to the end, it appears to be entitled --
A. Give me a number.
MR. CROUCH: What document?
MR. LINDQUIST: It's DOJ 041498 through to DOJ 041500.
Q. And is that your signature on the end?
A. Let me first look at the document.
Q. Certainly.
A. If you don't mind. Okay.
Q. Now, this is -- has typed in a date two days earlier than the prior signatures that we just looked at. It has November 16 of 1999.
And my question is: Do you recall whether you had a package of documents that you, in fact, signed two days earlier on November 16 of 1999?

Page 269

Or is this possibly a backdated document?
MR. CROUCH: Objection; vague and ambiguous "backdated document."
A. The implications, what you're saying, sounds sinister.
I have no recollection of, you know, of that particular date and documents, you know, I don't have particular recollection of the timing of the dates.
These documents were prepared on my behalf, and likely, I signed the documents without, you know, detailed review; but I don't have a specific recollection.
Q. Who had prepared this particular document on your behalf?
A. Gosh, does it indicate somewhere on here who did?
I would presume, based on everything else that's preceded me today, that it was probably Jenkens and Gilchrist.
That's my presumption, based on the line of questions and the documents you have shown me.
Q. The reason why I am asking the question is, you previously indicated that you did not understand that Jenkens and Gilchrist was involved