# In the United States Court of Federal Claims

No. 05-231 T

(Filed: July 20, 2007)

```
***********************************
JZ BUCKINGHAM INVESTMENTS LLC,     *
                                   *
                  Plaintiff,       *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
***********************************
```

**ORDER**

On July 17, 2007, Defendant filed a Motion for Leave to Amend Answer to Assert Counterclaim for Penalties, as well as a memorandum and a declaration of David Steiner in support of the Motion for Leave to Amend Answer to Assert Counterclaim for Penalties. The filing failed to comport with RCFC 7(b), which requires that supporting memoranda and affidavits be attached to the motion. Moreover, the filing failed to comply with RCFC 5.2(a)(1)(A) and (G), which require that a table of contents/ index to the appendix be located both in front of the brief and in front of the attached appendix. The filing is hereby stricken from the record.

The Court ORDERS Defendant to file a corrected motion on or before **July 23, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge