IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO AMEND ITS ANSWER TO ASSERT A COUNTERCLAIM FOR PENALTIES**

Before the Court is the United States' motion for leave to amend its answer to assert a counterclaim for accuracy related penalties. The Court, having considered the motion, now finds this motion should be, and is hereby, granted and the United States' proposed Second Amended Answer and Counterclaim, attached hereto, shall be docketed by the clerk. Plaintiff shall file its answer to the counterclaim therein within 10 days from the date of this order.

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________