## Appendix B

| Date of Document | Description | Exhibit No. | Source of Production |
|---|---|---|---|
| 11/5/99 | Fax copy of part of J&G draft opinion produced by J&G to EY on 11/5/99 for marketing, with handwritten note by Zucker to Emerson | 1032 | Emerson, Zucker's return preparer |
| 11/11/99 | Zucker EY Engagement letter dated 11/11/99, revised and faxed to EY 11/12/99 | 177 | Ernst & Young |
| 11/15/99 | Fax (9 pages) from EY to Zucker re moddified engagement letter, with handwritten note by Zucker to Boyd , asking that Boyd review and approve or comment before Charlotte returns one copy and retains one original in file | 1104 | Taxpayers |
| 11/15/99 | Zucker EY Engagment Letter dated 11/15/99 (signed) | 1029A | Taxpayers |
| 11/16/99 | JG letter to Zucker & Boyd dated 11/16/99, forwarding for execution the following documents: Forms SS4, 8821 and DB Account Forms for JZ Buckingham, JGB Bohicket JBJZ Partners, and JBJZ Investors, Inc. (also Form 2553) and General Partnership Agreement for JBJZ Partners, with handwritten notes by Zucker to Charlotte Crosby | 1018 | Taxpayers |
| 11/26/99 | Reconstructed fax from JG to Boyd (10+ pages) to execute attached documents and send copy by fax and mail executed originals overnight (missing first page) with post-dated dates filled in - **also missing page 8/10 which appears in the JG closing binder as the first page of the confirmation and a fax date of 11/24/99, while the rest of the confirmation bears a fax date of 11/26/99** | 1052A | J&G |
| 11/26/99 | Reconstructed copy of fax from JG to Zucker (16+ pages) to execute attached documents and send copy by fax and mail executed originals overnight (missing first page), with post-dated dates filled in | 1053A | J&G |
| 12/7/99 | Memo to file by Boyd dated 12/7/99 regarding instructions to Parse for trading with discretionary authority given to Parse, noting "will transfer Cisco Systems stock for trading and Knight to coordinate with Charlotte [Crosby]" | 1019 | Taxpayers |

| Date of Document | Description | Exhibit No. | Source of Production |
|---|---|---|---|
| 11/22/99 | Fax from Ray Knight disclosing that E&Y's fee was a fixed percentage (1.5%) and that the law firm's fee was also a fixed percentage (3%). The memo also revealed that 2% of the transaction was not at risk. | 2252 | Files of Charlotte Crosby |
| 11/12/99 | Fax from Jerry Zucker to Ray Knight specifying that the transaction was for a $100 million loss, the total cost of the transaction, and the proposed allocation of loss as between Zucker and Boyd. | 2257 | Files of Charlotte Crosby |
| 12/14/99 | Retained copy of Zucker and Boyd's response to J&G letter in which J&G requested that taxpayers execute numerous documents, but not "fill in any blanks which appear in those documents at this time (i.e. dates)." | 2260 | Files of Charlotte Crosby |
| 1/31/00 | Handwritten note from Emerson to Sheila Pace stating Jerry asked me to forward these to you. It is my current understanding that these returns will be prepared by E&Y's Charlotte office, Ray Knight. I'll let you know the minute I hear anything." | 1100 | Emerson, Zucker's return preparer |