ERNST & YOUNG LLP

101 Independence Center, Suite 1100
101 N. Tryon St.
Charlotte, NC 28246
(704) 372-6300

# CONFIDENTIAL FAX

Date: 11-22-99
Number of pages including cover sheet: 2

To: Attention Charlotte
Phone:
Fax phone: 843-554-8508
CC:

From: Roy Knight
Phone: 704-331-1933
Fax phone:

REMARKS: ☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

**Confidentiality Notice**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the stated address via the United States Postal Service. Thank you.



2252

ERNST & YOUNG LLP

101 Independence Center
Suite 1100
101 North Tryon Street
Charlotte, North Carolina 28246

Phone: 704 372 6300

November 22, 1999

To: Mr. Jerry Zucker
Mr. James Boyd

From: Ray Knight

Re: Equity contribution and fee structure

| EQUITY CONTRIBUTION OR FEE | PERCENTAGE | RISK/NON-RISK | TIMING |
|---|---|---|---|
| Cost of long option | 5% | At-risk | Inception |
| Cash injection to partnership | 2%* | Not at-risk | Inception |
| | | | |
| E&Y Fee | 1½% | -- | Within 30 Days |
| Law firms and bank (billed separately from E&Y) | 3% | -- | Within 90 Days |

* Stock contributions are to be made within two weeks of inception

Ernst & Young LLP is a member of Ernst & Young International, Ltd.

ERNST & YOUNG LLP
101 Independence Center, Suite 1100
101 N. Tryon St.
Charlotte, NC 28246
(704) 372-6300

# CONFIDENTIAL FAX

Date: 11-22-99
Number of pages including cover sheet: 2

To: Attention Charlotte
Phone:
Fax phone: 843-554-8508
CC:

From: Roy Knight
Phone: 704-331-1933
Fax phone:

REMARKS: ☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

**Confidentiality Notice**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the stated address via the United States Postal Service. Thank you.

**ERNST & YOUNG LLP**

101 Independence Center
Suite 1100
101 North Tryon Street
Charlotte, North Carolina 28246

Phone: 704 372 6300

November 22, 1999

To: Mr. Jerry Zucker
Mr. James Boyd

From: Ray Knight

Re: Equity contribution and fee structure

| EQUITY CONTRIBUTION OR FEE | PERCENTAGE | RISK/NON-RISK | TIMING |
|---|---|---|---|
| Cost of long option | 5% | At-risk | Inception |
| Cash injection to partnership | 2%* | Not at-risk | Inception |
| | | | |
| E&Y Fee | 1½% | -- | Within 30 Days |
| Law firms and bank (billed separately from E&Y) | 3% | -- | Within 90 Days |

* Stock contributions are to be made within two weeks of inception

Ernst & Young LLP is a member of Ernst & Young International, Ltd.