DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

04/30/2002

JBJZ Investors, Inc.
16 Buckingham Drive
Charleston, S.C. 29407

Dear Mr. Zucker;

Attached please find document request for the records you have agreed to furnish in accordance with your Announcement 2002-2 disclosure statement. Please provide them to me by the "information due by" date on the document request.

If you have any questions, please contact me at (843) 566-0207, Ext. 107. You may also write to me at Internal Revenue Service, 4995 LaCross Rd., Suite 1400A, North Charleston, S.C. 29406.

Sincerely,

Alan E. Moss
Internal Revenue Agent

Enclosure – Document Request #2

Cc: Kenneth Hughes, Power of Attorney
W. Shawn Smith, Power of Attorney

GOVERNMENT EXHIBIT

GOVERNMENT EXHIBIT 171

1131

| Form 4564 (Rev. June 1988) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|
| To: (Name of Taxpayer and Company Division or Branch)<br>JBJZ Investors, Inc. | Subject<br>1999 Form 1120S | |
| | SAIN number<br>100 | Submitted to:<br>JBJZ Investors, Inc. |
| | Dates of Previous Requests | |

Description of documents requested

Tax Period(s): 199912

In addition to the records requested by Document request #1 submitted to Mr. Jerry Zucker on 4/10/2002 the following records are requested. This request pertains to records that document the transactions disclosed by you in your Announcement 2002-2 disclosure statement:

1. "All transactional documents, including agreements, contracts, instruments, schedules, and any information received from the promoters, solicitors or recommending parties and all material received from those other parties' advisor(s);
2. All Internal documents or memoranda used by us in our decision-making process; and
3. All opinions and memoranda that provide a legal analysis of the transactions, whether prepared personally or by a tax professional on our behalf".

Where the document requests overlap, the records need to be submitted only once.

| Information due by 05/15/2002 | At next appointment ☐ | Mail in ☒ | |
|---|---|---|---|
| From: | Name and title of requester<br>Alan E Moss, Internal Revenue Agent | Employee ID number<br>57-10282 | Date<br>04/30/2002 |
| | Office Location: 4995 LaCross Road, Suite 1400-A<br>North Charleston, SC 29406 | | Phone:843-566-0207 Ext 107<br>Fax:843-554-3454 |

Catalog No. 23145K Form 4564 (Rev. 6-1988)

1132

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: 1999 Form 1120S |
|---|---|
| JBJZ Investors, Inc.<br>16 Buckingham Drive<br>Charleston, SC 29407 | Submitted to: Jerry Zucker |
| | Dates of Previous Requests: |

Description of Documents Requested:

1. Short Term Capital Loss - Complete documentation of Cisco Stock Sales Price ($52,973) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($2,072,717) including all purchase confirmations, brokerage statements, etc.

2. Long Term Capital Loss – Complete documentation of Cisco Stock Sales Price ($476,756) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($18,654,451) including all purchase confirmations, brokerage statements, etc.

3. Currency Loss – Complete documentation of the "currency contract" from acquisition to disposition including price and cost basis computations and supporting documentation.

4. Section 351 Transfer – Complete documentation of the tax basis valuation ($52,907,726) referred to in items (1) and (2) of the statement. Was the valuation done in-house or by an outside firm, in either case provide all assumptions and authority utilized.

5. All bank and brokerage statements for JBJZ Investors, Inc. for 1999.

6. Articles of Incorporation and corporate minutes.

7. Any other records the corporation would like to provide for consideration in evaluating the above transactions including case law, rulings, etc.

Information Due By 4/24/02 At Next Appointment [ ] Mail In [X]

| FROM | Name and Title of Requestor<br>Debra L. Simmons, Internal Revenue Agent | Date:<br>4/10/2002 |
|---|---|---|
| | Office Location:<br>4995 LaCross Road, Suite 1400A<br>North Charleston, SC 29406 Phone: Voice (843) 566-0207 ext. 113<br>FAX (843) 554-3454 | Page 1 |

Form 4564

1133