IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 05-231-T

---

JZ BUCKINGHAM INVESTMENTS, LLC, as TAX MATTERS PARTNERS of JBJZ PARTNERS, a SOUTH CAROLINA GENERAL PARTNERSHIP,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

VIDEO DEPOSITION OF

JAMES BOYD

Thursday, June 7, 2007

9 AM to 2:30 PM

North Charleston, South Carolina

Reported by: Jane G. LaPorte

GOVERNMENT EXHIBIT

B

Page 154

it --

Q. -- at page Admin 1077. And that's a K-1 with your name at the top, Jim Boyd?

A. Yes, sir.

Q. The Social Security number listed on there for you is incorrect, isn't it?

A. Yes, sir, it is.

Q. And if you take a look at the next K-1, the one for Jerry Zucker, do you have any knowledge of Jerry Zucker's Social Security number?

A. I probably used to, but I can't remember it now.

Q. Do you know whether that's Mr. Zucker's Social Security number?

A. I can't tell you straightforwardly, no.

Q. Do you recall any discussion with Mr. Zucker in March of 2000, concerning whether you were going to file the Form 1120S with incorrect Social Security numbers for yourself and Mr. Zucker?

MR. CROUCH: Objection; assumes facts not in evidence, calls for speculation.

A. I have to tell you that that must be a typing error, or an error that was done on whoever made the preparation, because I wouldn't do it.

Q. So, you don't recall any such discussion

Page 155

or any knowledge of the fact that there was an incorrect Social Security number?

A. I have no knowledge of that.

Q. Turning to the partnership return, did you ever have any discussion with anyone at Ernst & Young concerning the manner in which the COBRA transaction was to be reported to the IRS --

MR. CROUCH: Objection; vague.

Q. -- on the Form 1065?

MR. CROUCH: Excuse me, objection; vague and ambiguous.

A. I don't recall. But if I talked to anybody, it would have been to Mr. Hughes.

Q. Were you aware that E&Y was using a template Form 1065 for purposes of preparing the partnership returns for the COBRA transactions?

A. A template?

MR. CROUCH: Objection to form.

Q. A template.

MR. CROUCH: Objection; assumes facts not in evidence.

A. I have no -- I can't believe that they would have used a template.

Q. Did you ever ask -- you or Mr. Zucker -- to your knowledge, ever ask anyone at Ernst & Young

Page 156

as to how many other -- what is it you have learned to be called COBRA -- COBRA-like transactions to have been implemented by Ernst & Young in 1999?

A. To be honest, I didn't care.

Q. Were you ever told?

A. No. And I never asked.

Q. Were you ever told that there was only a limited number of COBRA transactions that were available?

MR. CROUCH: Objection; assumes facts not in evidence.

A. You say a limited number of COBRA transactions in -- I don't know what you are referring to.

Q. The transaction that you purchased from Ernst & Young --

MR. CROUCH: Objection.

Q. -- were you aware that the Southeast of the United States was only allocated a limited number of COBRA transactions by Ernst & Young?

MR. CROUCH: Objection; vague and ambiguous and also assumes facts not in evidence.

Q. Were you ever told by Mr. Knight that this was a -- that you had a limited amount of time within which to decide to sign up for the COBRA

Page 157

transaction?

MR. CROUCH: Vague and ambiguous.

A. The only thing I remember was -- and I think Mr. Knight asked us, maybe he didn't -- was -- were we qualified, and were we sophisticated investors, or anything like that.

But I can't swear to it that he asked me that or he asked Jerry that and Jerry told me that, but I don't know.

Q. I previously asked you whether Mr. Zucker was an aggressive taxpayer, and you said that he was.

Was Mr. Zucker in 19 -- in the fall of 1999 -- in the market to purchase a tax shelter?

MR. CROUCH: Objection; vague and ambiguous, calls for speculation.

THE WITNESS: Excuse me.

A. Can I recharacterize what you have just said?

Mr. Zucker was very aggressive. I didn't mean to infer that he was an aggressive taxpayer, but he was a very aggressive investor.

And, yes, he was a very aggressive investor.

And he brought me along as an aggressive