# In the United States Court of Federal Claims

No. 05-231 T

(Filed: August 1, 2007)

| | |
|---|---|
| ************************************ | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On July 31, 2007, the parties filed a Joint Motion to Revise Scheduling Order. The motion is granted. The Court hereby vacates the scheduling order issued May 17, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Fact & Expert Discovery ends | **October 1, 2007** |
| Final Exhibit & Witness Lists due | **October 1, 2007** |
| Joint Status Report due | **October 15, 2007** |
| Motion(s) to Exclude/Limit Expert Testimony due | **December 3, 2007** |
| Dispositive Motion(s) due | **December 3, 2007** |

In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm. In the joint status report due on October 15, 2007, the Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge