PX - 1-14

DX 155, 170, 171, 173, 174A, 177, 177A, 180, 520, 1000, 1001, 1005, 1005A, 1011, 1017, 1018, 1019, 1022, 1023, 1028, 1029, 1029A, 1032, 1053, 1061, 1073, 1079, 1082, 1090, 1100, 1104, 2037, 2255, 2257, 2259, 2269, 2325, 2342, 2350, 2352, 2353, 2355, 2358A, 2360, 2361, 2362, 2363, 2364, 2366, 2367, 2368, 2369, 2370, 2371, 2372, 2374, 2375, 2378, 2379, 2380, 2382