# In the United States Court of Federal Claims

## NOTICE

**JZ BUCKINGHAM INVESTMENTS LLC,**
**Plaintiff,**

**Case No. 05-231 T**

**v.**

**UNITED STATES,**
**Defendant.**

**CLERK'S OFFICE**
**Washington, D.C., August 2, 2007**

To Attorney of Record, Assistant Attorney General and Chief Judge Edward J. Damich:

Please take notice that in the above cause there has been filed on August 2, 2007, on behalf of the parties,

Defendant's exhibits 155, 170, 171, 173, 174A, 177, 177A, 180, 520, 1000, 1001, 1005, 1005A, 1011, 1017, 1018, 1019, 1022, 1023, 1028, 1029, 1029A, 1032, 1053, 1061, 1073, 1079, 1082, 1090, 1100, 1104, 2037, 2255, 2257, 2259, 2269, 2325, 2342, 2350, 2352, 2353, 2355, 5358A, 2360, 2361, 2362, 2363, 2364, 2366, 2367, 2368, 2369, 2370, 2371, 2372, 2374, 2375, 2378, 2379, 2380, and 2382.

Brian Bishop

Brian Bishop, Clerk