**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NO. 05-231 T**
**(Chief Judge Damich)**

---

**JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,**

**Plaintiff,**

**v.**

**United States of America,**

**Defendant.**

---

**APPENDIX**

| Exhibit | Description | Page |
|---|---|---|
| 1 | Deposition of Jerry Zucker | App. 1-107 |
| 2 | Deposition of James Boyd | App. 108-155 |
| 3 | Announcement 2002-2 Disclosure Statements | App. 156-163 |
| 4 | IDR Nos. 1 and 2 | App. 164-166 |
| 5 | Letter from Ernst &Young to IRS Enclosing Responses to IDR Nos. 1 and 2 | App. 167 |
| 6 | IDR No. 3 | App. 168-170 |
| 7 | Response to IDR No. 3 | App. 171-176 |
| 8 | IDR No. 4 | App. 177 |
| 9 | Response to IDR No. 4 | App. 178-180 |
| 10 | Letters to Jenkens & Gilchrist and Brown & Wood Authorizing Cooperation with the Internal Revenue Service | App. 181-184 |
| 11 | Forms 872 | App. 185-187 |
| 12 | Letters from Joel N. Crouch to Alan Moss, Internal Revenue Service | App. 188-189 |
| 13 | FPAA Dated December 9, 2004 | App. 190-200 |
| 14 | Penalties Lead Sheet to JBJZ Partners | App. 201-207 |
| 15 | Penalties Lead Sheet to James Boyd | App. 208 |
| 16 | Letter Enclosing Rule 26 Disclosures | App. 209 |
| 17 | Excerpt of Deposition of Charlotte Crosby | App. 210-213 |
| 18 | Letter from Donna Guerin to Jerry Zucker | App. 214-223 |
| 19 | Excerpt of Deposition of Barry Emerson | App. 224-225 |
| 20 | Excerpt of Deposition of Amy Keating | App. 226-229 |
| 21 | Excerpt of Deposition of Sheila Pace | App. 230-233 |