ERNST & YOUNG

Ernst & Young LLP
Two Liberty Square
Suite 800
P.O. Box 10647
Greenville, South Carolina 29603

Phone: (864) 242-5740
www.ey.com

May 30, 2002

Mr. Allen Moss
Internal Revenue Service
4995 LaCross Road
Suite 1400A
North Charleston, South Carolina 29406

Mr. Jim McCracken
LMSB/Financial Products and Transactions – Group 1916
Koger Center – Tulane Building
2888 Woodcock Boulevard – Stop 682-D
Atlanta, Georgia 30341

JBJZ Investors, Inc.

Dear Allen and Jim:

As we discussed, please find enclosed the information requested in Information Document Requests #1 and #2 for JBJZ Investors, Inc. We look forward to our meeting on Wednesday, June 12. In the meantime, please feel free to call me at (864) 298-6434 if you have questions.

Sincerely,

Kenneth D. Hughes
Senior Tax Manager

KDH:skd
Enclosure
Copy to Mr. Al Brooke (E&Y – Atlanta) ✓

ZEY 001234

EXHIBIT
5

Ernst & Young LLP is a member of Ernst & Young International, Ltd