DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

09/19/2002

Jerry & Anita G. Zucker
16 Buckingham Drive
Charleston, S.C. 29407

Dear Mr. Zucker;

Attached please find document request for the records you have agreed to furnish in accordance with your Announcement 2002-2 disclosure statement. Please provide them to me by the "information due by" date on the document request.

If you have any questions, please contact me at (843) 566-0207, Ext. 107. You may also write to me at Internal Revenue Service, 4995 LaCross Rd., Suite 1400A, North Charleston, S.C. 29406.

Sincerely,

Alan E. Moss
Alan E. Moss
Internal Revenue Agent

Enclosure – Document Request #3

Cc: Kenneth Hughes, Power of Attorney
W. Shawn Smith, Power of Attorney

GOVERNMENT EXHIBIT 173

2122

EXHIBIT 6

GOVERNMENT EXHIBIT

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br>Jerry & Anita G Zucker<br>16 Buckingham Drive<br>Charleston, S.C. 29407 | Subject: Transaction Disclosed Under Announcement 2002-2<br>Submitted to:<br>Mr & Mrs Zucker<br>Dates of Previous Requests: |
|---|---|

Description of Documents Requested:

In addition to the documentation received in response to earlier document requests, please provide the following items relative to the transaction disclosed under Announcement 2002-2: This applies to all taxpayer entities—the individuals, LLC's, partnership and S-Corporation.

1. Please provide a copy of all additional agreements, contracts, liabilities or obligations of the taxpayers(s) that have not been submitted previously, including but not limited to, any loans, fee agreements (legal and accounting), invoices (Jenkins & Gilchrist; DB Alex Brown; Ernst & Young), etc.

2. Please provide a copy of all additional promotional materials presented and/or provided to the taxpayer(s) concerning this transaction that have not been submitted previously, including but not limited to, any offering memoranda and prospectuses as well as any "COBRA" materials.

3. All documentation relating directly or indirectly to the tax and financial consequences of participating in this transaction, including but not limited to, potential benefits, potential risks, etc.

4. Please describe the principal rationale for the simultaneous purchase and sale of a call option with the same expiration dates if not to substantially minimize the taxpayer's economic exposure. Does this not ensure the taxpayer(s) were not substantially "at risk" under IRC section 465 versus the virtual certainty of the tax benefits received?

5. Are there any records/documentation on which attorney-client privilege or the work product doctrine is being claimed? If so, please provide a privilege log and address the following questions:
   - Who wrote or initiated the record(s)/documentation?

(continued on Page 2 attached)

Information Due By 10-20-02 At Next Appointment [ ] Mail In [X]

| | | | |
|---|---|---|---|
| FROM | Name and Title of Requestor<br>Alan E Moss<br>Alan E Moss, Internal Revenue Agent | 57-10282 | Date:<br>9-19-2002 |
| | Office Location:<br>4995 LaCross Rd, Suite 1400-A<br>North Charleston, S.C. 29406 | | Page 1 |

Form 4564

2123

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>3 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br>Jerry & Anita G Zucker<br>16 Buckingham Drive<br>Charleston, S.C. 29407 | Subject: Transaction Disclosed Under Announcement 2002-2<br>Submitted to:<br>Mr & Mrs Zucker<br>Dates of Previous Requests: |
|---|---|

Description of Documents Requested:

- To whom was the record(s)/documentation addressed?
- How long (#pages) are the record(s)/documentation?
- What attachments accompany the record(s)/documentation?
- Who received copies of the record(s)/documentation (cc, bcc, or copies in any form)?
- What are the date(s) of the record(s)/documentation?
- What topic(s) was discussed/explained in the record(s)/documentation?
- What is the claim of privilege?

6. Brokerage Statements, Bank Statements and Trade Tickets reflecting the purchase and sale of the Canadian Currency. Include a copy of the Canadian Currency Contract(s) and the reasons for this particular activity.

Information Due By 10-20-02 At Next Appointment [ ] Mail In [X]

| | | |
|---|---|---|
| FROM | Name and Title of Requestor<br>Alan E Moss<br>Alan E Moss, Internal Revenue Agent 57-10282 | Date:<br>9-19-2002 |
| | Office Location:<br>4995 LaCross Rd, Suite 1400-A<br>North Charleston, S.C. 29406 | Page 2 |

Form 4564

2124