| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>4 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch)<br>JBJZ Partners<br>16 Buckingham Dr.<br>Charleston, S.C. 29407-3455 | Subject: Transaction Disclosed Under Announcement 2002-2<br>Submitted to:<br>Mr Jerry Zucker & James Boyd<br>Dates of Previous Requests: |
|---|---|

**Description of Documents Requested:**

This request is for further clarification of items in your response of November 19, 2002, to Information Document Request # 3:

Item 1 – Please refer your engagement letter to the taxpayer(s) dated November 11, 1999, and specifically to the first paragraph where it refers to the "implementation of the COBRA strategy". Please fully explain the mechanics of this strategy.

Additionally, refer to the third paragraph where it mentions the "desired loss". Please explain in detail what is meant by the "desired loss" and how the "desired loss" impacts the taxpayer's return.

Item 4 – Please elaborate further on the reasoning and intent of establishing the narrow ranges between the long and short digital options for both the Euro and Yen currencies. Specifically, why utilize a range or spread of 2 / 10,000 as opposed to 20 / 10,000 or 200 / 10,000 ? Who recommended this particular range? Is this range part of the COBRA strategy ?

Item 6 – Please explain in detail the reasoning and intent of the investment in Canadian currency? Was there an actual contract associated with this transaction? If so, please provide a copy. Is the purchase and sale of the Canadian currency part of the COBRA strategy ?

Information Due By 4/22/03 At Next Appointment [ ] Mail In [X]

| | | |
|---|---|---|
| FROM | Name and Title of Requestor<br>Alan E. Moss (signature)<br>Alan E. Moss, Internal Revenue Agent 57-10282 | Date:<br>3/25/2003 |
| | Office Location:<br>4995 LaCross Road, Suite 1400-<br>North Charleston, S.C. 29406 | Page 1 |

Form 4564

EXHIBIT
tabbies
8