**MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

JOEL N. CROUCH, P.C. - Partner
DIRECT DIAL (214) 749-2456
jcrouch@meadowsowens.com

FAX (214) 747-3732
WATS (800) 451-0093

October 22, 2004

Mr. Alan E. Moss
Revenue Agent
Internal Revenue Service
1 Poston Road
Suite 220
Charleston, South Carolina 29407

Re: James and Hazel Boyd

Dear Mr. Moss:

As you are aware, the above-referenced Taxpayers filed a disclosure with the IRS pursuant to IRS Announcement 2002-2. It is our understanding the Taxpayers have provided the information required by Announcement 2002-2. If this incorrect, please contact me so that the Taxpayers can respond.

Very truly yours,

JOEL N. CROUCH, P.C.

By: [signature]
Joel N. Crouch, President

JNC/kme/309487

11/2/04 Call Mr. Crouch
- Informed T/P made disclosure + furnished Records
- Mr Crouch indicated T/P is withdrawing from Settlement offer
-

tabbies
EXHIBIT
12

2555

BOGOV2555

MEADOWS, OWENS, COLLIER, REED, COUSINS, & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202

DALLAS TX OCT 22 04
PB METER 7098171
$0 37
U.S. POSTAGE

MR ALAN E MOSS
REVENUE AGENT
INTERNAL REVENUE SERVICE
1 POSTON RD STE 220
CHARLESTON SC 29407

29407+3436 33