**Boyd, J&H**
Form: 1040
Tax Period(s): 199912

Examiner: AEM
Date: 1/24/2003

# Penalties Lead Sheet

| IRC | Penalty | IRM Reference | For each applicable penalty enter either: Reason for Assertion or Non-Assertion or Workpaper Reference |
|---|---|---|---|
| 6651(a)(1)<br>6651(a)(2) | Failure to File<br>Failure to Pay | 120.1.2.3<br>120.1.2.4 | N/A-Form 1040 was timely filed. |
| 6654<br>6655 | Estimated Tax | 120.1.3.1.1<br>120.1.3.5 | N/A-Form 1040 was timely filed, no tax liability due on tax return as filed. |
| 6662(c) | Negligence (General) | 120.1.5.7.1 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6662(d) | Substantial Understatement | 120.1.5.8 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6662(b) | Other Accuracy Related | 120.1.5.1 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. |
| 6663 | Fraud | 120.1.5.12 | N/A-Tp made adequate disclosure under provisions of Announcement 2002-2 and submitted all records requested. Examination changes due to technical issues. |
| | Other: | | N/A |
| | Alternative Penalty Position | 120.1.5.12.2 and 4.2.6.7 | N/A |
| | Abatement of Assessed Penalties | 120.1.1.3 | N/A - No penalties previously assessed. |
| 6694(a) or 6694(b) | Preparer Penalties considered in accordance with IRM Handbook | 120.1.6.3.1<br>120.1.6.3.2 | No preparer penalties recommended. (1) Identified on tax return, (2) Furnished copy of return to Tp, (3) refund made to Tp. Examination adjustments due to technical issues, Preparer only took information and put on return in preparation of it. Preparer did not promote SOB transaction. |

Rev. 5/2002

EXHIBIT
tabbies
15

Workpaper #: F-1

2606

BOGOV2606