MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowsowens.com

LEZLIE B. WILLIS
Associate

FAX (214) 747-3732
WATS (800) 451-0093
(214) 749-2404
lwillis@meadowsowens.com

August 10, 2005

**VIA FEDERAL EXPRESS**

Clerk of Court
United States Court of Federal Claims
**Attn: Joe Taylor**
717 Madison Pl. NW
Washington DC 20005

**Re: Case no. 05-231 T, *JZ Buckingham Investments LLC. v. United States*; sealed appendix to JPSR filed via CD-ROM.**

Dear Mr. Taylor:

Enclosed is a CD-ROM that contains the Appendix to the Joint Preliminary Status Report ("JPSR") that will be filed electronically on August 11, 2005. Currently pending before the Court is a Joint Motion to File Appendix to JPSR Via CD-ROM and to File Certain Exhibits Under Seal (the "Motion"), filed on August 10, 2005. In order to meet the Court's deadline for filing the Appendix and the JPSR, we have submitted this CD-ROM in anticipation of the Motion being granted. If the Motion is not granted in both respects, I would request that you refrain from filing the CD-ROM in the Court's record until alternate arrangements can be made.

If you have any questions or concerns, please do not hesitate to contact me at the above-referenced number. I appreciate your attention to this matter.

Sincerely,

Lezlie B. Willis

LBW/324018

Enclosures

cc. Chambers of the Honorable Edward J. Damich via Federal Express (2)
John A. Lindquist, Esq. via ~~Federal Express (1)~~ → ED813687810US USPO Express Mail
Joel N. Crouch [firm]
Shelley Juskiewicz [firm]

EXHIBIT
16