Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

225 WEST WASHINGTON
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 425-3900
TELECOPIER (312) 425-3909

www.jenkens.com

AUSTIN, TEXAS
(512) 499-3800
DALLAS, TEXAS
(214) 855-4500
HOUSTON, TEXAS
(713) 951-3300
LOS ANGELES, CALIFORNIA
(310) 820-8800
SAN ANTONIO, TEXAS
(210) 246-5000
WASHINGTON, D.C.
(202) 326-1500

Donna M. Guerin
(312) 425-3939
dguerin@jenkens.com

December 14, 1999

VIA FED EX

Mr. Jerry Zucker
16 Buckingham Drive
Charleston, SC 29407

Dear Mr. Zucker:

Enclosed for execution are numerous documents. Please sign each where indicated. Please do not fill in any blanks which appear in those documents at this time (i.e., dates). We will be providing you in January, 2000, with copies of all of your transaction documents for your records.

Please return the documents to me in the enclosed self-addressed Fed Ex envelope as soon as possible. Please do not hesitate to contact me if you have any questions. Thank you

Very truly yours,

Donna M Guerin

Donna M. Guerin
For JENKENS & GILCHRIST

DMG/slb
Enclosures

CHICAGO 17351 v 1. 99999

EXHIBIT
tabbies
18

00000492

App 214

ZJG000492

JZB03532

## ASSIGNMENT OF PARTNERSHIP INTEREST IN
## JBJZ PARTNERS

1. The undersigned hereby irrevocably assigns a partnership interest in JBJZ Partners, a South Carolina general partnership ("Partnership") as follows:

| Transferor | Percentage Interest Transferred | Transferee |
|---|---|---|
| JGB Bohicket Investments LLC | all of its general partnership interest | JBJZ Investors, Inc. |

not as an assignee, but as a substitute general partner of the Partnership.

2. This Assignment shall be effective as of the date hereof.

JGB Bohicket Investments LLC

Dated: December __, 1999

By: ______________________
James G. Boyd, Member

### ACCEPTANCE

The undersigned hereby accepts the Assignment hereinabove described.

Dated: December __, 1999

JBJZ Investors, Inc.

By: ______________________
Jerry Zucker, President

CHICAGO 17007 v 1

**ASSIGNMENT OF PARTNERSHIP INTEREST IN**
**JBJZ PARTNERS**

1. The undersigned hereby irrevocably assigns a partnership interest in JBJZ Partners, a South Carolina general partnership ("Partnership") as follows:

| Transferor | Percentage Interest Transferred | Transferee |
|---|---|---|
| JZ Buckingham Investments LLC | all of its general partnership interest | JBJZ Investors, Inc. |

not as an assignee, but as a substitute general partner of the Partnership.

2. This Assignment shall be effective as of the date hereof.

JZ Buckingham Investments LLC

Dated: December __, 1999

By: ______________________
Jerry Zucker, Member

**ACCEPTANCE**

The undersigned hereby accepts the Assignment hereinabove described.

Dated: December __, 1999

JBJZ Investors, Inc.

By: ______________________
Jerry Zucker, President

CHICAGO 17007 v 1.

**JBJZ PARTNERS**

December __, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

RE: JBJZ Partners
Account No. 222-10155-10

Dear Sir:

This letter is for the purpose of informing you that all interests in JBJZ Partners have been transferred to JBJZ Investors, Inc. and, accordingly such partnership has liquidated this date as a matter of law. Therefore, this constitutes your authorization to transfer from the above-captioned account all assets held therein to the account of JBJZ Investors, Inc., Account No. 222-10156-19 in liquidation of JBJZ Partners.

Such transfer should be effective immediately.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ PARTNERS

BY: JZ Buckingham Investments LLC

By: ______________________
Jerry Zucker, Member

CHICAGO 17007 v 1

**JBJZ INVESTORS, INC.**

December ___, 1999

**VIA TELECOPY (312) 424-6019**

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

Re: JBJZ Investors, Inc.
Account No. 222-10156-19

Dear Sir:

This letter constitutes your authorization to sell the positions indicated on the attached Schedule A currently held in the above-referenced account.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ INVESTORS, INC.

By:______________________________
Jerry Zucker , President

CHICAGO 17007 v 1.

**JBJZ INVESTORS, INC.**

**SCHEDULE A**

CHICAGO 17007 v 1

JT 1334½

COPYRIGHT, 1930, BY
DWIGHT & M. H. JACKSON
CHICAGO
PATENT PENDING

NUMBER

SHARES

SEE RESTRICTIVE LEGEND ON REVERSE SIDE

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

[redacted]

COMMON

**This Certifies that** Jerry Zucker *is the owner of*
Ninety (90) *full paid and non-assessable*
***SHARES OF THE COMMON STOCK OF*** JBJZ Investors, Inc.
***transferable only on the books of the Corporation by the holder hereof in person or by duly authorised Attorney upon the surrender of this Certificate properly endorsed.***

*The corporation will furnish without charge to each stockholder who so requests the powers, designations, preferences and relative, participating, optional or other special rights of each class of stock or series thereof and the qualifications, limitations or restrictions of such preferences and/or rights.*

***IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation, this*** 16th ***day of*** November ***A.D.*** 1999.

Jerry Zucker, SECRETARY

Jerry Zucker, PRESIDENT

DWIGHT & M. H. JACKSON

CORPORATION SUPPLY CO

For Value Received, ____ hereby sell, assign and transfer unto ________________________________________

________________________________________ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

________________________________________ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated: ____________________ ________

In presence of

____________________ ____________________

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

The securities represented by this certificate have not been registered under the Securities Act of 1933, as amended (the "Act"), and may not be sold, assigned or transferred in the absence of an applicable exemption from the registration requirements of the Act and applicable state securities laws, an effective registration statement under the Act and such laws or an opinion of counsel satisfactory to the corporation that registration under the Act is not required.

THIS SPACE IS NOT TO BE COVERED IN ANY WAY

JT 1334½

COPYRIGHT, 1930 BY
DWIGHT & M. H. JACKSON
CHICAGO
PATENT PENDING

SEE RESTRICTIVE LEGEND ON REVERSE SIDE

NUMBER

SHARES

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

[redacted]

COMMON

**This Certifies that** James G. Boyd *is the owner of* Ten (10) *full paid and non-assessable* ***SHARES OF THE COMMON STOCK OF*** JBJZ Investors, Inc. ***transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon the surrender of this Certificate properly endorsed.***

*The corporation will furnish without charge to each stockholder who so requests, the powers, designations, preferences and relative, participating, optional or other special rights of each class of stock or series thereof and the qualifications, limitations or restrictions of such preferences and/or rights.*

***IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation, this*** 16th ***day of*** November ***A.D.*** 1999

Jerry Zucker, SECRETARY

Jerry Zucker, PRESIDENT

DWIGHT & M. H. JACKSON
W. RANDOLPH STREET

CORPORATION SUPPLY CO
CHICAGO ILLINOIS SOUTH

For Value Received, ______ hereby sell, assign and transfer unto ______________________________

______________________________ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

______________________ ______________________ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated ______________________ ________

In presence of

______________________ ______________________

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

The securities represented by this certificate have not been registered under the Securities Act of 1933, as amended (the "Act"), and may not be sold, assigned or transferred in the absence of an applicable exemption from the registration requirements of the Act and applicable state securities laws, an effective registration statement under the Act and such laws or an opinion of counsel satisfactory to the corporation that registration under the Act is not required.

THIS SPACE IS NOT TO BE COVERED IN ANY WAY