Page 22

assist you in preparing that return?
A. No.
Q. Could you compare the Social Security numbers listed on the Form 1120S that you prepared for 2000 listing a Social Security number of Mr. Zucker with the Social Security number for Mr. Zucker on the 1999 Form 1120S prepared by Ernst & Young and could you tell me if they're the same
A. Yes, they are.
Q. Is that the correct Social Security number for Mr. Zucker?
A. I don't have his Social Security number memorized.
Q. Okay.
A. But if you tell me this one's wrong, then that one's wrong
Q. We'll take a look at it when we get there
A. Okay.
Q. Where did you get the information for purposes of preparing a Form 1120S for the 2000 -- for 2000 for JBJZ Investors, Inc.?
A. It would have come from the brokerage firm
Q. Where would you have gotten

Page 23

Mr. Zucker's Social Security number from?
A. I probably just pulled it right off of this K-1 here.
Q. Okay. You were -- around 2003 I believe you were asked to produce some documents to the IRS in the audit of JBJZ Investors, Inc.,
weren't you?
A. I don't remember there being an audit for JBJZ Investors, Inc. separate from.
Q. Okay. Do you recall producing documents to the IRS -- for the IRS with respect to the -- Mr. Zucker's COBRA transaction around 2003?
A. That sounds about right, yes. I know they were -- they were doing an audit of his '99 return.
Q. One of the documents that I do not recall having seen produced is a copy of the draft J&G opinion that you had in your files. Do you know why you wouldn't have produced that document? That's -- we have it there as 1032, yes
A. No.
Q. Were you ever told by Mr. Zucker not to produce that to the IRS?
A. No.
Q. Are you aware of any destruction of

Page 24

documents relating to the COBRA transaction that Mr. Zucker and Mr. Boyd engaged in?
A. No.
Q. Let me show you what I have marked as -- here it is, 1005A.
A. Yes, sir.
MR. CROUCH: Thank you.
BY MR. LINDQUIST:
Q. This appears to be a Form 1045 signed by you as preparer on behalf of Mr. and Mrs. Zucker --
A. Um-hum.
Q. -- tax year dated April 14 of 2000 to claim a refund of 5,691 dollars -- 91,008 dollars. Do you know if this refund related to the loss generated by the COBRA transaction?
A. Yes.
Q. Did you have any discussions with Mr. Zucker regarding this refund of 5,691,008 dollars?
A. We discussed his options in terms of whether to carry the ordinary part of the loss back or forward.
Q. When did you first have discussions with Mr. Zucker regarding the amount of the loss,

Page 25

the 45 million dollar amount?
A. I don't know.
Q. Prior to the end of the tax year 1999, had you done any tax planning for Mr. Zucker with regard to his potential use of a tax loss to offset income?
A. No.
Q. Do you know how it was derived that the 45 million dollar tax loss to be generated for Mr. Zucker was to be 60 percent of ordinary and 40 percent capital?
A. No.
Q. Did Mr. Zucker rely upon anybody else that you're aware of for purposes of planning his taxes?
MR. CROUCH: Objection, vague. You can answer.
BY MR. LINDQUIST:
Q. Do you understand the question?
A. Did he rely on somebody else to prepare his taxes.
Q. Well, did he -- first off let's ask did he rely upon you for purposes of planning his taxes?
A. Sure, yes.





EXHIBIT 19

tabbies

App 224

11a8adb8-0bb2-4506-ae5c-bd28293057fb

provided it to him.
MR. CROUCH: Oh, I'm sorry, I thought we had gone over that.
MR. LINDQUIST: That was my error.
THE WITNESS: Okay.
BY MR. CROUCH:
Q. Would you do me a favor, would you look -- did you prepare this tax return?
A. Yes.
Q. On the first page can you tell me is -- what the -- Mr. Zucker's Social Security number is.
A. 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.
Q. And I think you testified earlier, if I'm correct, that you prepared the Form 1120S for JZ -- JBJZ Investors, Incorporated for the year 2000. Could you pull out your copy of that also.
A. Yes.
Q. And could you look at the K-1 on that for Mr. Zucker, please.
A. Okay.
Q. And can you look at the Social Security number that you had listed on that K-1.
A. Yes.
Q. Is that the same Social Security number that you have listed on the 1040 for 1999?



A. No, it appears that two numbers were transposed.
Q. Did you do that to mislead the IRS?
A. No.
Q. Did you transpose those numbers to hide something from the IRS?
A. No.
Q. Why did you do that?
A. I made a mistake.
Q. How long have you filed the Zuckers' 1040s?
A. Since 1984.
Q. And generally when do Mr. and Mrs. Zucker like to file their 1040s?
A. April 15th.
Q. And have you filed on April 15th just about every year?
A. All except one year.
Q. What year was that?
A. I think it was 1986 and we had a bank merger going on that would have affected his tax return and he allowed us to get an extension so that we got approval from the regulating entities, whatever they are, for the bank merger to go through because if it was denied, the sale wouldn't



take place and if it did, it took place as of December whatever.
MR. CROUCH: No more questions, pass the witness.
EXAMINATION
BY MR. LINDQUIST:
Q. Why did Mr. Zucker like to file by April 15th?
A. It's the due date of his tax return.
Q. An automatic extension could have been obtained if time were of the essence to review and review was not otherwise reasonably obtainable so -- I previously asked you about automatic extensions and you indicated that there was no problem with Mr. Zucker's ability to request an automatic extension. Am I correct that there was no problem?
A. That's correct.
Q. So if there's an automatic extension, then the return is not due until the extended date, correct?
A. That's correct.
Q. So my question to you again is: Why -- what was so magical about April 15th?
A. It was the due date of his return and



he wanted to file it without an extension. It was his desire to file.
Q. Did Mr. Zucker ever have any discussions with you regarding the COBRA strategy as to the statute of limitations?
A. No.
Q. Did Mr. Zucker ever consent to extend the statute of limitations for his 1999 1040?
A. Yes.
Q. And to what date did he consent to extend it?
A. I don't recall.
Q. If you'd take a look at Page 1291 of Exhibit 10 -- 1005.
A. Oh. 91?
Q. Yes, 1291.
A. Got you. December 3 -- 31, '04?
Q. Now, were you part of that decision to extend the statute?
A. He asked me what I thought, yes.
Q. And what did you tell him?
A. I told him -- he had told me that Ernst & Young advised him to sign it and extend it and I agreed with them.
Q. And why was there any need for







11a8adb8-0bb2-4506-ae5c-bd28293057fb