After you reviewed one of these spreadsheets as it's reflected here on 3800, if there were any further changes to the document, would you have -- did you keep a separate -- separate copy of the worksheet?
A Oh, I'm sorry. You're going back to whether we -- when we changed to capitalizing the fees, if we would have kept both versions.
Q Correct.
A You did ask me about that before. I apologize. I -- I don't specifically remember whether we kept the old version, but I don't know if I said this to you before, but I think that it would be more likely that we would have kept the final.
Q Okay. Now, what is it that you're including in that second line, contribution of long currency option?
MR. DADDINO: Objection.
BY MR. LINDQUIST:
Q I'm going to go through some detail on it. In case you don't recall, I can go a little bit further -- further detail. But do you have any recollection as to what is -- what is being put into that line?
A I -- I don't.



Q The -- JBJZ Partners transaction was for a total amount of 50 million in -- in loss. I'll represent that to you. That was what it was designed to do, with a $45 million -- broken into two parts, 45 million and 5 million. And in that first line, you have the 45 -- it appears that you have the $45 million long for JZ Buckingham Investments LLC. In addition, it appears that you have included an amount of $476,775, which appears to be the fair market value of the Cisco stock that had been contributed to the partnership by Mr. Zucker.
Do you recall whether that was, in fact, what you were doing, you were including a fair market value or something like that in this line?
MR. DADDINO: Objection, foundation.
A I -- I don't recall anymore.
BY MR. LINDQUIST:
Q Do you recall that the -- that the -- that the long currency option was being reflected as -- as generating $45 million worth of basis, or whatever the amount of the long was in the partnerships?
A Yes, that seems -- seems reasonable based on how I thought this was to be represented, uh-huh.
Q Okay. The -- one of the -- one of the -- and it may have been merely a -- an error on your part



or it may have been intentional so I'm going to try and describe this in the best way that I can.
The Cisco stock that was being contributed by Mr. Zucker and Mr. -- Mr. Boyd to the JBJZ Partners -- partnership appears to have been valued by you in the capital account at fair market value, not the amount of its basis, the amount of the basis the taxpayers had in the stock when they contributed. And as a result, the amount of the gain in that stock, which was over $450,000, is not being recognized in any way, shape or form in your reporting of the transaction.
So, pulling this thing apart, I want to try and focus you in on whether or not that was an error or an intentional -- an intentional part of the preparation process. And so let me take you first to 2036.
(Exhibit No. 2036 was marked.)
BY MR. LINDQUIST:
Q This is an e-mail -- rather, a fax that was sent to you on March 7, 2000, by Charlotte Crosby, who is Mr. Zucker and Mr. Boyd's personal assistant down in Charleston, South Carolina. The second page indicates that she's providing you basis, the basis of Mr. Zucker and Mr. Boyd in the Cisco stock that they



had contributed to the partnership. You received this fax from Ms. Crosby?
A I have -- I have no recollection, but I -- I very well may have.
Q And the fair market value of the 4500 shares that are referenced on the second page of 2036 is around $476,775 as the date of the contribution. The basis as reflected in that -- on that second page was around $57,000.
Was there -- with that preamble, I'm going to get to your worksheet. Was there any further detail to your worksheets which would have shown how you came up with the number that's reflected here of 45,476,775? I don't see it, but maybe you can show me.
A I don't believe. I don't believe there's any more detail in this worksheet.
Q Would the electronic copy of this document have included a -- a -- revealed a computational cell which would have been able to tell what you was being included in that number or not?
A It may have, but I can't tell you for sure.
Q In the review process, did you have any back-up documents, other documents that you used for





EXHIBIT
tabbies
20

App 226

9c025449-79f1-4964-a812-d9f379bab4f1

Page 158

purposes of reviewing the work papers to make sure that they were correct?
A I -- I had source documentation, yes.
Q And how would you have gone about determining whether this 45,476,775 number reflected on the front page of 2034, how would you have gone about determining whether or not that was a correct number as a contribution of the long currency option?
A I don't remember specifically, but it would have been tied to some kind of source document.
Q And would this have been a -- a source document or a source spreadsheet compared -- prepared for your -- for your benefit? In other words, some sort of -- some sort of a summary work paper prepared by your support staff --
A It -- it -- --
Q -- with the supporting documents?
A There -- there may have been another worksheet but the underlying underpinnings of that number would have come from a third-party source document.
Q Some of the work papers that I've seen had little numbers or letters on the side of -- on the right side or -- of -- of -- of the sheet but did not appear to include -- for instance, let me take you to

Page 159

the third page of 2034. There's an E and an F down on the bottom of that page. There's an O and a Q on the top of the page on the right side. What are those letters referring to?
A Those are cross-referencing source documents.
Q And was this then part of a complete binder where those source documents would have been tagged with these letters that you could find them and -- and -- and proof it?
A I believe that they were, yes, in -- in this same green file.
Q Okay. So would you have had a hard copy that included the -- the documents that were being referenced on this -- on this sheet to review at the same time you were looking at on the computer?
A I believe so, yes.
Q And on that, there would have been a handwritten or a printed ledger of what you were referencing?
A On the source document, yes.
Q Okay.
A I believe that this same references you would find on same source.
Q What were those -- you said a -- a -- a

Page 160

green file. What were those -- what was that file called? Was it called a compliance file?
A It was a tax return file.
Q And was there any particular code that your office used for purposes of identifying those tax return files? For instance, suppose you needed to pull the tax return file for JBJZ COBRA transaction. How would you go about designating that you wanted that file to be pulled from records?
A I don't recall specifically how our file room, you know, scanned, put them into their system.
Q But that should have retained -- that should have included a -- a -- the complete copy of the hard -- the -- the hard print that you're saying had those source documents associated with its?
A My recollection is that all the banks -- I -- I think most of this came, if not all, from bank statements, the -- the Alex -- Alex Brown, I think, statements, and they were all maintained, to the best of my knowledge.
Q And were these letters by -- were these letters little tags on the side of the document or were they -- were they written on the actual document? How would you -- I'm trying to think of how I'm going to find this -- this -- this -- this reference.

Page 161

A They -- they would have been written on the document, but they may -- you may not find them on all the documents. If they're all exactly the same, may not have asked to have them referenced on every one.
Q Okay. And if there were any change to the -- if there were any change to the work papers after you had conducted your initial review on the hard copy, would you have destroyed your original copy, or kept it?
MR. DADDINO: Objection, calls for speculation.
A I -- I think it's -- our -- our typical process is to only maintain your last version that supports the tax return so I think, you know, based on that, it would be unlikely that we'd have the prior version. But they may be there somewhere.
BY MR. LINDQUIST:
Q So if -- if Mr. Knerr had gone through and prepared this or had been prepared for Mr. Knerr and he had reviewed it already, would you retain a copy of any of Mr. Knerr's edits or comments on the return preparation process in a format?
A That would not typically be what -- what I would do.

Page 174

Q So where on your -- on the partnership return here do you reflect some sort of an explanation of the source of this number of 18,654,451?
A First of all, this is the S corp return.
Q Yes, it is.
A Not the partnership return. But --
Q Yes, it is
A I --
Q I'm sorry if I misspoke.
A That -- that's fine. I just wanted to make sure we were correct on the record. But it -- I'd have to probably, you know, look at this in detail, but it appears that maybe that was being reflected on the attached statement. Is that this same property received?
Q So you're referring to the -- the 351-3B statement, second-to-last page, admin 1081?
A I -- I -- I'm just trying to piece it together now that I'm looking at it. But what was your original question?
Q My question was: On Schedule D, where is there an explanation of the other cost basis with respect to this asset as directed by the instructions for the 1120S Schedule D?
A It -- it doesn't appear to be on

Page 175

Schedule D.
Q Was the decision to report this as cost as opposed to other, or some other -- some other clarification, was that a decision that was made in your office? Was that had a conscious decision?
MS. ZECCA: Objection.
A I don't --
MS. ZECCA: Assumes facts not in evidence.
A -- recall having any conscious decision about it.
BY MR. LINDQUIST:
Q Did your office under the Fast-Tax program have the ability to edit the terms the way that Schedule D supporting statements appear?
A I'm not sure.
Q Did, to your knowledge, anyone edit the Fast-Tax program that was used to prepare and generate or -- I should use the word "generate" -- generate the Form 1120S in -- for the 1999 COBRA tax shelter transactions?
A Did anyone alter the software? Is that what you're asking?
Q Edit, edit.
A Edit the software? Not to the best of my knowledge, no.

Page 176

Q I wanted to draw your attention to the way in which BDO Seidman had drafted the supporting statement for the template. Do you know what software BDO Seidman used at that time?
A No -- no, I don't know what software they used.
Q It's Exhibit 2006, I believe. And that is the actual draft of the 1120S prepared.
A I wouldn't have had this back then.
Q This is on schedule -- it's reference -- it references their statement number three.
A Uh-huh.
Q It's on page JGCL0283757.
A It's that one.
MS. ZECCA: Yeah.
THE WITNESS: Right?
BY MR. LINDQUIST:
Q And they use the term "cost or basis." Have you ever seen that language on a Schedule D supplement before?
A Not to the best of my recollection, no.
Q As reported on the 1120S 1999 for JBJZ Investors, Inc., it was incorrect, was it not, to report the basis of the Cisco stock for line 7 as a cost basis in the amount of 18,654,451?

Page 177

MS. ZECCA: Objection, argumentative.
MR. DADDINO: Same objection.
A I don't know if it was incorrect. It seems like we should have attached some other supporting explanation.
BY MR. LINDQUIST:
Q Okay. If you would, while you're on the Form 1120S for JVJZ Investors, Inc., if you would turn to --
A Are you talking about Exhibit 1001?
Q Yes, I am. And turn to page Bates number 1077. It's page 16 on the return. I'm not sure you're with me. I'm at the K1.
A I'm sorry.
Q 1077.
A I was at 1067. Okay, I'm with you.
Q At the top there is an incomplete social security number for Jim Boyd. It is missing a digit. Do you see that?
A Uh-huh.
Q Do you recall any discussion of whether or not there were -- the social security number for the partners on the JBJZ Investors, Inc. or JBJZ Investors, Inc. return, whether those social security numbers should be incorrect?

Page 178

A No, I don't.
Q Would it be --
A I'm sorry.
Q -- possible for those social security numbers to have been changed or altered after the draft return that you had prepared left your shop?
A Yes, that -- that's possible.
Q Who would have had the ability to alter or -- in the chain of custody, to your knowledge? Would Mr. Ray Knight, who is the one who signed this return on behalf of Ernst & Young, would Mr. Ray Knight have had the access to this web that you've referenced to be able to access this return to alter the -- the K1?
MS. ZECCA: Objection, calls for speculation.
MR. DADDINO: Same objection.
A I don't know if -- if Ray Knight specifically would have had access.
BY MR. LINDQUIST:
Q Would there be a -- be any type of a way to trace whether anybody edited the draft return that was posted on the -- on this -- on this web after that return left your shop?
MS. ZECCA: Objection.

Page 179

A Electronically, I'm not -- I -- I really couldn't tell you for sure. I mean, I would think that potentially maybe a, you know, a backup or something. I -- I don't know.
BY MR. LINDQUIST:
Q And then if you turn to the -- the -- the next -- turn two pages to 1079. The social security number listed there for Mr. Zucker is also incorrect.
Do you recall ever being notified that the social security numbers being reported to the IRS on this return for both Mr. Boyd and Mr. Zucker were incorrect?
A No, I have no recollection of that.
Q I'm going to show you Exhibit 1000. Do you recall getting any type of an IDR request with respect to the Zucker COBRA transactions, the JVJZ COBRA transactions?
A Not specifically, no.
Q Okay. On this return on -- on page 3 of the second page of the document I've handed to you at Bates number 173 there is a -- an answer on Schedule B under 5C where the question is answered "yes." And the effect of answering yes appears to be that the partnership's not required to complete Schedules L, M1 and M2.

Page 180

Do you recall that on all the COBRA transactions for which you assisted in the preparation of the tax returns the Form 1065 Schedule B line 5C was always checked "yes"?
A I don't specifically recall, but it would be my guess that if it was checked "yes" on one, it would have been checked "yes" on all of them, because they were consistently prepared.
Q Did you ever perform any type of a check to determine whether or not the partnership's total assets at the end of the tax year were more than $600,000?
A I don't recall doing that, no.
Q Do you recall ever having any discussion as to whether or not one should perform such an analysis on the -- of the partnerships such as if they, in fact, had assets in excess of $600,000 at the end of the year?
A I -- I don't specifically remember that either.
Q Did you have any understanding as to the fact that if the person were to win on the foreign currency options transactions, they had the possibility of actually making some money on the COBRA transaction?

Page 181

A I -- I remember that -- that I think -- I think some of them won, yes, and some of them didn't. Some of them may have lost on their transactions as --
Q Okay. And if they won, they would have received money from Deutsche Bank, is that correct?
A Well, I forget how the trades worked, but it was -- it was -- all the trades were done in those accounts, I believe, that we reported so that -- that makes sense to me, that they would -- the money would have ended up, the net would have ended up in their Deutsche Bank account.
Q And if -- and -- and do you recall that as part of the COBRA transaction -- it was described in that little PowerPoint, COBRA PowerPoint that you indicated you received a copy of at some point that there was going to be a contribution of these option positions that were to be purchased into the partnership. Do you recall that?
A No, I don't recall if they were purchased before or after or within the partnership.
Q Okay. Do you know of any reason why they would have been purchased outside of the partnership?
MR. DADDINO: Objection, calls for speculation.
BY MR. LINDQUIST: