SHELIA PACE

Page 34

MR. LINDQUIST: And I believe that that is correct; I'm not trying to mislead the witness
MR. CROUCH: No. I'm just trying to understand what the document is itself.
And you are saying this is part of the administrative file; is what you're saying?
MR. LINDQUIST: Yes.
MR. CROUCH: Okay. I'm sorry.
MR. LINDQUIST: Yes. A copy.
Q. Did you -- my question was --
COURT REPORTER: You have to scroll up.
MR. LINDQUIST: That's all right. I think I remember my question.
Q. Had you received this prior to the preparation of the return?
And the answer is?
A. I believe so, yes.
Q. And from whom had you received it?
A. I assume it would have been Ernst & Young.
Q. And did you receive any of the work papers --
A. No.
Q. -- from Ernst & Young with respect to this?

Page 35

A. (No response.)
Q. If you would turn to Admin 1077, there is a K-1 for Jim Boyd; do you see that?
A. Yes.
Q. Did you use this K-1 for purposes of preparing Jim's 1999 federal tax return?
A. Yes, I did.
Q. Now, if you look at the identifying Social Security number for Mr. Boyd; is that correct?
A. I don't know.
Q. Take a look at it.
A. I don't remember his Social Security number off the top of my head.
Q. If you take a look at it --
A. Okay. It's missing a digit. Okay.
Q. Okay.
A. Missing a digit.
Q. Do you recall whether you ever noticed that before?
A. No. I did not notice it.
Q. If you would turn to Admin 1079, which is the K-1 for Mr. Zucker --
A. Right.
Q. -- do you know Mr. Zucker's Social

Page 36

Security number?
A. No.
Q. Has anyone ever discussed with you whether that's the correct Social Security number for Mr. Zucker?
A. No.
Q. Do you know why JBJZ Investors, Inc., was formed?
A. No.
Q. It states on here that it was formed on November 12, 1999. Do you know where it was formed?
A. No.
Q. If it was formed in South Carolina, would there have been any filing requirement --
MR. CROUCH: Object; calls for speculation. Objection; foundation.
Q. -- to your knowledge?
A. I don't know. I mean, I guess -- I don't know. The Articles of Incorporation with the state?
Q. If it was, would there be any -- if it was not incorporated in this state, would there be any requirement to provide any type of disclosure to the state --
MR. CROUCH: Objection; calls for

Page 37

speculation.
Q. -- to your knowledge?
MR. CROUCH: Foundation.
A. I don't know.
Q. Have you ever prepared a CL-1?
A. (No response.)
Q. I think that what it's called.
A. It sounds familiar.
THE WITNESS: What is it?
MR. LINDQUIST: We'll get to it.
Q. If you take a look at the front of Government Exhibit 1001; do you see James Boyd's name anywhere?
A. No.
Q. Do you know if that's James Boyd's signature?
A. I don't know if it is or not.
Q. Did you ever have any discussions with Mr. Hughes at Ernst & Young about an IRS audit of Mr. Boyd's 1999 Form 1040?
A. Yes.
Q. And do you recall about when that occurred?
A. It would have been -- and I know this from looking at the file -- in January or February





EXHIBIT
tabbies
21



704e91a3-35ac-4f50-a86d-145a28f4e5ce

VIDEOGRAPHER: Just a second, please Back on the record at 15:00.
MR. LINDQUIST: All right. No further questions. Your witness.
MR. CROUCH: Can we take a -- like a ten-minute break?
MR. LINDQUIST: Certainly.
VIDEOGRAPHER: Off the record at 15:00.
(OFF THE RECORD.)
MR. CROUCH: Whenever you are ready, John.
MR. LINDQUIST: All set.
MR. CROUCH: Are you ready?
MR. LINDQUIST: Yes, sir.
VIDEOGRAPHER: Just a second. This is the beginning of videotape two of Sheila Pace.
We are on the record at 15:09.
EXAMINATION
BY MR. CROUCH:
Q. Ms. Pace, my name is Joel Crouch, and I represent Jim Boyd, Jerry Zucker and related entities and some other plaintiffs in these lawsuits.
I just want to kind of follow up on a few questions, if I could, with respect to what



defendant's counsel asked you in this case.
If you could, would you look at government -- what is marked as Government Exhibit 1000.
A. Okay.
Q. I think this has previously been identified as the Form 1065 or JBJZ Partners.
Let me ask you one question, regarding this particular document:
Do you prepare partnership tax returns for clients?
A. Yes, I do.
Q. And those clients, when -- they sign these tax returns; is that correct?
A. Yes.
Q. Do you know if there is any requirement that a client sign this tax return also print their name on there?
A. There is no requirement.
Q. Do you know if there's a requirement on a partnership tax return, for the signor to include their Social Security number?
MR. LINDQUIST: Objection; lack of foundation.
A. There is no requirement to include the



Social Security number.
Q. If you could turn back to -- I guess it's Admin 000182 of this document.
A. Right.
Q. I believe that this is the -- you identified this as the Schedule K-1 -- or counsel identified this as Schedule K-1 to this document.
Do you prepare Schedule K-1s for your clients who are in partnerships?
A. Yes.
Q. Have you ever -- any of the clients that you prepare partnership returns for, those clients have -- have any of those partnerships ever have an LLC as a partner?
A. Yes.
Q. Would you say that's unusual for them to have an LLC as a partner?
A. No, it's not unusual.
Q. And when you prepare tax returns -- partnership tax returns -- and prepare a K-1 that has an LLC as a partner, what information do you include on the Schedule K-1?
MR. LINDQUIST: Objection; lack of foundation.
A. I'm not sure I understand. I mean --



Q. Well, let me ask you this: When you are preparing the -- when the -- when the LLC is the partner in the partnership, do you include the identifying information for the LLC?
Or do you include the identifying information for the individual partner?
MR. LINDQUIST: Objection; lack of foundation.
She is not qualified as expert on partnership terms.
Q. You can answer.
A. I would put in the identifying information for the LLC.
MR. CROUCH: Thank you.
Q. If you would, look at Exhibit 107, please -- excuse me -- 1007.
A. Okay.
Q. If I can help you, it's the Form SS-4. Yes.
A. Okay. Okay.
Q. This is the SS-4 application for employer identification number for JGB Bohicket Investments, LLC.
Do you prepare Forms SS-4 for any of your clients?

Page 82

A. Yes
Q. I think you previously indicated that you have prepared Forms SS-4 for your clients and for single member LLCs; I think that you said --
A. Yes.
Q. What kind of -- do you include -- strike that --
In looking at this document, do you see on line seven, Mr. Boyd's Social Security number is on that document?
A. Yes, I do.
Q. Can you tell me what happens with Forms SS-4 after they are completed and their client signs them?
MR. LINDQUIST: Objection; lack of foundation.
A. I'm not sure I understand the question.
Q. Well, when you prepare a Form SS-4 for your client, application for employer identification number, what happens to that form after it has been completed and signed by the client?
MR. LINDQUIST: Objection; lack of foundation.
The witness is not qualified as an expert.

Page 83

A. If you are talking about -- if it's mailed to the IRS, to the address on the instructions, if you are preparing it manually and having it signed.
Q. So this is mailed to the IRS?
A. Right.
MR. CROUCH: Thank you.
Q. Going back -- I'm sorry -- going back to Exhibit -- Government Exhibit 1000.
A. Uh-huh.
Q. And going back to page 182 of that document.
A. Okay.
Q. If I understood you correctly, you indicated that the information --
MR. CROUCH: I'm sorry, counsel.
MR. LINDQUIST: Yes.
MR. CROUCH: I'm looking at page 182 of that document.
Q. I think you indicated that -- make sure I clarify this -- make sure I ask this correctly -- this information contained on this document was included on Mr. Boyd's 1999 tax return?
A. That's correct.
MR. CROUCH: Thank you.

Page 84

Q. Could you look at Government Exhibit 1002, that's the Form 1040, 1999.
A. Okay.
Q. Let me ask you the first question: This document contains on pages 2230, 2231, 2232 through -- if you look at through page 2236 --
A. Yes.
Q. -- are those documents part of the return that you prepared for Mr. and Mrs. Boyd?
A. No.
Q. Would you look on page 2237.
A. Okay.
Q. I note down here, it lists the occupation for Mr. Boyd.
Can you tell me what that is listed as?
A. Executive.
Q. Where did that come from?
A. We would have filled that in.
Q. And that's -- is that consistent with other years that you prepared for Mr. Boyd?
A. It should be. It kind of rolls forward with his tax software.
Q. So, you would have chosen the word executive?
A. I would have, yes.

Page 85

Q. What's that based on?
A. That he's an officer in a corporation.
MR. CROUCH: Thank you.
Q. If you would turn to page 2246 of this document.
A. Okay.
Q. On page 2246, there's information regarding JBJZ Partners on line 27 Section A and B.
At Section A is JBJZ Partners and has some information; where did that information come from?
A. From the K-1s for those two entities.
Q. Are you aware of any information that is missing?
A. No, I'm not.
Q. On line 27 B, there is information regarding JBJZ Investors, Incorporated, an S Corporation.
A. Uh-huh.
Q. Are you aware of any information that -- first of all, let me ask you this, back up:
Do you know where the information came from that is included on this page with regard to JBJZ Investors, Incorporated?
A. From the K-1 from JBJZ Investors, Inc.







704e91a3-35ac-4f50-a86d-145a28f4e5ce

Q Yes.
A. No, no; I have not.
Q. Do you consider yourself an expert in partnership law?
A I wouldn't say that, no
Q You indicate -- you gave some testimony about what was on the K-1s --
A Uh-huh.
Q -- of the 1999 Form 1065 of JBJZ Partners.
A. Uh-huh.
Q. And the 1999 1120-S JBJZ Investors, Inc.?
A Uh-huh
Q. And you indicated that the numbers that were on those K-1s for Mr Boyd --
A. Uh-huh.
Q -- were incorporated into his personal income tax return?
A. Right.
Q Did you review the Form 1065 of JBJZ Investors, Inc , to determine whether or not that return was proper?
A. No, I did not
Q Did you review that return to determine whether or not there were any material misstatements



--
A No, I did not.
Q. -- as to the 1120-S?
A. Uh-huh
Q Did you conduct any review of that return to determine whether or not the 1999, 1120-S of JBJZ Investors, Inc., was an accurate return?
A No, I did not
Q Now, I pointed out to you on the K-1 for Mr Boyd on the --
A Uh-huh
Q. -- on the 1120-S of JBJZ Investors, Inc., that there was an incomplete Social Security number.
A. Right.
Q. And you indicated in response to a question from Mr. Crouch about that very same K-1, that you -- I believe said that you saw nothing unusual about that K-1?
A. Uh-huh.
Q. Do you consider it not unusual to have an incorrect Social Security number on a K-1?
A It happens, that clerical errors are made
Q. Do you usually expect the Social Security



numbers on the K-1s to be incorrect for both partners?
A No.
Q Have you ever seen that before?
A. No, I don't think so.
Q You were asked by me and by opposing counsel about taxpayer's reputation
A. Uh-huh.
Q. And I also asked you whether you knew about -- anything about the transaction --
A. Uh-huh.
Q -- at issue as to whether or not it was a Notice 2044 transaction?
A. Right.
Q A Notice 2044 describes abusive tax shelters.
A. Okay.
Q Do you have any understanding as to whether or not the transaction that Mr. Boyd participated in has been determined to be an abusive tax shelter by the IRS?
A. No, I don't know.
Q Have you had any understanding of the COBRA tax shelters that Mr. Boyd engaged in, appears to be a factual sham?



A I don't know about that.
Q. Has Mr Boyd ever been audited --
A. Yes.
Q. -- prior to 1999?
A. Yes.
Q Has he been audited by the IRS?
A. Yes.
Q. And you said you started working for him in 1984?
A I know for a fact that I did in 1984. I may have worked with him earlier than that, I just don't know
Q And how many of those prior returns that you prepared for Mr. Boyd were audited by the IRS?
A. I think there was only one.
Q. Which one was that?
A. I don't remember.
Q. What was the issue?
A. There was no adjustment. So, I don't know there was an issue. It was just selected for audit.
Q Have you ever known Mr. Boyd to participate in any tax shelters?
A. Well, I know he --
MR. CROUCH: Objection; vague as to tax