IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' MOTION AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO THE UNITED STATES' MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM FOR PENALTIES**

On July 23, 2007, the United States filed its Motion to Amend Pleadings to Assert Counterclaim for Penalties. On August 9, 2007, Plaintiff filed its Response. For the reasons set forth in the Declaration of David M. Steiner, filed herewith, the United States respectfully requests and extension of its time to Reply until September 7, 2007.

On August 16, 2007, counsel for the United States requested Plaintiff's concurrence in this motion and Plaintiff's counsel advised that it does not concur.

A proposed order granting this motion is being filed herewith.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2007, I electronically filed the foregoing Motion for Extension to Reply to Plaintiff's Response to the United States' Motion for Leave to Amend Answer to Assert Counterclaim for Penalties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892