# In the United States Court of Federal Claims

No. 05-231 T

(Filed: August 21, 2007)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On August 20, 2007, Defendant filed a Motion for Extension of Time to Reply to Plaintiff's Response to Defendant's Motion for Leave to Amend the Answer. Defendant seeks to extend the time for the reply from August 23, 2007 to September 7, 2007.

Because the Court finds the reasons set forth in Defendant's motion to be compelling, Defendant's motion is hereby GRANTED.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge