IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner of
JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNOPPOSED MOTION TO CORRECT PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT A COUNTERCLAIM FOR PENALTIES**

On August 9, 2007, Plaintiff JZ Buckingham Investments LLC ("Plaintiff") filed its Response to Defendant's Motion for Leave to Amend Answer to Assert A Counterclaim.

After filing the Response, the United States filed a Motion stating that Exhibits 1 and 2 to Plaintiff's Response were illegible. Upon reviewing Plaintiff's submission to the Court, it was determined that indeed Exhibits 1 and 2 were illegible.

Plaintiff moves the Court to replace Exhibits 1 and 2 to Plaintiff's Response with the Exhibits 1 and 2 attached hereto.

Plaintiff contacted counsel for Defendant, John Lindquist and he stated that he did not oppose the granting of this Motion.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, OWENS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732
jcrouch@meadowsowens.com

Dated: August 30, 2007

**CERTIFICATE OF CONFERENCE**

On this the 30th day of August, 2007, counsel for JZ Buckingham Investments LLC contacted counsel for the United States, John Lindquist, regarding the relief sought in this Motion. Counsel for the United States stated that they did not oppose the granting of this Motion.

s/Joel N. Crouch
Joel N. Crouch

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2007, I served the foregoing Unopposed Motion to Correct to the counsel of record listed below via electronic means.

Dennis M. Donohue, Esq.
John A. Lindquist, Esq.
David Steiner, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

s/Joel N. Crouch
Joel N. Crouch