IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner of
JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING MOTION TO CORRECT**

On this _______ day of _______________, 2007, the Court heard the Unopposed Motion to Correct filed in this cause on August 30, 2007. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the Clerk replace Exhibits 1 and 2 of Plaintiff's Response and replace it with Exhibits 1 and 2 that were filed with the Unopposed Motion to Correct on August 30, 2007.

______________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS