IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**AGREED MOTION EXTENSION OF TIME
TO FILE MOTION FOR PROTECTIVE ORDER**

The United States hereby moves for an enlargement of time through September 4, 2007, within comply with the Court's order of August 7, 2007, in which the Court ordered the parties, on or before August 30, 2007, to file an Agreed Motion for Protective Order and proposed Protective Order with respect to Jenkens & Gilchrist, P.C. There is good cause for the requested enlargement of time insofar as the proposed Protective Order is still in the process of being reviewed.

Counsel for the United States has requested the concurrence of Plaintiff's counsel and counsel for Jenkens & Gilchrist and both have represented that they concur in this motion.

A proposed order granting this motion is being filed herewith.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing Motion for Extension to File Agreed Motion for Protective Order with respect to Jenkens & Gilchrist, P.C., with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

Mary L. Scott
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
214.953.6628
214.661.4628 (fax)
mary.scott@bakerbotts.com

s/ John A. Lindquist
John A. Lindquist
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6561