IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING AGREED MOTION FOR AN EXTENSION OF TIME TO FILE AGREED MOTION FOR PROTECTIVE ORDER**

Before the Court is the United States' agreed motion for an extension of time through September 4, 2007 within which to comply with the Court's order of August 7, 2007, in which the Court ordered the parties, on or before August 30, 2007, to file an Agreed Motion for Protective Order and a proposed Protective Order. The Court, having considered the motion, now finds this motion should be, and is hereby, granted.

SO ORDERED:

_____________________________
CHIEF JUDGE DAMICH

Dated _______________