IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |

**AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER**

The defendant, the United States of America, hereby moves pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure for the entry of a protective order with respect to any documents or testimony to be produced by the law firm of Jenkens & Gilchrist, P.C. ("JG") in response to plaintiff's Rule 30(b)(6) subpoena upon JG dated April 25, 2007. A copy of the proposed Protective Order is attached hereto.

On August 9, 2007, the Court entered an order denying J&G's motion to quash the subpoena and granting Plaintiff's motion to compel with certain limitations. The Court further ordered, in response to an oral request from the United States, that the parties submit this Joint Motion for Entry of a Protective Order along with a draft Protective Order.

The documents and testimony are being provided by JG in this matter pursuant to the Court's order of August 9, 2007. As set forth in the proposed Protective Order filed contemporaneously with this motion, the United seeks the entry of a protective order to protect the privacy interests of other taxpayers, including JG, who are not party to this litigation. While recognizing the "vital public interest in open judicial proceedings," 28 C.F.R. §50.9, the United

States proposed such an order to ensure that any documents or testimony that are marked as confidential are kept confidential during the discovery phase of this litigation.

The United States has requested the concurrence of counsel for plaintiff and counsel for JG in this motion and they have concurred in this motion. The United States respectfully requests the entry of the Protective Order in the form proposed.

Dated September 4, 2007

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, a copy of the foregoing AGREED MOTION FOR PROTECTIVE ORDER was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. I further certify that on September 4, 2007, a copy of the foregoing AGREED MOTION FOR PROTECTIVE ORDER was also served upon Jenkens & Gilchrist by U.S. Mail addressed to its counsel of record:

Mary L. Scott
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201

/s/ John A. Lindqusit
JOHN A. LINDQUIST
U.S. Department of Justice
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov