IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |
| v. | §<br>§<br>§ | |
| United States of America, | §<br>§ | |
| Defendant. | § | |

**ORDER GRANTING AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

The Court, having considered the parties Joint Motion for Entry of Protective Order, finds that the motion should be granted. It is therefore

ORDERED that the Joint Motion is granted and the Protective Order attached to the Joint Motion shall be entered.

SIGNED this _____ day of ___________, 2007.

JUDGE PRESIDING