IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' MOTION FOR FURTHER EXTENSION OF TIME**

The United States, by its undersigned counsel, hereby moves pursuant to RCFC 6(b)(1) for a further ten (10) day enlargement of the time within which to file its reply brief in further support of its motion to amend its answer to assert a counterclaim for penalties.

By order dated August 21, 2007, the court previously granted the United States an enlargement of time through September 7, 2007. As set forth in the Declaration of David M. Steiner, filed herewith, the United States has good cause for a further brief enlargement of time. The United States filed its Motion to Amend Pleadings to Assert Counterclaim for Penalties on July 23, 2007. Plaintiff filed its Response on August 9, 2007. On August 20, 2007, the United States moved for an extension of time to until September 7. As explained in the Declaration of David M. Steiner, it was not expected that a further extension of time. However, due to exigent circumstances it is.

On September 5, 2007, counsel for the United States requested Plaintiff's concurrence in this motion. Plaintiff's counsel stated that it would concur unless plaintiff were also allowed to file a sur-reply. A proposed order granting this motion is being filed herewith.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing Motion for Further Extension to Reply to Plaintiff's Response to the United States' Motion for Leave to Amend Answer to Assert Counterclaim for Penalties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892