IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE REPLY**

Before the Court is the United States' motion for a further ten (10) day extension of time to reply to Plaintiff's response with respect to the United States' motion for leave to amend its answer to assert a counterclaim for accuracy related penalties. The Court, having considered the motion, now finds this motion should be, and is hereby, granted and the United States' shall file its Reply on or before September 17, 2007.

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________