# In the United States Court of Federal Claims

No. 05-231 T

(Filed: September 7, 2007)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On August 9, 2007, Plaintiff filed a response to Defendant's motion to amend the pleadings. Plaintiff's response included two exhibits, Exhibits 1 and 2, which were illegible as submitted. On August 30, 2007, Plaintiff filed an unopposed motion to correct the response by substituting legible versions of these exhibits.

The Court hereby GRANTS Plaintiff's motion to correct the August 9, 2007, response. The parties are directed to take note that the substituted, legible versions of the exhibits, which hereinafter will be regarded as the correct Exhibits 1 and 2 for Plaintiff's response, can be found at docket entry number 110, as attachments to Plaintiff's unopposed motion to correct the response. No further action to correct the response is necessary.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge