# GOVERNMENT EXHIBIT 138

Robert B. Coplan
03/03/2000 01:04 AM

To Charles R. Kowal/Southeast/TAX/EYLLP/US@EY-NAmerica, Richard W Jones/GulfCoast/TAX/EYLLP/US, James A Cox/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Robert M. Haynie/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Brian W Upchurch/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Carl A. Rhodes/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, David O Johnson/NOhioEMichigan/TAX/EYLLP/US@EY-NAmerica, William P Murphy/NOhioEMichigan/TAX/EYLLP/US@EY-NAmerica, Charles W. Paul/Washington/TAX/EYLLP/US@EY-NAmerica, Michael F. Beard/Washington/TAX/EYLLP/US@EY-NAmerica, Brian L Vaughn/Southeast/TAX/EYLLP/US@EY-NAmerica, Martin Nissenbaum/NewYork/TAX/EYLLP/US, Peter O. Lucido/NewYork/TAX/EYLLP/US@EY-NAmerica, Melinda S Merk/National/TAX/EYLLP/US, Robert B. Coplan/National/TAX/EYLLP/US@EY-NAmerica, Ray Knight/Carolinas/TAX/EYLLP/US@EY-NAmerica, Richard J Shapiro/NewYork/TAX/EYLLP/US@EY-NAmerica, Jeffrey S Williams/Chicago/TAX/EYLLP/US@EY-NAmerica, Barton C. Francis/Florida/TAX/EYLLP/US@EY-NAmerica, Thomas A. Dougherty/Minneapolis/TAX/EYLLP/US@EY-NAmerica, Paula B Kennedy/Minneapolis/TAX/EYLLP/US@EY-NAmerica

cc: rruble@brownwoodlaw.com@Internet, ssodano@brownwoodlaw.com@Internet

Subject: Brown & Wood LLP COBRA Opinion Processing

Here is how the Brown & Wood opinions will be processed. In the next couple days, you will receive by email either from RJ Ruble at B&W or from me, the following documents for each COBRA transaction you are involved with. Actually, only the key contact person for each transaction will receive the documents

1) A B&W engagement letter for each partner in the transaction on B&W letterhead, but with a typed signature to facilitate emailing
2) A letter of factual representations for each partner in the transaction that supports the B&W opinion,
3) A draft opinion letter (that the client is supposed to review the facts of in order to agree to representation #6).

The E&Y recipient of the documents must get the client partners to sign the engagement letters and the rep letters, and have those items sent back to RJ Ruble at Brown & Wood ASAP. RJ will invoice the S Corp for the agreed-upon fee (which I previously explained has been carved out of the Jenkens fee) and deliver the final opinion letter to you when payment is received. While the clients will already have the J&G opinion, we would prefer that they also have the B&W opinion in hand prior to filing their tax returns, which of course take positions based on the opinion letter(s). As I have indicated, the returns are on track to be completed in about 10 days, so you may want to alert your clients now to the upcoming need for their signatures, so you will have an idea of their travel schedules. This can sometimes produce long delays in the return of the documents, so we should make provisions to fax the documents to the clients, if necessary.

If for some reason you would prefer to have RJ Ruble send the documents directly to the clients without using you as the middle man to obtain the signatures, let me know by reply to this email ASAP. Also, let me know if you have any other questions about this procedure.

We are in the home stretch on these transactions. Now that Jenkens' role is essentially complete, let's see if we can manage a smooth landing.

---

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Ernst & Young LLP

2003EY010715

GOVERNMENT EXHIBIT 138