# GOVERNMENT EXHIBIT 164

Internal Revenue Service

Department of the Treasury

Date: October 22, 2001

James G. & Hazel T. Boyd
3520 Bohicket Rd
Johns Island, SC 29455-7223

Taxpayer Name:
James G. & Hazel T. Boyd
Taxpayer Identification Number:
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
Tax Form:
1040
Tax Period(s):
1999
Person to Contact:
Neva A. Gadsden
Employee Identification Number:
57-10271
Telephone Number:
843-566-0207 x106
FAX Number:
843-554-3454

Dear Taxpayer:

The purpose of this letter is to let you know that I have scheduled the following appointment to meet with you and examine the above referenced tax return:

Place: 3520 Bohicket Rd
Johns Island, SC 29455

Date: Thursday November 1, 2001

Time: 1:00 pm

Should you need to change this date, please contact me to arrange a more convenient meeting. I will consider the above appointment confirmed if I don't hear from you by October 29, 2001.

In order to minimize the time we need to complete the examination, please have available the items listed on the attached Form 4564, *Information Document Request*, at our first appointment.

You may have someone represent you during any part of this examination. Should you want someone to represent you, please give us a completed Form 2848, *Power of Attorney and Declaration of Representative*, at our first meeting. We will delay examination activity to allow you time later to secure a representative if you choose.

We encourage you to read the enclosed Publication 1, *Your Rights as a Taxpayer*, and Notice 609, *Privacy Act and Paperwork Reduction Act*. Thank you for your cooperation.

Sincerely yours,

Internal Revenue Agent

Enclosures:
Publication 1
Notice 609
Form 4564

Letter 2205 (DO) (Rev. 10-1999)
Catalog Number 63744P

GOVERNMENT EXHIBIT 164

2474

GOVERNMENT EXHIBIT 164

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject:<br>1999 Exam |
|---|---|
| James G. & Hazel T. Boyd<br>3520 Bohicket Rd<br>Johns Island, SC 29455 | Submitted to:<br>Mr. & Mrs. Boyd<br>Dates of Previous Requests:<br>None |

**Description of Documents Requested:**

1. Copy of your 1998 and 2000 Federal income tax return.
2. Copy of returns for any partnerships or subchaper S corporations you had an interest in during 1999, including any K-1's
3. A basis computation to support for your basis in JBJZ Investors, Inc.

Information Due By ________ At Next Appointment [X] Mail In [ ]

| | | |
|---|---|---|
| FROM | Name and Title of Requestor<br>Neva A. Gadsden, Internal Revenue Agent, ID #57-10271 | Date:<br>October 23, 2001 |
| | Office Location:<br>4993 LaCross Rd, Suite 1400A<br>N. Charleston, SC 29406 | Phone: Voice (843) 566-0207<br>FAX (843) 554-3454<br>Page 1 |

Form 4564

2475