# GOVERNMENT EXHIBIT 165

ERNST & YOUNG

Ernst & Young LLP
Two Liberty Square
Suite 800
P.O. Box 10647
Greenville, South Carolina 29603

Phone (864) [illegible]-5740
www.ey.com

**Tax Advisor/Client Communication**
**Privileged And Confidential**

November 27, 2001

Ms. Neva A. Gadsden
Internal Revenue Agent, ID #57-10271
Internal Revenue Service
4995 LaCross Road
Suite 1400A
N. Charleston, South Carolina 29406

James G. and Hazel T. Boyd
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 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

Dear Ms. Gadsden:

The above-named taxpayers have requested us to represent them during your examination of the Taxpayers' Form 1040 for the 1999 tax period. Enclosed please find documents requested in your Information Document Request (IDR) dated October 22, 2001. A copy of the IDR is attached for your convenience.

Included in this package are the following:

- Form 2848, Power of Attorney and Declaration of Representative.
- Copies of the Taxpayers' 1998 and 2000 Federal income tax returns, including relevant correspondence with the Internal Revenue Service and copies of amended returns.
- Copy of Form 1065 for JBJZ Partners (57-1088089) for the tax year 1999.
- Copy of Form 1120S for JBJZ Investors (57-1088087) for the tax year 1999.

Please note that basis computations in support of the Taxpayers' basis in JBJZ Investors, Inc. will be sent separately as soon as possible.

Ernst & Young LLP is a member of Ernst & Young International, Ltd.

2476

GOVERNMENT EXHIBIT 115
PENGAD-Bayonne, N.J.

If you have any questions, please contact me at (864) 298-6434 or Al Brooke at (404) 817-4834.

Sincerely,

Kenny Hughes

Kenneth D. Hughes
Tax Senior Manager

KDH:lbb

Copy to Mr. Jim Boyd
Mr. Al Brooke