# GOVERNMENT EXHIBIT 167

Zucker
199912 1040

Conference Call 2/7/02

Kenneth Hughes, Ernst & Young, LLP, Greenville, SC
Nelson A. Brooke, Ernst & Young, LLP, Atlanta, GA
Debra Simmons, Revenue Agent, North Charleston, SC

Per Nelson A. Brooke,
Losses generated by options (foreign currency contracts), long and short purchased by JGB Bohicket Investments, LLC (single member LLC of James Boyd) and JZ Buckingham Investments, LLC (single member LLC of Jerry Zucker). These options were transferred into JBJZ Partners. The partners in JBJZ were the two LLC's. Partnership liquidated and the assets were transferred from Jerry Zucker and James Boyd into JBJZ Investors, Inc. (an 1120-S) under code Regulation 1.351-3(b). Mr. Brooke stated the options involved hedging and basis adjustments under IRC Section 752. Will provide a written explanation of everything since the transactions were complex and he was not involved in the whole process. Done out of Chicago office. Will have additional information to us in 3 – 4 weeks. He will need to prepare synopsis and run by Mr. Zucker before submitting.

GOVERNMENT EXHIBIT 167

2/7/02

2059