# GOVERNMENT EXHIBIT 568

)

# COBRA ACTION WORK PLAN
(Revised 11/12/99)

| Completed | Action Item |
|---|---|
| ______ | 1) Qualify client<br>• Aggressive, willing to assume tax risk<br>• $50 million minimum income to be sheltered (ordinary preferable to capital)<br>• Business associates willing to participate<br>• Can make quick decision<br>• Relies primarily on E&Y as trusted business advisor |
| ______ | 2) Have client and client's attorney/advisor (if any) sign E&Y nondisclosure agreement, as well as separate J&G nondisclosure agreement |
| ______ | 3) Contact Brian Vaughn or Melinda Merk to secure National involvement on all sales calls |
| ______ | 4) Present idea to client using Client version of PowerPoint slides posted to Toolkit<br>• DO NOT leave marketing materials with client under any circumstances |
| ______ | 5) National will request tentative pricing illustration on sample digital swap ("DS").<br>• Counterparty A is Deutsche Bank AG London ("DBAG")<br>• Counterparty B is client<br>• Target amount (cost of long option) is equal to the desired loss<br>• Variables in pricing can include a) type of currency, and b) maturity dates.<br>• Client decides whether ordinary or capital loss is desired |
| ______ | 6) National will deliver sample two-page indicative term sheet to client. DBAG will also provide historical volatility analysis of currency used in DS.<br>• For client's additional research and understanding, National can mail hard copies of DBAG publication "Foreign |

GOVERNMENT EXHIBIT 568

PENGAD-Bayonne, N.J.

2003EY001545

Exchange Weekly"

- Client can also contact David Parse at Deutsche Banc Alex Brown ("DBAB") at 800-201-7574 for advice

_______ 7) Have client sign engagement letter with a fixed dollar amount stated as the fee. DO NOT reference tax losses in the engagement letter.

_______ 8) Contact J&G to request J&G engagement letter, and to provide necessary client information for documents to be prepared by J&G (see below)

- Call Paul Daugerdaus, Esq. at 312-425-3950 or Donna Guerin at 312-425-3939

_______ 9) Client will sign documents prepared by J&G:

- LLC - articles of incorporation, account agreement, foreign currency agreement, and noncorporate resolution
- General partnership - partnership agreement, account agreement, foreign currency agreement, and partnership authorization and indemnity agreement
- S corporation - certificate of incorporation, bylaws, account agreement, foreign currency agreement, and corporate resolution

_______ 10) Opening Accounts:

- J&G will forward all of the above documents to DBAB for processing
- J&G will forward one copy of DBAG account opening agreement to DBAG for processing

_______ 11) Executed copies of organizational documents to DBAG: J&G will provide copies of the following documents to DBAG for review:

- Partnership agreement
- Certificate of incorporation/bylaws
- Resolution/incumbency agreements indicating entity has authority to open accounts with DBAB and DBAG, has specific trading authority for "foreign exchange and OTC derivatives entered into with DBAG", and identifies authorized

2003EY001546

)

agents of the entity.

12) J&G will prepare and forward to DBAG for review a lawyer letter stating that they have advised client on transaction and believe it to be appropriate, and that indicates the strategy has substantial authority for tax purposes

13) DBAG will review verification that transaction requires no credit approval and background check

14) Client and other individual(s) will provide DBAG with approximately 5% of the desired loss to purchase DS:
- Client provides wire instructions to fund DBAB accounts set up for transaction
- Client provides letter of authorization ("LOA") to move funds from DBAB to DBAG to fund purchase of DS
- J&G coordinates wire
- DBAB receives wire and processes LOA

15) Final DS pricing, after funds are wired
- DBAB provides final quote to client
- Client authorizes DBAB to proceed and execute DS
- Client decides whether position is bullish or bearish and informs DBAB

16) Execution of DS by DBAB

17) Written confirmation agreement will be supplied from DBAG within 2 days for client signature
- Client returns signed copy to DBAG London.
- J&G reviews and keeps copy
- DBAB records position acquisition

18) Client and other individual(s) will contribute DS positions to newly formed general partnership
- J&G will prepare and provide assignment to be executed by client to DBAG to move DS to general partnership
- J&G will fax copy to DBAB Broker, who will process journal entry to move positions to general partnership

2003EY001547

- DBAG will follow instructions on assignment
- The partnership will report the cost of the long option as an asset on the balance sheet of the partnership, with no liability for the short option. The credit is in the capital account.

19) Client and other individual(s) will contribute cash equal to 2% of the desired loss to the partnership

20) E&Y sends invoice to client for its 1.5% fee

21) After 30 days, options expire either in or out of the money. Partnership recognizes economic gain or loss on the spread.

22) Where required for generating ordinary loss, spot foreign currency will be purchased in partnership account with cash contributed by client. If capital loss is desired, capital assets will be purchased. When instructed by LOA, foreign currency will be journaled to partnership account. LOA will instruct DBAB to sell designated percent of foreign currency
- Client signs LOAs prepared by J&G
- J&G delivers LOAs to DBAB
- DBAB processes LOAs

23) Account statements—As DS is a "derivative", there is technically no DBAG account, account number, or monthly statement, etc. By opening DBAB accounts and assigning CUSIP to DS, client can carry manually entered descriptions of the DS position, as well as provide an audit trail when journaled as a capital contribution to the partnership.
- DBAB will format the account statements

24) Transfer of 100% general partnership interest to S Corp causes technical termination of partnership

25) In liquidation of partnership interest, S Corp receives equivalent fair value amount of foreign currency or capital assets
- Distributed assets take on client's high

2003EY001548

outside basis

26) S Corporation sells the stepped-up assets ~~to an unrelated third~~ party generating ordinary or capital loss for tax purposes on the market B+W

27) Client engages J&G and LB&S to render a tax opinion and concurring opinion, respectively.

28) EY prepares partnership tax return for 1999 transactions

29) If audited, EY will provide defense through appeals within the IRS

2003EY001549