# GOVERNMENT EXHIBIT 1028

March 3, 2000

Brown & Wood LLP
1 World Trade Center
New York, NY 10048
Attention: R.J. Ruble, Esq.

Re: Representations

For purposes of rendering your U.S. Federal income tax opinion ("Letter")[1], the undersigned ("Investor") hereby represents as follows:

1. Investor entered into foreign currency options (the "Options") for substantial non-tax business reasons, including to produce an overall economic profit from the movement of foreign currency against the U.S. dollar.

2. Investor believed that Investor had a reasonable opportunity to earn a reasonable profit, in excess of all fees and transaction costs, from the transactions described herein, without regard to tax benefits.

3. Investor believed that Investor had an opportunity to make an aggregate gross return in excess of the sum of Investor's net investment in the Options and the investment advisory fee paid by Investor.

4. Investor contributed the Options to Partnership for substantial non-tax business reasons, including diversification of its portfolio without the need for additional investment, and the desire to create larger pool of capital through the involvement of other investors.

5. Investor did not hedge its risks with respect to the Options with Bank.

6. Investor uses the U.S. dollar as Investor's functional currency.

7. There existed no understanding, agreement, obligation, or arrangement pursuant to which any of the parties described herein committed to undertake all or any of the transactions described above upon the happening of any other transaction,

[1] Unless otherwise provided, the defined terms used herein have the same meaning as in the Letter.

SABWZ0352433

GOVERNMENT EXHIBIT
JZ 1028
06-08-07

SIDL 0387671

except to the extent that Investor (and Partnership as transferee of Investor) and Bank were contractually obligated to perform under the Options in accordance with their stated terms.

8. Investor has reviewed the description of the transactions contained in the Letter and such description is accurate and complete, and there are no pertinent facts relating to the Transactions that have not been set forth in such description.

Very truly yours,

Jerry Zucker