# GOVERNMENT EXHIBIT 1101

JZB02956

FROM :Barry A Emerson, CPA FAX NO. :8435775069 Apr. 11 2002 12:29PM P1

-11-02(THU) 10:05 THE ZUCKERS TEL:18435714647 P. 001/002

APR-10-2002 17:12 P.01/02

Internal Revenue Service
Small Business/Self Employed
4995 Lacross Rd., Suite 1400A
North Charleston, SC 29406

## FAX TRANSMITTAL COVER SHEET

To: Jerry Zucker FAX Number: 747-4092

Date: 4-10-02

Number of Pages (including cover sheet): 2

From: Debra Simmons

FAX: 843-554-3454 Voice: 843-566-0207 ext 113

Ellen, Please send to Barry and ask that he coordinate all information requested, for him to discuss & copy Ernst & Young personnel including Sean Smith & Kenny Hughes. Please get any necessary forms to Jerry so that he may provide power of attorney & authority in the corporate capacity of J&JZ Inc. in a manner like what he did personally. Need to resolve this week before Jerry leaves for Europe.

GOVERNMENT EXHIBIT 1101

ZEY 001250

### CONFIDENTIALITY NOTICE

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone at the above telephone number. Thank you.

FROM : Barry A Emerson, CPA FAX NO. :8435775069 Apr. 11 2002 12:29PM P2

APR.-11'02(THU) 10:06 THE ZUCKERS TEL:18435714647 P.002/002
APR-10-2002 17:12 P.02/02

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>1 |
|---|---|---|

| To: (Name of Taxpayer and Company, Division or Branch) | Subject: |
|---|---|
| JBJZ Investors, Inc.<br>16 Buckingham Drive<br>Charleston, SC 29407 | 1999 Form 1120S |
| | Submitted to:<br>Jerry Zucker |
| | Dates of Previous Requests: |

**Description of Documents Requested:**

1. Short Term Capital Loss - Complete documentation of Cisco Stock Sales Price ($32,973) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($2,072,717) including all purchase confirmations, brokerage statements, etc.

2. Long Term Capital Loss – Complete documentation of Cisco Stock Sales Price ($476,756) including all sales confirmations, brokerage statements, etc. as well as complete documentation of the related cost basis ($18,654,451) including all purchase confirmations, brokerage statements, etc.

3. Currency Loss – Complete documentation of the "currency contract" from acquisition to disposition including price and cost basis computations and supporting documentation.

4. Section 351 Transfer – Complete documentation of the tax basis valuation ($52,907,726) referred to in items (1) and (2) of the statement. Was the valuation done in-house or by an outside firm. In either case provide all assumptions and authority utilized.

5. All bank and brokerage statements for JBJZ Investors, Inc. for 1999.

6. Articles of Incorporation and corporate minutes.

7. Any other records the corporation would like to provide for consideration in evaluating the above transactions including case law, rulings, etc.

ZEY 001251

Information Due By 4/24/02 At Next Appointment ☐ Mail In ☒

| | | |
|---|---|---|
| FROM | Name and Title of Requester<br>Debra L. Simmons, Internal Revenue Agent | Date:<br>4/10/2002 |
| | Office Location:<br>4995 LaCross Road, Suite 1400A<br>North Charleston, SC 29406<br>Phone: Voice (843) 566-0207 ext. 113<br>FAX (843) 554-3454 | Page 1 |

Form 4564

TOTAL P.02



Produced by Plaintiff to United States on 8/31/2005