# GOVERNMENT EXHIBIT 2255

12/28/99

Jerry,

I spoke with Ray Knight at 3:00 pm today. The funds for the fees at Jenkens & Gilchrist and the second half fin Brown Wood are on deposit at ~~Deutsche~~ Bank & they need authorization for the release as per letter in your file. I again raised the issue with Ray about the "margin earnings" on the Euro. He said he will call you tomorrow. He said the reason we only picked up the margin gain of $625K (plus the original $2.5M) was because we capped our exposure. His number is (704)331-1933.

Jim

PENGAD 800-631-6989
GOVERNMENT EXHIBIT Crosby
2255
1-13-07