# GOVERNMENT EXHIBIT 2260A

**ASSIGNMENT OF PARTNERSHIP INTEREST IN JBJZ PARTNERS**

1. The undersigned hereby irrevocably assigns a partnership interest in JBJZ Partners, a South Carolina general partnership ("Partnership") as follows:

| Transferor | Percentage Interest Transferred | Transferee |
| --- | --- | --- |
| JZ Buckingham Investments LLC | all of its general partnership interest | JBJZ Investors, Inc. |

not as an assignee, but as a substitute general partner of the Partnership.

2. This Assignment shall be effective as of the date hereof.

JZ Buckingham Investments LLC

Dated: December 27, 1999

By: ______________________
Jerry Zucker, Member

**ACCEPTANCE**

The undersigned hereby accepts the Assignment hereinabove described.

Dated: December 27, 1999

JBJZ Investors, Inc.

By: ______________________
Jerry Zucker, President

CHICAGO 1X07 v 1,.

GOVERNMENT EXHIBIT 2260 A
PENGAD 800-631-6989

DOJ 054107