# GOVERNMENT EXHIBIT 2260B

**JBJZ PARTNERS**

December 27, 1999

<u>VIA TELECOPY (312) 424-6019</u>

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

RE: JBJZ Partners
<u>Account No. 222-10155-10</u>

Dear Sir:

This letter is for the purpose of informing you that all interests in JBJZ Partners have been transferred to JBJZ Investors, Inc. and, accordingly such partnership has liquidated this date as a matter of law. Therefore, this constitutes your authorization to transfer from the above-captioned account all assets held therein to the account of JBJZ Investors, Inc., Account No. 222-10156-19 in liquidation of JBJZ Partners.

Such transfer should be effective immediately.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ PARTNERS

BY: JZ Buckingham Investments LLC

By: [signature]
Jerry Zucker, Member

CHICAGO 17007 v 1..

GOVERNMENT EXHIBIT 2260 B

PENGAD 800-631-6989

DOJ 054108