# GOVERNMENT EXHIBIT 2260C

**JBJZ INVESTORS, INC.**

December 28, 1999

VIA TELECOPY (312) 424-6019

Mr. David Parse
Deutsche Banc Alex. Brown
222 W. Adams, Suite 1900
Chicago, IL 60606

Re: JBJZ Investors, Inc.
Account No. 222-10156-19

Dear Sir:

This letter constitutes your authorization to sell the positions indicated on the attached Schedule A currently held in the above-referenced account.

Please contact me if you have any questions regarding this matter.

Very truly yours,

JBJZ INVESTORS, INC.

By: [signature]
Jerry Zucker, President

CHICAGO 1XX07 v 1..

GOVERNMENT EXHIBIT
PENGAD 800-631-6989
2260C

DOJ 054109