# GOVERNMENT EXHIBIT G

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, | § | |
| Plaintiff, | § | CASE NO. 05-231 T |
| v. | § | Chief Judge Edward J. Damich |
| United States of America, | § | |
| Defendant. | § | |

**PLAINTIFF'S RCFC 26(a)(1) INITIAL DISCLOSURES**

Pursuant to the Rule 26(a)(1) of the United States Court of Federal Claims ("RCFC"), Plaintiff JZ Buckingham Investments LLC as tax matters partner of JBJZ Partners ("Plaintiff") provides the following information to Defendant the United States of America ("Defendant"):

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Jerry Zucker
P.O. Box 5205
North Charleston, South Carolina 29405
(843) 744-5174 ext. 500

Mr. Zucker has information about the transactions at issue and his business purpose for entering into them.

James Boyd
3520 Bohicket Road
Johns Island, South Carolina 29445
(843) 768-9455

Mr. Boyd has information about the transactions at issue and his business purpose for entering into them.

Sheila Pace, CPA
171 Church Street
Charleston, South Carolina 29401
(843) 723-2110

Ms. Pace is Mr. Boyd's CPA and has information about the tax reporting of the transactions.

GOVERNMENT EXHIBIT G
PENGAD 800-631-6989

Barry A. Emerson, CPA
288 Meeting Street
Charleston, South Carolina 29401-1570
(843) 577-5067

Mr. Emerson is Mr. Zucker's CPA and has information about the tax reporting of the transactions.

W. Shawn Smith
Ernst & Young, LLP
101 Independence Center
Suite 1100
101 North Tryon Street
Charlotte, North Carolina 28246
(704) 331-1951

Mr. Smith has information about the transactions, including how they were effectuated, the tax effect thereof, and the business purpose for entering into them.

Ray Knight
Capstone Planning, LLC
120 Club Oaks Court
Suite 300
Winston-Salem, North Carolina 27104
(336) 245-2620

Mr. Knight is a former Ernst & Young employee and has information about the transactions, including how they were effectuated, the tax effect thereof, and the business purpose for entering into them.

David Parse
Deutsche Bank Alex. Brown
222 West Adams
Suite 1900
Chicago, Illinois 60606
(312) 424-6020

Mr. Parse has information about the underlying trades at issue.

Donna Guerin, Esq.
Jenkens & Gilchrist, P.C.
225 West Washington
Suite 2600
Chicago, Illinois 60606-3418
(312) 425-3990

Ms. Guerin has information about the transactional documents and the transactions, including how the trades were effectuated and the tax effect thereof.

**(B) A copy of, or a description by category and location of, all document, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Upon information and belief, the Government is in possession of all materials to be provided under this section as a result of audit responses by Jerry Zucker and Jim Boyd and responses to information requests from the various tax professionals involved in this matter. Any physical exchange of documents at this time would be duplicative. Plaintiff intends to rely on the following documents to support its claims and defenses:

1. Tax returns and other tax forms filed with the IRS by Jerry Zucker, Jim Boyd, JBJZ Partners, JBJZ Investors, Inc. for tax years 1999 and 2000.

2. Documents evidencing Jerry Zucker's and Jim Boyd's voluntary disclosure of their identities and the transactions at issue to the IRS.

3. Tax opinions issued to Jerry Zucker and Jim Boyd by Jenkens & Gilchrist, P.C. and Brown & Wood LLP.

4. Closing binder accompanying the Jenkens & Gilchrist, P.C. tax opinion evidencing the formation of the relevant entities and transactions at issue in this matter.

5. Brokerage statements and other brokerage firm documents for accounts in the names of JZ Buckingham Investments LLC, JGB Bohicket Investments LLC, JBJZ Partners, JBJZ Investors, Inc. showing relevant trades and ongoing investment activity.

6. Engagement letters by and between Jerry Zucker, Jim Boyd, and the tax professionals involved in the transactions.

7. Documents evidencing payment of professional fees associated with the transactions.

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff is entitled to the return of its deposit made on $10,561,570 relating to tax years 1997, 1999, and 2000, including interest as provided by law and judgment that no further tax or interest is due or owing relating to the matters at issue in this case.

Respectfully submitted,

/s/ Lezlie B. Willis
Joel N. Crouch
M. Todd Welty
David E. Colmenero
Lezlie B. Willis

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com
twelty@meadowsowens.com
dcolmenero@meadowsowens.com
lwillis@meadowsowens.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I served the foregoing pleading discovery response on the following counsel of record via first class mail and electronic mail:

John A. Lindquist, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington DC 20044
john.a.lindquist@usdoj.gov

/s/ Lezlie B. Willis
LEZLIE B. WILLIS