IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

The United States hereby moves for leave to file a reply brief of 21 pages, in excess of the 20 page limit stated in Rule 5.2(b)(2) of the Court of Federal Claims. The United States has good cause for the requested one page enlargement of the page limit due to the breadth of issues raised in plaintiff's brief in opposition.

David Steiner, one of the attorneys assigned to this matter, also telephoned the Chambers of the Honorable Chief Judge Edward J. Damich and asked to speak with the Chief Judge's clerk to ask if this was a problem and was advised by the Judge's new clerk that it should not be a problem. The United States also requested plaintiff's concurrence in this motion and plaintiff's counsel advised that it did not object.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing Motion for Leave file a Brief in Excess of Page Limit using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892