IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A 21 PAGE REPLY MEMORANDUM**

Before the Court is the United States' motion for leave to file a 21 page reply memorandum as part of its motion to amend its answer to assert a counterclaim for accuracy related penalties. The Court, having considered the motion, now finds this motion should be, and is hereby, granted.

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________