IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED REPLY BRIEF**

The United States hereby moves for leave to file a corrected reply brief. The United States seeks leave to file a corrected reply brief, in lieu of its filed reply brief, Doc. No. 117, for the purpose of correcting typographical errors and to correct footnote 15. The United States requested plaintiff's concurrence in this motion and plaintiff's counsel has advised that plaintiff does not object.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing United States' Unopposed Motion for Leave file a Corrected Reply Brief using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892