IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY INSTANTER IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM FOR PENALTIES**

Plaintiff JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners ("Plaintiff"), respectfully requests leave of this Court to file instanter a sur-reply to Defendant's Reply in Support of its Motion for Leave to Amend Answer to Assert a Counterclaim for Penalties. In support of its Motion, Plaintiff states the following:

1. On July 23, 2007, Defendant filed a Motion for Leave to Amend its Answer to assert a counterclaim for penalties against Plaintiff pursuant to 26 U.S.C. §6662.

2. On August 9, 2007, Plaintiff filed its response in opposition to Defendant's Motion and Defendant was ordered to file its reply by August 23, 2007.

3. On August 21, 2007, the Court granted Defendant's request for an enlargement of time within which to file a reply to Plaintiff's response until September 7, 2007.

4. On September 6, 2007, the Court granted Defendant's additional request for an enlargement of time within which to file a reply to Plaintiff's response until September 17, 2007.

5. On September 17, 2007, Defendant replied to Plaintiff's response in a filing totaling 490 pages.

6. In the interest of judicial economy and efficiency and as a matter of fairness, the Court should grant Plaintiff's motion to file a sur-reply in light of the significant imbalance in the volume of the Parties' filings on this issue and in the time Defendant was granted in which to file its reply.

Respectfully submitted,

By: s/ Joel N. Crouch
Joel N. Crouch
State Bar No. 05144220
M. Todd Welty
State Bar No. 00788642

MEADOWS, COLLIER, REED, COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On this the 21st day of September, 2007, counsel for JZ Buckingham Investments LLC contacted counsel for the United States, David Steiner, regarding the relief sought in this Motion. Counsel for the United States stated that they opposed the granting of this Motion.

s/Joel N. Crouch
Joel N. Crouch

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of September, 2007, the foregoing Plaintiff's Motion for Leave to File Sur-Reply Instanter in Opposition to Defendant's Motion for Leave to Amend Answer to Assert Counterclaim for Penalties was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 26
Ben Franklin Station
Washington DC 20044

***Attorneys for the United States of America***

s/ Joel N. Crouch
Joel N. Crouch