**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**<u>DECLARATION OF JOEL N. CROUCH IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY INSTANTER IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM FOR PENALTIES</u>**

I, Joel N. Crouch, pursuant to the provisions of 28 U.S.C. § 1746 certify that:

1. I am an attorney with Meadows, Collier, Reed, Cousins & Blau, L.L.P., counsel to Plaintiffs in this action and have primary responsibility for this case.

2. I am in possession of the files in this case and have reviewed the files and make this declaration based on personal knowledge.

3. On July 13, 2007, the Defendant took the deposition of Charlotte Crosby the assistant to Mr. Jerry Zucker ("Zucker") and Mr. James Boyd ("Boyd"), partners of Plaintiff.

4. Prior to her deposition, Ms. Crosby had stated that she did not have any other documents other than those previously provided to counsel.

5. In response to a question during the deposition, Ms. Crosby stated that she maintained a file in her office regarding the transaction at issue. She also stated that she had produced all the files to counsel.

6. Ms. Crosby was asked to retrieve the files from her office during a break in the deposition. Upon reviewing the files maintained by Ms. Crosby, I discovered that it contained documents that had never been provided to me or anyone at my firm.

7. I immediately notified counsel for Defendant and provided the files for review after removing any privileged information.

8. Thereafter at the deposition, counsel for Defendant asked questions of Ms. Crosby regarding the documents in the file.

9. At the end of the deposition, counsel for Defendant was given a copy of the entire file without any of the privileged information.

10. On August 14, 2007, to avoid any confusion over the documents that were given to the Defendant, a bates stamped copy of the documents and a privilege log were sent to Defendant's counsel.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

On this the 21st day of September, 2007, a copy of the foregoing Declaration of Joel N. Crouch in Support of Plaintiff's Sur-Reply to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Amend was delivered to counsel listed below via the electronic transmission.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch