**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER**

On this _______ day of _______________, 2007, the Court considered Plaintiff's Motion for Leave to File Sur-Reply Instanter in Opposition to Defendant's Motion for Leave to Amend Answer to Assert Counterclaim for Penalties. The Court, having considered the Motion, FINDS this Motion should be GRANTED. Therefore, it is hereby ORDERED that the Plaintiff's Sur-Reply which can be found as the attachment to Plaintiff's Motion for Leave to File Sur-Reply Instanter in Opposition to Defendant's Motion for Leave to Amend Answer to Assert Counterclaim for Penalties is to filed as a pleading in this case.

_____________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS