# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO REVISE SCHEDULING ORDER

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to further revise the discovery deadlines set forth in the Revised Scheduling Order. In support of this Motion, the Parties show the Court as follows:

1. The Revised Scheduling Order currently provides for the following discovery deadlines:

| | Deadline |
|---|---|
| Discovery Ends | October 1, 2007 |
| Final Exhibit and Witness Lists | October 1, 2007 |
| Motion to Exclude/Limit Expert Testimony | December 3, 2007 |
| Dispositive Motions | December 3, 2007 |

2. The Parties agree that a short extension of these deadlines is necessary and desirable to allow the Parties sufficient time to conduct and evaluate factual discovery.

3. The Parties also agree that the deadlines for final exhibit and witness lists are impracticable and should be extended beyond the end-of-discovery deadline to two weeks prior to the Pretrial Conference to provide the Parties additional time to evaluate information obtained through the discovery process.

4. In light of the foregoing, the Parties respectfully request that the Court further revise the Revised Scheduling Order to adopt the following discovery deadlines:

| | Deadline |
|---|---|
| Discovery Ends | November 2, 2007 |
| Final Exhibit and Witness Lists | Two Weeks Prior to the Pretrial Conference |
| Motion to Exclude/Limit Expert Testimony | January 4, 2008 |
| Dispositive Motions | January 4, 2008 |

5. The Parties have further agreed that notwithstanding the above discovery deadlines, the deposition of Amy Plassio shall be taken on or before December 4, 2007.

6. Simultaneous to the filing of this Joint Motion, the parties of *MURFAM Farms, LLC v. United States*, Fed. Cl. Nos. 06-245T, 06-246T, and 06-247T (consolidated) are also filing a joint motion with this Court to adopt discovery deadlines identical to those proposed above. Further, the parties of *In re: COBRA Tax Shelters Litigation*, 1:05-ml-09727-JDT-WTL, are likewise moving the District Court for the Southern District of Indiana, Indianapolis Division, to adopt identical discovery deadlines.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com
tcampbell@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue by s/Joel N. Crouch
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: September 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007, a copy of the foregoing Joint Motion to Revise Discovery Schedule was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch