**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this the ___th day of _______________, 2007, the Court considered the Joint Motion to Revise Scheduling Order filed on July 31, 2007. The Court FINDS that this Motion should be GRANTED.

Therefore, it is hereby ORDERED that the discovery deadlines should be revised as follows:

| | Deadline |
|---|---|
| Discovery Ends | November 2, 2007 |
| Final Exhibit and Witness Lists | Two Weeks Prior to the Pretrial Conference |
| Motion to Exclude/Limit Expert Testimony | January 4, 2008 |
| Dispositive Motions | January 4, 2008 |

________________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS