**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** **Chief Judge Edward J. Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**NOTICE OF RELEVANT JUDICIAL DECISION**

The parties to this action have, on September 26, 2007, filed a Joint Motion to Revise the Scheduling Order, Docket Item #124.

Please take notice that the United States District Court for the Southern District of Indiana granted an identical motion in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.) on September 27, 2007. This order in annexed hereto.

By: s/ Dennis M. Donohue
Dennis M. Donohue

United States Department of Justice
Court of Federal Claims Section
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492 Telephone

ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: October 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202

s/ David M. Steiner

David M. Steiner
United States Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892 Telephone