IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, | § | |
| Plaintiff, | § | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED AND AMENDED MOTION TO COMPEL DEFENDANT TO COMPLY WITH RULE 30(B)(6) NOTICE FOR DEPOSITION AND PRODUCTION OF DOCUMENTS**

Plaintiff JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners ("Plaintiff"), respectfully requests leave of this Court to file Corrected and Amended Motion to Compel Defendant to Comply with Rule 30(b)(6) Notice for Deposition and Production of Documents, and a Corrected and Amended Order. In support of its Motion, Plaintiff states the following:

1. Plaintiff is requesting leave to file a Corrected and Amended Motion to Compel and Corrected and Amended Order, in order to clarify the relief it seeks.

2. On November 2, 2007, Plaintiff filed a Motion to Compel Defendant to Comply with Rule 30(b)(6) Notice for Deposition and Production of Documents.

3. Plaintiff is not re-filing its Memorandum in Support of Motion to Compel Defendant or the exhibits attached thereto.

4. In the interest of judicial economy and efficiency and as a matter of fairness, the Court should grant Plaintiff's motion to file a Corrected and Amended Motion to Compel Defendant to Comply with Rule 30(b)(6) Notice for Deposition and Production of Documents.

Respectfully submitted,

By: s/ Joel N. Crouch
Joel N. Crouch
State Bar No. 05144220
M. Todd Welty
State Bar No. 00788642

MEADOWS, COLLIER, REED, COUSINS
& BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

On November 7, 2007, counsel for the Plaintiff corresponded with counsel for Defendant, David Steiner, who indicated that the United States would not object to this Motion for Leave provided that counsel for Plaintiff would consent to an extension of time for Defendant to respond to the Plaintiff's Motion to Compel. Counsel for Plaintiff indicated that Plaintiff would not object to such an extension if Plaintiff received an equal extension of time to respond to any motion to compel discovery that the Government might file in the foreseeable future. Counsel for the United States therefore stated he would have to confer with his co-counsel before agreeing to not oppose this Motion to Leave. Because Mr. Steiner is unable to confer with co-counsel today, November 7, 2007, counsel for Plaintiff files this Motion for Leave without being able to state that it is unopposed.

/s/ Joel N. Crouch
JOEL N. CROUCH

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, I served the above and foregoing on the below-listed counsel:

David M. Steiner, Esq. *(via ECF Notification)*
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq. *(via ECF Notification)*
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

F. Anthony Paganelli, Esq. *(via Certified Mail)*
Sommer Barnard, P.C.
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204

***Attorney for Carmel Partners***

Robert J. Wagman, Jr. *(via ECF Notification)*
Baker Botts, L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400

***Attorney for Jenkens & Gilchrist***

/s/ Joel N. Crouch
JOEL N. CROUCH

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **CASE NO. 1:05-cv-231 T** |
| **v.** | § § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**ORDER**

The Court considered Plaintiff's Motion for Leave to file Plaintiff's Corrected and Amended Motion to Compel Defendant to Comply with Rule 30(b)(6) Notice of Deposition and Production of Documents, and Plaintiff's corrected and Amended Order. The Court ORDERS this Motion should be GRANTED.

SIGNED this _____ day of _____, 2007.

______________________________

CHIEF JUDGE EDWARD DAMICH