IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership, | § | |
| Plaintiff, | § | Case No. 05-231 T<br>Chief Judge Edward Damich |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**PLAINTIFF'S CORRECTED AND AMENDED MOTION TO COMPEL DEFENDANT TO COMPLY WITH RULE 30(b)(6) NOTICE FOR DEPOSITION AND PRODUCTION OF DOCUMENTS**

Plaintiff, JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, by its undersigned attorneys, and pursuant to Rules of the Court of Federal Claims 34(a), 30(b)(5) and (6) and 45(a)(1)(C), moves to Defendant to comply with Plaintiff's Rule 45 subpoena for a Rule 30(b)(6) deposition and production of documents. In support of its motion, Plaintiff states the following:

1. Plaintiff served a Rule 45 subpoena for a Rule 30 (b)(6) deposition on Defendant on March 26, 2007, seeking information regarding the IRS's position regarding the interpretation and application of I.R.C. § 752 to the transactions at issue in this case.

2. Defendant filed Objections to Plaintiff's Rule 30 (b)(6) Notice on March 30, 2007, objecting, *inter alia*, that Plaintiff should have named the IRS as the deponent.

3. On April 23, 2007, Plaintiff served the same Rule 30(b)(6) Notice on Defendant, but named the IRS as the agency to be deposed.

4. On May 23, 2007, Defendant filed amended Objections to Plaintiff's Rule 30(b)(6) Notice, eliminating its objection to naming the Defendant but repeating all of its other prior objections.

5. Defendant's objections to Plaintiff's Notice are without merit, as set out in the Memorandum in Support of this Motion filed herewith.

For all the reasons stated in Plaintiff's Memorandum in Support of this Motion, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Compel Defendant to comply with its Rule 30(b)(6) Notice for Deposition and Production of Documents, and specifically to designate a deponent to testify regarding, and to produce documents relevant to, the matters identified in Requests 1(a), (c) and (d) of its Rule 30(b)(6) Notice.

Respectfully submitted,

By: /s/ Joel N. Crouch
Joel N. Crouch
State Bar No. 05144220
M. Todd Welty
State Bar No. 00788642

MEADOWS, COLLIER, REED, COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com
twelty@meadowscollier.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, I served the above and foregoing on the below-listed counsel:

David M. Steiner, Esq. *(via ECF Notification)*
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq. *(via ECF Notification)*
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

F. Anthony Paganelli, Esq. *(via Certified Mail)*
Sommer Barnard, P.C.
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204

***Attorney for Carmel Partners***

Robert J. Wagman, Jr. *(via ECF Notification)*
Baker Botts, L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400

***Attorney for Jenkens & Gilchrist***

/s/ Joel N. Crouch
JOEL N. CROUCH

**IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **Case No. 1:05-cv-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**CORRECTED & AMENDED ORDER**

On this day, came to be heard the Plaintiff's Motion to Compel Defendant to Comply with Plaintiff's Rule 30(b)(6) Notice for Deposition and Production of Documents.

IT IS HEREBY ORDERED that Defendant comply with Plaintiff's Rule 30(b)(6) Notice for Deposition and Production of Documents, and specifically designate a deponent to testify regarding, and to produce documents relevant to, the matters identified in Requests 1(a), (c) and (d) of Plaintiff's Rule 30(b)(6) Notice.

SIGNED this _____ day of _____, 2007.

_______________________________
CHIEF JUDGE EDWARD DAMICH

#359656