IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner of
JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

# PLAINTIFF'S OBJECTIONS AND RESPONSES TO THE UNITED STATES' INTERROGATORIES (NOS. 71 THROUGH 95)

Plaintiff hereby objects and responds to the United States' Interrogatories (Nos. 71 through 95), dated September 25, 2007, as follows.

## GENERAL OBJECTIONS

**1. Plaintiff objects to all Interrogatories on the grounds that they request information that is cumulative and duplicative of information previously provided by Plaintiff to the United States during discovery of this case.**

**2. Plaintiff objects to all Interrogatories to the extent that they seek information protected by the Attorney/Client Privilege, the Attorney Work Product Doctrine or any other applicable privilege.**

## SPECIFIC OBJECTIONS AND RESPONSES

71. State each factual or legal issue you contend are dependent upon the value of the options on their contribution date to JBJZ Partners, describe all legal theories and principal facts (including expert witness testimony) supporting your contention, and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

72. If you contend the option transaction has a reasonable possibility of profit in the hands of JBJZ Partners, describe all legal theories and principal facts (including expert witness testimony) supporting your contention, and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

73. If you contend the amount of the fees relating to the COBRA transaction paid to any third party or the treatment of the same fees on the tax returns of the S corporations, partnerships or individual partners, are at issue in this case, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

74. If you contend JBJZ Partners was formed for a legal purpose under state law and are partnerships in fact and not a factual sham, describe all legal theories and principal facts (including expert witness testimony) for such contention, including any theories and factual support for any claim that the partnership was organized for other reasons than the sole purpose of avoiding federal and state income taxes and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in**

**the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

75. Assuming JBJZ Partners is a legal partnership under state law, if you contend JBJZ Partners was not formed and availed of for other than the sole purpose of tax avoidance by artificially overstating basis in the partnership interest of its partners, describe all theories and facts (including expert witness testimony) for your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

76. If you contend the purchase of the offsetting option transactions and their contribution to JBJZ Partners had economic substance and were an economic sham, describe all legal theories and principal facts (including expert witness testimony) for such contention, and identify all documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in**

**the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

77. If you contend the offsetting option transactions, viewed objectively, had a reasonable possibility of profit (other than in the hands of JBJZ Partners inquired about in Interrogatory No. 72), describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

78. If you contend that absent the tax benefits, there were reasonable expectations that the LLCs or the purported partnerships would realize a profit in excess of the fees and transaction costs associated with the COBRA transactions, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in**

**the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

79. If you contend the offsetting option transactions had a non-tax business purpose other than the creation of income tax losses, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

80. If you contend JBJZ Partners had a non-tax business purpose, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

81. If you contend JBJZ Partners (as defined under §1.701-2 of Income Tax Regulations) was not formed and availed of in connection with a transaction or transactions in taxable year 1999, a principal purpose of which was to reduce substantially the present value of its partners' aggregate federal tax liability in a manner that is inconsistent with the intent of Subchapter K of the Internal Revenue Code, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

82. If you contend that the obligations under the short positions (written call options) transferred to JBJZ Partners do not constitute liabilities for purposes of Treasury Regulation §1.752-6T, the assumption of which by the partnership should reduce the purported partners' bases in the partnership, but not below the fair market value of the purported partnership interest, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the**

**Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

83. If you contend that JBJZ Partners and its partners entered into the option(s) positions or purchased the foreign currency or stock with a profit motive for purposes of §165(c)(2), describe all legal theories and principal factual support (including expert witness testimony) for such contention, and identify all documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

84. If you contend that the offsetting (long and short) options are "separate" positions and not in substance a "single" position, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained.**

**Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

85. What do you contend can be established under Section 723 as the adjusted bases of the long call positions (purchased call options), and the adjusted bases of any other contributions purportedly contributed by the partners to JBJZ Partners describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

86. If you contend that, in the cases of a sale, exchange, or liquidation of JBJZ Partners or the partners' partnership interest, either the purported partnerships or their purported partners have established that the bases of the partners' partnership interest were greater than zero for purposes of determining gain or loss or such partners from the sale, exchange or liquidation of such partnership interest, state what you contend the purported partnerships or their purported partners have established the basis of the partnerships' or partners' partnership interest are, and describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention..

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

87. If you contend the step transaction doctrine is not applicable in this case, requiring that the individual steps of the COBRA transaction be collapsed, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

88. If you contend JBJZ Partners was used for other than the conduits to create an artificially inflated basis in the purported partners' partnership interest, which inflated basis could, in turn, then be allocated to property distributed to the purported subchapter S corporations upon the prearranged dissolution of the purported partnerships, describe all legal theories and identify all principal documents that support your contention.

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

89. If you contend the creation of the disregarded entities, the partnerships and the S corporations and the contribution of the long and short offsetting options to the partnerships and the liquidation of the partnerships and the distribution of the partnerships' property on the liquidation of the partnerships to the purported subchapter S corporation were not prearranged and therefore can not be disregarded under the step transaction doctrine, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

90. If you contended in any attempt to obtain compensation or damages from the promoters or other third parties in connection with your participation in the COBRA transactions, that the

documentation for the offsetting option transactions may not reflect the reality of these transactions, describe all legal theories and principal facts (including expert witness testimony) supporting your contention *or* that you presented to the promoters or other third parties in pressing your attempt, and identify all principal documents that support your contention.

**ANSWER**: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

91. If you contend that the documentation for the offsetting options transactions may not reflect the reality of these transactions, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

**ANSWER**: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

92. If you contend that the partners, partnerships or disregarded entities (LLCs) were at risk, in whole or in part, within the "at risk" rules of §465, for the short option(s) sold to Deutsche Bank, state the amount you contend was at risk under the "at risk" rules of §465and describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

93. If you contend the penalties asserted in the FPAA should not be asserted, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

**ANSWER: Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

94. If you contend JBJZ Partners or its partners had a reasonable belief the positions taken on the Form 1065 partnership returns and Form 1120S Subchapter S returns were more likely than not the correct treatment of the tax shelter and related transactions, describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

95. Do you contend that the COBRA transaction which you entered into is not a "tax shelter" within the meaning of Section 6662(d)(2)(C)? If you contend that the COBRA transaction which you entered into is not a "tax shelter" within the meaning of Section 6662(d)(2)(C), describe all legal theories and principal facts (including expert witness testimony) supporting your contention and identify all principal documents that support your contention.

ANSWER: **Plaintiff objects to this Interrogatory on the grounds that the United States has well exceeded the 100 written interrogatories that it may serve upon a party to this litigation without leave of court or written stipulation under Rule 33 of the Rules of the Court of Federal Claims, and no such leave of court or stipulation has been obtained. Plaintiff hereby reserves its right to assert any additional objections to this Interrogatory in**

**the event that the Court grants the United States leave to propound additional interrogatories or otherwise orders Plaintiff to respond to this Interrogatory.**

Respectfully submitted,

By: [signature]

Joel N. Crouch
Texas State Bar No.05144220

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowsowens.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

On this the 26th day of October, 2007, a copy of the foregoing Plaintiff's Objections and Responses to the United States' Interrogatories (Nos. 71 through 95) was delivered to counsel listed below via the means indicated.

**Via Federal Express**

Dennis M. Donohue, Esq.
United States Department of Justice
Tax Division
Civil Trial Section, Northern Region
555 Fourth Street, N.W., Room 7804
Washington, D.C. 20001

Joel N. Crouch