IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING THE MOTION OF THE UNITED STATES TO COMPEL RESPONSES TO INTERROGATORIES**

Before the Court is the motion of the United States to Compel Responses to Interrogatories. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted. Plaintiff will serve full and complete Responses, without objections, to the United States' Fourth Set of Interrogatories no later than December 15, 2007.

It is also ordered that Plaintiff shall pay to the United States its attorneys' fees and costs incurred in bringing this motion.

SO ORDERED:

____________________________
CHIEF JUDGE DAMICH

Dated ______________