IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**UNOPPOSED MOTION TO ENLARGE TIME**
**FOR THE UNITED STATES TO RESPOND TO**
**PLAINTIFF'S FIRST MOTION TO COMPEL (D.E. 126)**
**AND PLAINTIFF'S CORRECTED AND AMENDED MOTION TO COMPEL (DE 129)**

The United States moves to enlarge the time it has to respond to Plaintiff's First Motion to Compel (Docket Entry 126) and Plaintiff's Corrected and Amended Motion to Compel (Docket Entry 129) from November 19, 2007 and November 26, 2007, to Monday, December 3, 2007. The Plaintiff does not oppose the motion.

The United States asks for a response date of December 3, 2007, due to the many issues raised in the original and corrected and amended motions, delays expected to be caused by the Thanksgiving Holiday, and the current ambiguity of when a response is due.

The Plaintiff filed its original First Motion to Compel on November 2, 2007. Plaintiff filed its Corrected and Amended Motion to Compel on November 7, 2007, after discovering that

the motion and brief in the original filings did not match. While the original motion (Docket Entry 126) dealt with compelling the Jenkens and Gilchrist Rule 30(b)(6) deposition, the brief discussed the Rule 30(b)(6) deposition of the United States and the many additional issues raised in the Rule 30(b)(6) deposition. Upon discovering the error Plaintiff filed its Corrected and Amended Motion to Compel (Docket Entry 129) along with a motion to file the corrected and amended motion (Docket Entry 128). The Court granted the motion to file the corrected and amended motion on November 15, 2007 (See Docket Entry for November 15, 2007).

A response to the First Motion to Compel was originally due November 19, 2007. It is unclear whether a response would be due to the Corrected and Amended Motion to Compel on November 26, 2007 (based on the date filed) or December 3 (based on order granting motion to file corrected and amended motion).

The original motion dealt with compelling the United States to provide Jenkens and Gilchrist with information on how a penalty was calculated. The amended and corrected motion asks the United States to provide the information itself, to provide additional information on Treasury Regulations and other tax shelter promoters. The United States was aware at the time Plaintiff filed its First Motion to Compel that the Plaintiff was going to seek to compel the United States to provide the information to Jenkens and Gilchrist. The other relief sought had not been discussed with Plaintiff in months.

The United States ask the Court to set an unambiguous date of December 3, 2007, to clarify the due date of the United States' response to Plaintiff's motions, and to provide time to respond to the many issues raised and expected delays cause by the Thanksgiving holiday.

Respectfully Submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892

**CERTIFICATE OF CONFERENCE**

I spoke to Joel Crouch November 8, 2007. He agreed not to oppose this motion to enlarge to December 3, 2007, and the United States agreed not to oppose any motion to enlarge time for Plaintiff to respond to the United States' motion to compel a response to the contention interrogatories to December 10, 2007.

s/ Joseph A. Pitizinger, III

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, I electronicly filed the Foregoing Unopposed Motion to Enlarge Time For the United States to Respond to Plaintiff's First Motion to Compel (D.e. 126) and Plaintiff's Corrected and Amended Motion to Compel (De 129) , with the Clerk of the Court using the ECF system which will send notification of the filing to the following:

Joel N. Crouch, Esq.
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Joseph A. Pitizinger, III
JOSEPH A. PITZINGER, III
Trial Attorney, Tax Division
U.S. Department of Justice
717 North Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9728