IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME FOR THE UNITED STATES TO RESPOND TO PLAINTIFF'S FIRST MOTION TO COMPEL (D.E. 126) AND PLAINTIFF'S CORRECTED AND AMENDED MOTION TO COMPEL (D.E. 129)**

Before the Court is the motion of the Unopposed Motion to Enlarge Time For the United States to Respond to Plaintiff's First Motion to Compel (D.E. 126) and Plaintiff's Corrected and Amended Motion to Compel (D.E. 129). The Court, having considered the motion, now finds that this motion should be, and is hereby, granted.

It is ORDERED that the United States has until December 3, 2007 to file its response to Plaintiff's First Motion to Compel (D.E. 126) and Plaintiff's Corrected and Amended Motion to Compel (D.E. 129).

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________