IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |

**J&G'S UNOPPOSED EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Non-Party Jenkens & Gilchrist ("J&G") moves the Court, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, for an enlargement of time until December 3, 2007 to file a response to Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist to Produce Certain Information.

1. On November 2, 2007, Plaintiff filed its motion to compel J&G (1) to request and produce information in the possession of the IRS relating to the $76 million penalty announced by the IRS on March 29, 2007 and (2) to request and produce similar information in the possession of J&G's outside counsel, Davis Polk & Wardwell. J&G's response to the motion is due on November 19, 2007.

2. Plaintiff also has filed a motion to compel the Defendant United States to produce the same information that is requested from J&G and has agreed that the United States may file its response on December 3, 2007. *See* Docket Entries 126, 129, and 131.

3. A deposition of J&G's outside counsel, Mario Verdolini of Davis Polk, is currently scheduled for November 29, 2007.

4. Because Plaintiff's motion with respect to documents in the possession of Davis Polk may be mooted by the November 29 deposition of Mr. Verdolini and because of the complexity of the issues involved and the potential impact on J&G's obligations under the Closing Agreement with the IRS, J&G needs fourteen additional days to respond to the motion.

5. J&G has conferred with Plaintiff's counsel about the extension, and Plaintiff has no objection to the requested extension.

6. J&G has not previously requested an extension of this deadline.

Accordingly, J&G requests that the Court grant its motion to enlarge the time by which J&G must respond to Plaintiff's motion to compel through and including December 3, 2007, and grant such other relief to which J&G is entitled.

Dated: November 19, 2007

Respectfully submitted,

By:______________s/______________________

Robert J. Wagman, Jr.
robert.wagman@bakerbotts.com
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-240
202.639.7700
202.639.7890 (telecopy)

ATTORNEYS FOR JENKENS & GILCHRIST, A PROFESSIONAL CORPORATION (TEXAS)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on all counsel of record on November 19, 2007 through the Court of Federal Claims' ECF System.

_______s/______________________
Robert J. Wagman, Jr.