IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |

**ORDER GRANTING J&G'S MOTION FOR ENLARGEMENT OF TIME**

The Court, having considered Jenkens & Gilchrist's (J&G) Unopposed Emergency Motion for an Enlargement of Time to Respond to Plaintiff's Motion to Compel, finds that the motion should be granted. It is therefore

ORDERED that J&G's Unopposed Emergency Motion for an Enlargement of Time to Respond to Plaintiff's Motion to Compel is hereby granted; and it is further

ORDERED that J&G shall have through and including December 3, 2007 to file its response to Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist to Produce Certain Information Pursuant to this Court's Opinion of August 9, 2007.

SIGNED this _____ day of ___________, 2007.

______________________________

CHIEF JUDGE DAMICH