**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL A SUPPLEMENTAL MEMORANDA IN SUPPORT OF ITS MOTION TO COMPEL J&G AND DEFENDANT**

Pursuant to the Court's September 7, 2007 Protective Order and its related Stipulation of Protection entered into by the Parties on November 28, 2007, both of which are attached hereto, Plaintiff respectfully requests leave to file, under seal, a Supplemental Memoranda in Support of its Motion to Compel J&G and Defendant to Comply with Rule 30(b)(6) Notices and Order. The Supplemental Memoranda is based on information and documents obtained in the deposition of Jenkens & Gilchrest's counsel, Davis Polk, on November 29, 2007. The items to be sealed include the deposition transcript, an e-mail between the IRS and an attorney at Davis Polk, as well and the Supplemental Memoranda discussing them.

Respectfully submitted,

By: /s/ Joel N. Crouch
Joel N. Crouch
State Bar No. 05144220
M. Todd Welty
State Bar No. 00788642

MEADOWS, COLLIER, REED, COUSINS
& BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

On December 3, 2007, counsel for the Plaintiff corresponded with counsel for Defendant who indicated that the United States does not oppose to this Motion for Leave.

/s/ Joel N. Crouch
JOEL N. CROUCH

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I served the above and foregoing on the below-listed counsel:

David M. Steiner, Esq. *(via ECF Notification)*
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq. *(via ECF Notification)*
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

Robert J. Wagman, Jr. *(via ECF Notification)*
Baker Botts, L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400

***Attorney for Jenkens & Gilchrist***

/s/ Joel N. Crouch
JOEL N. CROUCH