**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 1:05-cv-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| | § | |
| **United States of America,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

The Court considered Plaintiff's Motion for Leave to file under seal a Supplemental Memoranda in Support of its Motion to Compel J&G and Defendant. Leave to file the Supplemental Memoranda under seal is GRANTED.

SIGNED this _____ day of _____, 2007.

_________________________________
CHIEF JUDGE EDWARD DAMICH