IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' CROSS- MOTION FOR A PROTECTIVE ORDER AND FOR AN ORDER TO QUASH PLAINTIFF'S SUBPOENA SEEKING A RULE 30(b)(6) DEPOSITION OF THE UNITED STATES AND/OR THE INTERNAL REVENUE SERVICE**

The United States of America cross-moves the Court, pursuant to Rules of the Court of Federal Claims Rules 26(c), for a protective order against Plaintiff's Rule 30(b)(6) Notice to depose the United States and/or the IRS. The United States also cross-moves for an order pursuant to Rule 45(c)(3)(A) to quash the subpoena accompanying the Rule 30(b)(6) Notice.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

RICHARD T. MORRISON
Acting Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I electronically filed the foregoing MOTION FOR A PROTECTIVE ORDER with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892