IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Carmel Partners, an Indiana general partnership; HNC Ditch Investments, LLC as Tax Matters Partner and Henry N. Camferdam, Jr. as sole owner of the Tax Matters Partner; JMA Sedgemoor Investments LLC; as partner and Jeffrey M. Adams as its sole owner; JM Walnut Investments, LLC as partner and Jay S. Michener as its sole owner; CT Oak Tree Investments, LLC as partner and Carol A. Bockelman-Trigilio as its sole owner, | § | CASE NO. 1:04-CV-1661-JDT-WTL |
| Petitioners, | § | |
| v. | § | |
| United States of America, | § | |
| Respondent. | § | |

**UNITED STATES' RESPONSE TO
SECOND SET OF PRODUCTION REQUESTS**

In accordance with Rule of Civil Procedure 34, Respondent, the United States of America, responds to Petitioners' Second Set of Production Requests as follows:

**Requests for Production of Documents**

6. Produce all documents relating to the audits conducted by the Internal Revenue Service that informed and/or resulted in the issuance by the IRS of a Notice of Final Partnership Administrative Adjustment ("FPAA") to Carmel Partners on or about July 16, 2004.

Response: See copy of IRS administrative files that are being produced, subject to claims of privilege detailed in the attached privilege log dated August 3, 2005.

GOVERNMENT
EXHIBIT
B

7. Produce all documents from which you derived any of the factual information used to answer any of Petitioners' interrogatories (in either the First Set or the Second Set of Interrogatories).

Response: See documents identified in United States' initial disclosures, copies of which are being produced. Claims of privilege are detailed in the attached privilege log dated August 3, 2005.

8. Produce all documents that Petitioners asked you to identify in your response to any of Petitioners' interrogatories (in either the First Set or the Second Set of Interrogatories).

Response: See documents identified in United States' initial disclosures, copies of which are being produced. Claims of privilege are detailed in the attached privilege log dated August 3, 2005.

9. Produce all documents that have been provided to or shown to any expert witness(es).

Response: The United States has not yet identified any expert witnesses for trial.

10. Produce all documents that have been received from any expert witness(es).

Response: The United States has not yet identified any expert witnesses for trial.

11. Produce all documents related to any communications between you and any of the following entities (including any individuals, companies, or predecessor entities affiliated with any of them), in which the Petitioners or any of them were a topic of the communication: (a) Jenkens & Gilchrist, (b) Sidley Austin Brown & Wood, (c) Ernst & Young, (d) Deutsche Bank, and (f) Scheef & Stone.

Response: See documents identified in United States' initial disclosures, copies of which are being produced. Claims of privilege are detailed in the attached privilege log.

12. Produce all documents related to applications and/or requests by any persons or entities to participate in the "global settlement" offered in Notice 2004-46.

Response: The United States objects to the is request for production upon the ground of relevancy and upon the ground that the requested information is other taxpayer information that is subject to protection from disclosure pursuant to 26 U.S.C. Section 6103.

13. Produce all documents supporting the Respondent's contention that the Petitioners have been properly assessed a 40 percent penalty.

Response: See documents identified in United States' initial disclosures, copies of which are being produced. Claims of privilege are detailed in the attached privilege log dated August 3, 2005.

Respectfully submitted,
SUSAN W. BROOKS
United States Attorney

JEFFREY L. HUNTER
Assistant U.S. Attorney

Dennis M. Donohue VAL

DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
JOHN A. LINDQUIST
DAVID M. STEINER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892
Facsimile: (202) 514-5238
E-mail: dennis.donohue@usdoj.gov
john.a.lindquist@usdoj.gov
david.m.steiner2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2005, a copy of the foregoing UNITED STATES' RESPONSES TO SECOND SET OF PRODUCTION REQUESTS was mailed by First Class U.S. mail postage paid, and properly addressed to the following:

F. Anthony Paganelli
Jackie Bennett
SOMMER BARNARD, P.C.
One Indiana Sq. Ste. 3500
Indianapolis, IN 46204
Telephone(317) 713-3573

M. Todd Welty, Esquire
David E. Colmenero, Esquire
Joel N. Crouch, Esquire
Meadows, Owens, Collier, Reed Cousins & Blau, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202

JOHN A. LINDQUIST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: JOHN.A.LINDQUIST@USDOJ.GOV