IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING THE UNITED STATES' CROSS- MOTION FOR A PROTECTIVE ORDER AND FOR AN ORDER TO QUASH PLAINTIFF'S SUBPOENA SEEKING A RULE 30(b)(6) DEPOSITION OF THE UNITED STATES AND/OR THE INTERNAL REVENUE SERVICE**

Before the Court is the motion of the United States for a protective order and an order to quash Plaintiff's subpoena seeking a Rule 30(b)(6) deposition of the United States and/or the Internal Revenue Service. The Court, having considered the motion, now finds that this motion should be, and is hereby, granted.

SO ORDERED:

______________________________
CHIEF JUDGE DAMICH

Dated _______________