IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, | § | |
| | § | CASE NO. 05-231 T |
| Plaintiff, | § | Chief Judge Edward J. Damich |
| v. | § | |
| United States of America, | § | |
| Defendants. | § | |

**NON-PARTY JENKENS & GILCHRIST'S MOTION FOR LEAVE TO FILE AN AMENDED PROPOSED ORDER TO JENKENS & GILCHRIST'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF CERTAIN INFORMATION PURSUANT TO THIS COURT'S OPINION OF AUGUST 9, 2007**

Jenkens & Gilchrist ("J&G") respectfully moves this Court for leave to file an amended proposed order to its Response to Plaintiff's Motion to Compel the Production of Certain Information Pursuant to this Court's Opinion of August 9, 2007. (Doc. No. 136). In the course of electronically filing J&G's Response, Plaintiff's proposed order was inadvertently attached to J&G's Response instead of J&G's proposed order. A draft of the amended proposed order is attached hereto. Accordingly, J&G respectfully moves the Court for an order granting leave to file an amended proposed order to accompany Doc. No. 136.

Respectfully submitted,

By: s/ Robert J. Wagman, Jr.

Robert J. Wagman, Jr.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400
robert.wagman@bakerbotts.com
202.639.7700
202.639.7890 (telecopy)

Of Counsel:
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
214.953.6500
214.953.6503 (telecopy)

Counsel for Jenkens & Gilchrist, A PROFESSIONAL CORPORATION (TEXAS)

Dated: December 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the following attorneys of record:

Dennis M. Donohue
U. S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: dennis.donohue@usdoj.gov

Joel N. Crouch
Meadows, Collier, Reed, Cousins
& Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Email: jcrouch@meadowscollier.com

s/ Robert J. Wagman, Jr.
Robert J. Wagman, Jr.