IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as | § | |
| Tax Matters Partner of JBJZ Partners, | § | |
| a South Carolina general partnership, | § | |
| | § | CASE NO. 05-231 T |
| Plaintiff, | § | Chief Judge Edward J. Damich |
| | § | |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL NON-PARTY JENKENS & GILCHRIST TO PRODUCE CERTAIN INFORMATION PURSUANT TO THIS COURT'S OPINION OF AUGUST 9, 2007**

The Court, having considered Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist to Produce Certain Information Pursuant to this Court's Opinion of August 9, 2007 finds the motion should be denied. It is therefore

ORDERED that Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist to Produce Certain Information Pursuant to this Court's Opinion of August 9, 2007 is hereby denied.

SIGNED this _____ day of ___________, 2007.

__________________________________
CHIEF JUDGE DAMICH