IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**UNOPPOSED MOTION TO AMEND UNITED STATES' CROSS-MOTION FOR A PROTECTIVE ORDER AND FOR AN ORDER TO QUASH PLAINTIFF'S SUBPOENA SEEKING A RULE 30(b)(6) DEPOSITION OF THE UNITED STATES AND/OR THE INTERNAL REVENUE SERVICE**

On December 3rd , 2007, the United States of America filed its Cross-Motion for a Protective Order and for an Order to Quash Plaintiff's Subpoena Seeking a Rule 30(b)(6) Deposition of the United States and/or the Internal Revenue Service as Docket Entry ("DE") #137. The United States subsequently discovered that spacing problems developed when we converted the Wordperfect Memorandum in Support of the Cross-Motion, Attachment #1 to DE #137, into PDF format. The United States also located some typographical and stylistic errors.

The United States respectfully requests that the Court replace Attachment #1 of DE #137 with the Amended Memorandum annexed hereto. The United States has contacted Plaintiff's counsel who has informed us that he has no objection to this motion.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

RICHARD T. MORRISON
Acting Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing MOTION TO AMEND with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892