IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**UNITED STATES' MOTION TO FILE CORRECTED AND SUPPLEMENTED OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL NON-PARTY JENKENS & GILCHRIST (D.E. 127)**

The United States moves to file a corrected and supplemented opposition to Plaintiff's motion to compel non-party Jenkens & Gilchrist. Plaintiff does not oppose the motion.

The United States asks leave to add a signed and corrected version of the Declaration of Joseph J. Durak, Jr., corrected versions of the title and first page and to make some minor stylistic changes. A copy of document is attached and styled United States Corrected Opposition to Plaintiff's Motion to Compel Non-party J&G.

Respectfully Submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892

CERTIFICATE OF CONFERENCE

I hereby certify that on December 4, 2007, I contacted Plaintiff's attorney Joel Crouch and he stated he did not oppose this motion.

/s/ Joseph A. Pitizinger, III
JOSEPH A. PITZINGER, III

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing United States' Motion to Filed Corrected and Supplemented Opposition to Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist (D.E. 127), with the Clerk of the Court using the ECF system which will send notification of the filing to the following:

Joel N. Crouch, Esq.
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
101 Main Street, Suite 3700
Dallas, Texas 75202

I hereby certify that on December 6, 2007 the foregoing document will be served by first-class mail, postage prepaid, to the following.

Robert J. Wagman, Jr.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400

/s/ Joseph A. Pitizinger, III
JOSEPH A. PITZINGER, III

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

APPENDIX TO UNITED STATES' MOTION TO FILE
CORRECTED OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL NON-PARTY JENKENS & GILCHRIST

| **Description** | **PAGES** |
|---|---|
| United States Corrected Opposition to Plaintiff's Motion to Compel Non-Party Jenken & Gilchrist | 2-19 |
| Appendix to Corrected Opposition to Plaintiff's Motion to Compel | 20-32 |