IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO FILE CORRECTED AND SUPPLEMENTED OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL NON-PARTY JENKENS & GILCHRIST (D.E. 127)**

Before the Court is the motion of the United States to file a corrected and supplemented opposition to Plaintiff's motion to compel non-party Jenkens & Gilchrist. Plaintiff does not oppose the motion. The Court, having considered the motion and the response, now finds that this motion should be, and is hereby, granted.

SO ORDERED:

________________________
CHIEF JUDGE DAMICH

Dated