# In the United States Court of Federal Claims

No. 05-231 T

(Filed: December 12, 2007)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On November 2, 2007, Plaintiff filed a motion to compel non-party Jenkens & Gilchrist ("J&G") (Docket Entry 127) and a motion to compel Defendant (Docket Entry 126). On November 7, 2007, Plaintiff filed a corrected motion to compel Defendant (Docket Entry 129). On December 3, 2007, the same day on which J&G and Defendant filed their response briefs (Docket Entries 135, 137), Plaintiff filed the motion presently before the Court: an unopposed "Motion for Leave to File Under Seal a Supplemental Memoranda in Support of Its Motion to Compel J&G and Defendant" (Docket Entry 134).

It is unclear to the Court whether Plaintiff is presently requesting to file one memorand<u>um</u> or two separate memorand<u>a</u>. And, Plaintiff did not file a single "Motion to Compel J&G and Defendant," as the title of Plaintiff's present motion suggests. Rather, Plaintiff filed two separate motions to compel - one as to non-party J&G (Docket Entry 127) and the other as to Defendant (Docket Entry 129). The single paragraph of text included in Plaintiff's present motion for leave does not clarify these ambiguities.

Because Plaintiff's present motion for leave is unclear, it is DENIED. Instead, the Court hereby ORDERS the following:

- Plaintiff shall address the arguments and exhibits Plaintiff proposed for the "supplemental memoranda" in its Reply brief due December 17, 2007, for its motion to compel J&G (Docket Entry 127) *and* in its Reply and Response to Cross Motion due December 20, 2007, for its motion to compel Defendant

(Docket Entry 129), insofar as such arguments and evidence are applicable to each motion.

- The Reply brief and the Reply and Response to Cross Motion, along with associated exhibits, shall be filed under seal, in accordance with the parties' November 28, 2007 "Stipulation of Protection," submitted as Attachment #1 to Plaintiff's present motion.

- With respect to the motion to compel Defendant, Defendant may respond to Plaintiff's supplemental arguments and evidence in its reply concerning the cross motion.

- With respect to the motion to compel J&G, if J&G wishes to file a sur-reply, J&G shall file a motion for leave to file such sur-reply on or before December 20, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge