IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**SECOND DECLARATION OF DAVID STEINER IN FURTHER SUPPORT OF UNITED STATES' MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

DAVID M. STEINER, an attorney duly admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a trial attorney at the United States Department of Justice and am one of the attorneys responsible for defending the interests of the United States in this matter. I submit this declaration in support of the United States' Motion to Compel Responses to Interrogatories.

2. Plaintiff served its response to the United States' first set of interrogatories on February 28, 2006. Plaintiff served its response to the United States' second set of interrogatories on August 14, 2006. Plaintiff served its response to the United States' third set of interrogatories on either August 14, 2007, or August 29, 2007. I am at this moment unsure which of these latter two dates is correct. The cover letter of Mr. Joel Crouch attached to the response to the third set of interrogatories is dated August 14, but the certificate of service is dated August 29. Plaintiff did not in any of these responses state that it believed that the United States had propounded interrogatories which were compound.

3. On October 30, October 31, November 1 and November 6, counsel for the United States and Plaintiff discussed Plaintiff's objection, via telephone and e-mail, without reaching a

resolution. Not until November 6 did Plaintiff explain to the United States its objections with any specificity.

4. The United States has fully responded to Plaintiff's three sets of interrogatories, almost all of which consist of contention interrogatories.

I, David M. Steiner, declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2007.

s/ David M. Steiner
DAVID M. STEINER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2007, I electronically filed the foregoing Declaration with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892