**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**JOINT MOTION TO EXTEND DEADLINE**

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to extend the deadline for Plaintiff's Reply and Response to Defendant's Cross Motion.

1. On November 2, 2007, Plaintiff filed a Motion to Compel Defendant to Produce Certain Information Pursuant to this Court's Opinion of August 9, 2007 ("Motion to Compel"). The dispute involves the discovery of information regarding how the IRS calculated the $76 million civil penalty against Jenkens & Gilchrist in connection with the firm's role in COBRA and other transactions.

2. Defendant timely filed its Response to Plaintiff's Motion to Compel on December 3, 2007, and further moved this Court for a protective order against Plaintiff's Rule 30(b)(6) Notice to depose the United States and an order to quash the subpoena accompanying the deposition notice ("Cross Motion").

3. The deadline for Plaintiff's Reply and Response to Defendant's Cross Motion is December 20, 2007 (the "Deadline").

4. The Parties agree that an extension of the Deadline is necessary and desirable, and therefore request that the Court grant a short extension of the Deadline to January 10, 2008.

5. The Parties' request for additional time is for cause and not for purposes of delay.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642
Tara C. Campbell
Texas State Bar No. 24043452

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
jcrouch@meadowscollier.com
twelty@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue by s/Joel N. Crouch
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: December 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, a copy of the foregoing Joint Motion to Revise Discovery Schedule was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington, DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch