# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

## ORDER

On this the ___th day of _______________, 2007, the Court considered the Joint Motion to Extend Deadline filed on December 19, 2007. The Court FINDS that this Motion should be GRANTED.

Therefore, it is hereby ORDERED that the Plaintiff's Response to Defendant's Cross Motion is due January 10, 2008.

________________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS