IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership, | § | |
| Plaintiff, | § | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |
| v. | § | |
| United States of America, | § | |
| Defendants. | § | |

**NON-PARTY JENKENS & GILCHRIST'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL J&G TO PRODUCE CERTAIN INFORMATION**

Jenkens & Gilchrist, a Professional Corporation, ("J&G") moves the Court for leave to file a sur-reply to Plaintiff's Consolidated Reply ("Reply") in support of its motion to compel J&G and the United States to produce certain information.

On November 2, 2007, Plaintiff filed a motion to compel J&G to produce certain information in the possession, custody, and control of J&G's outside counsel and the IRS. (Docket Entry 127). On December 3, 2007, Plaintiff filed a motion for leave to supplement its motion to compel with additional evidence. (Docket Entry 134). The Court denied the motion to supplement and instructed Plaintiff to file the supplemental material along with its reply brief. (Docket Entry 141). At the same time, the Court gave J&G permission to file a motion for leave to file a sur-reply. *Id.* at 2.

On December 17, Plaintiff filed its reply brief. The supplemental material filed along with the reply brief includes the deposition testimony of Mario Verdolini, one of J&G's outside lawyers at Davis Polk & Wardwell. Plaintiff's Reply, which takes several potshots at J&G, accuses J&G of making various misrepresentations to this Court. The Reply relies heavily on

gross distortions of Mr. Verdolini's testimony and the facts. J&G needs to file a response to Plaintiff's attack to make sure the Court has accurate information in hand before deciding Plaintiff's motion.

J&G believes it will need until January 10, 2008 to file the sur-reply because of scheduling issues that have arisen because of the holidays. This deadline should not prejudice Plaintiff because Plaintiff requested and received an extension until January 10, 2008 to file a reply in support of its motion to compel the United States to produce the same information it seeks from J&G. *See* Docket Entry 144.

Accordingly, J&G asks the Court for leave to file a sur-reply on or before January 10, 2008 in response to Plaintiff's Reply and for such other relief to which it is entitled.

Respectfully submitted,

By: s/ Robert J. Wagman, Jr.

Robert J. Wagman, Jr.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400
robert.wagman@bakerbotts.com
202.639.7700
202.639.7890 (telecopy)

Counsel for Jenkens & Gilchrist, A PROFESSIONAL CORPORATION (TEXAS)

Of Counsel:
Mary L. Scott
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
214.953.6500
214.953.6503 (telecopy)

Dated: December 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the following attorneys of record:

Dennis M. Donohue
U. S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044-0026
Email: dennis.donohue@usdoj.gov

Joel N. Crouch
Meadows, Collier, Reed, Cousins
& Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Email: jcrouch@meadowscollier.com

s/ Robert J. Wagman, Jr.
Robert J. Wagman, Jr.