IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership, | § § § | |
| Plaintiff, | § § | CASE NO. 05-231 T<br>Chief Judge Edward J. Damich |
| v. | § § § | |
| United States of America, | § § | |
| Defendant. | § | |

**ORDER GRANTING JENKENS & GILCHRIST'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S CONSOLIDATED REPLY IN SUPPORT OF ITS MOTION TO COMPEL J&G TO PRODUCE CERTAIN INFORMATION**

The Court, having considered Jenkens & Gilchrist's motion to file a sur-reply in response to Plaintiff's Consolidated Reply in Support of its Motion to Compel J&G to Produce Certain Information, finds the motion should be granted. It is therefore

ORDERED that Jenkens & Gilchrist's motion for leave to file a sur-reply to Plaintiff's Consolidated Reply in Support of its Motion to Compel J&G to Produce Certain Information is hereby granted. Jenkens & Gilchrist shall file its sur-reply on or before January 10, 2008.

SIGNED this _____ day of ___________, 2007.

_______________________________
CHIEF JUDGE DAMICH