IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

# NOTICE OF RELEVANT JUDICIAL DECISION

**PLEASE TAKE NOTICE THAT** on December 21, 2007, the United States District Court for the Southern District of Indiana decided a Motion of the United States to Compel Responses to Interrogatories in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.), which is virtually identical to the motion of the United States in this matter, DE #130, presently pending before this Court. The District Court granted the United States' motion to compel responses, but denied an award of sanctions pursuant to Federal Rule of Civil Procedure 37(a)(4)(A). The Order is annexed hereto.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892