# In the United States Court of Federal Claims

No. 05-231 T

(Filed: January 24, 2008)

| | |
|---|---|
| *********************************** | |
| **JZ BUCKINGHAM INVESTMENTS LLC,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On December 6, 2007, Defendant filed a Motion for Leave to File a Corrected and Supplemented Opposition to Plaintiff's Motion to Compel Non-Party Jenkens & Gilchrist. In its motion, Defendant explains that it is seeking leave to file the corrected brief in order to "add a signed and corrected version of the Declaration of Joseph J. Durak, Jr., corrected versions of the title and first page and to make some minor stylistic changes." Def.'s Mot. at 1.

Defendant's motion to file an amended brief is the *sixth* motion to amend or correct a filing in this case since August 30, 2007. In many instances, these motions have been made to correct simple typographical or clerical mistakes. Such mistakes should not evade proper proofreading.

The Court hereby GRANTS Defendant's request to file the corrected version of Mr. Durak's declaration. Ensuring that a declaration offered to prove facts to the Court is signed and accurate is a worthy, substantive reason to file an amended document, though it still does not excuse poor proofreading. However, the Court DENIES Defendant's request to file a corrected brief merely to correct typographical and stylistic changes.

In the future, the Court expects the parties to submit properly proofread versions of their filings in the first instance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge