IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

UNITED STATES' MOTION TO PARTIALLY EXCLUDE
THE EXPERT REPORT AND TESTIMONY OF DON M. CHANCE

The United States moves the Court to prohibit the following from being admitted into evidence:

1. That part of the report of Don M. Chance ("Chance") dated May 8, 2007, in which Chance gives his opinion on whether the probabilities of profit on the foreign exchange digital option spreads involved in this case are "reasonable:" and

2. Any testimony from Chance that gives his opinion on whether the probabilities of profit on the foreign exchange digital option spreads involved in this case are "reasonable."

Chance's analysis in reaching his opinion that the probabilities of profit on the foreign exchange digital option strategies in this case are "*reasonable*" is not based on reliable principal and method and is meaningless in helping the trier of fact determine whether the probability of making a profit was "*reasonable.*" Chance's opinion provides no assistance in evaluating economic prospective of the

strategy. His judgment about reasonableness is completely void of economic content. His report on *reasonableness* should be struck and any testimony excluded.

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

CERTIFICATE OF CONFERENCE

On March 7, 2008, I spoke to Todd Welty, an attorney for Petitioner and asked if Petitioner opposed the motion to partially exclude the testimony of Don M. Chance, in his opinion on whether or not the COBRA Transactions had a reasonable probability of profit. Mr. Welty stated the Petitioner opposed the motion.

/s/ JOSEPH A. PITZINGER, III
JOSEPH. A. PITZINGER
Trial Attorney, Tax Division
U.S. Department of Justice
717 North Harwood, Suite 400
Dallas, Texas 75214
Telephone: (214) 880-9728
Facsimile: (214) 880-9741
E-mail: Joseph.A.Pitzinger@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing United States' Motion to Partially Exclude the Expert Report and Testimony of Don Chance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Dennis M. Donohue
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov