IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DON M. CHANCE**

The Court, having considered the United States' Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance, and any response thereto, finds that the motion should be GRANTED.

Thus, it is ORDERED that the following items may not be admitted as evidence in this case's trial that part of the Report of Don M. Chance dated May 8, 2007; and any testimony from Don M. Chance, that gives his opinion that the COBRA Transactions had a reasonable probability of profit.

SIGNED this ____________ day of ____________________, 2008.

______________________________
EDWARD J. DAMICH
Chief Judge