IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER**

The United States moves this Court to enter an order precluding Plaintiff from introducing at trial the expert report and the testimony of Melvin F. Jager, a lawyer who offers nothing more than legal analysis and legal opinion. It is well-established that expert witnesses may not opine on the law. The Court should not allow Plaintiff to usurp the Court's role and should preclude Plaintiff from introducing at trial the expert report and the testimony of Jager.

Respectfully submitted,

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

## CERTIFICATE OF CONFERENCE

On March 6, 2008, Joseph Pitzinger, one of the attorneys assigned to defend the interests of the United States in this matter, informed me that on that day he spoke to Todd Welty, an attorney for Plaintiff and asked if Plaintiff opposed the motion to exclude the expert report and testimony of Melvin F. Jager. Mr. Pitzinger informed me that Mr. Welty stated the Plaintiff opposed the motion.

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7th, 2008, I electronically filed the foregoing **UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892