IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER**

The Court, having considered the United States' Motion to Exclude the Expert Report and Testimony of Melvin F. Jager, and any response thereto, finds that the motion should be GRANTED. Thus, it is ORDERED that the Report of Melvin F. Jager, and any testimony therefrom may not be admitted as evidence in this case's trial.

SO ORDERED:

____________________________
CHIEF JUDGE DAMICH

Dated ______________