IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**DECLARATION OF DAVID STEINER IN SUPPORT OF UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER**

DAVID M. STEINER, an attorney duly admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a trial attorney at the United States Department of Justice and am one of the attorneys responsible for defending the interests of the United States in this matter. I submit this declaration in support of the United States' Motion to Exclude the Expert Report and Testimony of Melvin F. Jager.

2. Pursuant to the Court's order of May 17, 2007, the parties exchanged expert reports on June 1, 2007. Plaintiff did not, at that time, serve the United States with any report by Melvin F. Jager.

3. On June 1, 2007, the United States served Plaintiff with three expert witness reports prepared, respectively, by David DeRosa, Ph.D., Lawrence Kolbe, Ph.D., and David LaRue, Ph.D. None of these reports dealt with the question of whether the COBRA tax shelter constituted any kind of intellectual property.

4. Pursuant to the Court's order of May 17, 2007, the parties exchanged rebuttal expert witness reports on July 2, 2007. Also on that date, Plaintiff served the United States with

the "Expert Report of Melvin F. Jager", a true copy of which is annexed hereto as Exhibit 1.

5. On August 2, 2007, the United States deposed Melvin F. Jager, a true copy of the deposition transcript is annexed hereto as Exhibit 2.

6. On June 21, 2007, the United States took the deposition of Gary Woods, a party in the case of *Gary Woods, et al. v. United States*, 1:06 cv 8000 (S.D.Ind.), one of the cases which the Judicial Panel on Multi-District Litigation has transferred to the United Stated District Court for the Southern District of Indiana *sub nom In re COBRA Tax Shelters Litigation*, 1:05-ml-9727 (S.D.Ind.). A true copy of pages 51 through 53 are annexed hereto as Exhibit 3.

7. Ernst & Young used a powerpoint presentation to market COBRA which outlines the steps in the COBRA strategy. Annexed hereto as Exhibit 4 is the powerpoint presentation presented to Gary Woods (referred to in his deposition as exhibit 329).

I, David M. Steiner, declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2008.

s/ David M. Steiner

DAVID M. STEINER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7th, 2008, I electronically filed the foregoing Declaration with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892