IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE
COBRA TAX SHELTERS LITIGATION

| | |
|---|---|
| GARY WOODS, ET AL. | |
| VS. | NO. 1:06ml8000 |
| UNITED STATES | |
| CARMEL PARTNERS, ET AL. | |
| VS. | NO. 1:06ml8002 JDT WTL |
| UNITED STATES | |
| JZ BUCKINGHAM INVESTMENTS, LLC, ET AL. | |
| VS. | NO. 05-231 |
| UNITED STATES | |

CASE NUMBER 05-ml-9727-JDT-WTL

***********************************************

ORAL AND VIDEOTAPED DEPOSITION OF
GARY WOODS
JUNE 21, 2007
ORIGINAL

***********************************************

ORAL AND VIDEOTAPED DEPOSITION OF GARY WOODS, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 21st day of June, 2007, from 9:06 a.m. to 3:32 p.m., before STEVEN STOGEL, CSR in and for the State of Texas, reported by machine shorthand, at the McCombs Plaza, 755 East Mulberry Avenue, Suite 600, San Antonio, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

PENGAD-Bayonne, N. J.
GOVERNMENT
EXHIBIT
3



5929ffda-3d7a-43bf-bae1-607d607f5af3

Page 50

signature?
A. Yes.
Q. And do you recall receiving that letter?
A. Yes.
Q. And do you recall signing that letter?
A. I do.
Q. Okay. In the timeline of our previous -- my previous questions, would this be before or after any meeting you had with Ernst & Young?
A. I don't recall.
Q. Okay. The -- do you recall whether or not, at the time you signed this letter, you had any prior knowledge of the COBRA strategy?
A. Yes.
Q. Okay. And where had you gotten that prior knowledge?
A. You know, again, the -- from Ernst & Young and from Mr. Behnke and Mr. Cummings.
Q. Okay. And you believe -- do you know where Mr. Behnke or Mr. Cummings had gotten their knowledge?
A. From Ernst & Young.
Q. Okay. Had you seen any -- when the time you had signed this -- had you seen any opinion letters?

Page 51

A. No.
Q. Technical memorandums?
A. No.
Q. Okay. PowerPoint slides or legal documents?
A. No.
Q. Okay. Did you -- let's see. Let's turn to the next exhibit. And can you identify that exhibit? And if you would like, is that your signature on Page 3?
A. Yes.
Q. Okay. The -- do you recall if you signed this before you saw -- you met with Ernst & Young -- excuse me -- before you met with Ernst & Young?
A. I really don't recall.
Q. Okay. Do you recall who gave you these documents, either Exhibit 325 or 326, to sign?
A. No, I don't.
Q. Okay. Do you recall whether or not Mr. McCombs was asked to sign similar documents to Exhibit 325 and 326?
A. I believe he was, yes.
Q. Okay. And do you recall whether you signed them on his behalf, or did you have him sign personally?

Page 52

A. I don't remember.
Q. You don't remember? Okay. The -- could you look at Exhibit 329, please?
A. (Witness complies)
Q. Can you identify this exhibit or this document?
A. It's a copy of a PowerPoint presentation prepared by Ernst & Young on COBRA strategy.
Q. It was -- is it a copy of the PowerPoint that you received?
MR. CROUCH: Objection; assumes facts.
Q. (By Mr. Pitzinger) Did you not receive and keep a PowerPoint presentation at a -- at a presentation by Ernst & Young?
A. I either received this from them or from Mr. Behnke or Mr. Cummings. I don't remember.
Q. Okay.
A. But I have seen this.
Q. Okay. And it was one you -- did you see this prior to entering into the COBRA transaction?
A. Yes.
Q. Okay. And if you'd turn to Exhibit 331 --
MR. CROUCH: Is there an Exhibit 331 there?
THE WITNESS: I don't have it.

Page 53

MR. CROUCH: Well, let me see.
MR. PITZINGER: It was a loose document, because it wasn't -- this is the one I think I took home with me.
MR. CROUCH: I'm trying to find it here.
MR. PITZINGER: Let me -- I'll lend him mine until he --
MR. CROUCH: We have one.
MR. PITZINGER: Okay.
MR. CROUCH: I'm sorry. We've got it. I gave him the wrong book to look at.
A. I have it.
Q. (By Mr. Pitzinger) Okay. Have you seen this one before -- this document before?
A. I have, yes.
Q. Okay. And if you'd turn to, I think, the second page, I believe there is a signature there at the bottom left-hand column for "approved" or "agreed to by," and I think it says -- can you read that signature?
A. It's the signature of Steve Cummings.
Q. Okay. And this letter -- and if you turn to Exhibit 332, I believe there's a similar letter addressed to you. These letters appear to be





5929ffda-3d7a-43bf-bae1-607d607f5af3