**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T**<br>**Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S MOTION TO EXCLUDE GOVERNMENT EXPERT DAVID LARUE**

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") respectfully requests the Court to strike David W. LaRue's expert report on the grounds that: (1) LaRue's testimony is not helpful and only invades the province of the Court; (2) LaRue's opinion about whether certain items were adequately disclosed is irrelevant; (3) LaRue's opinions are not based on a reliable standard; and (4) there is an insufficient nexus between LaRue's qualifications and his opinions. LaRue's report and testimony fail to meet the threshold for admissibility of expert testimony described in Rule 702 of the Federal Rules of Evidence.

Respectfully submitted,

By: s/M. Todd Welty
M. Todd Welty
Texas State Bar No. 00788642
Joel N. Crouch
Texas State Bar No.05144220

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

**CERTIFICATE OF CONFERENCE**

On the 6th day of March, 2008, counsel for Plaintiff contacted counsel for the United States, Joseph Pitzinger, regarding the relief sought in this Motion. Counsel for the United States stated that they opposed the granting of this Motion.

s/M. Todd Welty
M. Todd Welty

## CERTIFICATE OF CONFERENCE

On this the 7th day of March, 2008, counsel for Plaintiff contacted counsel for the United States, Dennis M. Donohue, regarding the relief sought in this Motion. Counsel for the United States stated that they opposed the granting of this Motion.

s/M. Todd Welty
M. Todd Welty

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing Motion to Exclude Government Expert David LaRue was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/M. Todd Welty
M. Todd Welty

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** <br> **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER**

On this the ___th day of ______________, 2008, the Court considered the Motion to Exclude Government Expert David LaRue filed on March 7, 2008. The Court finds that: (1) LaRue's testimony is not helpful and only invades the province of the Court; (2) LaRue's opinion about whether certain items were adequately disclosed is irrelevant; (3) LaRue's opinions are not based on a reliable standard; and (4) there is an insufficient nexus between LaRue's qualifications and his opinions. LaRue's report and testimony fail to meet the threshold for admissibility of expert testimony described in Rule 702 of the Federal Rules of Evidence.

Therefore, it is hereby ORDERED that the Plaintiff's Motion to Exclude Government Expert David LaRue should be GRANTED.

______________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS