# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **Case No. 05-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S APPENDIX TO MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE GOVERNMENT EXPERT DAVID LARUE

# TABLE OF CONTENTS

**EXHIBIT 1:** Deposition of David W. LaRue, Ph.D. (Volume I) ........ App. 1

**EXHIBIT 2:** Deposition of David W. LaRue, Ph.D. (Volume II) ........ App. 55

**EXHIBIT 3:** Expert Report of David W. LaRue, Ph.D. ........ App. 84

**EXHIBIT 4:** Deutsche Bank E-Mail ........ App. 226

**EXHIBIT 5:** 26 U.S.C.A. § 6662 ........ App. 229

**EXHIBIT 6:** FED. R. EVID. 403 ........ App. 235

**EXHIBIT 7:** FED. R. EVID. 702 ........ App. 236

**EXHIBIT 8:** FED. R. EVID. 704 ........ App. 237

**EXHIBIT 9:** IRM 4.31.2.2.6.1 (9-22-2006) ........ App. 238