Westlaw.

Federal Rules of Evidence Rule 403, 28 U.S.C.A.

C

United States Code Annotated Currentness

Rules of Evidence for United States Courts and Magistrates (Refs & Annos)

Article IV. Relevancy and Its Limits

→ **Rule 403. Exclusion of Relevant Evidence on Grounds of Prejudice, Confusion, or Waste of Time**

Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

CREDIT(S)

(Pub.L. 93-595, § 1, Jan. 2, 1975, 88 Stat. 1932.)

Amendments received to 12-01-07

Copr. (C) 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works



EXHIBIT

tabbies

6