Westlaw.

Federal Rules of Evidence Rule 704, 28 U.S.C.A.

C

United States Code Annotated Currentness

Rules of Evidence for United States Courts and Magistrates (Refs & Annos)

Article VII. Opinions and Expert Testimony

→ **Rule 704. Opinion on Ultimate Issue**

**(a)** Except as provided in subdivision (b), testimony in the form of an opinion or inference otherwise admissible is not objectionable because it embraces an ultimate issue to be decided by the trier of fact.

**(b)** No expert witness testifying with respect to the mental state or condition of a defendant in a criminal case may state an opinion or inference as to whether the defendant did or did not have the mental state or condition constituting an element of the crime charged or of a defense thereto. Such ultimate issues are matters for the trier of fact alone.

CREDIT(S)

(Pub.L. 93-595, § 1, Jan. 2, 1975, 88 Stat. 1937; Pub.L. 98-473, Title IV, § 406, Oct. 12, 1984, 98 Stat. 2067.)

Amendments received to 12-01-07

Copr. (C) 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.



EXHIBIT

tabbies

8