**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** <br> **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**ORDER**

On this the ___th day of ______________, 2008, the Court considered the Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 filed on March 7, 2008. It is hereby ORDERED that the Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 should be GRANTED.

________________________________________
THE HONORABLE JUDGE EDWARD J. DAMICH
CHIEF JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS