**IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § § | **Case No. 05-231 T** **Chief Judge Edward Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**APPENDIX A TO MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE VALIDITY OF TREASURY REGULATION § 1.752-6**

| Exhibit | Description | Pages |
|---|---|---|
| A.1. | Certified Delaware Filings for JZ Buckingham Investments, LLC | 1-2 |
| A.2. | Certified Delaware Filings for JGB Bohicket Investments, LLC | 3-4 |
| A.3. | Partnership Agreement for JBJZ Partners | 5-16 |
| A.4. | Digital Option Agreement for JGB Bohicket Investments, LLC | 17-19 |
| A.5. | Digital Option Agreement for JZ Buckingham Investments, LLC | 20-22 |
| A.6. | Digital Option Agreement for JZ Buckingham Investments, LLC | 23-25 |
| A.7. | Assignment Agreement for JZ Buckingham Investments, LLC | 26-28 |
| A.8. | Assignment Agreement for JZ Buckingham Investments, LLC | 29-31 |
| A.9. | Assignment Agreement for JGB Bohicket Investments, LLC | 32-34 |
| A.10. | IRS FPAA to JBJZ Partners | 35-46 |