# ASSIGNMENT AGREEMENT

**THIS AGREEMENT** is made the 24th day of November, 1999

**BETWEEN:**

(1) **JZ BUCKINGHAM INVESTMENTS LLC** whose office is at 16 Buckingham Drive, Charleston, South Carolina 29407 (the "**Original Party**").

(2) **DEUTSCHE BANK AG** acting through its ChicagoBranch with an office at 222 West Adams Street, Suite 1900, Chicago, Illinois 60606 (the "**Counterparty**").

(3) **JBJZ PARTNERS** whose office is at 16 Buckingham Drive, Charleston, South Carolina 29407 (the "**New Party**").

**WHEREAS:**

(A) By the transaction(s) made by telephone and evidenced by exchanges of letter, Telex or SWIFT confirmations, brief details of which are set out in the Schedule to this Agreement (the "**Original Transactions**") the Counterparty and the Original Party assumed the rights and potential future contractual duties set out therein.

(B) It is the desire of the parties, that subject to the terms of this Agreement the New Party shall be assigned the financial position of the Original Party and shall assume the rights and potential future contractual duties equivalent to those of the Original Party under the Original Transactions (such resulting transactions shall be the "New Transactions").

IN CONSIDERATION OF THE COVENANTS, ASSUMPTIONS AND ACKNOWLEDGEMENTS RECORDED HEREIN THE PARTIES HEREBY AGREE THAT:

**IT IS HEREBY AGREED** as follows:

1. The parties hereto agree that with effect on and from November 24, 1999 (the "Effective Date"):

1.1 The Original Party hereby assigns, transfers and conveys to the New Party the financial positions described as the Original Transactions set out in the Schedule to this Agreement.

1.2 The New Party undertakes to the Counterparty to perform the potential future contractual duties and be bound by the terms of the New Transaction(s) in favor of the Counterparty in every way as if the New Party were and had been a party to the Original Transaction(s) as the Original Party on identical terms to the terms of the Original Transactions.

1.3 As of the Effective Date the Counterparty undertakes to the New Party to perform the potential future contractual duties and be bound by the terms of the New Transaction(s) in favor of the New Party in every way as if the New Party were and had been a party to the Original Transaction(s) as the Original Party on identical terms to the terms of the Original Transaction(s).

2. Each party will bear its own costs and expenses (including without limitation, all legal costs and expenses) incurred by it in connection with the negotiation, preparation and execution of this Agreement.

CHICAGO 14902 v 1, 44149 00001

EXHIBIT
tabbies
A.7.

3. This Agreement may be executed in counterparts, each of which will be deemed an original.

4. This Agreement shall be governed by and construed in accordance with the laws of the State of New York.

IN WITNESS whereof the parties hereto have caused this Agreement to be duly executed the day and year first written.

**SIGNED** for and on behalf of
**JZ BUCKINGHAM INVESTMENTS LLC**

Jerry Zucker, Member

**SIGNED** for and on behalf of
**DEUTSCHE BANK AG acting through its Chicago Branch**

**SIGNED** for and on behalf of
**JBJZ PARTNERS**

Jerry Zucker, General Partner

CHICAGO 16902 v 1. 46149.00001

# SCHEDULE

## DESCRIPTION OF ORIGINAL TRANSACTIONS

Original FX Digital Option Transactions:

| Transaction | Trade Date | Termination Date | Premium Amount | Reference Number |
|---|---|---|---|---|
| 1. | 23 Nov 99 | 22 Dec 99 | $20,000,000 | ox27919A |
| 2. | 23 Nov 99 | 22 Dec 99 | $19,000,000 | cx27919A |

CHICAGO 10902 v 1, 45149 00001