Checkpoint Contents
Federal Library
Federal Source Materials
Code, Regulations, Committee Reports & Tax Treaties
Internal Revenue Code
Current Code
Subtitle A Income Taxes §§1-1564
Chapter 1 NORMAL TAXES AND SURTAXES §§1-1400T
Subchapter K Partners and Partnerships §§701-777
Part II CONTRIBUTIONS, DISTRIBUTIONS, AND TRANSFERS §§721-755
Subpart D Provisions Common to Other Subparts §§751-755
§752 Treatment of certain liabilities.

**Internal Revenue Code**

EXHIBIT
tabbies
B.11.

# § 752 Treatment of certain liabilities.

**(a) Increase in partner's liabilities.**
Any increase in a partner's share of the liabilities of a partnership, or any increase in a partner's individual liabilities by reason of the assumption by such partner of partnership liabilities, shall be considered as a contribution of money by such partner to the partnership.

**(b) Decrease in partner's liabilities.**
Any decrease in a partner's share of the liabilities of a partnership, or any decrease in a partner's individual liabilities by reason of the assumption by the partnership of such individual liabilities, shall be considered as a distribution of money to the partner by the partnership.

**(c) Liability to which property is subject.**
For purposes of this section, a liability to which property is subject shall, to the extent of the fair market value of such property, be considered as a liability of the owner of the property.

**(d) Sale or exchange of an interest.**
In the case of a sale or exchange of an interest in a partnership, liabilities shall be treated in the same manner as liabilities in connection with the sale or exchange of property not associated with partnerships.

END OF DOCUMENT -
© 2008 Thomson/RIA. All rights reserved.