# H.R.2488

**Taxpayer Refund and Relief Act of 1999 (Enrolled as Agreed to or Passed by Both House and Senate)**

## SEC. 1512. MODIFICATION OF ANTI-ABUSE RULES RELATED TO ASSUMPTION OF LIABILITY.

(a) IN GENERAL- Section 357(b) (1) (relating to tax avoidance purpose) is amended--

(1) by striking `the principal purpose' and inserting `a principal purpose', and

(2) by striking `on the exchange' in subparagraph (A).

(b) EFFECTIVE DATE- The amendments made by this section shall apply to assumptions of liability after July 14, 1999.

EXHIBIT
tabbies
B.22.