EXHIBIT
B.23.

# S.1792

**Tax Relief Extension Act of 1999 (Engrossed as Agreed to or Passed by Senate)**

## SEC. 213. PREVENTION OF DUPLICATION OF LOSS THROUGH ASSUMPTION OF LIABILITIES GIVING RISE TO A DEDUCTION.

(a) IN GENERAL- Section 358 (relating to basis to distributees) is amended by adding at the end the following new subsection:

\`(h) SPECIAL RULES FOR ASSUMPTION OF LIABILITIES TO WHICH SUBSECTION (d) DOES NOT APPLY-

\`(1) IN GENERAL- If, after application of the other provisions of this section to an exchange or series of exchanges, the basis of property to which subsection (a)(1) applies exceeds the fair market value of such property, then such basis shall be reduced (but not below such fair market value) by the amount (determined as of the date of the exchange) of any liability--

\`(A) which is assumed in exchange for such property, and

\`(B) with respect to which subsection (d)(1) does not apply to the assumption.

\`(2) EXCEPTION- Paragraph (1) shall not apply to any liability if the trade or business giving rise to the liability is transferred to the person assuming the liability as part of the exchange.

\`(3) LIABILITY- For purposes of this subsection, the term \`liability' shall include any obligation to make payment, without regard to whether the obligation is fixed or contingent or otherwise taken into account for purposes of this title.

\`(4) REGULATIONS- The Secretary shall prescribe such regulations as may be necessary to carry out the provisions of this subsection.'.

(b) APPLICATION OF COMPARABLE RULES TO PARTNERSHIPS- The Secretary of the Treasury or his delegate shall prescribe rules which provide appropriate adjustments under subchapter K of chapter 1 of the Internal Revenue Code of 1986 to prevent the acceleration or duplication of losses through the assumption of (or transfer of assets subject to) liabilities described in section 358(h)(3) of such Code (as added by subsection (a)) in transactions involving partnerships.

(c) EFFECTIVE DATES-

(1) IN GENERAL- The amendments made by this section shall apply to assumptions of liability after October 18, 1999.

(2) RULES- The rules prescribed under subsection (b) shall apply to assumptions of liability after October 18, 1999, or such later date as may be prescribed in such rules.