**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § § | **Case No. 05-231 T** **Chief Judge Edward Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, Plaintiff JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ, a South Carolina general partnership, respectfully submits the following Proposed Findings of Uncontroverted Fact in Support of its Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6.

1. JZ Buckingham Investments, LLC ("JZ") was formed as a limited liability company under Delaware law on November 16, 1999. Pl. Ex. 1, App. A at pp. 1-2.

2. JZ did not dissolve under Delaware law during calendar year 1999. *Id.*

3. JGB Bohicket Investments, LLC ("JGB") was formed as a limited liability company under Delaware law on November 16, 1999. Pl. Ex. 2, App. A at pp. 2-3.

4. JGB did not dissolve under Delaware law during calendar year 1999. *Id.*

5. JZ and JGB formed JBJZ Partners, a South Carolina general partnership (the "Partnership") on November 16, 1999. Pl. Ex. 3, App. A at pp. 5-16.

6. JZ and JGB each acquired an ownership interest in the Partnership upon its formation, and served as a general partner of the Partnership during the Partnership's tax year ending December 27, 1999. *Id.*

7. No election under Treas. Reg. § 301.7701-3(c) was filed with the Internal Revenue Service by or on behalf of the Partnership to be classified as a corporation for federal income tax purposes.

8. On November 23, 1999, JZ and JGB entered into over-the-counter, non-publicly traded European-style foreign currency option positions with Deutsche Bank AG New York Branch. (collectively, the "Options").

a. JGB purchased – for a premium $5,000,000.00 – a digital option on the Euro/U.S. Dollar exchange rate with a strike price at less than or equal to U.S. $1.0123 per Euro 1.00, a termination date of December 22, 1999, and a final exchange amount of $10,000,000.00. Pl. Ex. 4, App. A at pp. 17-19.

b. JZ purchased – for a premium of $20,000,000.00 – a digital option on the Euro/U.S. Dollar exchange rate with strike price at less than or equal to U.S. $1.0123 per Euro 1.00, a termination date of December 22, 1999, and a final exchange amount of $40,000,000.00. Pl. Ex. 5, App. A at pp. 20-22.

c. JZ purchased – for a premium of $25,000,000.00 – a digital option on the Japanese Yen/U.S. Dollar exchange rate with a strike price at greater than or equal to Japanese Yen 106.19 per U.S. $1.00, a termination date of December 22, 1999, and a final exchange amount of $50,000,000.00. Pl. Ex. 6, App. A at pp. 23-25.

d. JGB sold – for a premium of $4,750,000.00 – a digital option on the Euro/U.S Dollar exchange rate with a strike price at less than or equal to U.S. $1.0121 per

Euro 1.00, a termination date of December 22, 1999, and a final exchange amount of $9,375,000.00. Pl. Ex. 4, App. A at pp. 17-19.

e. JZ sold – for a premium of $19,000,000.00 – a digital option on the Euro/U.S Dollar exchange rate with a strike price at less than or equal to U.S. $1.0121 per Euro 1.00, a termination date of December 22, 1999, and a final exchange amount of $37,500,000.00. Pl. Ex. 5, App. A at pp. 20-22.

f. JZ sold – for a premium of $23,750,000.00 – a digital option on the Japanese Yen/U.S. Dollar exchange rate with a strike price at greater than or equal to Japanese Yen 106.21 per U.S. $1.00, a termination date of December 22, 1999, and a final exchange amount of $46,875,000.00. Pl. Ex. 6, App. A at pp. 23-25.

9. Under the terms of their respective sold (short) options, JZ and JGB incurred the following obligations:

a. JGB had an obligation to pay $9,375,000.00 if the Euro/U.S Dollar exchange rate on the expiration date (or such later date as provided by the option agreement) was less than or equal to U.S. $1.0121 per Euro 1.00. Pl. Ex. 4, App. A at pp. 17-19.

b. JZ had an obligation to pay $37,500,000.00 if the Euro/U.S Dollar exchange rate on the expiration date (or such later date as provided by the option agreement) was less than or equal to U.S. $1.0121 per Euro 1.00. Pl. Ex. 5, App. A at pp. 20-22.

c. JZ had an obligation to pay $46,875,000.00 if the Japanese Yen/U.S. Dollar exchange rate on the expiration date (or such later date as provided by the option

agreement) was greater than or equal to Japanese Yen 106.21 per U.S. $1.00. Pl. Ex. 6, App. A at pp. 23-25.

10. On November 24, 1999, JZ and JGB contributed the Options to the Partnership. Pl. Ex. 7, App. A at pp. 26-28; Pl. Ex. 8, App. A at pp. 29-31; and Pl. Ex. 9, App. A at pp. 32-34.

a. JGB did not reduce the adjusted basis in its Partnership interest for the contribution of the sold (short) option described in paragraph 9.d above.

b. JZ did not reduce the adjusted basis in its Partnership interest for the contribution of the sold (short) option described in paragraph 9.e above.

c. JZ did not reduce the adjusted basis in its Partnership interest for the contribution of the sold (short) option described in paragraph 9.f above.

11. On December 9, 2004, the IRS issued a notice of final partnership administrative adjustment to the Partnership. Pl. Ex. 10, App. A at pp 35-46.

12. The FPAA makes the following allegation concerning the Regulation:

> It is determined that the obligations under the short positions (written call options) transferred to JBJZ Partners partnership constitute liabilities for purposes of Treasury Regulation § 1.752-6T, the assumption of which by JBJZ Partners partnership shall reduce the purported partners' bases in JBJZ Partners partnership….

*Id.*

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, a copy of the foregoing Plaintiff's Proposed Findings of Uncontrovered Facts was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch