**IN THE UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **Case No. 05-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**APPENDIX TO PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS**

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Certified Delaware Filings for JZ Buckingham Investments, LLC | 1-2 |
| 2 | Certified Delaware Filings for JGB Bohicket Investments, LLC | 3-4 |
| 3 | Partnership Agreement for JBJZ Partners | 5-16 |
| 4 | Digital Option Agreement for JGB Bohicket Investments, LLC | 17-19 |
| 5 | Digital Option Agreement for JZ Buckingham Investments, LLC | 20-22 |
| 6 | Digital Option Agreement for JZ Buckingham Investments, LLC | 23-25 |
| 7 | Assignment Agreement for JZ Buckingham Investments, LLC | 26-28 |
| 8 | Assignment Agreement for JZ Buckingham Investments, LLC | 29-31 |
| 9 | Assignment Agreement for JGB Bohicket Investments, LLC | 32-34 |
| 10 | IRS FPAA to JBJZ Partners | 35-46 |