# Delaware



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "JZ BUCKINGHAM INVESTMENTS LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE SIXTEENTH DAY OF NOVEMBER, A.D. 1999, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "JZ BUCKINGHAM INVESTMENTS LLC".

EXHIBIT
tabbies
A.1.

SECRETARY'S OFFICE DELAWARE

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3127127 8100H

AUTHENTICATION: 6018593

071040456

DATE: 09-21-07

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 11/16/1999
991487807 - 3127127

# CERTIFICATE OF FORMATION

# OF

# JZ BUCKINGHAM INVESTMENTS LLC

The undersigned, an authorized person, for the purpose of forming a limited liability company under the provisions and subject to the requirements of the Delaware Limited Liability Company Act of the State of Delaware (6 Del.C. §18-101, et seq.) hereby certifies that:

FIRST: The name of the limited liability company (hereinafter called the "limited liability company") is JZ Buckingham Investments LLC.

SECOND: The address of the registered office is c/o National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

THIRD: The name and address of the registered agent of the limited liability company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 16th day of November, 1999.

Donna M. Guerin

Donna M. Guerin,
Authorized Person