# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **CASE NO. 05-231 T** |
| **v.** | § | **Chief Judge Edward J. Damich** |
| **United States of America,** | § | |
| **Defendant.** | § | |

## JOINT MOTION TO EXTEND RESPONSE MOTION DEADLINES

Plaintiff JZ Buckingham Investments LLC ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively the "Parties") jointly move this Court to extend the deadlines for responding to Plaintiff's and Defendant's respective motions to limit/exclude expert testimony and Plaintiff's motion for partial summary judgment. In support of this Joint Motion, the Parties show the Court as follows:

1. On March 7, 2008, the Parties filed the following motions with this Court:

   a. Plaintiff filed a Motion for Partial Summary Judgment Regarding the Validity of Treasury Regulation § 1.752-6.

   b. Plaintiff also filed a Motion to Exclude Government Expert David LaRue.

   c. Defendant filed a Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance.

   d. Defendant also filed a Motion to Exclude the Expert Report and Testimony of Melvin F. Jager.

   e. The motions described above are collectively referred to herein as the "Motions."

2. The response date for the majority of the Motions is as early as Monday, March 24, 2008.

3. Given the number of pending motions, the Parties agree that a short extension of the response deadlines is necessary and desirable to permit the Parties to respond fully and completely to each Motion. The Parties further agree that would be administratively efficient for the Parties and this Court to coordinate the deadlines for responding to all pending Motions.

4. The Parties therefore respectfully request that the Court extend the deadlines for responding to the Motions to Monday, April 21, 2008.

5. Substantially similar Motions are also pending in the related COBRA cases pending in the Court of Federal Claims and Southern District of Indiana. Simultaneous to the filing of this Joint Motion, the parties of *MURFAM Farms, LLC v. United States*, Fed. Cl. Nos. 06-245T, 06-246T, and 06-247T, and the parties of *In re: COBRA Tax Shelters Litigation*, 1:05-ml-09727-JDT-WTL, are also filing joint motions to adopt a deadline for responding to the motions pending in those cases that is identical to the deadline proposed above.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No.05144220
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFF
JZ BUCKINGHAM INVESTMENTS LLC

By: s/Dennis M. Donohue by s/Joel N. Crouch
Dennis M. Donohue
Chief Senior Litigation Counsel

United States Department of Justice
Office of Civil Litigation
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366 Telephone

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, a copy of the foregoing Joint Motion to Extend Response Motion Deadlines was served upon counsel listed below via electronic means.

Dennis M. Donohue, Esq.
Trial Attorney
United States Department of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington DC 20044
(202) 616-3366

s/Joel N. Crouch
Joel N. Crouch