# In the United States Court of Federal Claims

No. 05-231 T
(Filed: March 24, 2008)

| | |
|---|---|
| **JZ BUCKINGHAM INVESTMENTS, LLC,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On March 17, 2008, the parties filed a Joint Motion to Extend Response Motion Deadlines. In this motion, the parties requested that the deadlines for response briefs regarding various pending motions be extended to April 21, 2008. The parties stated that an extension of time is necessary due to the high number of pending motions, yet requested that the response briefs all be due on the same day for administrative efficiency.

The Court hereby ORDERS that the deadlines for these motions be extended as follows:

1. Plaintiff's Response to Defendant's Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance (Docket Entry #155) shall be due on or before April 21, 2008.

2. Plaintiff's Response to Defendant's Motion to Exclude the Expert Testimony of Melvin F. Jager (Docket Entry #157) shall be due on or before April 28, 2008.

3. Defendant's Response to Plaintiff's Motion to Exclude Government Expert David Larue (Docket Entry #158) shall be due on or before April 21, 2008.

4. Defendant's Response to Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 (Docket Entry #159) shall be due on or before April 28, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge