**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**NO. 05-231 T**
**(Chief Judge Damich)**

---

**JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,**

**Plaintiff,**

**v.**

**United States of America,**

**Defendant.**

---

# PLAINTIFF'S RESPONSE TO GOVERNMENT'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER

| Exhibit | Expert Report | Page No. |
|---|---|---|
| A | A. Lawrence Kolbe | PL.MJ.APP00001 |
| B | David F. DeRosa, Ph.D. | PL.MJ.APP00067 |
| C | David DeRosa, Ph.D. | PL.MJ.APP00206 |