# Expert Report of David F. DeRosa, Ph.D.

May 31, 2007

## *JBJZ Partners LP v. UNITED STATES*

Table of Contents

I. INTRODUCTION AND SUMMARY

*I.A. Qualifications* . . . . . . . . . . . . . . . . . . . . 3

*I.B. Purpose of Report* . . . . . . . . . . . . . . . . . . 5

*I.C. Disclosure Compliance* . . . . . . . . . . . . . . . . 8

*I.D. Summary of Conclusions* . . . . . . . . . . . . . . . 10

II. THE FOREIGN EXCHANGE MARKET

*II.A. Overview of the Foreign Exchange Market* . . . . . . 11

*II.B. Market Conventions* . . . . . . . . . . . . . . . . . 13

*II.C. Spot Transactions* . . . . . . . . . . . . . . . . . 15

*II.D. Forward Transactions* . . . . . . . . . . . . . . . . 16



EXHIBIT B

*II.E. Options on Foreign Exchange* . . . . . . . . . . . . . 19

*II.F. Digital Options* . . . . . . . . . . . . . . . . . . . 22

III. OPINIONS AND BACKGROUND FOR OPINIONS

*III.A. The Offsetting Options Reflected Irregular Pricing.* . . . . . . . . . . . . . . . . . . . . . 25

*III.B. The Offsetting Options Held Long By Each Participant, Or JBJZ Partners, Would Never Be Exercised Without The Offsetting Options Held Short By The Participants Or JBJZ Partners also being exercised* . . . . . . . . . . . . . . 43

*III.C. An Objective Analysis Of The Transactions Reveals That The Offsetting Options Did Not Provide The Participants, Or JBJZ Partners, With A Reasonable Possibility Of Achieving A Non-Tax Profit.* . . . . . . . . . . . . . . . . . . . . 52

*III.D. Each Offsetting Option The Participants Purchased, Sold, Or Contributed To JBJZ Partners Represented A Component Element Of A Single Transaction Structure.* . . . . . . . . . . . . . 61

*III.E. An Analysis of the Hedging Transactions Done By DEUTSCHE BANK Supports My Single Transaction Opinion.* . . . . . . . . . . . . . . . . . . . . . 81

*III.F. The Participants Had No Non-Tax Business Purpose In Contributing Their Offsetting Options To JBJZ Partners, And Therefore JBJZ Partners Had No Non-Tax Business Purpose* . . . . . . . . . 92

IV. CONCLUSIONS. . . . . . . . . . . . . . . . . . . . . . . . 99

V. APPENDICIES . . . . . . . . . . . . . . . . . . . . . . . 103

# I. INTRODUCTION AND SUMMARY

## *I.A. Qualifications*

I have had extensive experience with the international capital markets over the past thirty years and with managing and evaluating hedge funds over the past twelve years. I was a derivatives portfolio manager at Alliance Capital Management, a currency trader at Swiss Bank Corporation, and a hedge fund trader at Quadrangle Investments LLC. I am currently on the board of directors of five hedge funds, Rubicon Fund Management, BlueCrest Capital International, The Children's Investment Fund, GSA Capital International, and Preston Capital Management. The combined capital of these funds is approximately $25 billion.

I am the president and owner of DeRosa Research and Trading, Inc. DeRosa Research and Trading, Inc. is a member of the National Futures Association. I am an adjunct professor of finance at the Yale School of Management and Fellow of the International Center for Finance, where I have taught courses in international finance, derivatives, and emerging markets financial policy since 1996. I am also

an adjunct associate professor of industrial engineering and operations research at Columbia University where I teach a course in foreign exchange and related derivative instruments.

I received my Ph.D in finance and economics from the Graduate School of Business of the University of Chicago and my A.B. in economics from the College of the University of Chicago. In addition to Yale and Columbia, I have served on the faculties of the Graduate School of Business of the University of Chicago, the University of Southern California, and Loyola University of Chicago.

I am the author of three books on foreign exchange derivatives: Options on Foreign Exchange, 2nd ed. John Wiley & Sons, 2000 (Japanese Language Edition, Toyo Keizai, Tokyo); Currency Derivatives, John Wiley & Sons, 1998; and Managing Foreign Exchange Risk, Revised Edition, Irwin / McGraw-Hill, 1996 (Japanese Language Edition, Yuuhikaku, Tokyo). I am also the author of In Defense of Free Capital Markets: The Case Against a New International Financial Architecture, Bloomberg Press, January, 2001.

My full *curriculum vitae* is attached hereto as Appendix I. In my CV I have included my publications for the last 10

years as well as a list of trials, depositions and hearings where I have testified in the last 4 years.

### *I.B. Purpose of Report*

I have been asked by the counsel for the Department of Justice to analyze certain transactions undertaken by Mr. Jerry Zucker, through JZ Buckingham Investments LLC, and Mr. James Boyd, through JGB Bohicket Investments LLC, (collectively referred to herein as the "Participants").

On November 23, 1999 each Participant entered into a number of offsetting digital currency options pairs with DEUTSCHE BANK as the counterparty. The stated terms of these transactions are contained in the trade confirmations referenced in Appendix VII. JZ Buckingham Investments LLC ("JZ Buckingham") engaged in offsetting options on the euro against the U.S. dollar ("EUR/USD"). JGB Bohicket Investments LLC ("JGB Bohicket") engaged in offsetting options on the euro against the U.S. dollar, as well as the U.S. dollar against the Japanese yen ("USD/JPY"). The offsetting option trades were each comprised of two components: a long digital currency option and a short digital currency option, which were purchased and sold

simultaneously. The strike price on each short option component was 2 pips removed from the strike for its corresponding long option component.[1] The expiration date for all of the component options was December 22, 1999 (29 days after the trade date). On November 24, 1999 each Participant contributed its offsetting options to JBJZ Partners.

The option positions were closed out in JBJZ Partners, and the proceeds were then transferred to an S-Corp, JBJZ Investors, Inc. The following table lists the transactions and the entities:

| CCY Pair | Long Premium | | Participant | Partnership | S-Corp |
|---|---|---|---|---|---|
| EUR/USD | 20,000.000 | Jerry Zucker | JZ Buckingham Investments LLC | JBJZ Partners | JBJZ Investors, Inc |
| USD/JPY | 25,000,000 | Jerry Zucker | JZ Buckingham Investments LLC | JBJZ Partners | JBJZ Investors, Inc |
| EUR/USD | 5,000,000 | James Boyd | JGB Bohicket Investments LLC | JBJZ Partners | JBJZ Investors, Inc |

In this report I opine on the following questions regarding the JBJZ Partners transactions:

- Were the offsetting options correctly priced?
- Was there any possibility that the long options owned by the Participants and JBJZ Partners could be exercised without the offsetting options held short by

[1] In the case of the euro trading against the U.S. dollar, 2 pips is equal to 2/100th's of one U.S. cent. In the case of the U.S. dollar trading against the yen 2 pips is equal to 2/100th's of a yen.

the Participants, and JBJZ Partners, also being exercised?

- Viewing the transactions objectively, did the offsetting options provide JBJZ Partners with a reasonable possibility of achieving a non-tax profit?

- Whether each offsetting option the Participants purchased, sold, or contributed to JBJZ Partners represented a component element of a single transaction structure?

- Does an analysis of the hedging transactions done by DEUTSCHE BANK support the single transaction opinion?

- Did the Participants achieve any non-tax business purpose in contributing the offsetting options to JBJZ Partners, and did JBJZ Partners have any non-tax business purpose?

As additional support for my conclusions with respect to the JBJZ Partners transactions, I include an analysis of 49 other offsetting option transactions executed for other taxpayers. I refer to all 52 transactions (49, plus three JBJZ Partners transactions) as COBRA trades.[2] All of these trades were similarly structured and implemented through DEUTSCHE BANK. The term COBRA was used to identify these transactions in discovery documents provided by Ernst and Young. It is an acronym for Currency Options Bring Reward Alternatives. (2003EY003657)

***I.C. Disclosure Compliance***

[2] There were eleven more COBRA transactions in 2000, known as the Murphy transactions, which were similarly structured, but had different payoff percentages and fees.

*I.C.i. Data and other information considered*

In connection with the preparation of this report, I have reviewed at least the following material (the "data"):

- Trade confirmations, monthly brokerage statements, and assignment requests, produced in discovery, relating to the offsetting option transactions executed between Deutsche Bank AG New York Branch (DEUTSCHE BANK) and the following:
  - JZ Buckingham Investments LLC;
  - JGB Bohicket Investments LLC;
  - JBJZ Partners;
  - JBJZ Investors, Inc.;

- Market data from the Federal Reserve Bank of New York and Bloomberg, L.P. regarding interest rates, volatilities, and options pricing during the last quarter of 1999;
- Documents listed in Appendix II;
- Correspondence between the parties.
- Documents relating to COBRA transactions from internal records of DEUTSCHE BANK including trade

confirmations, ODET printouts, and other reports, which were produced in discovery.

- The depositions of Joyce Bauchner, Christopher T. Chilcoat, Michael Dell, Gary Duboff, Alexander Eckman, Dawn Forbes, Stewart G. Goodson, Susan Henry, Kenneth Hooker, Kenneth Hughes, Robert Johnson, Paula Kennedy, Richard Kraner, Andrew Kyriacou, Jeannette T. K. Marten, Jeannette Michaels, Joseph Nicosia, Susan M. Parsons, Janet Lee Robinson, Robert Schlemmer, Michael Szalkowski, Thomas Tahl, and Shari R. Fessler Tepper.

### *I.C.ii. Compensation*

I have been compensated for my time in this case at a rate of $300 per hour.

### *I.D. Summary of Conclusions*

Based on the analysis described below, I conclude that:

- The offsetting options reflected irregular pricing;

- The offsetting options held long by each Participant, or JBJZ Partners, would never be exercised without the offsetting options held short by the Participants, or JBJZ Partners, also being exercised;

- An objective analysis of the transactions reveals that the offsetting options did not provide the Participants, or JBJZ Partners, with a reasonable possibility of achieving a non-tax profit;

- Each offsetting option the Participants purchased, sold, or contributed to JBJZ Partners represented a component element of a single transaction structure;

- An analysis of the hedging transactions done by DEUTSCHE BANK supports my single transaction opinion;

- The Participants had no non-tax business purpose in contributing their offsetting options to JBJZ Partners, and therefore JBJZ Partners had no non-tax business purpose.

## II. THE FOREIGN EXCHANGE MARKET

### *II.A. Overview of the Foreign Exchange Markets*

The foreign exchange market is the largest of the financial and capital markets. The Bank for International Settlements in Basel publishes a triennial survey of the foreign exchange market. The closest survey to the time of the transactions discussed in this report was done in April 2001. The 2001 survey estimated the daily turnover in April 2001 for all foreign exchange trading was $1.2 trillion notional dollars.[3]

Foreign Exchange trading takes place 24-hours a day except on weekends. London, New York and Tokyo are the largest centers for foreign exchange trading, respectively, yet trading takes place in dozens of smaller financial centers. The largest volume of trading is done in the interbank foreign exchange market, where wholesale buying and selling of foreign exchange and derivative instruments on foreign exchange takes place. A very small fraction of foreign exchange trading is done on organized exchanges such as the Chicago Mercantile Exchange. In 2001, the total notional

[3] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). Basel p. 1

value of foreign exchange traded on the Chicago Mercantile exchange was $2 trillion - equivalent to less than two days of trading on the Interbank market.[4] The Interbank market has no centralized physical exchange trading floor (such as the New York Stock Exchange). Rather, trading is conducted through a network of dealers entering into over-the-counter transactions with each other. Large money-center banks and a handful of investment banks dominate trading. Over-the-counter transactions are private transactions between two parties. The terms of these transactions are governed by agreements between the parties - typically in the form of an International Swap and Derivatives Association ("ISDA") Master Trading Agreement or a Foreign Exchange and Options Master Agreement ("FEOMA").

The majority of trading in the foreign exchange market is buying and selling U.S. dollars against other currencies. The largest volume of trades is the dollar for and against the euro. The second largest volume of trades is the dollar for and against the yen, while the dollar for and against the British pound is third.[5]

[4] Chicago Mercantile Exchange 8K SEC Filing 12/6/02 p. 41

[5] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 5

### *II.B. Market Conventions*

The convention of the foreign exchange market is to quote the euro, the pound sterling, and the Australian dollar all in terms of dollars. These exchange rates are written as EUR/USD, GBP/USD, and AUD/USD, respectively for the euro, the pound, and the Australian dollar, all against the US dollar. For example, a quotation for the euro (EUR/USD) of 1.0500 means that one euro is worth $1.05. Some other currencies are quoted against the dollar in units of foreign currency. Examples are the Japanese yen (USD/JPY), the Deutsche mark (USD/DEM), and the Swiss franc (USD/CHF). A quotation for the yen of 105.05 means one dollar is worth 105.05 yen.

Currency Market participants use the term "pip" to mean the smallest unit of quotation in the foreign exchange market. Dollar/yen (USD/JPY) is quoted to two decimal digits. EUR/USD, GBP/USD, USD/CHF, and USD/DEM are all quoted to four decimal digits. For these exchange rates one pip is 1/100th of one U.S. cent. The USD/JPY spread strategy discussed in this report had strike prices of 103.83 and 103.81. A trader would describe such a strike spread as being "2 pips wide."

Dealers quote foreign exchange in the form of bid prices and ask prices. The bid is the price where a dealer is willing to buy. The ask is the price where a dealer is willing to sell. The difference between the bid and the ask is called the "spread" or "bid-ask spread." For example, a dealer might quote EUR/USD as 1.0500 - 1.0502. This means the dealer is willing to buy euros (for dollars) at 1.0500 or, alternatively, sell euros at 1.0502.

### *II.C. Spot Transactions*

The most basic transaction done in the foreign exchange market is called a spot deal. Spot deals in foreign exchange are done for a multitude of purposes, some commercial, some financial, and some pure speculation on the future direction of exchange rates. In a spot deal, counterparties agree to exchange sums of different currencies at a time in the future called the value date. Market convention is that the spot value date is two bank business days after the trade date. Local holidays do not count as valid value dates. An example of a spot deal is a U.S.-based company selling computers to a company in Germany for payment in euros. The euro proceeds of the sale can be converted to dollars by doing a spot deal. Euros would be sold for dollars for settlement in two bank-business days. The euro part of the transaction would be settled locally in Germany, or at another European banking center with local euro settlement facilities. The dollar side would be settled at any banking center in the United States. Although the national currency of the United Kingdom is the pound sterling, both pound and euro transactions can be settled in London.

### *II.D. Forward Transactions*

Forward foreign exchange deals are done for extended settlement beyond the spot value day. Forward foreign exchange is routinely quoted for value in one week, one month, two months, three, six, or twelve months, and sometimes even longer than 12 months. Forwards are employed by hedgers to manage foreign exchange risk. An example of a hedger would be a U.S.-based manufacturer who makes a deal to sell oil drilling equipment to a company in England. Suppose the English company agrees to pay the manufacturer 100 million pounds in one month's time. If the manufacturer wanted to "lock in" the dollar value of the proceeds of the sale -- so as to avoid the risk of the pound falling in value – it would sell pounds forward for value in one month. This would immunize the manufacturer against fluctuations in the pound against the dollar. At settlement, in one month's time, the forward deal would require the manufacturer to deliver pounds for which it would receive dollars. Presumably, the manufacturer would use the pounds received from the sale of the drilling equipment to satisfy pound side of the forward transaction.

Forward exchange rates, called "outrights," are quoted for virtually any future valid spot value date for major currencies, such as the euro, the pound sterling, the yen, and the Swiss franc, and the Deutschmark before the introduction of the euro. Forward outrights necessarily differ from the spot exchange rate because of differences in the interest rates between the buying and selling currencies. By way of illustration, during all of 1999 and 2000, 1-year interest rates for euro deposits were significantly lower than those for dollars. The forward exchange rate for euros could not be the same as the spot exchange rate because that would create a riskless but profitable arbitrage trade: Traders could borrow in euros (the currency with the lower interest rate), sell the euros for dollars (which will be invested at an interest rate higher than the euro), and complete the transaction by selling the dollars for euros forward at a date coinciding with the expiration of the original euro loan. The use of the forward in the last step would hedge the currency risk associated with movements in the exchange rate during the period of the outstanding euro loan. Earning income on the interest rate differential while eliminating currency risk would be a profitable yet riskless transaction, which would be extremely unusual in the highly efficient foreign

exchange markets. Indeed, the market precludes this by setting the forward outright away from the spot by just enough to remove the riskless profit opportunity.[6]

[6] This principle is called "covered interest parity" in the economics literature.

### *II.E. Options on Foreign Exchange*

Directly relevant to this case are put and call options on foreign currency pairs. Most currency options are traded on the interbank market where the same banks and investment banks that deal spot and forward foreign exchange also deal currency options. A call on a currency is the right but not the obligation to buy a specified amount of that currency (called the face amount) on or before the option expiration date at a fixed strike price. Likewise a put is the right but not the obligation to sell foreign currency. These standard options are called "vanilla" options to distinguish them from other forms of options, some of which are called "exotic" options. When a trader buys a call or put, he or she pays the seller of the option a price, called the "premium." The seller (the seller is called the "writer" of the option) of a call option is obligated to deliver the face amount of foreign currency in exchange for the option strike if the option owner chooses to exercise the option. Similarly, the writer of a put option is obligated to buy a sum of foreign currency in exchange for the option strike if the option owner chooses to exercise the option.

Most interbank currency options are "European" exercise, meaning these options can be exercised only in the final twenty-four hours of their lives. At expiration, an option that is a call on the euro (equivalently a put on the dollar) is "in-the-money" if the spot bid is above the option strike.[7] For example, suppose an investor owned a euro call struck at 1.1000 having a face of €1,000,000 (equivalently $1,100,000). If the spot exchange rate at expiration were quoted 1.2000-1.2005 the option would be "in-the-money." The investor would be correct to exercise the option because it gave him the right to buy euros (sell dollars) through the exercise of the option at 1.1000 which can in turn be sold at the bid price of 1.2000. In exercising the option the investor would exchange $1,100,000 (1,000,000 * 1.1000) for €1,000,000. He could hold the euros or he could simultaneously sell €1,000,000 for $1,200,000 (1,000,000 * 1.2000). His gross profit, not counting the cost of the option, would be $100,000 ($1,200,000 - $1,100,000).

The bulk of currency options expire at 10:00am EST on their expiration dates. This expiration is called the "New York cut." The window for exercise on a European-exercise

[7] A currency call option that is in-the-money-forward refers to the case where the prevailing forward exchange outright exceeds the option strike.

vanilla option is the 24-hours that precede the expiration time.

The Bank for International Settlements estimates that the average daily notional value of interbank foreign exchange option trading in April of 2001 was $60 billion.[8]

[8] Bank for International Settlements Triennial Central Bank Survey of Foreign Exchange and Derivatives Market Activity in 2001. (Final global results March 2002). p. 78

***II.F. Digital Options***

The specific type of foreign currency options in this case are digital options (also sometimes referred to as "binary" options). A digital option is a cash-settled lump-sum payoff option. If a digital option is out-of-the-money at expiration it pays nothing. But if a digital option is in-the-money at expiration it pays a fixed amount, the lump-sum, regardless of by how much it is in-the-money. This differs from a plain vanilla option in that the plain vanilla option will be worth more if it is deeper into-the-money.

Digital options can be either American or European exercise. They can also be either puts or calls. Unlike vanilla options, which may be exercised in the 24-hour period which precedes their 10:00am EST cutoff, digital options are only exercised at exactly 10:00am EST on expiration date. Regardless of the style of exercise, digital options produce only one of two payoff scenarios: either a specific at- or in-the-money cash payoff, or, if out-of-the-money, zero.

Digital options present a special administrative problem in that only one of the involved parties can be the final word on whether the option is at- or in- or out-of-the-money at expiration. In practice exotic options like digitals are created at the request of customers by sophisticated foreign exchange dealing banks. These dealers reserve the right for they themselves to be calculation agents, or "barrier determination agents," as it is sometimes written. The practical significance of this is that the dealing bank has complete say over whether, on one hand, there will be a payment at expiration, or on the other hand, there will be no payment. In the case at hand the dealer, DEUTSCHE BANK, designated itself to be the calculation agent.

In the Participants' digital options, the strike prices are set so as to create what I refer to as a "sweet spot." The sweet spot occurs with offsetting digital options, when the strike price on the long option is attained, but the strike price of the offsetting short option is not attained. Hence the long option can be exercised without the short option being exercised. That range, where the long option holder receives the lump-sum payoff at expiration, but is not obligated to the payoff on the short option, is called

the "sweet spot." The payoff to hitting the sweet spot is therefore the payoff from the long option alone.

# III. OPINIONS AND BACKGROUND FOR OPINIONS

## *III.A. The Offsetting Options Reflected Irregular Pricing.*

My investigation into the offsetting options in this case has revealed two anomalies in respect to the valuation of the options. Some definitions will be useful. I will refer to the price paid or received for a COBRA option as its "stated premium."[9] I will use the term "theoretical value" for a number derived from option pricing theory that is the fair value of a digital currency option before consideration of its bid-ask spread. DEUTSCHE BANK calculated its own theoretical values for the options in each of the Participants' transactions. The printouts of the bank's internal trade capture system, called ODET,[10] show these values as well as other details pertaining to the option trades. Separately, I calculated theoretical values for the same options using a mathematical option pricing model.[11]

---

[9] The "net stated premium" is the actual price purportedly paid in cash by the participants for the offsetting options. I will reference this later in the text.

[10] ODET is an acronym for Option Deal Entry Tool. It is a proprietary option trade capture system used by DEUTSCHE BANK to process option trading activity.

[11] Theoretical option pricing model: Reiner, Eric and Mark Rubenstein. "Breaking Down the Barriers." Risk 4 (September 1991a): 29-35, and "Unscrambling the Binary Code." Risk 4 (October 1991b): 75-83. I also used pricing tools from Bloomberg, LP to obtain a third set of theoretical values for the options. These values were similar and sometimes identical to my theoretical calculations.

The two anomalies I referred to above result from comparisons between both sets of theoretical values, meaning my theoretical values as well as DEUTSCHE BANK's theoretical values, and DEUTSCHE BANK's stated premiums for the offsetting options.

The first anomaly I found was that the offsetting option components were priced at levels that far exceeded their theoretical values. I will illustrate using one of the JZ Buckingham offsetting options. According to the stated premiums, DEUTSCHE BANK charged JZ Buckingham $20,000,000 (DB-DOJ-COBRA-04213) in option premium for EUR/USD long digital currency option on November 23, 1999, and paid JZ Buckingham $19,000,000 (DB-DOJ-COBRA-04215) in premium for the short EUR/USD digital currency option on that same date (Table 1). These stated premiums were significantly higher than the theoretical values in my analysis. I calculated the theoretical value of the long position to be $10,660,647 and the short to be $9,898,402. The premiums were also significantly higher than DEUTSCHE BANK's theoretical values: the bank shows a long theoretical value of $10,461,135 and a short theoretical value of

$9,712,466.[12] DEUTSCHE BANK's theoretical values were within 2% of my theoretical calculations, a difference small enough to be explained by minor variations in the pricing inputs.

**JBJZ Partners**

JZ Buckingham

| | Deutsche Stated Premium | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value | Deutsche Theoretical Premium | Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| EUR/USD | | | | | |
| Long Option Value | $20,000,000 | $10,660,647 | 187 61% | $10,461,135 | 191 18% |
| Short Option Value | $19,000,000 | $9,898,402 | 191.95% | $9,712,466 | 195 62% |

Table 1

The stated premiums for the JZ Buckingham EUR/USD offsetting options were approximately 87.61% and 91.95% higher, respectively, than the theoretical values I calculated for the same offsetting options, and approximately 91.18% and 95.62% higher, respectively, than DEUTSHCE BANK's own theoretical value calculations. Yet my calculations have an upward bias.

My theoretical value calculations use standard option pricing theory methods, and as such do not take into

[12] The DEUTSCHE BANK ODET trade printouts: DB-COBRA-04213, DB-COBRA-04215.

account the fact that there would never be a situation where the Participants would reap a "sweet spot" payoff (see definition on page 24) by being permitted to exercise the long digital currency option without having the bank exercise its short digital currency option (this "no sweet-spot" opinion is discussed in detail in Section III.B). This means that my theoretical values overvalue the offsetting options simply because they don't discount the fact that the sweet spot can never be hit. As a result, the offsetting option premiums were even more overpriced than the comparison to my theoretical values, or DEUTSCHE BANK's theoretical values, in Table 1 indicate.

I estimated what the theoretical values of the JBJZ Partners options would have been had the strike prices of the two components been equal. By setting the strike prices to be equal to each other, I effectively removed the sweet spot from the valuation. In a later section of the report, I show that DEUTSCHE BANK itself used the same device to eliminate the need for its hedging the sweet spot. Table 2 compares the value of the JBJZ Partners options with and without the sweet spot.

**JBJZ Partners**

JZ Buckingham

| | Deutsche Stated Premium | DeRosa Theoretical Value with Sweet Spot | DeRosa Theoretical Value without Sweet Spot | Change in Value Due to Removal of Sweet Spot |
|---|---|---|---|---|
| EUR/USD | | | | |
| Long Option Value | $20,000,000 | $10,660,647 | $10,560,609 | -$100,038 |
| Short Option Value | $19,000,000 | $9,898,402 | $9,898,402 | |
| Net Premium | $1,000,000 | $762,245 | $662,207 | -$100,038 |

Table 2

The reason why the values of the individual digital options change only modestly with the removal of the sweet spot is because the probability of obtaining the sweet spot is de minimus. By contrast, the impact of the theoretical value of the net premium is dramatic. The theoretical net premium falls by $258,751. This means that the stated net premium was actually almost 2-times greater than the theoretical net value of the offsetting options (from Table 2, $1,000,000 versus $503,494). Later, in this report, I will show that DEUTSCHE BANK treated the sweet spot as though the probability of its being hit was in fact zero.

JBJZ Partners did a second set of EUR/USD digital options that were identical in all respects but the notional size. The stated premiums for the two sets of JBJZ Partners EUR/USD offsetting options were $20,000,000 and $5,000,000

on the long options, and $19,000,000 and $4,750,000 on the short options (DB-COBRA-04213,5, DB-COBRA-04225,7)(Table 3).

**JBJZ Partners**

| | Deutsche Stated Value | DeRosa Theoretical Value | Stated Premium as a % of DeRosa Theoretical Value | Deutsche Theoretical Value | Stated Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | | | | | |
| Long Option Value | $20,000,000 | $10,660,647 | 187.61% | $10,461,135 | 191.18% |
| Short Option Value | $19,000,000 | $9,898,402 | 191 95% | $9,712,466 | 195.62% |
| JZ Buckingham USD/JPY | | | | | |
| Long Option Value | $25,000,000 | $13,187,664 | 189.57% | $13,869,828 | 180.25% |
| Short Option Value | $23,750,000 | $12,276,958 | 193.45% | $12,913,861 | 183.91% |
| JGB Bohicket EUR/USD | | | | | |
| Long Option Value | $5,000,000 | $2,665,161 | 187.61% | $2,615,284 | 191.18% |
| Short Option Value | $4,750,000 | $2,474,600 | 191 95% | $2,428,117 | 195.62% |

Table 3

My theoretical calculations for the JBJZ Partners EUR/USD options are $10,660,647 and $2,665,161 for the long options and $9,898,402 and $2,474,600 for the short options, all of which are within 2% of the bank's theoretical values of $10,461,135 and $2,615,284 for the long options and

$9,712,466 and $2,428,117 for the short options (DB-COBRA-04213, DB-COBRA-04215).[13]

The stated premiums for the JBJZ Partners USD/JPY offsetting options were $25,000,000 and $23,750,000, respectively (DB-COBRA-04219, DB-COBRA-04221). My theoretical values are $13,187,664 and $12,276,958, which are within 5% of the bank's theoretical values of $13,869,828 and $12,913,861 (DB-COBRA-04219, DB-COBRA-04221).

The stated premiums for the EUR/USD long and short offsetting options were approximately 88% and 92% higher, respectively, than the theoretical values I calculated for the offsetting options, and approximately 91% and 96% higher, respectively, that DEUTSCHE BANK's own theoretical calculations.

The stated premiums for the USD/JPY long and short offsetting options were approximately 90% and 93% higher, respectively, than the theoretical values I calculated for the offsetting options, and approximately 80% and 84%

[13] The DEUTSCHE BANK ODET sheets contained errors for the theoretical values of the larger EUR/USD paired options, and I have scaled the theoretical values to their correct proportion, as compared to the smaller EUR/USD offsetting options.

higher, respectively, that DEUTSCHE BANK's own theoretical calculations.

Table 4 shows my calculation of the theoretical values with and without the sweet spots.

**JBJZ Partners**

| | Deutsche Stated Premium | DeRosa Theoretical Value with Sweet Spot | DeRosa Theoretical Value without Sweet Spot | Change in Value Due to Removal of Sweet Spot |
|---|---|---|---|---|
| JZ Buckingham EUR/USD | | | | |
| Long Option Value | $20.000.000 | $10,660,647 | $10,560,609 | -$100,038 |
| Short Option Value | $19,000,000 | $9,898,402 | $9,898,402 | |
| JZ Buckingham USD/JPY | | | | |
| Long Option Value | $25,000.000 | $13,187,664 | $13,098,158 | -$89,506 |
| Short Option Value | $23,750,000 | $12.276,958 | $12,276,958 | |
| JGB Bohicket EUR/USD | | | | |
| Long Option Value | $5,000,000 | $2,665,161 | $2,661,360 | -$3,801 |
| Short Option Value | $4.750.000 | $2,474,600 | $2,474,600 | |

**Table 4**

The second anomaly I found was that the net stated premium of each combination of offsetting options was also considerably over-valued when compared to the theoretical values. As an example, DEUTSCHE BANK charged JZ Buckingham $1,000,000 in net stated premium for the offsetting EUR/USD options. I calculated a theoretical net value of $762,245, using mid-level volatilities and deposit rates. The bank's

net theoretical value was $748,669 (DB COBRA 04213,5). The bank's theoretical values were within 2% of my theoretical valuation.

Table 5 provides a comparison between the DEUTSCHE BANK net stated premiums and the net theoretical values from DEUTSCHE BANK and me for the JZ Buckingham EUR/USD offsetting options.

**JBJZ Partners**

JZ Buckingham

| | Stated Net Premium | DeRosa Net Theoretical Value | Stated Net Premium as a % of DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Stated Net Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| EUR/USD | ($1,000,000) | ($762,245) | 131 19% | ($748,669) | 133.57% |

**Table 5**

As shown in Table 5 the net stated premiums received by DEUTSCHE BANK for the JZ Buckingham EUR/USD offsetting options were approximately 31% higher than my net theoretical value calculation, and approximately 34% higher than DEUTSCHE BANK's own theoretical values.

Furthermore, DEUTSCHE BANK charged JGB Bohicket $250,000 in net stated premium for its EUR/USD offsetting options. My net theoretical value was $190,561, and the bank's net

theoretical value was $187,167. The bank's theoretical values are again within 2% of those I calculated (DB COBRA 04225,7).

DEUTSCHE BANK charged JZ Buckingham $1,250,000 in net stated premium for its USD/JPY offsetting options. My net theoretical value was $910,706 and the bank's net theoretical value was $955,967. The bank's theoretical value is within 5% of what I calculated (DB COBRA 04213,5).

Table 6 provides a comparison between the DEUTSCHE BANK net stated premiums and the net theoretical calculations for the Participants' offsetting options.[14]

**JBJZ Partners**
Net Premium

| | Stated Net Premium | DeRosa Net Theoretical Value | Stated Net Premium as a % of DeRosa Theoretical Value | Deutsche Net Theoretical Premium | Stated Net Premium as a % of Deutsche Theoretical Value |
|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | ($1,000,000) | ($762,245) | 131 19% | ($748,669) | 133.57% |
| JZ Buckingham USD/JPY | ($1,250,000) | ($910,706) | 137 26% | ($955,967) | 130.76% |
| JGB Bohicket EUR/USD | ($250,000) | ($190,561) | 131 19% | ($187,167) | 133 57% |

Table 6

[14] The DEUTSCHE BANK net theoretical values are derived using the methodology described on page 29.

The net stated premiums paid to DEUTSCHE BANK for the long and short EUR/USD and USD/JPY offsetting options ranged from approximately 31% to 37% higher than the net theoretical values I calculated for the offsetting options, and ranged from approximately 31% to 34% higher than DEUTSCHE BANK's own net theoretical calculations.

Table 7 displays a comparison of the total DEUTSCHE BANK stated premiums versus the total theoretical values for all the Partnerships' offsetting options on both stated long and short, as well as net bases without taking into account the sweet spot. My opinion is that the DEUTSCHE BANK stated premiums exceeded my theoretical values by over 89%. Furthermore, my opinion is that the DEUTSCHE BANK net stated premium exceeds my net theoretical calculation by more than 49%.

**JBJZ Partners**

**Premium Analysis without Sweet Spot**

| | Stated Premium | DeRosa Theoretical Value without Sweet Spot | Stated Premium as a % of DeRosa Theoretical Value w/o Sweet Spot |
|---|---|---|---|
| Long Currency Options | $50,000,000 | $26,320,128 | 189.97% |
| Short Currency Options | $47,500,000 | $24,649,960 | 192.70% |
| Net Premium all options | $2,500,000 | $1,670,168 | 149.69% |

Table 7

Appendix III compares the DEUTSCHE BANK stated premiums for the 1999 COBRA transactions (52 pairs of offsetting options) to my theoretical values, and to DEUTSCHE BANK's theoretical values.[15] The differences between my theoretical values and the stated premiums range from 46.11% to 95.32%. The average of the differences for the 1999 COBRA long and short options is 75.74% and 79.37%, respectively. The differences between DEUTSCHE BANK's theoretical calculations and the stated premiums range from 51.92% to 99.29%, with the average differences for the 1999 COBRA long and short options being 77.19% and 80.98%, respectively. The average differences between my theoretical values and DEUTSCHE BANK's theoretical calculations for the 1999 COBRA long and short options are 1.65% and 1.72%, respectively.[16] The similarities in these differences, as well as those in Table 7 above, corroborate my findings that the stated premiums for these transactions were significantly overstated.

Appendix IV compares the DEUTSCHE BANK net stated premiums for the 1999 COBRA transactions versus the net theoretical values I calculated, and those provided in DEUTSCHE BANK's

[15] DEUTSCHE BANK's theoretical values for the 1999 COBRA transactions include the possibility of hitting the sweet spot. Accordingly, my theoretical values for those transactions also include hitting the sweet spot.
[16] These do not include options for which we do not have DEUTSCHE BANK theoretical values.

ODET printouts. The differences between my theoretical values and the DEUTSCHE BANK net stated premium range from 6.41% to 64.09%, while the average difference across all COBRA transactions was 27.33%. The differences between the DEUTSCHE BANK theoretical calculations and the DEUTSCHE BANK net stated premium range from 10.26% to 43.52%, while the average difference across all COBRA transactions was 26.92%. The average difference between my net theoretical calculations and the DEUTSCHE BANK net theoretical calculations across the 1999 COBRA transactions was 0.05%.[17] Given the similarities in these differences and those in Table 7 above, this confirms my findings that the net stated premiums for these transactions were significantly overstated.

The differences between the stated premiums and the theoretical values are too large to be explained away through bid-ask spreads and/or minor pricing input variances. They are indicative of a divergence between the pricing strategy DEUTSCHE BANK used to derive their stated premiums and its own internal theoretical pricing model (as well as mine).

[17] Calculations in this paragraph exclude trades for which complete information is not available.

As mentioned at the beginning of this section, the stated premium of an option may vary marginally from its theoretical value. That said, I can think of no market-related explanation to account for the significant pricing differences between the stated premiums the Participants paid and received and the theoretical valuations derived by both DEUTSCHE BANK and myself. Thus, in my opinion the stated prices, both gross and net, were materially overstated.[18]

One possible non-market explanation for pricing anomalies can be found in Robert Coplan's email to his associates at Ernst & Young in their national tax practice, dated December 28, 1999:

> Each of at least two individuals sells (writes) a short option on foreign currency that is out of the money and receives a premium for it. Then, he takes the premium and an additional cash investment (equal to 5% of the desired tax loss), and buys a long option on the same foreign currency but at a different strike price.[19]

Here Coplan essentially claimed that option pricing should be based on 5% of the desired tax loss. Table

[18] The 11 Murphy transactions of 2000, by comparison, paid less in fees than the 52 1999 COBRA transactions, but nonetheless had a lower expected return because the Participants were even more significantly overcharged for their digital options, i.e. by 95.16%.
[19] DOJ-031656.

8 provides a comparison between premiums calculated per Coplan's methodology and DEUTSCHE BANKS' stated premiums.

**JBJZ Partners**
Premium Analysis

| | Stated Net Premium Rec/(Paid) | Long Premium (Net ÷ 5%) | Short Premium (Long (-) Actual) | Deutsch Long Stated Premium | Deutsche Short Stated Premium | Long Variance 5% vs Stated Premium | Short Variance 5% vs Stated Premium |
|---|---|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | ($1,000,000) | ($20,000,000) | $19,000,000 | ($20,000,000) | $19,000,000 | $0 | $0 |
| JZ Buckingham USD/JPY | ($1,250,000) | ($25,000,000) | $23,750,000 | ($25,000,000) | $23,750,000 | $0 | $0 |
| JGB Bohicket EUR/USD | ($250,000) | ($5,000,000) | $4,750,000 | ($5,000,000) | $4,750,000 | $0 | $0 |
| TOTAL | ($2,500,000) | ($50,000,000) | $47,500,000 | ($50,000,000) | $47,500,000 | $0 | $0 |

Table 8

In aggregate the Participants paid a net stated premium of $2,500,000. The mathematics embedded in Coplan's statement indicated that the long option stated premium, and hence the desired tax loss, would have been equal to $50,000,000 ($2,500,000 divided by 5%). Moreover the short option premium would have had to be $47,500,000 ($50,000,000 minus $2,500,000). Indeed these numbers were indicative of the premiums paid (stated gross and stated net) for the Participants' offsetting options, meaning that what Coplan described was in fact a reality.

Since the stated premiums (gross and net) coincide with Coplan's expressed intention for the net stated premium of the offsetting options to always be 5% of the long option payoff, it seems clear that DEUTSCHE BANK was intentionally pricing the offsetting options in a manner that was totally at odds with how options are priced in the market. Accordingly, it is not surprising that the stated and net stated option premiums would be so significantly different from their true values.

Coplan's "five percent rule" is congruent with all 56 COBRA transactions that I reviewed. Each transaction has a net stated premium equal to 5% of the long digital currency option premium. Additionally, there are a number of other similarities in the architecture of the COBRA transactions:

- The net payoff on every pair of offsetting options was always 2.5 times the net stated premium paid for the pair.
- The stated premium for the long component option was always 50% of the payoff which would have been received if the option were to expire in-the-money,

while the stated premium for the short component option always was 50.67% of the payoff that would have been owed if the option were to expire in-the-money.

- The spread between the strike of the option purchased and the strike of the option sold short was always 2 pips, in spite of the fact that different currencies were used.

Appendix V illustrates the structural similarities between the Partnerships' transactions and the other 1999 transactions in the COBRA universe.

These similarities support my finding that the offsetting options in this case were priced on the basis of non-market principles.

A third, tangentially-related anomaly exists, which specifically applies to the value of the offsetting options contributed by the Participants to the Partnerships. The documents I have reviewed indicate the options were contributed from the Participants to the Partnerships on November 24, 1999, and the contribution was valued at the original stated premium. The net stated premium paid by

each Participant, as a percentage of the aggregate net stated premium paid and received by all of the Participants, matched the original partnership percentage interests. As noted earlier, the Participants contributed offsetting options on the EUR/USD and USD/JPY. Even though the contribution occurred the day after the offsetting options were purchased, some movement in the prices of the various offsetting options must have occurred as a result of underlying movements in the values of the EUR/USD and USD/JPY. This is doubly unusual. In the first instance investment partnerships usually do not accept anything other than cash. An exception would be so-called "exchange funds."[20] The Participants were not an exchange fund. In the second instance the offsetting options should be valued at their respective marked-to-market value, not their original cost, to assure all of the partners were being treated equitably.

[20] In "exchange funds," the investor may contribute marketable securities. The investors in exchange funds typically own large blocks of stock in a company by virtue of being a corporate founder or insider. In making a contribution to such an exchange fund the investor gets the benefits of diversification while preserving the tax-deferred status of his or her investment in the original company.

***III.B. The Offsetting Options Held Long By Each Participant, And JBJZ Partners, Would Never Be Exercised Without The Offsetting Options Held Short by the Participants, Or JBJZ Partners, Also Being Exercised.***

Each offsetting option pair consisted of a long digital currency option (purchased by a Participant) and a short digital currency option (sold by the same Participant). Both component options were based on the same underlying currency. Both options expired on December 22, 1999, at 10:00am EST. Their strike prices were always exactly a mere 2 pips apart.

I have been asked to opine whether there was any chance for the long option to have been at- or in-the-money, and therefore exercised at expiration, and at the same time the short option to have been out-of-the-money, and therefore not exercised by DEUTSCHE BANK. For this to have occurred the spot price at expiration would have had to have been exactly at the long option strike price, or between both the option strike prices, allowing the exercise of only the participant's long option without the counterparty's exercising the short option. In this completely

hypothetical situation the long option would have paid its lump-sum payoff, but the short option would have finished worthless, out-of-the-money. As discussed, I call this hypothetical situation "hitting the sweet spot." For the JZ Buckingham EUR/USD offsetting options, hitting the sweet spot would have resulted in a $40,000,000 payoff from the long option.

In the JZ Buckingham EUR/USD transaction, the difference between the strikes of the offsetting options was 2 pips, or two one-hundredths of a U.S. cent. This narrowness is extraordinary. In my opinion, the narrow range of the strike spread guaranteed that hitting the sweet spot was never a possibility. It is also my opinion that there were only two outcomes for the offsetting options: either both component options would have been worthless, out-of-the-money at expiration, or both options would have had full payouts, meaning both would have been at- or in-the-money at expiration. Had both expired in-the-money, DEUTSCHE BANK would have paid the holder of the offsetting options the net difference in the payoff amounts ($2,500,000 in the case of the JZ Buckingham EUR/USD options).

Table 9 illustrates the long, short, and net payoffs if the JBJZ Partners offsetting options had expired at-, or in-the-money. If the offsetting options had expired out-of-the-money, they would have been worthless.

**JBJZ Partners**
At-, or In-the-Money Payoffs

| | Long Option Payoff | Short Option Payout | Net |
|---|---|---|---|
| JZ Buckingham EUR/USD | $40,000,000 | ($37,500,000) | $2,500,000 |
| JZ Buckingham USD/JPY | $50,000,000 | ($46,875,000) | $3,125,000 |
| JGB Bohicket EUR/USD | $10,000,000 | ($9,375,000) | $625,000 |
| TOTAL | $100,000,000 | ($93,750,000) | $6,250,000 |

**Table 9**

One reason why the sweet spot would not have been realized has to do with the decentralized nature of foreign exchange trading. As I discussed in Section II, there is no physical, central place where currencies are traded. By way of contrast, the stock market has physical locations where equity shares are traded, such as on exchanges like the New York Stock Exchange (NYSE). The foreign exchange market only consists of a network of dealing banks and other institutions that are spread around the world. Foreign exchange market participants are connected by

telephones and computer networks, but seldom meet in person to trade.

In the foreign exchange market, a trade begins when a client contacts one or more dealing institutions about a possible foreign exchange transaction of a specified size. Each dealer responds with a bid price and an ask price -- the dealer is prepared to buy at the bid price or sell at the ask price. No two dealers are likely to quote the exact same bid and ask, simultaneously - and for this reason it can pay to shop around.

As mentioned earlier, spot trading of major currencies features bid-ask spreads that are at least 2 pips wide. An example of a 2 pip wide quotation on EUR/USD would be 1.0185 bid, 1.0187 ask.

After a dealer has given a quote, the client must say at once whether it wants to buy (on the ask) or sell (on the bid), or do nothing. Even when a transaction is done, there is no public record of the event, as there is on the NYSE, where every purchase or sale of shares is recorded on a public medium referred to as the "tape." Because DEUTSCHE BANK was the designated calculation agent for each

offsetting option pair it had total authority to determine whether the options were in-, at-, or out-of-the-money at expiration. Indeed, DEUTSCHE BANK had broad powers in making this determination, and the lack of transparency in the foreign exchange market put the Participants at a profound disadvantage.

Moreover, the confirmations were silent as to the manner in which DEUTSCHE BANK would determine the final (10:00am EST on expiration date) spot rate. The confirmations do not indicate whether DEUTSCHE BANK, in determining the state of an option at expiration, was to use the bid side or ask side of the spot market. Given that the difference in the strike prices of the component digital currency options was only 2 pips wide, and that the bid-ask spread on the currency itself was at least equal to, if not larger than 2 pips, there was a guarantee that the sweet spot would never materialize. DEUTSCHE BANK could select either the bid side or the ask side of the market. This would allow DEUTSCHE BANK to avoid the sweet spot. For example, the JZ Buckingham offsetting option strikes were 1.0123 on the long EUR/USD component and 1.0121 on the short EUR/USD component. DEUTSCHE BANK would have been within its rights to declare both options at- or in-the-money if the EUR/USD

bid were 1.0121 or lower, and both options out-of-the-money if the EUR/USD ask were 1.0124 or higher. Table 10 illustrates this point for the digital currency options with strikes equal to 1.0121 and 1.0123.

| BID | ASK | |
|---|---|---|
| 1.0123 | 1.0125 | Both Out-of-Money |
| 1.0122 | 1.0124 | Both Out-of-Money |
| 1.0121 | 1.0123 | Both In-The-Money |
| 1.0120 | 1.0122 | Both In-The-Money |

**Table 10**

For every bid or ask value where the sweet spot could theoretically be hit, DEUTSCHE BANK could select the bid or ask price where the sweet spot would not be hit. The circled prices are the spot prices DEUTSCHE BANK would select to avoid hitting the sweet spot.

There are no intermediate cases because of the 2 pip bid/ask spread. For example, if the EUR/USD spot were quoted 1.0121 bid, 1.0123 ask, the Bank could determine the relevant spot rate to be 1.0121, making both options in-the-money; if the EUR/USD spot were quoted 1.0122 bid, 1.0124 ask the bank could chose 1.0124, the ask side, and determine both options to be worthless. Moreover, a wider

than 2 pip wide bid/ask spread on spot would not save the sweet spot from being impossible for the same reasons, because the Participants and JBJZ Partners were stuck with the 2 pip wide strike spread on the offsetting options.

The extent of DEUTSCHE BANK's latitude in determining the relevant spot rate, and hence the options' in- or out-of-the-moneyness, is revealed in the following email correspondence from Tom Tahl (or Perry Parker) to R. Craig Brubaker, both at DEUTSCHE BANK:

> Calculation agent is Deutsche Bank. The Calculation agent is clearly specified in the trade confirmation documents. In the event of any question you might have as to the rate that Deutsche Bank sets. The practice we follow (which is industry standard) is as follows: We poll 5 interbank FX participants at 10:00 a.m. on determination date for their spot FX dealing rate. Deutsche Bank chooses 1 of those rates and a specific price on or within that quote. The counterparties we currently use are:
>
> Chase
> Citibank
> Union Bank of Switzerland
> Morgan Stanley
> Barclays
>
> For example this morning Wednesday Aug. 02 10:00 a.m. Their respective dealing quotes in usd/jpy were
>
> Chase 109.05/08
> Citibank 109.03/06
> UBS 109.05/08
> Morgan Stanley 109.06/09
> Barclays 109.05/08
>
> Deutsche Bank chose to use the Barclays quote and our determination rate today was 109.06. We will

> provide a printed record of the counterparty quote we choose upon your request. Any further information that you need I will be happy to provide.
> Perry Parker[21]

Additionally, I should mention that a large, powerful foreign exchange dealer such as DEUTSCHE BANK has, at times, the ability to force small (albeit temporary) price changes on the foreign exchange market. As illustrated in the following email from Craig Brubaker (DEUTSCHE BANK sales) to Erwin Mayer (Jenkens & Gilchrist), DEUTSCHE BANK contemplated the use of this tactic to navigate around the possibility of a sweet spot payout.

> ..is it imperative that the long and short options have different strikes, which generates the lotto payout? The fx markets are much less regulated, trade 24 hours, etc., and it its much easier for those guys to move the market off those strikes.[22]

The JZ Buckingham EUR/USD options were struck at 1.0123 (long option) and 1.0121 (short option). Suppose that, immediately prior to 10:00am EST on the day of expiration, DEUTSCHE BANK felt the 10:00am EST EUR/USD spot rate would fall in the sweet spot range. DEUTSCHE BANK could sell a

[21] DB-DOJ-COBRA-00052674.

[22] The Brubaker email goes on to say, "That can't be done on the equity market side with its regulation, therefore, there is real exposure to the possibility, albeit small, of having to pay out the lottery. If we could eliminate that possibility without destroying the integrity of your transaction, that would help." This reveals DEUTSCHE BANK's concern regarding a sweet spot payout and explains their willingness to use offsetting digital currency options in the COBRA trade structure. Bates document DB-DOJ-COBRA-00049603.

large amount of euros, so as to push the spot rate below the short option strike price of 1.0121, thereby putting both options in-the-money. Alternatively, DEUTSCHE BANK could buy a large amount of euros, so as to pull the spot rate above the long option strike price of 1.0123, thereby edging both options out-of-the-money. Either way, DEUTSCHE BANK would ensure the EUR/USD spot rate not to be in the sweet spot at exactly 10:00am EST. This is yet another reason why the sweet spot would never materialize.

A presentation by Chuck Binder, a DEUTSCHE BANK employee, supports the idea that DEUTSCHE BANK had no intention of allowing for a long option payoff without the corresponding short option payoff. Mr. Binder wrote:

> Binary defined as either pay a fixed amt or zero. Payoff not related to level of appreciation over the strike price.[23]

and

> Strikes on both options are about the same. Any spread must fall within DB's ability to set a bid/ask spread. Both options must either pay off or not.[24]

---

[23] DB-DOJ-COBRA-00030721.
[24] DB-DOJ-COBRA-00030723.

Mr. Binder's remarks clearly show that the sweet spot was an illusion; something that would never materialize. Additionally, as illustrated in Section III.E, DEUTSCHE BANK does not hedge the possibility of the sweet spot being hit. This also confirms the DEUTSCHE BANK considered hitting the sweet spot to be an impossibility.

### *III.C. An Objective Analysis Of The Transaction Reveals That The Offsetting Options Did Not Provide The Participants, Or JBJZ Partners, With a Reasonable Possibility For Achieving a Non-Tax Profit.*

Modern financial theory posits that reasonably prudent investors seek out investments with positive rates of return and that have a reasonable possibility of achieving a profit. One of the most effective ways to evaluate an investment for these criteria is through an expected rate of return analysis. The expected rate of return is the probability weighted sum of the rates of return across all possible economic outcomes of an investment.

Because the offsetting options were binary investments, the economic outcomes were a function of the in- or out-of-the-moneyness of the options. For the out-of-the-money state the net payoff was zero because both components would have expired worthless. For the at- or in-the-money state the net payoff was the net difference between the payoff received from the exercised long option and the payoff delivered on the exercised short option.

I calculated the probability of the offsetting options finishing out-of-the-money, on one hand, and at- or in-the-money on the other hand, using option pricing theory. I used the data from the DEUTSCHE BANK ODET printouts in my probability calculations, specifically the mid-level volatilities and deposit rates.[25]

As discussed in Section III B. above, I do not believe that a "sweet spot" scenario (a situation where the long component option was in-the-money, while the short component option was out-of-the-money) would ever occur.

[25] Mid-level volatilities and deposit (depo) rates are taken from an average of the bid and ask levels provided in the Deutsche Bank ODET (Option Deal Entry Tool) printouts, which provide trade details for all of the offsetting digital currency options discussed in this analysis.

The stated premium payable by JZ Buckingham for the long EUR/USD option was $20,000,000 and the stated premium receivable from DEUTSCHE BANK for the short option was $19,000,000. These amounts result in a net stated premium of $1,000,000 - the net cost of the offsetting options. At expiration, if both offsetting options were out of the money, there would be no payments. By contrast, if both EUR/USD offsetting options were at- or in-the-money, JZ Buckingham would receive from DEUTSCHE BANK $40,000,000 on the long option and pay $37,500,000 to DEUTSCHE BANK on the short option. If this occurred, JZ Buckingham would receive a net payout of $2,500,000. I calculated the probability of the JZ Buckingham EUR/USD offsetting options being at- or, in-the-money to be 26.66% (over 10% lower than the 38% probability reference in the COBRA marketing materials (2003EY001581)). The probability of an out-of-the-money result would be 73.34%. The expected dollar return is equal to the sum of each payoff multiplied by its probability of occurrence. The expected dollar return on the JZ Buckingham EUR/USD offsetting options was $666,500 ([$0 x 73.34%] + [$2,500,000 x 26.66%]).

Dividing the expected dollar return by the net premium payment of $1,000,000, and then subtracting one, results in

an expected rate of return for JZ Buckingham EUR/USD offsetting options of -33.35%. This number is not annualized.[26] The expected rate of return calculations for the other JBJZ Partners' options were -34.50% and -33.35%.

Table 11 provides an expected rate of return analysis for the Participants' offsetting option pairs.

**JBJZ Partners**
Expected Rates of Return if Held to Expiration

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Dollar Return | Stated Net Premium | Expected Rate of Return |
|---|---|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | 73.34% | 0 00 | 26.66% | $2,500.000 | $666,500 | ($1,000,000) | -33.35% |
| JZ Buckingham USD/JPY | 73.80% | 0.00 | 26 20% | $3,125,000 | $818,750 | ($1.250,000) | -34 50% |
| JGB Bohicket EUR/USD | 73.34% | 0.00 | 26 66% | $625,000 | $166,625 | ($250,000) | -33.35% |
| **TOTALS** | | | | | **$1,651,875** | **($2,500,000)** | **-33.93%** |

**ITM - In-The-Money**
**OTM - Out-of-The-Money**

Table 11

These calculations do not account for all of the costs associated with the trades. The Participants paid substantial fees for accounting and legal advice in connection with these transactions. The net cost to the

[26] It is conventional to annualize returns, but in this case it would magnify the negative expected returns beyond reason.

Participants of implementing the offsetting option strategy includes both the net premium payments for the purchase and sale of the offsetting option components plus the fees paid to Ernst & Young and Jenkens & Gilchrist (including Brown & Wood).

Table 12 illustrates the component costs related to the JZ Buckingham EUR/USD offsetting option strategy:

**JBJZ Partners**
Net Transaction Cost

| | Long Option Premium | Short Option Premium | E&Y Fees | J&G Fees* | Net Transaction Cost |
|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | ($20,000,000) | $19,000,000 | ($300,000) | ($584,000) | ($1,884,000) |

* J&G fees include payment include fees paid for Brown and Wood tax opinion

**Table 12**

JZ Buckingham's net transaction cost of the EUR/USD investment (adjusting the net premium to include accounting and legal fees) was $1,884,000. As discussed at various points in this report, the offsetting options have only two outcomes at expiration. In the out-of-the-money scenario both component options would be worthless at expiration. In the other scenario both options would be at- or in-the-

money at expiration, paying $2,500,000. To arrive at the net expected rate of return we simply divided the expected dollar return by the net transaction cost of the options, and then subtract 1.00.

Table 13a provides a net expected rate of return analysis for each of the Participants.

**JBJZ Partners**
Net Expected Rates of Return

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Return | Net Premium | Net Fees | Net Expected Rate of Return |
|---|---|---|---|---|---|---|---|---|
| JZ Buckingham EUR/USD | 73.34% | 0.00 | 26.66% | $2,500,000 | $666,500 | ($1,000,000) | (900,000) | -64.92% |
| JZ Buckingham USD/JPY | 73.80% | 0.00 | 26.20% | $3,125,000 | $818,750 | ($1,250,000) | (1,125,000) | -65.53% |
| JBG Bohicket EUR/USD | 73.34% | 0.00 | 26.66% | $625,000 | $166,625 | ($250,000) | (225,000) | -64.92% |
| TOTALS | | | | | $1,651,875 | ($2,500,000) | ($2,250,000) | -65.22% |

ITM - In-The-Money
OTM - Out-of-The-Money

Table 13a

The net expected rate of return on the JZ Buckingham EUR/USD offsetting options was -64.92%. The net expected rates of return on the other JBJZ Partners' offsetting options were also approximately -65%.

Appendix VI provides the expected return, and net expected return, calculations for the 1999 COBRA Transactions, following the methodology I explained above. The expected rates of return on the offsetting COBRA option transactions ranged from -5.22% to -45.79%, while the net expected rates of return ranged from -50.12% to -71.47%.

An alternative methodology, in Table 13b, calculates the expected returns if the Participants had acquired the offsetting options without considering the tax-related expenses (E&Y and legal fees) as part of the investment. Under this methodology, the fees are subtracted from the expected returns on the offsetting options. This methodology produces an expected return on the stated net premium of the offsetting options. The advantage of this methodology is that it allows a comparison of this transaction to a transaction without the costs associated with the potential tax benefits.

Under this methodology the net expected rate of return on the JZ Buckingham EUR/USD offsetting options was -123.35%.

The net expected rate of return on the other JBJZ Partners' offsetting options were -124.50% and -123.65%.[27]

**JBJZ Partners**
Net Expected Rates of Return - Methodology 2

| | OTM Probability | OTM Net Payoff | ITM Probability | ITM Net Payoff | Expected Return | Net Premium | Net Fees | Net Expected Rate of Return |
|---|---|---|---|---|---|---|---|---|
| JZ Buckingham EUR/USI | 73.34% | 0.00 | 26.66% | $2,500,000 | $666.500 | ($1,000,000) | (900,000) | -123 35% |
| JZ Buckingham USD/JP\ | 73.80% | 0.00 | 26.20% | $3,125,000 | $818,750 | ($1,250,000) | (1,125,000) | -124.50% |
| JBG Bohicket EUR/USD | 73.34% | 0.00 | 26.66% | $625,000 | $166.625 | ($250.000) | (225,000) | -123.35% |
| TOTALS | | | | | $1,651,875 | ($2,500,000) | ($2,250,000) | -123.93% |

ITM - In-The-Money
OTM - Out-of-The-Money

Table 13b

Applying this methodology to the 52 COBRA transactions provides expected rates of return that range from -95.2% to -135.8%.

My calculations reveal that the Participant's investments in the offsetting options had negative expected returns, both including and excluding the accounting and legal fees. E&Y's Jerred Blanchard reinforces this finding by stating in an internal opinion on COBRA transactions that:

[27] Under Methodology 2 the fees are subtracted from the expected returns on the options. The resultant number is then divided by the net cost of the options, and the number one is subtracted to arrive at the expected rate of return.

> it would appear that the value of the downside risk ($2.945 million, or 62% of $4.75 million) exceeds the value of the upside opportunity ($2.375 million, or 38% of $6.25 million) by $570,000.[28]

He goes on to further state in footnote three:

> In order for the Taxpayer's "bet" to be breakeven, the total cost of the transaction would have to be $3.831 million (62% of $3.831 million equals 38% of $6.25 million), meaning the "tax structuring" or "investment banking" fees would have to be limited to $1.331 million (2.66% of the cost of the Long Option). Thus, one approach to improving the opportunity for earning pre-tax profit on the transaction would be to reduce the fees from 4.5% to 2.5%, which would constitute a $1 million reduction in fees.[29]

Unlike Ernst & Young's COBRA marketing materials Blanchard attempted to analyze the offsetting option transactions taking into account not only their upside potential, but also their far greater downside risk. If he had used the correct probabilities, meaning 28% rather than his 38%, his conclusion regarding the negative expected profitability of the offsetting options would have been even more pronounced.

The offsetting options, whether viewed singularly as individual option pairs or collectively as the assets of JBJZ Partners, did not have a reasonable possibility of

[28] JG-NC037429.
[29] JG-NC037429.

achieving a non-tax profit. Consequently JBJZ Partners had no reasonable possibility of achieving a non-tax profit.

### *III.D. Each Offsetting Option The Participants Purchased, Sold, Or Contributed To JBJZ Partners Represented A Component Element Of A Single Transaction Structure.*

#### *III.D.i. Each offsetting option was designed to be inextricably related.*

As stated earlier, on November 23, 1999 each Participant entered into offsetting options with DEUTSCHE BANK as their counterparty. The transactions were comprised of two components: a long digital currency option and a short digital currency option, which were purchased and sold simultaneously. The payout amount of each short option component was 93.75% of the payoff of its corresponding long option component. The premium received for each short option component was 95% of that of its corresponding long option component. The strike price on each short option component was 2 pips below the strike for its corresponding long option component. Finally, the expiration for all of the component options was December 22, 1999 (29 days after the trade date).

Table 14 provides the trade details of the JZ Buckingham EUR/USD offsetting options.

**JBJZ Partners**
Offsetting Options

| | Long Option | Short Option | Net |
|---|---|---|---|
| JZ Buckingham | | | |
| Currency Pair | EUR/USD | EUR/USD | |
| Trade Date | 23-Nov-99 | 23-Nov-99 | |
| Expiration Date | 22-Dec-99 | 22-Dec-99 | |
| Option Type | EUR Put / USD Call | EUR Put / USD Call | |
| Strike Price | 1.0123 | 1.0121 | |
| Stated Premium | ($20,000,000) | $19,000,000 | ($1,000,000) |
| USD Payoff | $40,000,000 | ($37,500,000) | $2,500,000 |
| Counterparty | DEUTSCHE BANK | DEUTSCHE BANK | |

**Table 14**

I reviewed the 1999 COBRA offsetting options, which are detailed in Appendix VII. In each of these transactions, the long and short options had strike prices that were 2 pips apart. Given this design structure, it is my opinion that the offsetting options were inextricably related components of a single transaction.

***III.D.ii. DEUTSCHE BANK considered the offsetting options traded with the Participants to have created no credit or counterparty risk.***

Because the offsetting options were elements of a single transaction structure, DEUTSCHE BANK could regard them as risk-free from a credit exposure perspective.

In Craig Brubaker's (of DEUTSCHE BANK Alex Brown) email he states that,

> There is no credit involved in this transaction, therefore, credit approval procedures will not be required.[30]

Furthermore, Chuck Binder's previously referenced presentation states,

> FX desk will not accept an order unless both trades are requested at the same time.[31]

And,

> No credit risk on these trades when executed as per the strategy.[32]

And,

> Since options will either each pay a fixed amount or zero, the option purchased will always be worth more than the option sold to DB by the CP. This translates to zero credit risk based on netting under the ISDAs required.[33]

These comments indicate that credit analysis was not necessary because the offsetting options could never be

[30] DB-DOJ-COBRA-00030131.
[31] DB-DOJ-COBRA-00030721.
[32] DB-DOJ-COBRA-00030725.
[33] DB-DOJ-COBRA-00030724.

split. By marrying structurally similar offsetting component options together and establishing a razor-thin strike spread, DEUTSCHE BANK was able to eliminate counterparty credit risk with respect to the Participants. DEUTSCHE BANK would be paid the net premium for the offsetting options and would not owe any money if the options expired out-of-the-money. If the offsetting options expired in-the-money, DEUTSCHE BANK would owe money to the Participants or JBJZ Partners. Under no circumstance would DEUTSCHE BANK be owed money beyond the initial payment of the net option premium.

Hence I conclude DEUTSCHE BANK had no credit risk exposure to the Participants or JBJZ Partners. The Bank would have been able to preserve its risk-free credit position by requiring the component pieces to always remain together. Said another way, each pair of offsetting options would never be split into separate component options.

***III.D.iii. Separation of the offsetting options would have required the Participants, or JBJZ Partners, to post a massive amount of margin collateral.***

It is the industry practice for Master Trading Agreements (and related Credit Support Annexes) to establish margin

requirements for foreign exchange and foreign exchange options, either held as long or short positions. None of the documents I have reviewed stated the margin requirements for the offsetting options. The absence of such an agreement is evidence that DEUTSCHE BANK never intended for the offsetting options to be separated. Indeed, from an internal email by R. Craig Brubaker of DEUTSCHE BANK Alex. Brown, client credit was never an issue.

> We understand that there is no credit involved with this transaction, therefore, credit approval procedures will not be required.[34]

Nonetheless, some basic facts about margin can be understood from industry standards for foreign exchange and options on foreign exchange and a discussion is relevant to my opinions.

Typical master trading agreements establish margin requirements for both long and short positions in currency options, and by extension, offsetting options. These requirements would have applied if DEUTSCHE BANK had ever allowed the offsetting long and short option pairs to be split into stand-alone individual options. Separating these

[34] DB-DOJ-COBRA-00030349.