consistent with the Zucker LLC long and short JPY/USD options, respectively.[136] Also, the corresponding confirmation letter for the offsetting option position contains the reference number, "ex27920A".[137]

In the present context, the important point is that while the DB deal sheets in the 1999 COBRA transactions show a two-pip spread between the long and the short options, the short option in the RMS reports always has a strike price equal to that of the long option, which eliminates the two-pip spread. (See Appendix E, Workpaper E-23, for details.) If there is no two-pip spread, a single option payout is impossible. This matters because the RMS could only perform its function as "the main risk management system"[138] for DB if it accurately reflected the risks to which DB was *actually* exposed. The fact that the RMS reports did not include the possibility of a strike price difference for the two parts of the option position thus implies that DB assessed its own risks under the assumption that a single-option payout was impossible. Given the factors already discussed regarding the selection of a spot price at expiration, it was within DB's control to assure that this assumption would always prove valid, and DB had strong economic incentives to do so.[139]

Thus in these circumstances, the expected single-option payoff probability is zero and would be seen as effectively zero by an economically rational investor.[140] This means that the short options are more valuable and the net position is less valuable than indicated in Table 5 (page 33 above). Appendix D provides a revised version of Table 5 in which the short options' strike prices are equal to those of the long options'.[141] There is a relatively small percentage difference in the short options' basic values, but this translates into a much bigger percentage difference in the basic values for the net premium. Figure 7 shows how Figure 6 (page 36 above) changes when the strike prices for both the long and short options are the same.

---

136 DB-DOJ-COBRA-00241631, 633.

137 DOJ 041533.

138 DB-DOJ-COBRA 00047009.

139 The COBRA transactions in 2000 provide one additional piece of evidence in this regard. In those transactions, not only did the RMS worksheets report only one strike price for both the long and short positions of the offsetting option positions, so too did the DB deal sheets in the places where the option pricing input parameters were entered. See, for example, DB-DOJ-COBRA 00240685, 89. Other ODETs for 2000 COBRA cases are contained in DB-DOJ-COBRA 00240679-799. For completeness, I would add that a strike price reflecting the two-pip spread does appear in comments made in the "confirmation details" field in the short options' deal sheets in 2000.

140 That said, even if all of the above reasons to disregard the possibility were put aside and I were to include this probability in my calculations, my basic conclusions would not change.

141 Appendix D, Workpaper D-20.




**Figure 7**

The total excess of the actual net premiums DB charged over the average of the DB and Kolbe net basic values (i.e., DB's fee) goes from the $630,000 (rounded) value depicted in Figure 7 to $837,000 in Figure 7.[142] As a percentage of the total actual net premium of $2.5 million, the Figure 7 excess over average net basic value is 50 percent, versus the 34 percent in Figure 6. (Please note also that the Figure 7 excess over average basic value is 1.7 percent of the "desired loss," i.e., of the Partnership's total stated long option premium of $50 million; I return to this topic in Part E of this section, below.)

### 2. Identification of the "Investment"

The next question in estimation of expected non-tax returns and rates of return is, expected rate of return *on what amount*?

The COBRA Presentation's calculations take the viewpoint of someone contemplating a return through the combination of (a) a risky bet on an offsetting option position and (b) a safe reduction in income taxes.[143] As a result, the calculations consider the rate of return on the sum of (a) the net

---

[142] See Appendix D, Workpaper D-20 and Table 5.

[143] There is also the two percent cash contribution. Because I have been instructed to limit my expected (continued....)

premium invested in the option position, which is the investment in the risky bet and (b) the fees paid to the tax strategy providers, which is the investment in the claimed tax savings.[144]

However, I have been asked to analyze the *non-tax* risk-return characteristics of the offsetting option positions, taking transaction costs into account. The fees to the law firms and Ernst & Young did not buy additional offsetting option positions. They did not and could not generate any non-tax investment returns. Absent the claimed tax savings, these fees are simply a deadweight loss, i.e., an increase in transaction costs. If the claimed tax savings are put aside, the only way to make money on the offsetting option positions over and above the transaction costs would be to earn a return *on the amount invested in the option positions*. Since the fees amount to 90 percent of the net premium amount (4.5 percent versus 5 percent of the long option premium for the fees and net premium, respectively), the implication is that just to break even on the amount invested in the offsetting option positions, the participants first had to earn 90 percent of the net premium amount,

---

143 (...continued)
profit analysis to offsetting options transactions -- which I am told is the transaction that gives rise to the claimed tax benefit here -- my calculations, like the COBRA Presentation's calculations, ignore the cash contribution. However, even if I had taken this two percent cash investment into account for purposes of determining the overall expected profit, I would have concluded that it was economically irrelevant, for three reasons. First, the other trades, discussed in footnote 59, involved purchases of approximately $1.376 million and subsequent sales of approximately $1.378 million. This activity is economically inconsequential relative to the transactions with the offsetting option positions. (Recall that the offsetting option payoffs are measured in millions of dollars. In millions, the net change in the Partnership value due to these trades was a gain of $0.002 million, after rounding.) Second, this conclusion is consistent (a) with the COBRA Presentation's statement that the two percent cash contribution "is at no risk and is not a cost of transaction," -- COBRA Presentation, 2003EY001581 (longer version) and DOJ 049119 (shorter version), and (b) with a November 15, 1999 Ernst & Young memo to Jerry Zucker that identified the "cash injection to partnership" of two percent as "[n]ot at-risk" -- DOJ 061640.

Third, this conclusion is also supported by an Ernst & Young email entitled "COBRA Matters - URGENT" (dated 12/5/99). This email states,

> As you know, in addition to the transfer of the option spread to the partnership, the clients transferred cash equal to two percent of the loss amount to the partnership. There has been some confusion as to what type of trading is expected to be done with this cash during the life of the partnership. The trading activity is important to the maintainance [sic] of a business purpose for the partnership -- i.e., investment activity. We have not developed precise rules for the investment of the funds, but here are some guidelines. The money should not sit in a money market account. The more trading activity the better, and preferably in an investment that can reasonably be expected to provide a potential for a good return, although "speculative" investments are not encouraged. If one wanted to move in and out of different market indexes, that would be acceptable. Because there are only about three weeks left till [sic] the liquidation of the partnerships, it is essential that if no activity has yet commenced, that it be begun immediately through David Parse at Alex Brown. (DOJ-C-00267-69, also identified as EY02938-40.)

Market indexes offer expected returns that are economically immaterial in the present context, as do common stocks generally.

144 COBRA Presentation 2003EY001582-83 (longer version) and DOJ 049120-21 (shorter version).

merely to recover the fees. Therefore the appropriate denominator for my calculation of the expected rate of return is the net premium paid for the offsetting option position.

An analogy may be useful at this point. Suppose two gamblers each have $95 in their pockets and a choice of two casinos. The casinos are identical in every respect except that one charges $45 to walk in the door. The first gambler chooses that casino, and he pays the $45, goes to the roulette wheel, bets $50 on "red", wins or loses, and walks out. The second gambler chooses the other casino. She walks in without the charge at the door, bets $50 on "red," wins or loses, and walks out with the other $45 still in her pocket either way.

How do the gamblers compare rates of return on the evening's gambling activities? Both gamblers have actually bet $50. In both cases, the gambler's hope for a positive outcome for the casino visit depends on winning enough on the amount actually bet to make back the $50. In the case of the gambler entering the first casino, however, to turn a profit on the evening he must also make back the $45 he paid at the door. The expected rate of return on his gambling activity is much lower, because the $45 is a deadweight loss, not an "investment" in roulette. That gambler's $50 bet starts with a 90 percent loss to make up, due to the wasted $45.

Now suppose that the gambler chooses the first casino because the $45 buys not merely entry, but also a $1,000 tax deduction. (Note that $50 is 5 percent of $1,000 and $45 is 4.5 percent of $1,000.) If the tax deduction is considered, the gambler's whole $95 is an "investment," $50 on a roulette spin with a small negative expected rate of return and $45 on the tax deduction with a high positive expected rate of return.[145] But if the tax deduction is ignored, the gambler entering the first casino "invests" only the $50, and the $45 is simply a wasted outlay with no possibility of a return.

### 3. Expected Returns

Resolution of these issues permits the calculation of expected returns and rates of return. To start, Table 6 provides the probabilities that the offsetting option pairs will pay off for both the deal sheets' basic option values and my basic values, using the RMS reports' assumption that the strike price of the short option equals that of the long option. It also shows the COBRA Presentation's illustrative 38 percent.

---

[145] As noted above, this is the perspective taken in the COBRA Presentation.

**Table 6. Probabilities of Option Payout**

| *Outcome* | *Payout** | Probability | | |
|---|---|---|---|---|
| | | *E&Y COBRA Presentation* | *DB*** | *Kolbe* |
| | [1] | [2] | [3] | [4] |
| **Zucker LLC (JPY/USD)** | | | | |
| Both Options Hit | $ 3,125,000 | 38.0% | 27.9% | 26.2% |
| Neither Option Hits | $ - | 62.0% | 72.1% | 73.8% |
| **Zucker LLC (USD/EUR)** | | | | |
| Both Options Hit | $ 2,500,000 | 38.0% | 26.3% | 26.6% |
| Neither Option Hits | $ - | 62.0% | 73.7% | 73.4% |
| **Boyd LLC (USD/EUR)** | | | | |
| Both Options Hit | $ 625,000 | 38.0% | 26.3% | 26.6% |
| Neither Option Hits | $ - | 62.0% | 73.7% | 73.4% |

Notes: [1]: DB COBRA 04213, 15, 19, 21, 25, 27.
[2]: 2003EY001581, DOJ 049119.
[3]: Appendix D, Workpaper D-4 through Appendix D, Workpaper D-6.
[4]: Appendix D, Workpaper D-7 through Appendix D, Workpaper D-9.
USD: U.S. dollar, EUR: Euro, and JPY: Japanese yen.
*Payouts exclude the net premium for the option.
**The DB probabilities in this column are calculated using DB's premiums
See Appendix D, Workpaper D-4 through Appendix D, Workpaper D-6.
The DB premiums for the Boyd LLC option pair were incorrect.
The DB probability is calculated based on "corrected" DB premiums that were estimated based on the ratio of the DB premium to the stated premium from the Zucker LLC USD/EUR option pair.
See Appendix E, Workpaper E-17 for more information.

Table 7 presents the calculations of expected returns and rates of return for the first option pair from Table 1, the JPY/USD offsetting option position purchased by the Zucker LLC. For comparability with the COBRA Presentation's calculations, it reports not only the expected rates of return on the actual amount invested, but also the expected rates of return on the combination of the actual investment plus the fees to Ernst & Young, Jenkens & Gilchrist and Brown & Wood.

**Table 7. Expected Returns on Zucker LLC's Option Pair #1 (JPY/USD)**

| | | Probabilities | | |
|---|---|---|---|---|
| | | *E&Y COBRA Presentation* | *DB* | *Kolbe* |
| | **Net Option Position** | | | |
| [1] | *Payout if Options Finish in the Money* | $ 3,125,000 | $ 3,125,000 | $ 3,125,000 |
| [2] | *Probability of Both Options Hitting* | 38.0% | 27.9% | 26.2% |
| [3] | *Expected Payout Before Premium & Fees* | $ 1,187,500 | $ 870,586 | $ 818,574 |
| [4] | *Net Option Premium Paid by LLC* | $ 1,250,000 | $ 1,250,000 | $ 1,250,000 |
| [5] | Net Expected Return on Net Premium Before Fees | $ (62,500) | $ (379,414) | $ (431,426) |
| [6] | Net Expected Return as a % of Net Premium Before Fees | -5.0% | -30.4% | -34.5% |
| [7] | *Outside Advisor Fees* | $ 1,125,000 | $ 1,125,000 | $ 1,125,000 |
| [8] | Net Expected Return on Net Premium After Fees | $ (1,187,500) | $ (1,504,414) | $ (1,556,426) |
| | *Net Expected Return After Fees* | | | |
| [9] | As a % of Net Premium & Fees | -50.0% | -63.3% | -65.5% |
| [10] | As a % of Net Premium | -95.0% | -120.4% | -124.5% |

Notes: [1], [4]: DB COBRA 04219, 04221, Table 2; [2]: Table 6; [3]: [1] x [2]; [5]: [3] - [4]; [6]: [5] / [4]; [7]: 4.5% of the long option premium paid by the LLC (2003EY001567). Long option premium is from DB COBRA 04219. The long option premium paid is: $ 25,000,000
[8]: [5] - [7]; [9]: [8] / ([4] + [7]); [10]: [8] / [4].
Calculation does not adjust for the present value of expected returns due to the uncertain timing of future cash flows. The impact of such an adjustment would be minimal.

Table 7 starts (row [1]) with the payout if both options finish in the money. This amount times the probability that the option pairs will in fact finish in the money (row [2]) is the expected payout before premium and fees (row [3]). Three probabilities are considered, the COBRA Presentation's, DB's, and my own (the three columns). The net expected dollar return before fees is the expected payout (row [3]) less the net premium paid (row [4], which as noted earlier, materially exceeds the basic value of the option position). The percentage expected return before fees (row [6]) is the dollar net expected return (row [5]) divided by the net premium paid (row [4]). As shown in the table, the net premium always embodies an expected loss. The expected loss is clearly material, about 30 or 35 percent of the net premium paid for the offsetting option position when realistic probabilities are used (from the DB deal sheets and my own calculations, respectively).[146]

[146] An expected loss still exists even when using the COBRA Presentation's illustrative 38 percent. However, while the COBRA Presentation's illustrative no-fee expected loss is on the order of the loss expected from betting "red" on roulette (which with U.S. roulette wheels, which have both "0" and "00" in green as well as 18 red and 18 black numbers, is 5.3 percent of each dollar bet), the actual expected (continued...)

Finally, the last part of Table 7 subtracts outside advisor fees (row [7]], calculated as 4.5 percent of the "desired loss," i.e., the long option's premium), which are transaction costs that must be recovered from the return on the option positions if tax savings are to be ignored. After these fees, the expected rate of return is materially negative in all cases, whether calculated on the sum of the actual investment and the fees (line [9]), as in the COBRA Presentation, or on the actual non-tax investment (line [10]). The "bottom line" is that on the actual amount invested in the net option position, the consideration of fees always subtracts the above-mentioned 90 percentage points from the expected rate of return (since the 4.5-percent-of-desired-loss fees are 90 percent of the 5-percent-of-desired-loss net premium). Before taxes, participants therefore have more than a 100 percent expected loss with the realistic payoff probabilities and nearly a 100 percent loss even with the illustrative 38 percent probability from the COBRA Presentation.

In short, absent the claimed tax savings, the participants' expected rate of return on this option position was a loss of *more* than the amount they invested to buy the position. This is an extraordinarily bad investment on its own merits (i.e., absent tax considerations). For example, even lottery tickets have an expected loss of "only" about 50 percent of the money used to buy them.[147]

Workpapers in Appendix D provide the same information for the other three offsetting option positions. Table 8 summarizes the results for all positions, including that in Table 7, and the combined result for the entire set of offsetting option positions. The same overall pattern emerges: after fees, the expected return on each of these offsetting option positions was a loss of *more* than the net premium invested to buy them. Since the expected rate of return of each component is materially negative, the expected rate of return of the entire series of offsetting option positions is materially negative, too.

---

146 (...continued)
loss is a good deal higher.

147 A lottery ticket apparently offers expected returns on the order of minus 50 percent. It would be worse, except that (unlike the case with the offsetting option positions here) it is possible to have partial lottery payoffs without winning the whole jackpot. (See http://www.durangobill.com/PowerballOdds.html.)

**Table 8. Summary of Expected Returns on All Offsetting Option Pairs**

| | *Long Option Premium* | **Probabilities** *E&Y COBRA Presentation* | *DB* | *Kolbe* |
|---|---|---|---|---|
| [1] Zucker LLC (JPY/USD Option Position) | $25,000,000 | | | |
| *Net Expected Return as a % of* | | | | |
| [2] Net Premium Before Fees | | -5.0% | -30.4% | -34.5% |
| [3] Net Premium & Fees After Fees | | -50.0% | -63.3% | -65.5% |
| [4] Net Premium After Fees | | -95.0% | -120.4% | -124.5% |
| [5] Zucker LLC (USD/EUR Option Position) | $20,000,000 | | | |
| *Net Expected Return as a % of* | | | | |
| [6] Net Premium Before Fees | | -5.0% | -34.3% | -33.5% |
| [7] Net Premium & Fees After Fees | | -50.0% | -65.4% | -65.0% |
| [8] Net Premium After Fees | | -95.0% | -124.3% | -123.5% |
| [9] Boyd LLC (USD/EUR Option Position) | $5,000,000 | | | |
| *Net Expected Return as a % of* | | | | |
| [10] Net Premium Before Fees | | -5.0% | -34.3% | -33.5% |
| [11] Net Premium & Fees After Fees | | -50.0% | -65.4% | -65.0% |
| [12] Net Premium After Fees | | -95.0% | -124.3% | -123.5% |
| [13] Total Long Option Premiums | $50,000,000 | | | |
| **Net Expected Return for Entire Transaction as a % of** | | | | |
| [14] Net Premium Before Fees | | **-5.0%** | **-32.3%** | **-34.0%** |
| [15] Net Premium & Fees After Fees | | **-50.0%** | **-64.4%** | **-65.3%** |
| [16] Net Premium After Fees | | **-95.0%** | **-122.3%** | **-124.0%** |

Notes: [1], [5], [9]: DB COBRA 04213, 19, 25; [2] - [4]: Table 7; [6] - [8]: Appendix D, Workpaper D-12. [10] - [12]: Appendix D, Workpaper D-13; [13] = [1] + [5] + [9]; [14] = ([1] x [2] + [5] x [6] + [9] x [10]) / [13]; [15] = ([1] x [3] + [5] x [7] + [9] x [11]) / [13]; [16] = ([1] x [4] + [5] x [8] + [9] x [12]) / [13]; USD: U.S. dollar, EUR: Euro, and JPY: Japanese yen.

### D. Check One: Actual Outcomes for Option Pairs #1-#3

My above conclusions on expected returns can be checked in two ways. The first is to see how the investments actually turned out. This is a weak test, since it represents the combined results of only the three "bets" placed by the participants in this case, and really only two because option pairs #2 and #3 (the Zucker and Boyd LLCs' euro positions) were really the same bet. However, when combined with a second check described below, it turns out to be quite instructive.

As noted above, the offsetting option positions expired. Despite having had some good luck with the euro (see Table 2, above), the resulting returns were in fact still materially negative overall, as

shown in Table 9. The actual outcome was a 65 percent loss on the amount invested in the offsetting option positions.[148]

**Table 9. Achieved Returns on the Offsetting Option Positions**

| | | Zucker LLC | | Boyd LLC | | All Participants |
|---|---|---|---|---|---|---|
| *Ownership Share of Partnership:* | | *90%* | | *10%* | | *100%* |
| [1] Payout from Options | $ | 2,812,500 | $ | 312,500 | $ | 3,125,000 |
| [2] Net Option Premium | $ | (2,250,000) | $ | (250,000) | $ | (2,500,000) |
| [3] Fees Paid | $ | (2,025,000) | $ | (225,000) | $ | (2,250,000) |
| [4] *Total Costs* | $ | (4,275,000) | $ | (475,000) | $ | (4,750,000) |
| **[5] Gain (Loss) on Transaction** | **$** | **(1,462,500)** | **$** | **(162,500)** | **$** | **(1,625,000)** |

Notes: Ownership shares from DOJ 041479; [1]: DB COBRA 04894, 04896-7, Total payout is allocated based on ownership shares; [2]: DB COBRA 04213, 15, 19, 21, 25, 27; [3]: DB COBRA 00299, 4910, Plaintiff's Answers to First Set of Interrogatories at #14, Plaintiff's Answers to Second Set of Interrogatories at #32, & Plaintiff's First Supplemental Responses at #15; Table 3; [4] = [2] + [3]; [5] = [1] + [4].

One reason these offsetting option positions did not provide higher returns is there were multiple bets, each with a negative expected rate of return. To win overall, the participants had to win both of these bets, not just one. This is shown in Table 10.

148 From Table 9: $1.625 million loss / $2.50 million net premium = 65 percent loss.

**Table 10. Combination of Option Position Wins Needed to Win Overall**

| | | | *Direction of Bet* |
|---|---|---|---|
| [1] | Total Net Premium | $2,500,000 | |
| [2] | Total Fees | $2,250,000 | |
| [3] | *Total Costs* | $4,750,000 | |
| | Total Potential Payout by Currency | | |
| [4] | USD/EUR Puts | $3,125,000 | Stronger USD |
| [5] | JPY/USD Call | $3,125,000 | Stronger USD |
| [6] | *Total* | $6,250,000 | |
| [7] | Option Payouts Needed for Positive Profit | All | |

Notes: [1], [4], [5]: DB COBRA 04213, 15, 19, 21, 25, 27; [2]: 4.5% of total long option premium (2003EY001567); [3] = [1] + [2]; [6] = [4] + [5]; [7]: combinations of payouts producing values greater than [3]; Direction of bet: USD/FX puts and FX/USD calls bet that the USD will strengthen relative to the foreign currency; USD/FX calls and FX/USD puts bet that the USD will weaken.
USD: U.S. dollar, EUR: Euro, and JPY: Japanese yen.

The sizes of the bets differed. To obtain a positive payout, the participants needed to win both the bets. However, while the EUR bet did well, the JPY bet did not (again, see Table 2). This outcome for the individual bets produced the 65 percent loss on the amount invested in the offsetting option positions.

Consider what this means, given the earlier tables. The participants in this series of transactions beat the odds and had a return that was about *59 percentage points higher* than the rationally expected rate of return.[149] Normally, an investor would be very happy with such a result. Yet in this series of transactions, the participants *still lost 65 percent* of their net premium investment. The need to win both bets simultaneously, each of them priced with a materially negative expected rate of return, simply was too great a hurdle to produce a positive return overall, despite winning one of the bets. (As discussed further in Section IV, below, this issue also has relevance for the economic merits of the stated non-tax business purposes for these transactions.)

---

[149] The average of the DB and Kolbe expected returns in Table 9 is a negative 124 percent. The 59 percentage points equals the 65 percent loss (achieved return) minus the 124 percent loss (expected return using the average of the DB and Kolbe basic values). That is, [-65% - (-124%)] = [-65% + 124%] = 59%. The actual return is calculated in footnote 148.

### E. Check Two: Return Analysis of Similar Positions

As noted earlier, the COBRA transactions in this case are only one set of a number of similar transactions undertaken at the same time. This permits a second check on the above expected return calculations, since it provides a much bigger sample. Of course, if all the bets were the same (like the Zucker and Boyd LLCs' two euro bets), the larger sample would be of little or no value for such a purpose, since the outcome for the entire set of bets would simply reflect the good or bad luck for that one position. However, as shown in Appendix E, within the standard offsetting option position format, the directions and details of the foreign currency bets did vary materially among the various transactions.[150]

Table 11 summarizes the Appendix E calculations of the expected returns on all of the offsetting option positions for which sufficient data exist, *excluding* those in the present case, calculated in the same ways used above.[151] These expected return values are comparable in size to those in Table 8 (page 46 above), confirming that these are in fact similar transactions not merely in form, but in their underlying economics as well.

---

[150] See Appendix E, Workpaper E-21. I discuss other implications of this fact below, in part F of this Section of my report.

[151] See Appendix E, Workpaper E-18, for details on the derivation of this table.

**Table 11. Expected Return Statistics on Non-JBJZ Option Pairs with Adequate Data**

| | Expected Return | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | *Before Fees as a % of Net Premium* | | | *After Fees as a % of Net Premium & Fees* | | | *After Fees as a % of Net Premium* | | |
| | E&Y COBRA Present-ation | DB* | Kolbe Calculated | E&Y COBRA Present-ation | DB* | Kolbe Calculated | E&Y COBRA Present-ation | DB* | Kolbe Calculated |
| *Minimum Across All Option Pairs* | -5.0% | -36.7% | -35.9% | -50.0% | -66.7% | -66.3% | -95.0% | -126.7% | -125.9% |
| *Maximum Across All Option Pairs* | -5.0% | -17.4% | -14.4% | -50.0% | -56.5% | -54.9% | -95.0% | -107.4% | -104.4% |
| *Median Across All Option Pairs* | -5.0% | -30.0% | -30.0% | -50.0% | -63.2% | -63.2% | -95.0% | -120.0% | -120.0% |
| *Simple Average Across All Option Pairs (49 with DB data, 53 with Kolbe data)* | -5.0% | -28.9% | -28.2% | -50.0% | -62.6% | -62.2% | -95.0% | -118.9% | -118.2% |
| *Weighted Average Across All Option Pairs (49 with DB data. 53 with Kolbe data)* | -5.0% | -27.1% | -28.7% | -50.0% | -58.9% | -62.5% | -95.0% | -111.8% | -118.7% |
| *Simple Average of 14 Sets of 1999 Individual COBRA Transactions*** | -5.0% | *-29.6%* | *-28.8%* | -50.0% | -62.9% | -62.5% | -95.0% | *-119.6%* | *-118.8%* |

Sources and Notes:

Data exclude options from the JBJZ Partners transaction and transactions with incomplete data.

See calculations and notes in Appendix E, Workpaper E-18.

Expected return after premiums & before fees as a % of net premium is calculated as expected payout on options / total net premium.

Expected return after premiums & fees as a % of net premium & fees is calculated as (expected payout on options less fees) / (total net premium + total fees).

Expected return after premiums & fees as a % of net premium is calculated as (expected payout on options less fees) / total net premium.

* Uses the "corrected" DB Theoretical Premiums when necessary. Corrections were not available for four options (three from WNK Partners and one from CMC Austin Partners), which are excluded from the DB calculations.

** Value for each set of transactions is the weighted average of the option pairs for that set.

Please note that Table 11 reports three averages for the non-JBJZ COBRA transactions, the simple average of all their option pairs, the weighted average of all their option pairs, and the simple average of the other 14 individual sets of COBRA transactions. The last of these is the simple average over the other 14 COBRA transactions of the weighted average of the offsetting option

positions in that particular set.[152] The simple average of the 14 sets of transactions is the most reliable measure, in my view, since it is consistent with two features of the COBRA transactions:

- The participants in an individual set of transactions end up pooling their options and sharing a weighted-average rate of return even if their LLCs start off with materially different option positions,[153] but
- There is no reason to believe that mere size differences among transaction sets convey additional information about overall rates of return on the COBRA transactions.[154]

However, I also report the other two averages for comparison.

Table 12 summarizes calculations done in Appendix E that show the actual outcomes for these offsetting option positions. Since the purpose of the table is to compare actual outcomes with expected outcomes, it shows the full sample for which data exist, including the offsetting option transactions in this case. Since the offsetting option transactions in this case had a relatively good outcome, their inclusion tends to raise the realized returns shown in the table.

---

152 The averages for a particular set of transactions are equivalent to the values reported above in rows [14] to [16] in Table 8, page 46 above.

153 This issue is important in part because differences between the options' stated and basic value that produce DB's fees could differ materially for different offsetting option positions and therefore for different LLCs (see Appendix E, Workpaper E-4), and the sizes of the offsetting option positions could differ materially, too. Yet the LLCs' ultimate returns came on a pooled, weighted-average basis because of the contributions to the partnerships. Therefore, a simple average of the offsetting option positions within a set of transactions could be materially misleading about the actual risks facing the participants in that set.

154 This issue just recognizes that the expectations or outcomes for a transaction set that happens to be bigger tell us no more about the underlying economics of the COBRA transactions than the expectations or outcomes for a transaction set that happens to be smaller.

**Table 12. Realized Returns on All Option Pairs**

| Returns for All Option Pairs: | Before Fees as a % of Net Premium | After Fees as a % of Net Premium & Fees | After Fees as a % of Net Premium |
|---|---|---|---|
| *Minimum Across All 56 Option Pairs* | -100% | -100% | -190% |
| *Maximum Across All 56 Option Pairs* | 150% | 32% | 60% |
| *Median Across All 56 Option Pairs* | -100% | -100% | -190% |
| *Simple Average Across All 56 Option Pairs* | -35.3% | -66.0% | -125.3% |
| *Weighted Average Across All 56 Option Pairs* | -23.7% | -59.9% | -113.7% |
| *Simple Average of the 15 Sets of 1999 COBRA Transactions** | *-39.4%* | -68.1% | *-129.4%* |
| | | **Total** | **% of Total** |
| **Option Pair Outcomes:** | | | |
| *# of Option Pairs* | | 56 | |
| *# of Option Pairs Sold Early* | | 9 | 16% |
| *# of Option Pairs Expired In the Money (ITM)* | | 9 | 16% |
| *# of Option Pairs Expired Out of the Money (OTM)* | | 38 | 68% |

Sources and Notes:
Premium information is from the DB deal sheets (DB COBRA 04058 - 04389). Payout information is from DB-DOJ-COBRA-00000019, 00000025, 00009771, 00009773, 00010136, 00015768, 00043899 and 00044046-7. See Appendix E, Workpaper E-20.
* Value for each set of transactions is the weighted average of the option pairs for that set.

This table shows that the actual average outcomes were slightly worse than expected. Before fees, the actual outcome average overall (i.e., including the exceptionally good results in this case) was a loss of about *39 percent* of the net premium amounts.[155] This is somewhat worse than the approximately 32-34 percent expected loss before fees in the JBJZ transaction and the approximately 29-30 percent expected loss before fees for the other 1999 COBRA transactions (see Tables 8 and 11, respectively). After fees, the actual average outcome was a loss of approximately *129 percent* of the net premium amounts, somewhat worse than the approximately 119 to 124 percent range of expected losses.[156] Fully 68 percent of the 56 option pairs finished out of the money, losing the entire net premium, and that number might well be somewhat higher had nine of the option pairs not been sold early, prior to expiration.[157]

---

155 This discussion rounds such percentage values from those in Tables 11 and 12; for clarity, the values discussed are shown in italics in Tables 11 and 12.

156 Please note again that the after-fees return is exactly 90 percentage points below the no-fees return in each case, since the fees are a guaranteed loss of an amount equal to 90 percent of the net premium on every offsetting option transaction.

157 What about the fact that nine of the individual offsetting option positions did pay off (which is responsible for positive "maximum" returns in Table 12)? Given that there are 56 offsetting option (continued...)

Of course, one reason for these negative expected and actual rates of return was the excess of the DB net premiums over the net basic values of the offsetting option positions. In this regard, it is interesting that the RMS worksheets also report the DB "markups" on the transaction. It is not clear how these markups were calculated.[158] It turns out that the DB markups reported in the RMS worksheets for the COBRA transactions are all on the order of 1 percent of the participants' combined "desired loss."[159] However, in the discussion of Figure 7 (page 40 above), I noted that the excess of the DB net premium over the average of the DB and Kolbe basic values was 1.7 percent of the combined long option stated premium (i.e., of the "desired loss"). The average for this quantity in the COBRA transactions is 1.5 percent.[160] As noted earlier, this excess is the mechanism by which DB gets a fee, so that the total transaction costs associated with the COBRA transactions were on the order of 6 percent on average, not 4.5 percent, part of which were embedded in the prices DB charged.[161]

It turns out that the DB options also provided DB with an implicit fee over net basic value that averaged about 1.5 percent of the "desired loss" in the COBRA transactions that took place in 2000. These transactions differed from the 1999 COBRA transactions in that the fees to Ernst & Young and attorneys and the net premium were a smaller percentage of the stated cost of the long option (i.e., of the "desired loss"), but so too was the potential payoff.[162] As a result, the underlying

---

157 (...continued)
positions and odds of a payoff that are generally in the 25-35 percent range (see Appendix E, Workpaper E-1), it is unsurprising that some pairs did in fact do so. Yet *no* participant's LLC made money after fees (again, see Appendix E, Workpaper E-25). In part this is due to the materially negative expected rates of return on the individual options, since by definition that means the actual outcomes will be negative on average in a large enough sample. But it is also due to the fact that the participants' LLCs combined their options in the partnerships, and good performance on one option is not enough to insure a good outcome overall once the options are combined.

158 The reason is at least in part the impossibility of perfectly replicating the calculations underlying the RMS worksheets. Please recall the issues discussed in footnote 122.

159 See Appendix E, Worksheet E-24.

160 See Appendix E, Workpaper E-33.

161 Even with the smaller "markups" shown in the RMS worksheets, the total fees in the 1999 COBRA transactions would be on the order of 5.5 percent.

162 The 2000 COBRA transactions' parameters can be derived from the transactions in those cases. In particular, relative to the "desired loss," (a) the fees charged by Ernst & Young and attorneys were 2.5 percent instead of 4.5 percent; (b) the net option premium paid was 3 percent rather than 5 percent, and (c) the net potential payout was 6.75 percent (i.e., 225 percent of the net premium) instead of 12.5 percent (i.e., 250 percent of the net premium). See Appendix E, Workpapers E-36 and E-37. The reduction in fees appears as a reduced percentage for the attorneys, since Jenkens & Gilchrist's and Brown & Wood's combined 3 percent in the 1999 COBRA transactions is replaced by a materially smaller percentage percent to a new law firm, on the order of ½ of one percent. But this is offset in part by an increase in Ernst & Young's fee, from 1.5 percent to about 2 percent. (It is possible that part of the money that 2000 (continued...)

economics of the 2000 COBRA transactions are not all that different from those of the 1999 COBRA transactions, with one exception: the average excess of the net premium DB charged over the net basic value of the options was a bigger percentage in the 2000 COBRA transactions than in the 1999 COBRA transactions. The implicit fee created by the proportionately larger excess of the net premium over net basic value turns out to be about 1.5 percent of the "desired loss" on average.[163] Thus, 2000 COBRA transactions produce an implicit fee for DB of about the same average percentage of the "desired loss" as in the 1999 COBRA transactions, despite the smaller net premiums and potential payout in 2000.[164]

The "bottom line" is that the expected returns in the JBJZ offsetting options transactions are in fact materially negative due to the explicit and implicit fees charged by Ernst & Young, Jenkens & Gilchrist, Brown & Wood and DB. The actual JBJZ results are not only materially better than those my calculations show are rationally expected, they are materially better than those actually achieved on average in a sample of similar transactions at the time. The outcome for the other transactions thus supports both my earlier calculations of expected returns in this case and also my conclusion that the participants in this case had an exceptionally favorable outcome, yet still lost 65 percent of the money invested in the option positions.[165]

---

162 (...continued)
COBRA participants paid to Ernst & Young was ultimately intended for attorneys, which would make Ernst & Young's fee exactly 2 percent and the attorneys' fees exactly 0.5 percent. See Appendix E, Workpaper E-37, for details.)

163 See Appendix E, Workpaper E-33.

164 As discussed earlier, the structure of the COBRA transaction parameters left DB with no choice but to overprice the stated values of both the long and the short options if it was to earn a positive fee through the option prices. Moreover, the size of the fee turns out to be uniquely and inversely related to the payoff probabilities on the underlying options. For example, the COBRA parameters would completely constrain DB's pricing flexibility if it wanted to achieve a fee equal to a given percentage of the "desired loss," as Ernst & Young and the attorneys did. Thus, to achieve a fee of 1.50 percent of the "desired loss" with the 1999 COBRA parameters (and with the same strike price for the long and short options), the payoff probability on those options must be exactly 28 percent. Lower probabilities would produce higher implicit fees, and conversely. With the 2000 COBRA parameters, the payoff probability must be exactly 2/9ths, i.e., 22.222 percent. See Appendix E, Workpaper E-38. (To make the calculation in the workpaper easier to follow, these values assume the payoff is received immediately, rather than in one or two months; this assumption reduces these calculated probabilities slightly from those actually required to produce a given fee, since the payoff would be more costly to DB if it had to be paid immediately and a lower payoff probability would be needed to compensate for that fact.) The actual payoff probabilities in the 1999 and 2000 COBRA transactions are slightly higher than these respective values on average (even taking the precise timing into account), which is why the DB fees average slightly less than 1.50 percent of the "desired loss." (See Appendix E, Workpapers E-1 and E-33.) Finally, for completeness, Appendix E, Workpaper E-39, demonstrates that the stated values of the long and short options are overpriced under the COBRA structure even if DB earns no fee at all.

165 See Footnote 148.

### F. Did a Reasonable Possibility of a Non-Tax Profit Exist?

If the claimed tax savings are ignored, the materially negative expected returns on the individual offsetting option positions make them gambles, not investments, and bad gambles at that. Every time the participants placed such a bet, ignoring the claimed tax benefits, their rationally expected return (i.e., the return they would actually get on average over many such bets) was a loss of *more than the money bet.* Tax benefits aside, the participants in the COBRA transactions would have been better off on average if they had given the money away than they were from "investing" in the offsetting option positions.[166] As noted earlier, even lottery tickets offer a much less negative expected rate of return, "only" losing about half the money bet, on average.

Moreover, an internal Ernst & Young document raised questions about the expected performance of the offsetting option positions. A draft Confidential Memorandum from Jerred Blanchard of Ernst & Young dated January 5, 2000 ("Blanchard Memorandum") discusses the numerical example in the COBRA Presentation, taking the stated values of the long ($50 million) and short ($47.5 million) options as the "fair market value" for each option.[167] The Blanchard Memorandum also accepts the 38 percent probability of a $6.25 million net payout.[168] Of course, as explained at some length in part B of this Section, the basic option values are well below the levels DB actually charged, and the actual payoff probabilities are well below 38 percent. Yet despite the unwarranted assumption that the COBRA Presentation's example's input values are correct, the Blanchard Memorandum still expresses concern about the "investment" payoff to the offsetting option transaction:[169]

> The marketing materials[170] indicate that there is a 38% probability that the Euro will trade at $1.0693 or higher on the settlement date, in which case Taxpayer will receive a net amount of $6.25 million .... This implies, of course, that there is also a 62% probability that the Euro will trade at or below $1.0691,[*] in which case Taxpayer loses its entire $4.75 million invested in the transaction. Thus, looking solely at the pre-tax economics of the proposed transaction, and ignoring any potential return on the additional $1 million cash [i.e., the 2 percent additional

---

166 Please recall also Table 12's findings, i.e., that the actual average loss was 129 percent, 29 percent more than the net premiums invested over the full series of offsetting option transactions analyzed in Appendix E.

167 2003EY007041.

168 2003EY007041-42.

169 *Ibid.*

170 The "marketing materials" are not specifically identified as corresponding to the documents I've identified as the "COBRA Presentation," but the numerical example the Blanchard Memorandum discusses has the same values as that in the COBRA Presentation.

investment called for in the COBRA Presentation[171]] to be invested by Taxpayer in [the Partnership], it would appear that the value of the downside risk ($2.945 million, or 62% of $4.75 million) exceeds the value of the upside opportunity ($2.375 million, or 38% of $6.25 million) by $570,000. [Footnote omitted that shows how reducing the fees would improve the Taxpayer's "bet".]

[*]It is assumed that the likelihood of the Euro trading at exactly $1.0692 is negligible.

As shown by Tables 7, 8 and 11 above (pages 44, 46 and 50, respectively), the actual risk-reward tradeoff is materially worse than that about which the Blanchard Memorandum expressed concern, since the actual probabilities of "winning" the bets are materially worse than Ernst & Young's assumed 38 percent. That is, the expected percentage losses are materially worse than those implied by the COBRA Presentation and discussed in the Blanchard Memorandum.

Moreover, the odds of achieving an extremely good outcome (and thereby avoiding the negative expected rate of return) were reduced by the fact that the parties engaged in multiple offsetting option transactions under the COBRA Presentation's template.[172] Diversification is beneficial when investing, but it is not beneficial when gambling, since the house always wins if you place enough bets. That is, every time a participant placed another bet, it reduced the uncertainty surrounding the ultimate outcome the participant faced. A reduction of uncertainty is good if the expected return is positive (which is why diversification is generally seen as a good *investment* strategy), but bad if the expected return is negative.

For example, in the above roulette analogy, it would not help the gambler who bet on "red" to partner with someone who bet the same amount on "black," since this would simply guarantee a loss for the two gamblers. Nor would it help to divide the amount initially bet among a series of small bets instead of one big one, since this approach just makes a loss more probable.[173] Here, the

[171] COBRA Presentation, 2003EY001572 (longer version) and DOJ 049110 (shorter version).

[172] COBRA Presentation, 2003EY001571 (longer version) and DOJ 049109 (shorter version).

[173] That is, if someone bets $50 on red for one spin, s/he needs to win once to make money. If the $50 is divided equally between two or three spins, s/he needs to win twice to come out ahead. With four or five spins, three wins are needed. Since losing is more likely than winning, the more bets needed to come out ahead, the less likely it is to happen. The gambler's best chance to win at roulette when betting a fixed amount is to follow the above strategy, i.e., to make one bet and walk out. Put differently, the true *investor* in roulette is the casino, not the gambler, and the more the gambler "diversifies" his or her bets by splitting them into smaller amounts, the narrower the likely range of outcomes and the more likely the casino is to make money. (I will note for completeness that an individual who made a bet with bad odds -- say the slot machines instead of roulette -- could be helped by partnering with someone who made a less odious bet. But that is not diversification, that is an attempt to remedy a bad decision. Please recall that the contribution of the offsetting option positions to the partnership is pre-planned, as Step Two of the COBRA Presentation. It would make no sense to claim that the intended benefit of that contribution would be to remedy a pre-planned, unusually odious bet for the option pair selected in Step One.
(continued...)

expected outcome on the option positions was materially negative. Therefore, here diversification is a harmful strategy for the participants, not a helpful one.[174]

To see this point more clearly, it may help to note that the corollary of this conclusion is that a gambler's "diversification" does help the casino. In this regard, recall the finding at the start of the previous part of this Section, that the entire set of 1999 COBRA transactions represents a wide variety of bets, which permits inferences to be drawn regarding the underlying economics of the COBRA transactions. Such diversity also represents diversification for DB. DB's expected return on these investments was the reverse of the participants' returns, i.e., materially positive, as is true for the investments that normally underlie recommendations to diversify. Thus this diversification benefits DB for the traditional reason, i.e., it narrows the range of actual returns so that an outcome close to the (positive) expected return is more likely. The problem for the participants is that their negative expected returns make such an outcome harmful, not helpful.

Thus, if the claimed tax loss is ignored, these transactions make no economic sense. They cannot be said to provide a "reasonable possibility of a non-tax profit" under any economically sensible definition of the term, "reasonable possibility." These "investments" are not even good gambles, let alone investments with a "reasonable possibility" of non-tax profits.

## IV. ANALYSES OF ECONOMIC RATIONALITY OF STATED NON-TAX BUSINESS PURPOSES

My understanding of the stated non-tax business purposes of the transactions in this case is from Plaintiffs' response to Interrogatory No. 11 of the Defendant's First Set of Interrogatories. After a series of initial objections, that response is:

> Individual Participant Jerry Zucker formed JZ Buckingham Investments LLC for the purposes of purchasing and managing investments in stock, securities, foreign currency, and other investments, which had the business purpose of limiting Mr. Zucker's risk exposure to such investments to the amount of capital contributed to the company. Similarly, Individual Participant James Boyd formed JGB Bohicket Investments LLC for the purposes of purchasing and managing investments in stock, securities, foreign currency, and other investments, which had the business purpose of limiting Mr. Boyd's risk exposure to such investments to the amount of capital

---

173 (...continued)
Moreover, taxes aside, it would make no sense for the participants who made less odious bets in Step One to go along with such a plan.)

174 Recall that the participants here lost 65 percent of the net premium amounts invested in the offsetting option transactions despite having won their USD/EUR bets, because they lost the large JPY/USD bet. (See Table 2, page 17, and footnote 148.) Note also that of the 43 LLCs involved in the COBRA transactions, four would have made money after fees and ignoring taxes *if* their offsetting option positions had not been contributed to the partnerships. None of the LLCs made money after fees after the contributions to the partnerships, if the claimed tax deduction is ignored. See Appendix E, Workpaper E-25.

> contributed to the company. Because Mr. Zucker and Mr. Boyd were contemplating foreign currency derivative investments that carried a significant risk of loss, it was critical that they have limited liability.
>
> Relatedly, JZ Buckingham Investments LLC and JGB Bohicket Investments LLC formed JBJZ Partners for the purpose of (i) diversifying their respective investments (without the need of purchasing additional investments), (ii) creating a larger pool of capital from which other investments could be made, and (iii) centralizing investment decision making in the hands of a single manager that could effectively and efficiently manage the overall portfolio of collective assets. Finally, the Individual Participants formed JBJZ Investors, Inc. as a merger of interests for investment purposes and, in fact, subsequent to the Transactions, JBJZ Investors, Inc. continued to invest in stocks and securities.

This section analyzes these purposes in turn.

### A. LLC Formation

The above explanation for the formation of the LLCs is not economically logical. First, individuals do not ordinarily require partnership to hold securities, as anyone with a brokerage account can readily verify. Second, the exposure to large losses for the actual offsetting option positions bought by the Zucker LLC and the Boyd LLC was intrinsically and automatically limited to the net premium amounts paid initially, because the LLCs could *never* owe money to DB unless DB owed the LLC even more money. This is because the long position, in which the LLC gets paid money by DB, always had a bigger payoff than the short position, in which the LLC pays DB money.[175]

Finally, note that the limitation of risk exposure for the LLC comes at the counterparty's expense. Were one of the LLCs actually to have tried to sell a foreign currency derivative for which the LLC's loss exposure was not automatically limited, DB would have been economically negligent, to say the very least, to have permitted such a purchase or sale without the provision of additional, adequate collateral ("margin") from the LLC.[176] DB, or any bank that the LLC might have wanted to use as a counterparty, would be aware of the extent to which the LLC could limit liability on the part of its owner. It would be economically foolish for such a bank to ignore this issue in a transaction with the LLC. The bank's demand for the margin required to remove the bank's

---

175 Also, the options were structured so that any time the obligation to the short position existed, the payoff from the long position would also exist.

176 Note also that an uncovered short position of this sort would appear to run directly contrary to the statement in the Ernst & Young email entitled "COBRA Matters - URGENT" (dated 12/5/99), that "'speculative' investments are not encouraged" with the 2 percent cash contribution; (DOJ-C-00267-69, also identified as EY02938-40). Additionally, a November 4, 1999 email from R. Craig Brubaker at DBAB to Eric Gallinek at DB, forwarding an October 27, 1999 email from Mr. Brubaker to several addressees (DB-DOJ-COBRA-00030347-50), makes specific reference to the fact that since a client acting through an LLC "will have transferred cash sufficient to fund the purchase of the option in advance, we should be comforted that full payment will not be a concern". (DB-DOJ-COBRA-00030348.) This just demonstrates that DB, like any rational bank, will want to make sure it is paid in full in its transactions.

exposure to losses due to the LLC's limited liability would automatically eliminate the stated economic benefit to the LLC owner from use of the LLC form.

In short, the stated non-tax business purposes for forming the LLCs are not economically rational reasons to have done so.

### B. Partnership and S Corp Formation

I would note several points about the non-tax purposes given for the formation of the Partnership and S Corp.

First, *exactly the same benefits stated for the Partnership might equally well be stated for the S Corp, but are not.* As far as the identified economic benefits are concerned, the Partnership is an entirely redundant and unnecessary step. It would have saved paperwork, if nothing else, to have omitted the Partnership altogether and to have done everything that was actually done within the Partnership within the S Corp instead.

Second, the mere existence of a larger pool of capital offers no automatic advantage. A larger capital pool *can* be valuable, if it permits lower transaction costs, but I have found nothing in the record to suggest that any of the counterparties to transactions undertaken with the Partnership offered them a discount on fees because any of the transactions were larger than they would have been with the LLCs alone.

Third, there was little potential to achieve, or evidence of, any benefit from centralized decision making. For one thing, COBRA transactions only had a 30-day horizon.[177] Additionally, by far the biggest investments in the Partnership were the offsetting option positions purchased at the LLC level, before Partnership decision making was relevant at all. The Partnership in this case did not even buy the Cisco stock to which part of the claimed tax basis was attached under the COBRA Presentation's template. It did buy the Canadian dollars to which other tax claims were attached under this template. But centralized decision making was hardly required for that, since the purchase of such assets was one of the COBRA Presentation's planned steps, envisioned from before the Partnership was even formed.[178] In short, there were almost no activities within the Partnership that might have benefitted in any way from "centralized decision making."

---

[177] COBRA Presentation, 2003EY001566 (longer version) and DOJ 049108 (shorter version). Given the 30-day horizon, it might be worth noting that there is no economic relevance for the decision to create or to the terminate the Partnership to the Plaintiff's statement that "subsequent to the Transactions, [the S Corp] continued to invest in stocks and securities." This conclusion is consistent with Ernst & Young emails dated 03/16/2000 and 03/17/2000, which conclude, "[w]e want [the S corps] to maintain some investment activity this year, so it looks a little more like a bona fide entity." DOJ-C-00326, also identified as EY02997.

[178] The only other trading activity consisted of a brief period in which the Partnership invested in various financial institutions, as described in footnote 59. The comments made in footnote 143 apply equally well here. Trades such as these are economically immaterial in the present context.

Finally, as noted above in Section III, part F (starting part way through the discussion, on page 56), diversification narrows the range of investment outcomes around the expected value. This is beneficial when investing, but it is not beneficial when gambling, since gambling has a negative expected payoff. This matters here because the materially negative expected returns on the individual offsetting option positions make them gambles, not investments. Since the expected outcome on the individual option positions was materially negative, diversification of these bets was economically harmful, not helpful.[179]

In short, the stated non-tax business purposes for the formation of these entities are sometimes illusory, sometimes merely without any factual support, and sometimes flatly illogical. They do not provide economically rational non-tax reasons for undertaking these transactions.

## V. Analyses of Decision to Contribute Offsetting Option Positions to Partnership

As discussed in Section II, the COBRA Presentation outlines a series of steps that produce claimed tax savings, and the transactions in this case follow these steps. As discussed in Section III, the offsetting option positions in this case are priced to offer materially negative expected rates of return without fees, and expected rates of return that project losing more than 100 percent of the net premiums invested in the offsetting option positions after fees. As discussed in Section IV, the stated non-tax reasons for engaging in this series of transactions are not economically rational.

Without the hope of a tax deduction, these transactions thus are economically senseless. In fact, with an economically rational expected rate of return involving a loss of more than all of their net premium investment, the participants would have expected to be better off simply giving away the money used to pay the net option premiums, absent the hope of a material tax deduction.

I understand that the contribution of the offsetting option positions to the Partnership is a necessary step in being able to claim the tax losses. If that is true (and if it is not, why would the participants have bothered with the Partnership, since all of their stated goals for them could have been accomplished directly through the S Corp?), the contribution is a "no brainer" if there ever was one.

On the other hand, if the claimed tax benefits are ignored, the contribution actually harms the participants, by diversifying the gambles (and thereby making a negative outcome for the participants more likely) and by incurring costs that could have been avoided by skipping the Partnership and contributing directly to the S Corp.

---

[179] As an illustration of this point, note that as things happened to turn out, the Boyd LLC is one of those that would have made rather than lost money had it simply retained its euro option and not participated in the Partnership. See Appendix E, Workpaper E-25.

## VI. Analyses of Whether Offsetting Option Positions were One Investment or Two

From an economic perspective, the offsetting option positions in this case are a single investment, not two separate investments. There are two reasons for this, one based on the different characteristics of the two option components together and apart, and the other based on DB's pricing of the components under the COBRA structure. The latter is the more important, for the COBRA transactions.

**Characteristics of the Options Together or Apart:** The offsetting option transactions in this case have the basic structure set out in the COBRA Presentation. The COBRA Presentation provided an example with:[180]

- A long option with a stated premium of $50 million with a $100 million payoff and a short option with a stated premium of $47.5 million with a $93.75 million payoff, which implies:

- A net premium payment of $2.5 million, and a $6.25 million net payoff if both options are exercised.[181]

The participant in the COBRA Presentation's example only needs to make the net premium payment of $2.5 million, because whenever DB was owed $93.75 million for the short option, DB would also owe the participant $100 million for the long option.

However, if the two components of the offsetting option position were written separately, with two different banks as counterparties, the bank buying the short option would not know that the participant would be receiving $100 million from another bank whenever the participant owed this bank $93.75 million. An economically rational bank would worry whether the participant could make good on the $93.75 million payment in the event that the short option finished in the money. The bank would therefore demand that the participant supply margin sufficient to remove the bank's risk of non-payment.[182]

These are short-term options, and the only way for the bank that bought the short option to be completely safe would be for it to have the entire $93.75 million available. This could consist of a withholding of the bank's promised $47.5 million payment for the short option plus a demand that the participant supply ($93.75 million − $47.5 million) = $46.25 million in margin to the bank. I am not a trader, and I cannot say exactly how much margin a bank would require in these circumstances, but I can say that it would be financially imprudent not to require a material margin

---

180 COBRA Presentation, 2003EY001579-80, 82-83 (longer version) and DOJ 0491117-18, 20-21 (shorter version).

181 For reasons discussed earlier, the theoretical possibility of the exercise of only one option should be ignored, as it is in the COBRA Presentation's numerical example.

182 For example, recall from Table 12 that 16 percent of the COBRA transaction option pairs did expire in the money, and that another 16 percent were bought out by DB before expiration.

deposit in such circumstances (particularly if the counterparty were an LLC without additional assets that might be recovered in a subsequent lawsuit).

Suppose the bank required margin sufficient to cover the full potential amount owed. In that case, to separate the components of the offsetting option position, the participant would have to supply the $50 million to buy the long option from one bank and supply $46.25 million in margin to the second bank, the one buying the short option from the participant. This would require [($50 + $46.25) =] $96.25 million in capital to get the same ultimate payoff as achieved with $2.5 million in the COBRA Presentation's example, a ratio of 38.5 to 1.[183] Also, the investor in such a transaction would face potentially material transaction costs[184] associated with coming up with the required capital (and for a 30-day investment), unless the investor happened to keep such amounts of money in a highly liquid form.

Whether the margin requirement were the entire amount or something less, however, the fact that this is a digital option affects the risks the option-purchasing bank would face, and hence the margin it would require. With an ordinary option, the value at expiration depends on just how far above the strike price the spot rate turns out to be. Therefore, options only slightly in the money do not pay off very much relative to options deep in the money, and a buyer's risk exposure (and margin demands) are affected accordingly. Here, the digital option is either in the money or not, which implies the bank should demand more margin for options close to the money and less margin for options deep in the money than it would for a standard option.

Another possible concern is a difference of opinion between the two independent counterparties as to whether its own option had paid off. If (1) the bank from whom the participant bought the option believed its exercise price had not been reached, but (2) the bank to whom the participant sold the option believed its exercise price had been reached, the first bank would send no money to pay off the long option even as the second announced that the participant was required to pay off the short option (possibly by forfeiting the payment for the sold option and the margin).[185] The participant would be out the sum of the long call premium and the payoff on the short call.

---

[183] The participant might well be paid some interest on its account with the bank buying the short option, but the ultimate payoff on the combined option position would be the same, $6.25 million or nothing.

[184] The importance of transaction costs in economic affairs was recognized, for example, in the award of the 1991 Nobel Prize in economics to Prof. Ronald Coase. (See http://nobelprize.org/economics/laureates/1991/press.html.)

[185] Recall the DB email (DB-DOJ-COBRA 00052674-75) in which it described its "industry standard" exercise price determination as based on price quotations from five banks, each of which had a bid-ask spread that exceeded two pips, with a total range of six pips. This suggests that this outcome -- i.e., one in which (1) a long call (put) with one counterparty is said not to be in the money while (2) a short call (put) with another counterparty and with a two-pip higher (lower) strike price is said to be in the money -- is not impossible.

Given the above problems, it is highly unlikely that a rational investor would be indifferent between keeping the options together and splitting them.[186]

**Impact of the COBRA Structure and DB's Receipt of Fees through Pricing:** Of course, in the COBRA transactions, there is an even more fundamental problem with trying to split the option position components. As noted earlier (see Appendix E, Workpaper E-39), the stated values of *both* the long and short options are overpriced under the COBRA structure even if DB earns no fee at all, and DB did price the options in a way that provided itself with a fee. The result is that DB not only charged too much for the long option, it paid too much for the short option. Consider what this implies for an attempt to split the components of the option between two different banks.

First, the fact that tens of millions of dollars in long option value are involved both in the COBRA Presentation and in the actual transactions in this case means any participant contemplating splitting the options should know how to calculate basic option values or should have access to an independent advisor who does. Someone contemplating such an investment might well want to compare quotes from different banks. Tax considerations aside, a rational participant would not pay to a bank an excess in the range of 80-90 percent more than the basic value of the long option.[187]

Even more telling, a bank not simultaneously selling the long option would not pay to a participant an excess in the range of 80 to 95 percent more than the basic value of the short option.[188] In a stand-alone transaction, no one tries to make money by "buying high."

Thus, in the COBRA transactions, the offsetting option pairs are irretrievably tied together by their intrinsic structure and by the way DB actually priced them, quite apart from the amount of capital that might be required to separate them.[189] From an economic perspective, the offsetting option positions in this case are unquestionably single investments.[190]

This completes the body of my report. The appendices follow.

---

[186] The consideration of alternatives that produce indifference in the decision maker is a fundamental tool of economics that has long been taught even in introductory courses. (See, for example, Paul A. Samuelson, *Economics*, 9th edition, New York: McGraw-Hill Book Company (1973) at pp. 441-42, or Robert S.Pindyck and Daniel L. Rubinfeld, *Microeconomics*, 6th ed., Upper Saddle River, NJ: Pearson Prentice Hall (2005), pp. 67-71.)

[187] Please see Table 5 (page 33 above).

[188] The overpayment range on the short options in Table 5 would be slightly higher. However, as discussed in connection with Figure 7 (page 40 above), DB's overpayment is smaller when the short option is valued at the long option's strike price, as DB does in its RMS worksheets.

[189] In this context, please note also that the "Binary Option Strategy" document stated that "FX desk will not accept an order unless both trades are requested at the same time." DB-DOJ-COBRA-00030721.

[190] For the record, this conclusion concerns the essential economic nature of the offsetting option position. It is not a legal opinion (which I am unqualified to form), nor is it a statement about the number of securities (documents) used to construct the offsetting option position.

A. Lawrence Kolbe                5/31/2007
                                  Date

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments, LLC as Tax Matter Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

# APPENDICES TO THE EXPERT REPORT OF A. LAWRENCE KOLBE

ON

# ECONOMIC ANALYSES OF THE TRANSACTIONS BY PARTICIPANTS IN JBJZ PARTNERS

Prepared for the
U.S. Department of Justice

*The Brattle Group*
44 Brattle Street
Cambridge, MA 02138-3736
617.864.7900 voice
617.864.1576 fax

June 1, 2007

# Appendix A

# Qualifications

## Appendix A: QUALIFICATIONS OF A. LAWRENCE KOLBE

### EDUCATION

B.S. in International Affairs (Economics), U.S. Air Force Academy, 1968.
Ph.D. in Economics, Massachusetts Institute of Technology, 1979.

### EMPLOYMENT

U.S. Air Force, 1963-1977
Charles River Associates, 1978-1985
Putnam, Hayes and Bartlett, 1985-1990
The Brattle Group, 1990-

### HONORS AND AWARDS

Sears Foundation National Merit Scholarship, 1963 (declined).
Fairchild Award, U.S. Air Force Academy, 1968 (for standing first in his class, academically).
National Science Foundation Graduate Fellowship in economics, MIT, 1968-1971.
Joint Service Commendation Medal, 1975.

### PROFESSIONAL AFFILIATIONS

American Economic Association
American Finance Association
The Econometric Society
Served as Referee for *The Rand Journal of Economics*, *Land Economics*, *The Journal of Industrial Economics*

### PAPERS AND PUBLICATIONS IN THE LAST TEN YEARS

"Measuring Return on Equity Correctly: Why current estimation models set allowed ROE too low," *Public Utilities Fortnightly* (with Michael J. Vilbert and Bente Villadsen), August 2005.

"The Effect of Debt on the Cost of Equity in a Regulatory Setting," (with Michael J. Vilbert and Bente Villadsen, and with "The Brattle Group" listed as author), published by the Edison Electric Institute (dated January 2005, issued April 2005)

*Capital Investment and Valuation*, (with Richard A. Brealey and Stewart C. Myers, with "The Brattle Group" listed as third author), New York: McGraw-Hill/Irwin (2003).

"The True Hourly Rate for Private Counsel in the State of Louisiana Tobacco Lawsuit," (with August J. Baker and Bin Zhou), Brattle report prepared for private counsel to the Louisiana

Attorney General in the state's lawsuit to recover health care costs from the tobacco industry (July 2000).

"The Cost of Capital for the Dampier to Bunbury Natural Gas Pipeline," (with M. Alexis Maniatis and Boaz Moselle) Brattle report submitted to the Office of Gas Access Regulation, Western Australia (October 1999).

"Compensation for Asymmetric Risks," (with others) Brattle report prepared for GPU PowerNet, Melbourne, Australia (October 1999).

"A Non-Practitioner's Guide to the State of the Art in Cost of Capital Estimation," (with others) Brattle report prepared for GPU PowerNet, Melbourne, Australia (June 1999).

"A Note on the Pre-tax Weighted Average Cost of Capital in a Regulatory Context with Australian Dividend Tax Credits and Alternative Debt Refinancing Policies" (with M. Alexis Maniatis), Working Paper in Progress.

"The Impact of Stranded-Cost Risk on Required Rates of Return for Electric Utilities: Theory and An Example" (with Lynda S. Borucki). *Journal of Regulatory Economics* Vol. 13 (1998), 255-275.

**TRIAL TESTIMONY AND DEPOSITIONS IN LAST FOUR YEARS**

**2003**

| | |
|---|---|
| Case: | Alberta Energy and Utilities Generic Cost of Capital Hearing, Proceeding No. 1271597 |
| Party: | NOVA Gas Transmission Ltd. |
| Forum: | Alberta Energy and Utilities Board |
| Case: | Coltec Industries, Inc. v. The United States of America, Fed. Cl. No. 01-72T |
| Party: | The United States of America |
| Forum: | The United States Court of Federal Claims |

**2004**

| | |
|---|---|
| Case: | Coltec Industries, Inc. v. The United States of America, Fed. Cl. No. 01-72T |
| Party: | The United States of America |
| Forum: | The United States Court of Federal Claims |

| | |
|---|---|
| Case: | Liberty Digital, Inc. v. AT&T Broadband, LLC and Comcast Corporation, Civil Action No. 03-CV-95 |
| Party: | AT&T Broadband, LLC and Comcast Corporation |
| Forum: | Colorado District Court, County of Arapahoe, 18th Judicial District |

| | |
|---|---|
| Case: | West Virginia-American Water Company, Case No. 04-0373-W-42T |
| Party: | West Virginia-American Water Company |
| Forum: | Public Service Commission of West Virginia |

| | |
|---|---|
| Case: | Koch Industries, Inc., and Subsidiaries v. The United States, Fed. Cl. No. 02-8T |
| Party: | The United States |
| Forum: | The United States Court of Federal Claims |

| | |
|---|---|
| Case: | United States of America v. Anne (Sandy) Batchelor-Robjohns, a/k/a/ Anne O'Neill Batchelor; Daniel J. Ferraresi; Marvin C. Gutter; and Father Patrick O'Neill, Co-Personal Representatives of the Estate of George E. Batchelor, Case No. 03-20164-CIV-Ungaro-Benages/Brown |
| Party: | United States of America |
| Forum: | United States District Court for the Southern District of Florida, Miami Division |

**2005**

| | |
|---|---|
| Case: | TransCanada PipeLines Limited 2004 Mainline Tolls and Tariff (Phase 2), RH-2-2004 |
| Party: | TransCanada PipeLines Limited |
| Forum: | [Canadian] National Energy Board |

| | |
|---|---|
| Case: | Polymer Dynamics, Inc. v. Bayer Corporation |
| Party: | Polymer Dynamics, Inc. |
| Forum: | U.S. District Court for the Eastern District of Pennsylvania |

| | |
|---|---|
| Case: | Jade Trading, LLC, by and through Robert W. Ervin and Laura Kavanaugh Ervin on Behalf of Ervin Capital, LLC, Partners Other than the Tax Matters Partner, v. The United States, Case No. 03-2164T |
| Party: | The United States |
| Forum: | The United States Court of Federal Claims |

**2006**

| | |
|---|---|
| Case: | Arizona-American Water Company, Inc., for Utility Service by its Paradise Valley Water District, Docket No. WS-01303A-05-0405 |
| Party: | Arizona-American Water Company, Inc. |
| Forum: | Arizona Corporation Commission |

| | |
|---|---|
| Case: | K2 Trading Ventures, LLC, New Vista, LLC, Tax Matters Partner, v. The United States of America, by and through the Internal Revenue Service, Case No. 04-1419T |
| Party: | The United States of America |
| Forum: | The United States Court of Federal Claims |
| Case: | Garco Investments LLP, et al. v. Sprint Corporation, Case No. 04 CV 01714 |
| Party: | Garco Investments LLP, et al. |
| Forum: | District Court of Johnson County, Kansas, Civil Court Department |

# Appendix B

# JBJZ Partners
# Documents Considered

## Documents Considered for JBJZ Partners

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 1 | DB COBRA 00291 | - | Jerry Zucker & James Boyd file tag |
| 2 | DB COBRA 00292 | - | Fax header page from Carrie Yackee dated 12/15/99 |
| 3 | DB COBRA 00293 | DB COBRA 00297 | BT Alex. Brown account agreement for JGB Bohicket |
| 4 | DB COBRA 00298 | - | Letter of authorization for transferring all funds from JBJZ Investors, Inc. account w/ BTAB to JBJZ Investors, Inc. account w/ Morgan Stanley Dean Witter |
| 5 | DB COBRA 00299 | - | Letter of authorization for paying fees of $1.4m from JBJZ Investors, Inc. to J&G |
| 6 | DB COBRA 00300 | - | Letter of authorization for the liquidation of JBJZ Partners |
| 7 | DB COBRA 00301 | - | Letters of authorization for transferring all Cisco stock from the JBJZ Investors, Inc. to JBJZ Partners |
| 8 | DB COBRA 00302 | DB COBRA 00303 | Letters of authorization for transferring all funds & options from JGB Bohicket to JBJZ Partners |
| 9 | DB COBRA 00304 | - | Letter of authorization for wiring JGB Bohicket net option premium of $250,000 to DB |
| 10 | DB COBRA 00305 | - | Letter of authorization for wiring JZ Buckingham net option premium of $1,250,000 to DB |
| 11 | DB COBRA 00306 | - | Letter of authorization for wiring JZ Buckingham net option premium of $1,000,000 to DB |
| 12 | DB COBRA 00307 | DB COBRA 00308 | Letters of authorization for transferring all funds & options from JZ Buckingham to JBJZ Partners |
| 13 | DB COBRA 00309 | DB COBRA 00312 | BT Alex. Brown new account information form & guaranty agreement for JGB Bohicket |
| 14 | DB COBRA 00313 | DB COBRA 00324 | Agreement of general partnership for JBJZ Partners (no specified interest) |
| 15 | DB COBRA 00325 | DB COBRA 00326 | Delaware certificate of formation for JZ Buckingham Investments, LLC |
| 16 | DB COBRA 00327 | DB COBRA 00338 | BT Alex. Brown new account information forms & guaranty agreements for JZ Buckingham, JBJZ Partners & JBJZ Investors, Inc. |
| 17 | DB COBRA 00339 | DB COBRA 00340 | Delaware certificate of formation for JGB Bohicket Investments, LLC |
| 18 | DB COBRA 00341 | DB COBRA 00357 | BT Alex. Brown account agreements for JZ Buckingham, JBJZ Partners & JBJZ Investors, Inc. |
| 19 | DB COBRA 00358 | - | DBAB account number listing |
| 20 | DB COBRA 00359 | - | Letter from Guerin to DBAB confirming that J&G has consulted with both LLCs, JBJZ Partners, & JBJZ Investors, Inc. |
| 21 | DB COBRA 00360 | - | DBAB account number listing |
| 22 | DB COBRA 00361 | - | Letter of authorization for paying fees of $40,000 from JBJZ Investors, Inc. to J&G |
| 23 | DB COBRA 00362 | - | Letter of authorization for paying fees of $60,000 from JBJZ Investors, Inc. to B&W |
| 24 | DB COBRA 00363 | - | Letter from E&Y to Jerry Zucker accompanying B&W opinion dated 3/31/00 |
| 25 | DB COBRA 00364 | DB COBRA 00365 | Letters of authorization for paying fees of $60,000 from JBJZ Investors, Inc. to B&W |
| 26 | DB COBRA 00366 | DB COBRA 00369 | DB retail new account forms for both LLCs, JBJZ Partners, & JBJZ Investors, Inc. |
| 27 | DB COBRA 02509 | DB COBRA 02511 | DB option confirmation for JZ Buckingham (unsigned) |
| 28 | DB COBRA 02512 | DB COBRA 02514 | DB option confirmation for JZ Buckingham (signed) |
| 29 | DB COBRA 02869 | DB COBRA 02886 | Bank stock purchase & sales confirmations from BT Alex. Brown |
| 30 | DB COBRA 02887 | DB COBRA 02890 | Gateway Fund purchase & sales confirmations from BT Alex. Brown |
| 31 | DB COBRA 02891 | DB COBRA 02892 | Cisco sales confirmations from BT Alex. Brown |
| 32 | DB COBRA 03711 | DB COBRA 03725 | DB retail new account forms & account agreements for both LLCs |
| 33 | DB COBRA 03726 | - | JGB Bohicket request for taxpayer identification number & certification |
| 34 | DB COBRA 03727 | DB COBRA 03740 | DB retail new account forms & account agreements for JBJZ Partners & JBJZ Investors, Inc. |
| 35 | DB COBRA 04783 | DB COBRA 04787 | JZ Buckingham Investments, LLC DBAB account statement Jan - March 2000 |
| 36 | DB COBRA 04788 | DB COBRA 04792 | JZ Buckingham Investments, LLC DBAB account statement April 2000 |
| 37 | DB COBRA 04793 | DB COBRA 04796 | JZ Buckingham Investments, LLC DBAB account statement May 2000 |
| 38 | DB COBRA 04807 | DB COBRA 04811 | JGB Bohicket Investments, LLC DBAB account statement Jan - March 2000 |
| 39 | DB COBRA 04812 | DB COBRA 04816 | JGB Bohicket Investments, LLC DBAB account statement April - June 2000 |
| 40 | DB COBRA 04817 | DB COBRA 04821 | JGB Bohicket Investments, LLC DBAB account statement July - Sept 2000 |
| 41 | DB COBRA 04822 | DB COBRA 04826 | JGB Bohicket Investments, LLC DBAB account statement Oct - Dec 2000 |
| 42 | DB COBRA 04827 | DB COBRA 04831 | JGB Bohicket Investments, LLC DBAB account statement Jan - March 2001 |
| 43 | DB COBRA 04832 | DB COBRA 04836 | JGB Bohicket Investments, LLC DBAB account statement April - June 2001 |
| 44 | DB COBRA 04837 | DB COBRA 04841 | JGB Bohicket Investments, LLC DBAB account statement July - Sept 2001 |
| 45 | DB COBRA 04842 | DB COBRA 04846 | JGB Bohicket Investments, LLC DBAB account statement Oct - Dec 2001 |
| 46 | DB COBRA 04847 | DB COBRA 04851 | JGB Bohicket Investments, LLC DBAB account statement January 2002 |
| 47 | DB COBRA 04852 | DB COBRA 04855 | JGB Bohicket Investments, LLC DBAB account statement Feb - March 2002 |
| 48 | DB COBRA 04856 | DB COBRA 04859 | JGB Bohicket Investments, LLC DBAB account statement April - June 2002 |
| 49 | DB COBRA 04860 | DB COBRA 04863 | JGB Bohicket Investments, LLC DBAB account statement July - Sept 2002 |
| 50 | DB COBRA 04864 | DB COBRA 04867 | JGB Bohicket Investments, LLC DBAB account statement Oct - Dec 2002 |
| 51 | DB COBRA 04868 | DB COBRA 04871 | JGB Bohicket Investments, LLC DBAB account statement February 2003 |
| 52 | DB COBRA 04872 | DB COBRA 04876 | JGB Bohicket Investments, LLC DBAB account statement Jan - Feb 2003 |
| 53 | DB COBRA 04877 | DB COBRA 04880 | JGB Bohicket Investments, LLC DBAB account statement March 2003 |
| 54 | DB COBRA 04881 | DB COBRA 04884 | JGB Bohicket Investments, LLC DBAB account statement April - June 2003 |
| 55 | DB COBRA 04885 | DB COBRA 04889 | JGB Bohicket Investments, LLC DBAB account statement July - Sept 2003 |
| 56 | DB COBRA 04903 | DB COBRA 04906 | JBJZ Partners DBAB account statement January 2000 |
| 57 | DB COBRA 04917 | DB COBRA 04921 | JBJZ Investors, Inc. DBAB account statement January 2000 |
| 58 | DB COBRA 04922 | DB COBRA 04926 | JBJZ Investors, Inc. DBAB account statement February 2000 |
| 59 | DB COBRA 04927 | DB COBRA 04930 | JBJZ Investors, Inc. DBAB account statement March 2000 |
| 60 | DB COBRA 04931 | DB COBRA 04935 | JBJZ Investors, Inc. DBAB account statement April 2000 |
| 61 | DB COBRA 04936 | DB COBRA 04939 | JBJZ Investors, Inc. DBAB account statement May 2000 |
| 62 | DB-DOJ-COBRA-00043903 | - | Email from Carrie Yackee dated 12/28/99 |
| 63 | DB-DOJ-COBRA-00044084 | - | Email from Carrie Yackee dated 12/27/99 |
| 64 | DB-DOJ-COBRA-00044115 | - | Email from Carrie Yackee dated 12/22/99 |
| 65 | DB-DOJ-COBRA-00044116 | - | Email from David Parse dated 12/22/99 |
| 66 | DOJ 000813 | DOJ 000814 | Email from Amy W. Keating dated 3/3/00 |

**Documents Considered for JBJZ Partners**

| | Bates Number Start | End | Document Description |
|---|---|---|---|
| 67. | DOJ 031691 | - | Email from Robert B. Coplan dated 2/28/00 |
| 68. | DOJ 031727 | DOJ 031730 | Email from Susan L. Sodano dated 5/5/00 |
| 69. | DOJ 040307 | - | Letter from E&Y to James G. Boyd regarding J&G and B&W opinions; dated 3/13/00 |
| 70. | DOJ 041460 | - | JGB Bohicket application for employer identification number |
| 71. | DOJ 041461 | - | JGB Bohicket tax information authorization form |
| 72. | DOJ 041466 | - | JZ Buckingham application for employer identification number |
| 73. | DOJ 041467 | - | JZ Buckingham tax information authorization form |
| 74. | DOJ 041469 | DOJ 041479 | Agreement of general partnership for JBJZ Partners |
| 75. | DOJ 041481 | - | JBJZ Partners application for employer identification number |
| 76. | DOJ 041482 | - | JBJZ Partners tax information authorization form |
| 77. | DOJ 041484 | DOJ 041488 | Delaware certificate of formation for JBJZ Investors, Inc. |
| 78. | DOJ 041490 | - | JBJZ Investors, Inc. application for employer identification number |
| 79. | DOJ 041491 | - | JBJZ Investors, Inc. tax information authorization form |
| 80. | DOJ 041493 | DOJ 041494 | Election by a small business corporation - JBJZ Investors, Inc. |
| 81. | DOJ 041496 | - | Statement of incorporator in lieu of organizational meeting of JBJZ Investors, Inc |
| 82. | DOJ 041498 | DOJ 041500 | Consent of sole director of JBJZ Investors, Inc. |
| 83. | DOJ 041502 | DOJ 041520 | By-laws of JBJZ Investors, Inc. (missing page 2) |
| 84. | DOJ 041522 | DOJ 041525 | JBJZ Investors, Inc. stock certificates |
| 85. | DOJ 041527 | DOJ 041529 | DB option confirmation for JGB Bohicket (signed) |
| 86. | DOJ 041530 | DOJ 041532 | DB option confirmation for JZ Buckingham (signed) |
| 87. | DOJ 041533 | DOJ 041535 | DB option confirmation for JZ Buckingham (signed) |
| 88. | DOJ 041537 | DOJ 041545 | Assignment agreements for transferring options from the two LLCs to JBJZ Partners |
| 89. | DOJ 041549 | - | Letter of authorization for wiring JGB Bohicket net option premium of $250,000 to DB |
| 90. | DOJ 041551 | - | Letter of authorization for wiring JZ Buckingham net option premium of $2,250,000 to DB |
| 91. | DOJ 041560 | DOJ 041561 | Letter of authorization for selling all securities & foreign currency held by JBJZ Investors, Inc. |
| 92. | DOJ 041563 | DOJ 041581 | JBJZ Partners 1999 U.S. partnership income tax return (unsigned) |
| 93. | DOJ 041582 | DOJ 041588 | JBJZ Partners 1999 South Carolina partnership income tax return (unsigned) |
| 94. | DOJ 041731 | DOJ 041732 | E&Y tax return file header & fax header pages |
| 95. | DOJ 041733 | DOJ 041734 | Fax from Charlotte Crosby dated 3/7/00 discussing Cisco stock purchases |
| 96. | DOJ 041735 | DOJ 041739 | Delivery confirmations for JBJZ Investors, Inc. 1999 tax returns |
| 97. | DOJ 041740 | DOJ 041759 | JBJZ Investors, Inc. 1999 U.S. income tax return for an S-Corp (unsigned) |
| 98. | DOJ 041760 | DOJ 041781 | JBJZ Investors, Inc. 1999 South Carolina income tax return for an S-Corp (unsigned) |
| 99. | DOJ 041782 | DOJ 041793 | JBJZ Investors, Inc. 1999 South Carolina tentative income tax return for an S-Corp (unsigned) & account statements |
| 100. | DOJ 046608 | DOJ 046610 | Email from Robert B. Coplan dated 12/17/99 |
| 101. | DOJ 046742 | - | Email from Robert B. Coplan dated 4/19/00 |
| 102. | DOJ 046790 | - | Email from Daniel Brooks dated 12/20/99 |
| 103. | DOJ 047360 | DOJ 047361 | JBJZ Investors, Inc. 2000 activity summary |
| 104. | DOJ 054063 | DOJ 054081 | By-laws of JBJZ Investors, Inc. (missing page 10) |
| 105. | DOJ 061637 | DOJ 061639 | E&Y engagement letter to Jerry Zucker dated 11/11/99 |
| 106. | EMERSON01498 | EMERSON01507 | JBJZ Investors, Inc. Morgan Stanley account statement for the year ending 12/31/00 |
| 107. | JG-NC055876 | - | Memo from Patrick O'Daniel on S&S fees dated 7/24/00 |
| 108. | JG-NC055878 | JG-NC055879 | Letter from Scheef & Stone to Patrick O'Daniel dated 7/20/00 |
| 109. | JG-NC055904 | - | S&S invoice to J&G for $240,000 dated 12/28/99 |
| 110. | JG-NC056014 | - | S&S invoice to J&G for $200,000 dated 12/29/99 |
| 111. | None | - | U.S. answer to the complaint for readjustment of partnership items, filed 6/20/05 |
| 112. | None | - | Objections & responses to the U.S.' first set of interrogatories |
| 113. | None | - | Plaintiff's objections & responses to the U.S.' second set of interrogatories |
| 114. | None | - | Plaintiff's first supplemental objections & responses to the U.S.' first set of interrogatories |
| 115. | None | - | Historical Cisco Systems Inc. stock price from Yahoo! Finance |
| 116. | None | - | US Court of Federal Claims Civil docket for case #1:05-cv-00231-EJD |
| 117. | None | - | http://www.federalreserve.gov/RELEASES/h10/Hist/dat96_ca.htm |
| 118. | None | - | IRS Tax Topic 409; http://www.irs.gov/taxtopics/tc409.html |
| 119. | None | - | http://www.prudential.com/simpleArticle/0,1470,intPageID%253D1888%2526blnPrinterFriendly%253D0,0,0.html |
| 120. | None | - | https://www.wellsfargo.com/online_brokerage/education/taxes/capgains/index.jhtml |

## Documents Considered from All 1999 COBRA Transactions

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 1. | 00000131 | 00000257 | Jenkens & Gilchrist opinion for Gary Woods dated 1/31/00 |
| 2. | 00000297 | 00000298 | Client info sheet for Jeffrey M. Adams with fax cover page |
| 3. | 00000300 | 00000301 | Client info sheet for Jay Michener with fax cover page |
| 4. | 00000303 | 00000304 | Client info sheet for Henry N. Camferdam, Jr. with fax cover page |
| 5. | 00000317 | 00000318 | Client info sheet for Carol Trigilio with fax cover page |
| 6. | 00000513 | - | Jenkens & Gilchrist opinion introduction letter for Jay Michener |
| 7. | 00000518 | - | Jenkens & Gilchrist opinion introduction letter for Jeffrey M. Adams |
| 8. | 00000518 | - | Jenkens & Gilchrist opinion introduction letter for Henry N. Camferdam, Jr |
| 9. | 00000519 | 00000649 | Jenkens & Gilchrist opinion for Henry N. Camferdam, Jr. dated 1/31/00 (unsigned) |
| 10. | 00000537 | - | Jenkens & Gilchrist opinion introduction letter for Carol Trigilio |
| 11. | [Zucker Admin] 3237 | [Zucker Admin] 3242 | Letter from Nelson A. Brooke to the IRS dated 11/19/02 in response to IRS information requests |
| 12. | 2003EY001545 | 2003EY001549 | COBRA action work plan revised 11/12/99 |
| 13. | 2003EY001565 | 2003EY001583 | E&Y COBRA presentation |
| 14. | 2003EY001586 | 2003EY001587 | Email from Robert B. Coplan dated 11/1/99 |
| 15. | 2003EY003656 | 2003EY003672 | Email from Melinda S. Merk dated 10/22/99 w/ E&Y COBRA Presentation |
| 16. | 2003EY003677 | - | Email from Brian L. Vaugn dated 10/22/99 |
| 17. | 2003EY003742 | 2003EY003743 | Email from Melinda S. Merk dated 11/10/99 w/ attached Jenkens & Gilchrist client informatioin questionnaire |
| 18. | 2003EY004069 | - | Email from Robert B. Coplan dated 1/27/00 |
| 19. | 2003EY004119 | 2003EY004122 | Email from Robert M. Haynie dated 12/11/99 w/ E&Y COBRA presentation for 2000 |
| 20. | 2003EY004196 | 2003EY004203 | E&Y COBRA presentation w/ hand written notes |
| 21. | 2003EY004204 | 2003EY004205 | COBRA action work plan undated |
| 22. | 2003EY004207 | 2003EY004210 | E&Y COBRA presentation labeled "client" |
| 23. | 2003EY004242 | 2003EY004247 | E&Y COBRA presentation w/ hand written notes labeled "internal" |
| 24. | 2003EY007040 | 2003EY007053 | Memo from Jerred Blanchard on COBRA opinions dated 1/5/00 |
| 25. | 2003EY007474 | 2003EY007478 | COBRA action work plan revised 11/18/99 |
| 26. | 2003EY007479 | - | E&Y nondisclosure agreement (blank) |
| 27. | 2003EY009577 | - | Email from Richard J. Shapiro dated 5/17/00 |
| 28. | 2003EY010608 | - | Email from Brian L. Vaughn dated 10/15/99 |
| 29. | 2003EY010611 | - | Email from Robert B. Coplan dated 10/22/99 |
| 30. | 2003EY012550 | 2003EY012551 | COBRA talking points |
| 31. | DB COBRA 04058 | DB COBRA 04389 | DB option deal sheets for all available COBRA option transactions |
| 32. | DB COBRA 04390 | DB COBRA 04394 | GS Owl Creek Investments, LLC BTAB account statement November 1999 |
| 33. | DB COBRA 04395 | DB COBRA 04399 | GS Owl Creek Investments, LLC DBAB account statement December 1999 |
| 34. | DB COBRA 04424 | DB COBRA 04428 | TFD Oberlin Investments, LLC BTAB account statement November 1999 |
| 35. | DB COBRA 04429 | DB COBRA 04433 | TFD Oberlin Investments, LLC DBAB account statement December 1999 |
| 36. | DB COBRA 04517 | DB COBRA 04524 | GSTD Partners DBAB account statement December 1999 |
| 37. | DB COBRA 04529 | DB COBRA 04534 | GSTD Investors, Inc. DBAB account statement December 1999 |
| 38. | DB COBRA 04550 | DB COBRA 04554 | GSTD Investors, Inc. DBAB account statement April - June 2000 |
| 39. | DB COBRA 04568 | DB COBRA 04572 | WFW Grays Landing Investments, LLC BTAB account statement November 1999 |
| 40. | DB COBRA 04573 | DB COBRA 04577 | WFW Grays Landing Investments, LLC DBAB account statement December 1999 |
| 41. | DB COBRA 04661 | DB COBRA 04665 | RDH Loch Investments, LLC BTAB account statement November 1999 |
| 42. | DB COBRA 04666 | DB COBRA 04670 | RDH Loch Investments, LLC DBAB account statement December 1999 |
| 43. | DB COBRA 04688 | DB COBRA 04696 | WRB Lake Partners DBAB account statement December 1999 |
| 44. | DB COBRA 04697 | DB COBRA 04700 | WRB Lake Partners DBAB account statement December 1999 (Canadian Dollars) |
| 45. | DB COBRA 04705 | DB COBRA 04710 | WRB Lake Investors, Inc. DBAB account statement December 1999 |
| 46. | DB COBRA 04711 | DB COBRA 04714 | WRB Lake Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 47. | DB COBRA 04772 | DB COBRA 04776 | JZ Buckingham Investments, LLC BTAB account statement November 1999 |
| 48. | DB COBRA 04777 | DB COBRA 04782 | JZ Buckingham Investments, LLC DBAB account statement December 1999 |
| 49. | DB COBRA 04797 | DB COBRA 04801 | JGB Bohicket Investments, LLC BTAB account statement November 1999 |
| 50. | DB COBRA 04802 | DB COBRA 04806 | JGB Bohicket Investments, LLC DBAB account statement December 1999 |
| 51. | DB COBRA 04890 | DB COBRA 04898 | JBJZ Partners DBAB account statement December 1999 |
| 52. | DB COBRA 04899 | DB COBRA 04902 | JBJZ Partners DBAB account statement December 1999 (Canadian Dollars) |
| 53. | DB COBRA 04907 | DB COBRA 04912 | JBJZ Investors, Inc. DBAB account statement December 1999 |
| 54. | DB COBRA 04913 | DB COBRA 04916 | JBJZ Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 55. | DB COBRA 04940 | DB COBRA 04944 | KOK Sheridan Way Investments, LLC BTAB account statement November 1999 |
| 56. | DB COBRA 04945 | DB COBRA 04949 | KOK Sheridan Way Investments, LLC DBAB account statement December 1999 |
| 57. | DB COBRA 04979 | DB COBRA 04984 | DEP Stratton Investments, LLC BTAB account statement November 1999 |
| 58. | DB COBRA 04985 | DB COBRA 04990 | DEP Stratton Investments, LLC DBAB account statement December 1999 |
| 59. | DB COBRA 05025 | DB COBRA 05032 | Woodside Partners DBAB account statement December 1999 |
| 60. | DB COBRA 05033 | DB COBRA 05036 | Woodside Partners DBAB account statement December 1999 (Canadian Dollars) |
| 61. | DB COBRA 05041 | DB COBRA 05046 | Woodside Investors, Inc. DBAB account statement December 1999 |
| 62. | DB COBRA 05047 | DB COBRA 05050 | Woodside Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 63. | DB COBRA 05061 | DB COBRA 05065 | Woodside Investors, Inc. DBAB account statement April 2000 |
| 64. | DB COBRA 05103 | DB COBRA 05108 | EH Old Stonehedge Investments, LLC BTAB account statement November 1999 |
| 65. | DB COBRA 05109 | DB COBRA 05113 | EH Old Stonehedge Investments, LLC DBAB account statement December 1999 |
| 66. | DB COBRA 05139 | DB COBRA 05144 | DBM Bell Mountain Investments, LLC BTAB account statement November 1999 |
| 67. | DB COBRA 05145 | DB COBRA 05149 | DBM Bell Mountain Investments, LLC DBAB account statement December 1999 |
| 68. | DB COBRA 05155 | DB COBRA 05159 | JC Woodland Investments, LLC BTAB account statement November 1999 |
| 69. | DB COBRA 05160 | DB COBRA 05164 | JC Woodland Investments, LLC DBAB account statement December 1999 |
| 70. | DB COBRA 05194 | DB COBRA 05201 | CMC Austin Partners DBAB account statement December 1999 |
| 71. | DB COBRA 05202 | DB COBRA 05205 | CMC Austin Partners DBAB account statement December 1999 (Canadian Dollars) |
| 72. | DB COBRA 05241 | DB COBRA 05244 | CMC Austin Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number Start | End | Document Description |
|---|---|---|---|
| 73 | DB COBRA 05245 | DB COBRA 05249 | CMC Austin Investors, Inc. DBAB account statement December 1999 |
| 74 | DB COBRA 05609 | DB COBRA 05613 | MB 68th Street Investments, LLC BTAB account statement November 1999 |
| 75 | DB COBRA 05666 | DB COBRA 05670 | WNM Hunters Crest Investments, LLC BTAB account statement November 1999 |
| 76 | DB COBRA 05671 | DB COBRA 05676 | WNM Hunters Crest Investments, LLC DBAB account statement December 1999 |
| 77 | DB COBRA 05738 | DB COBRA 05742 | Mellow Investors, Inc. DBAB account statement December 1999 |
| 78 | DB COBRA 05743 | DB COBRA 05746 | Mellow Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 79 | DB COBRA 05747 | DB COBRA 05751 | Mellow Investors, Inc. DBAB account statement January 2000 |
| 80 | DB COBRA 05757 | DB COBRA 05761 | Mellow Investors, Inc. DBAB account statement April 2000 |
| 81 | DB-DOJ-COBRA 00240679 | DB-DOJ-COBRA 00240799 | DB deal sheets for calendar year 2000 transactions |
| 82 | DB-DOJ-COBRA 00046377 | DB-DOJ-COBRA 00046380 | DB deal sheet for deal number 17943, leg 2 |
| 83 | DB-DOJ-COBRA 00046385 | DB-DOJ-COBRA 00046388 | DB deal sheet for deal number 18175, leg 1 |
| 84 | DB-DOJ-COBRA 00046389 | DB-DOJ-COBRA 00046392 | DB deal sheet for deal number 18176, leg 1 |
| 85 | DB-DOJ-COBRA 00046401 | DB-DOJ-COBRA 00046404 | DB deal sheet for deal number 18468, leg 2 |
| 86 | DB-DOJ-COBRA 00046563 | DB-DOJ-COBRA 00046571 | Email from Paul Norman dated 7/2/01 with BTAB proposed workflow spreadsheet attached |
| 87 | DB-DOJ-COBRA 00046572 | - | Email from Kate Blagden dated 11/6/02 |
| 88 | DB-DOJ-COBRA 00046969 | DB-DOJ-COBRA 00046976 | Email from Christopher Deluca dated 6/15/01 |
| 89 | DB-DOJ-COBRA 00046977 | DB-DOJ-COBRA 00046994 | Email from Irwin Cariaga dated 5/20/99 with DB Americas policy & procedures and FX Options Systems documents attached |
| 90 | DB-DOJ-COBRA 00047005 | DB-DOJ-COBRA 00047015 | DB New York & DB Frankfurt FX Options Consolidation Planning Workshop dated 12/14/00 |
| 91 | DB-DOJ-COBRA 00049120 | DB-DOJ-COBRA 00049170 | Email from Mike Goodrich dated 11/16/01 with FX Option Pricer Users Guide dated Sept. 1999 attached |
| 92 | DB-DOJ-COBRA 00049172 | - | Email from R. Craig Brubaker dated 8/31/00 |
| 93 | DB-DOJ-COBRA 00049176 | DB-DOJ-COBRA 00049177 | Email from R. Craig Brubaker dated 6/11/01 with splits spreadsheet attached |
| 94 | DB-DOJ-COBRA 00052674 | DB-DOJ-COBRA 00052675 | Email from R. Craig Brubaker dated 8/2/00 |
| 95 | DB-DOJ-COBRA-00000019 | - | Email from Carrie Yackee dated 12/15/99 |
| 96 | DB-DOJ-COBRA-00000025 | - | Email from Carrie Yackee dated 12/20/99 |
| 97 | DB-DOJ-COBRA-00001343 | DB-DOJ-COBRA-00001349 | BJM Tesoro Drive Investments, LLC BTAB account statement November 1999 |
| 98 | DB-DOJ-COBRA-00001350 | DB-DOJ-COBRA-00001355 | BJM Tesoro Drive Investments, LLC DBAB account statement December 1999 |
| 99 | DB-DOJ-COBRA-00001365 | DB-DOJ-COBRA-00001371 | GW Tesoro Investments, LLC BTAB account statement November 1999 |
| 100 | DB-DOJ-COBRA-00001372 | DB-DOJ-COBRA-00001377 | GW Tesoro Investments, LLC DBAB account statement December 1999 |
| 101 | DB-DOJ-COBRA-00001387 | DB-DOJ-COBRA-00001394 | SA Tesoro Investment Partners DBAB account statement December 1999 |
| 102 | DB-DOJ-COBRA-00001399 | DB-DOJ-COBRA-00001405 | Tesoro Drive Partners DBAB account statement December 1999 |
| 103 | DB-DOJ-COBRA-00001406 | DB-DOJ-COBRA-00001409 | Tesoro Drive Partners DBAB account statement December 1999 (Canadian Dollars) |
| 104 | DB-DOJ-COBRA-00001415 | DB-DOJ-COBRA-00001419 | Tesoro Drive Investors, Inc. DBAB account statement December 1999 |
| 105 | DB-DOJ-COBRA-00001420 | DB-DOJ-COBRA-00001423 | Tesoro Drive Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 106 | DB-DOJ-COBRA-00001438 | DB-DOJ-COBRA-00001443 | SA Tesoro Investors, Inc. DBAB account statement December 1999 |
| 107 | DB-DOJ-COBRA-00001444 | DB-DOJ-COBRA-00001449 | SA Tesoro Investors, Inc. DBAB account statement January 2000 |
| 108 | DB-DOJ-COBRA-00001724 | DB-DOJ-COBRA-00001732 | BAMC, Inc. DBAB account statement December 1999 |
| 109 | DB-DOJ-COBRA-00001798 | DB-DOJ-COBRA-00001810 | Carmel Partners DBAB account statement December 1999 |
| 110 | DB-DOJ-COBRA-00001815 | DB-DOJ-COBRA-00001820 | CT Oak Tree Investments, LLC BTAB account statement November 1999 |
| 111 | DB-DOJ-COBRA-00001821 | DB-DOJ-COBRA-00001825 | CT Oak Tree Investments, LLC DBAB account statement December 1999 |
| 112 | DB-DOJ-COBRA-00001835 | DB-DOJ-COBRA-00001840 | JM Walnut Investments, LLC BTAB account statement November 1999 |
| 113 | DB-DOJ-COBRA-00001841 | DB-DOJ-COBRA-00001845 | JM Walnut Investments, LLC DBAB account statement December 1999 |
| 114 | DB-DOJ-COBRA-00001899 | DB-DOJ-COBRA-00001904 | JMA Sedgemoor Investments, LLC BTAB account statement November 1999 |
| 115 | DB-DOJ-COBRA-00001905 | DB-DOJ-COBRA-00001910 | JMA Sedgemoor Investments, LLC DBAB account statement December 1999 |
| 116 | DB-DOJ-COBRA-00001976 | DB-DOJ-COBRA-00001981 | HNC Ditch Investments, LLC BTAB account statement November 1999 |
| 117 | DB-DOJ-COBRA-00001982 | DB-DOJ-COBRA-00001989 | HNC Ditch Investments, LLC DBAB account statement December 1999 |
| 118 | DB-DOJ-COBRA-00002159 | DB-DOJ-COBRA-00002162 | DB option term sheets for EUR/USD and USD/CHF options |
| 119 | DB-DOJ-COBRA-00009771 | - | Email from Carrie Yackee dated 12/23/99 |
| 120 | DB-DOJ-COBRA-00009773 | - | Email from Carrie Yackee dated 12/22/99 |
| 121 | DB-DOJ-COBRA-00009920 | - | Email from Carrie Yackee dated 12/15/99 |
| 122 | DB-DOJ-COBRA-00010136 | - | Email from Carrie Yackee dated 12/16/99 |
| 123 | DB-DOJ-COBRA-00010364 | DB-DOJ-COBRA-00010384 | Foreign Exchange Digital Option Transactions |
| 124 | DB-DOJ-COBRA-00010432 | DB-DOJ-COBRA-00010436 | MB 68th Street Investments, LLC DBAB account statement December 1999 |
| 125 | DB-DOJ-COBRA-00010496 | DB-DOJ-COBRA-00010504 | Mellow Partners DBAB account statement December 1999 |
| 126 | DB-DOJ-COBRA-00010505 | DB-DOJ-COBRA-00010508 | Mellow Partners DBAB account statement December 1999 (Canadian Dollars) |
| 127 | DB-DOJ-COBRA-00010578 | DB-DOJ-COBRA-00010582 | Sanderson Investment Partners DBAB account statement January 2000 |
| 128 | DB-DOJ-COBRA-00010583 | DB-DOJ-COBRA-00010590 | Sanderson Investment Partners DBAB account statement December 1999 |
| 129 | DB-DOJ-COBRA-00010591 | DB-DOJ-COBRA-00010594 | Sanderson Investment Partners DBAB account statement December 1999 (Canadian Dollars) |
| 130 | DB-DOJ-COBRA-00010600 | DB-DOJ-COBRA-00010604 | Sanderson Reeds Investors, Inc. DBAB account statement January 2000 |
| 131 | DB-DOJ-COBRA-00010609 | DB-DOJ-COBRA-00010613 | Sanderson Reeds Investors, Inc. DBAB account statement December 1999 |
| 132 | DB-DOJ-COBRA-00010614 | DB-DOJ-COBRA-00010617 | Sanderson Reeds Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 133 | DB-DOJ-COBRA-00010628 | DB-DOJ-COBRA-00010633 | Sanderson Reeds Investors, Inc. DBAB account statement April - June 2000 |
| 134 | DB-DOJ-COBRA-00010647 | DB-DOJ-COBRA-00010651 | APB Sanderson Investments, LLC BTAB account statement November 1999 |
| 135 | DB-DOJ-COBRA-00010657 | DB-DOJ-COBRA-00010663 | APB Sanderson Investments, LLC DBAB account statement December 1999 |
| 136 | DB-DOJ-COBRA-00010989 | DB-DOJ-COBRA-00010994 | VAR Tudor Place Investments, LLC BTAB account statement November 1999 |
| 137 | DB-DOJ-COBRA-00011000 | DB-DOJ-COBRA-00011004 | VAR Tudor Place Investments, LLC DBAB account statement December 1999 |
| 138 | DB-DOJ-COBRA-00011025 | DB-DOJ-COBRA-00011029 | VDL Gulfshore Blvd Investments, LLC BTAB account statement November 1999 |
| 139 | DB-DOJ-COBRA-00011035 | DB-DOJ-COBRA-00011039 | VDL Gulfshore Blvd Investments, LLC DBAB account statement December 1999 |
| 140 | DB-DOJ-COBRA-00011055 | DB-DOJ-COBRA-00011060 | NBA Dauphin Investments, LLC BTAB account statement November 1999 |
| 141 | DB-DOJ-COBRA-00011061 | DB-DOJ-COBRA-00011065 | NBA Dauphin Investments, LLC DBAB account statement December 1999 |
| 142 | DB-DOJ-COBRA-00011084 | DB-DOJ-COBRA-00011091 | VAR Partners DBAB account statement December 1999 |
| 143 | DB-DOJ-COBRA-00011092 | DB-DOJ-COBRA-00011095 | VAR Partners DBAB account statement December 1999 (Canadian Dollars) |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 144 | DB-DOJ-COBRA-00011096 | DB-DOJ-COBRA-00011101 | VAR Investors, Inc. DBAB account statement January 2000 |
| 145 | DB-DOJ-COBRA-00011119 | DB-DOJ-COBRA-00011123 | VAR Investors, Inc. BTAB account statement November 1999 |
| 146 | DB-DOJ-COBRA-00011131 | DB-DOJ-COBRA-00011135 | VAR Investors, Inc. DBAB account statement December 1999 |
| 147 | DB-DOJ-COBRA-00011136 | DB-DOJ-COBRA-00011139 | VAR Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 148 | DB-DOJ-COBRA-00011145 | DB-DOJ-COBRA-00011149 | VAR Investors, Inc. DBAB account statement Feb - March 2000 |
| 149 | DB-DOJ-COBRA-00011195 | DB-DOJ-COBRA-00011199 | RWM High Meadows Investments, LLC BTAB account statement November 1999 |
| 150 | DB-DOJ-COBRA-00011205 | DB-DOJ-COBRA-00011209 | RWM High Meadows Investments, LLC DBAB account statement December 1999 |
| 151 | DB-DOJ-COBRA-00011234 | DB-DOJ-COBRA-00011238 | FNH Courtland Investments, LLC BTAB account statement November 1999 |
| 152 | DB-DOJ-COBRA-00011243 | DB-DOJ-COBRA-00011248 | FNH Courtland Investments, LLC DBAB account statement December 1999 |
| 153 | DB-DOJ-COBRA-00011269 | DB-DOJ-COBRA-00011273 | JWP Hunters Bluff Investments, LLC BTAB account statement November 1999 |
| 154 | DB-DOJ-COBRA-00011288 | DB-DOJ-COBRA-00011292 | JWP Hunters Bluff Investments, LLC DBAB account statement December 1999 |
| 155 | DB-DOJ-COBRA-00011335 | DB-DOJ-COBRA-00011339 | CHC Drawbridge Lane Investments, LLC BTAB account statement November 1999 |
| 156 | DB-DOJ-COBRA-00011354 | DB-DOJ-COBRA-00011358 | CHC Drawbridge Lane Investments, LLC DBAB account statement December 1999 |
| 157 | DB-DOJ-COBRA-00011410 | DB-DOJ-COBRA-00011414 | JRB Reeds Investments, LLC BTAB account statement November 1999 |
| 158 | DB-DOJ-COBRA-00011420 | DB-DOJ-COBRA-00011426 | JRB Reeds Investments, LLC DBAB account statement December 1999 |
| 159 | DB-DOJ-COBRA-00011442 | DB-DOJ-COBRA-00011446 | Reeds Investment Partners DBAB account statement January 2000 |
| 160 | DB-DOJ-COBRA-00011447 | DB-DOJ-COBRA-00011454 | Reeds Investment Partners DBAB account statement December 1999 |
| 161 | DB-DOJ-COBRA-00011464 | DB-DOJ-COBRA-00011468 | Reed Sanders Investors, Inc. DBAB account statement January 2000 |
| 162 | DB-DOJ-COBRA-00011477 | DB-DOJ-COBRA-00011482 | Reed Sanders Investors, Inc. DBAB account statement December 1999 |
| 163 | DB-DOJ-COBRA-00011488 | DB-DOJ-COBRA-00011492 | Reed Sanders Investors, Inc. DBAB account statement March 2000 |
| 164 | DB-DOJ-COBRA-00011493 | DB-DOJ-COBRA-00011497 | Reed Sanders Investors, Inc. DBAB account statement April - June 2000 |
| 165 | DB-DOJ-COBRA-00011511 | DB-DOJ-COBRA-00011514 | LC Deer Path Investments, LLC BTAB account statement November 1999 |
| 166 | DB-DOJ-COBRA-00011525 | DB-DOJ-COBRA-00011529 | LC Deer Path Investments, LLC DBAB account statement December 1999 |
| 167 | DB-DOJ-COBRA-00011563 | DB-DOJ-COBRA-00011566 | AB Twilight Investments, LLC BTAB account statement November 1999 |
| 168 | DB-DOJ-COBRA-00011579 | DB-DOJ-COBRA-00011583 | AB Twilight Investments, LLC DBAB account statement December 1999 |
| 169 | DB-DOJ-COBRA-00011612 | DB-DOJ-COBRA-00011621 | Fairfield Investment Partners DBAB account statement December 1999 |
| 170 | DB-DOJ-COBRA-00011627 | DB-DOJ-COBRA-00011632 | Fairfield Ohio Investors, Inc. DBAB account statement January 2000 |
| 171 | DB-DOJ-COBRA-00011647 | DB-DOJ-COBRA-00011653 | Fairfield Ohio Investors, Inc. DBAB account statement December 1999 |
| 172 | DB-DOJ-COBRA-00011683 | DB-DOJ-COBRA-00011686 | DHP Fiesta Investments, LLC BTAB account statement November 1999 |
| 173 | DB-DOJ-COBRA-00011697 | DB-DOJ-COBRA-00011701 | DHP Fiesta Investments, LLC DBAB account statement December 1999 |
| 174 | DB-DOJ-COBRA-00011745 | DB-DOJ-COBRA-00011748 | DP Rookwood Investments, LLC BTAB account statement November 1999 |
| 175 | DB-DOJ-COBRA-00011768 | DB-DOJ-COBRA-00011771 | APB Beechtree Investments, LLC BTAB account statement November 1999 |
| 176 | DB-DOJ-COBRA-00011772 | DB-DOJ-COBRA-00011776 | APB Beechtree Investments, LLC DBAB account statement December 1999 |
| 177 | DB-DOJ-COBRA-00011800 | DB-DOJ-COBRA-00011803 | JMP Madison Investments, LLC BTAB account statement November 1999 |
| 178 | DB-DOJ-COBRA-00011814 | DB-DOJ-COBRA-00011818 | JMP Madison Investments, LLC DBAB account statement December 1999 |
| 179 | DB-DOJ-COBRA-00011865 | DB-DOJ-COBRA-00011869 | CB Fairfield Investors, Inc. DBAB account statement January 2000 |
| 180 | DB-DOJ-COBRA-00011870 | DB-DOJ-COBRA-00011874 | CB Fairfield Investors, Inc. DBAB account statement December 1999 |
| 181 | DB-DOJ-COBRA-00011875 | DB-DOJ-COBRA-00011878 | CB Fairfield Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 182 | DB-DOJ-COBRA-00011884 | DB-DOJ-COBRA-00011887 | CB Investment Partners DBAB account statement January 2000 |
| 183 | DB-DOJ-COBRA-00011888 | DB-DOJ-COBRA-00011894 | CB Investment Partners DBAB account statement December 1999 |
| 184 | DB-DOJ-COBRA-00011895 | DB-DOJ-COBRA-00011898 | CB Investment Partners DBAB account statement December 1999 (Canadian Dollars) |
| 185 | DB-DOJ-COBRA-00011899 | DB-DOJ-COBRA-00011902 | WHS Seneca Knoll Investments, LLC BTAB account statement November 1999 |
| 186 | DB-DOJ-COBRA-00011903 | DB-DOJ-COBRA-00011908 | WHS Seneca Knoll Investments, LLC DBAB account statement December 1999 |
| 187 | DB-DOJ-COBRA-00011938 | DB-DOJ-COBRA-00011943 | WPP Farrahs Cavalry Investments, LLC DBAB account statement December 1999 |
| 188 | DB-DOJ-COBRA-00011982 | DB-DOJ-COBRA-00011985 | WSWP Partners DBAB account statement January 2000 |
| 189 | DB-DOJ-COBRA-00011986 | DB-DOJ-COBRA-00011993 | WSWP Partners DBAB account statement December 1999 |
| 190 | DB-DOJ-COBRA-00011994 | DB-DOJ-COBRA-00011997 | WSWP Partners DBAB account statement December 1999 (Canadian Dollars) |
| 191 | DB-DOJ-COBRA-00011998 | DB-DOJ-COBRA-00012002 | WSWP Virginia Investors, Inc. DBAB account statement January 2000 |
| 192 | DB-DOJ-COBRA-00012016 | DB-DOJ-COBRA-00012020 | WSWP Virginia Investors, Inc. DBAB account statement December 1999 |
| 193 | DB-DOJ-COBRA-00012021 | DB-DOJ-COBRA-00012024 | WSWP Virginia Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 194 | DB-DOJ-COBRA-00012025 | DB-DOJ-COBRA-00012029 | WSWP Virginia Investors, Inc. DBAB account statement February 2000 |
| 195 | DB-DOJ-COBRA-00012048 | DB-DOJ-COBRA-00012052 | WSWP Virginia Investors, Inc. DBAB account statement April 2000 |
| 196 | DB-DOJ-COBRA-00012082 | DB-DOJ-COBRA-00012091 | FNRM Partners DBAB account statement December 1999 |
| 197 | DB-DOJ-COBRA-00012092 | DB-DOJ-COBRA-00012095 | FNRM Partners DBAB account statement December 1999 (Canadian Dollars) |
| 198 | DB-DOJ-COBRA-00012111 | DB-DOJ-COBRA-00012116 | FNRM Investors, Inc. DBAB account statement December 1999 |
| 199 | DB-DOJ-COBRA-00012117 | DB-DOJ-COBRA-00012120 | FNRM Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 200 | DB-DOJ-COBRA-00012126 | DB-DOJ-COBRA-00012130 | FNRM Investors, Inc. DBAB account statement April - June 2000 |
| 201 | DB-DOJ-COBRA-00012136 | DB-DOJ-COBRA-00012139 | CG Mesa Investments, LLC BTAB account statement November 1999 |
| 202 | DB-DOJ-COBRA-00012189 | DB-DOJ-COBRA-00012192 | MAC Divisadero Investments, LLC BTAB account statement November 1999 |
| 203 | DB-DOJ-COBRA-00012207 | DB-DOJ-COBRA-00012214 | MAC Divisadero Investments, LLC DBAB account statement December 1999 |
| 204 | DB-DOJ-COBRA-00012266 | DB-DOJ-COBRA-00012269 | JDM Vallejo Investments, LLC BTAB account statement November 1999 |
| 205 | DB-DOJ-COBRA-00012275 | DB-DOJ-COBRA-00012281 | JDM Vallejo Investments, LLC DBAB account statement December 1999 |
| 206 | DB-DOJ-COBRA-00012282 | DB-DOJ-COBRA-00012286 | JDM Vallejo Investments, LLC DBAB account statement Jan - March 2000 |
| 207 | DB-DOJ-COBRA-00012319 | DB-DOJ-COBRA-00012322 | Sunset Coast Partners DBAB account statement January 2000 |
| 208 | DB-DOJ-COBRA-00012323 | DB-DOJ-COBRA-00012330 | Sunset Coast Partners DBAB account statement December 1999 |
| 209 | DB-DOJ-COBRA-00012331 | DB-DOJ-COBRA-00012334 | Sunset Coast Partners DBAB account statement December 1999 (Canadian Dollars) |
| 210 | DB-DOJ-COBRA-00012335 | DB-DOJ-COBRA-00012338 | Sunset Mountain Partners DBAB account statement January 2000 |
| 211 | DB-DOJ-COBRA-00012339 | DB-DOJ-COBRA-00012347 | Sunset Mountain Partners DBAB account statement December 1999 |
| 212 | DB-DOJ-COBRA-00012348 | DB-DOJ-COBRA-00012352 | Sunset Coast Investors, Inc. DBAB account statement January 2000 |
| 213 | DB-DOJ-COBRA-00012372 | DB-DOJ-COBRA-00012376 | Sunset Coast Investors, Inc. DBAB account statement December 1999 |
| 214 | DB-DOJ-COBRA-00012377 | DB-DOJ-COBRA-00012380 | Sunset Coast Investors, Inc. DBAB account statement December 1999 (Canadian Dollars) |
| 215 | DB-DOJ-COBRA-00012381 | DB-DOJ-COBRA-00012386 | Sunset Coast Investors, Inc. DBAB account statement Feb - March 2000 |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 216. | DB-DOJ-COBRA-00012407 | DB-DOJ-COBRA-00012411 | Sunset Coast Investors, Inc DBAB account statement July 2000 |
| 217. | DB-DOJ-COBRA-00012427 | DB-DOJ-COBRA-00012431 | Sunset Mountain Investors, Inc. DBAB account statement January 2000 |
| 218. | DB-DOJ-COBRA-00012451 | DB-DOJ-COBRA-00012455 | Sunset Mountain Investors, Inc DBAB account statement December 1999 |
| 219. | DB-DOJ-COBRA-00012456 | DB-DOJ-COBRA-00012461 | Sunset Mountain Investors, Inc DBAB account statement Feb - March 2000 |
| 220. | DB-DOJ-COBRA-00012487 | DB-DOJ-COBRA-00012491 | Sunset Mountain Investors, Inc DBAB account statement July 2000 |
| 221 | DB-DOJ-COBRA-00012662 | DB-DOJ-COBRA-00012666 | BFS Morgan Investments, LLC DBAB account statement January 2000 |
| 222. | DB-DOJ-COBRA-00012667 | DB-DOJ-COBRA-00012671 | BFS Morgan Investments, LLC BTAB account statement November 1999 |
| 223. | DB-DOJ-COBRA-00012684 | DB-DOJ-COBRA-00012688 | BFS Morgan Investments, LLC DBAB account statement December 1999 |
| 224. | DB-DOJ-COBRA-00012915 | DB-DOJ-COBRA-00012919 | TBW Spinnaker Investments, LLC BTAB account statement November 1999 |
| 225. | DB-DOJ-COBRA-00012930 | DB-DOJ-COBRA-00012935 | TBW Spinnaker Investments, LLC DBAB account statement December 1999 |
| 226. | DB-DOJ-COBRA-00012990 | DB-DOJ-COBRA-00012994 | STD Sugarbush Investments, LLC BTAB account statement November 1999 |
| 227. | DB-DOJ-COBRA-00013009 | DB-DOJ-COBRA-00013013 | STD Sugarbush Investments, LLC DBAB account statement December 1999 |
| 228. | DB-DOJ-COBRA-00013064 | DB-DOJ-COBRA-00013068 | RTK Camino Investments, LLC BTAB account statement November 1999 |
| 229. | DB-DOJ-COBRA-00013074 | DB-DOJ-COBRA-00013078 | RTK Camino Investments, LLC DBAB account statement December 1999 |
| 230. | DB-DOJ-COBRA-00013094 | DB-DOJ-COBRA-00013097 | WNK Partners DBAB account statement January 2000 |
| 231. | DB-DOJ-COBRA-00013098 | DB-DOJ-COBRA-00013106 | WNK Partners DBAB account statement December 1999 |
| 232. | DB-DOJ-COBRA-00013107 | DB-DOJ-COBRA-00013110 | WNK Partners DBAB account statement December 1999 (Canadian Dollars) |
| 233. | DB-DOJ-COBRA-00013153 | DB-DOJ-COBRA-00013158 | WNK Spinnaker Investors, Inc DBAB account statement December 1999 |
| 234. | DB-DOJ-COBRA-00013159 | DB-DOJ-COBRA-00013162 | WNK Spinnaker Investors, Inc DBAB account statement December 1999 (Canadian Dollars) |
| 235. | DB-DOJ-COBRA-00013475 | DB-DOJ-COBRA-00013481 | WHM Ventures, LLC DBAB account statement April 2000 |
| 236. | DB-DOJ-COBRA-00013482 | DB-DOJ-COBRA-00013488 | WHM Ventures, LLC DBAB account statement May 2000 |
| 237. | DB-DOJ-COBRA-00013537 | DB-DOJ-COBRA-00013543 | WHMJ, LLC DBAB account statement April 2000 |
| 238 | DB-DOJ-COBRA-00013544 | DB-DOJ-COBRA-00013550 | WHMJ, LLC DBAB account statement May 2000 |
| 239. | DB-DOJ-COBRA-00013585 | DB-DOJ-COBRA-00013590 | JMN Ventures, LLC DBAB account statement April 2000 |
| 240. | DB-DOJ-COBRA-00013591 | DB-DOJ-COBRA-00013596 | JMN Ventures, LLC DBAB account statement May 2000 |
| 241. | DB-DOJ-COBRA-00013636 | DB-DOJ-COBRA-00013641 | ANB, LLC DBAB account statement April 2000 |
| 242. | DB-DOJ-COBRA-00013642 | DB-DOJ-COBRA-00013647 | ANB, LLC DBAB account statement May 2000 |
| 243 | DB-DOJ-COBRA-00013677 | DB-DOJ-COBRA-00013683 | HDM, LLC DBAB account statement April 2000 |
| 244. | DB-DOJ-COBRA-00013684 | DB-DOJ-COBRA-00013690 | HDM, LLC DBAB account statement May 2000 |
| 245. | DB-DOJ-COBRA-00013730 | DB-DOJ-COBRA-00013735 | MDM Ventures, LLC DBAB account statement April 2000 |
| 246. | DB-DOJ-COBRA-00013736 | DB-DOJ-COBRA-00013741 | MDM Ventures, LLC DBAB account statement May 2000 |
| 247. | DB-DOJ-COBRA-00013776 | DB-DOJ-COBRA-00013781 | SKM Ventures, LLC DBAB account statement April 2000 |
| 248. | DB-DOJ-COBRA-00013782 | DB-DOJ-COBRA-00013787 | SKM Ventures, LLC DBAB account statement May 2000 |
| 249. | DB-DOJ-COBRA-00013813 | DB-DOJ-COBRA-00013823 | MURFAM Farms, LLC DBAB account statement May 2000 |
| 250. | DB-DOJ-COBRA-00013824 | DB-DOJ-COBRA-00013830 | MURFAM Farms, LLC DBAB account statement June 2000 |
| 251. | DB-DOJ-COBRA-00013845 | DB-DOJ-COBRA-00013849 | PSM Farms, LLC DBAB account statement October 2000 |
| 252. | DB-DOJ-COBRA-00013855 | DB-DOJ-COBRA-00013863 | PSM Farms, LLC DBAB account statement May 2000 |
| 253. | DB-DOJ-COBRA-00013864 | DB-DOJ-COBRA-00013869 | PSM Farms, LLC DBAB account statement June 2000 |
| 254. | DB-DOJ-COBRA-00013899 | DB-DOJ-COBRA-00013907 | Murphy Pork Partners, LLC DBAB account statement May 2000 |
| 255. | DB-DOJ-COBRA-00013908 | DB-DOJ-COBRA-00013913 | Murphy Pork Partners, LLC DBAB account statement June 2000 |
| 256. | DB-DOJ-COBRA-00013930 | DB-DOJ-COBRA-00013935 | MURFAM, Inc DBAB account statement December 2000 |
| 257 | DB-DOJ-COBRA-00013961 | DB-DOJ-COBRA-00013966 | PSM, Inc DBAB account statement December 2000 |
| 258. | DB-DOJ-COBRA-00013992 | DB-DOJ-COBRA-00013996 | Murphy Pork, Inc. DBAB account statement December 2000 |
| 259 | DB-DOJ-COBRA-00014080 | DB-DOJ-COBRA-00014084 | MURFAM Farms, LLC DBAB account statement October 2000 |
| 260. | DB-DOJ-COBRA-00014217 | DB-DOJ-COBRA-00014222 | Foreign Exchange Digital Option Transaction, APB Beechtree Investments LLC |
| 261. | DB-DOJ-COBRA-00014230 | DB-DOJ-COBRA-00014235 | Foreign Exchange Digital Option Transaction, JMP Madison Investments LLC |
| 262. | DB-DOJ-COBRA-00015768 | - | Email from Jeannette T Kwong dated 12/22/99 |
| 263. | DB-DOJ-COBRA-00018888 | DB-DOJ-COBRA-00018899 | Foreign Exchange Digital Option Transactions |
| 264. | DB-DOJ-COBRA-00019623 | DB-DOJ-COBRA-00019628 | WMC, LLC DBAB account statement April 2000 |
| 265. | DB-DOJ-COBRA-00019629 | DB-DOJ-COBRA-00019634 | WMC, LLC DBAB account statement May 2000 |
| 266. | DB-DOJ-COBRA-00023017 | - | Fax cover sheet from William N. Melton to Kevin R. Lynch dated 11/9/99 |
| 267 | DB-DOJ-COBRA-00030052 | DB-DOJ-COBRA-00030053 | Currency linked digital swap transaction steps for implementation with DBAG and DBAB |
| 268. | DB-DOJ-COBRA-00030347 | DB-DOJ-COBRA-00030350 | Email from Craig Brubaker dated 11/4/99 |
| 269. | DB-DOJ-COBRA-00030714 | DB-DOJ-COBRA-00030717 | Email from Michael Lowengrub dated 7/20/00 |
| 270. | DB-DOJ-COBRA-00030718 | DB-DOJ-COBRA-00030719 | Email from John Rolfes to Charles Binder (undated) |
| 271. | DB-DOJ-COBRA-00030720 | DB-DOJ-COBRA-00030728 | Binary Option Strategy presentation by Chuck Binder dated 2/4/05 |
| 272. | DB-DOJ-COBRA-00043899 | - | Email from Carrie Yackee dated 12/23/99 |
| 273. | DB-DOJ-COBRA-00044046 | DB-DOJ-COBRA-00044047 | Email from Carrie Yackee dated 12/20/99 |
| 274. | DB-DOJ-COBRA-00044488 | DB-DOJ-COBRA-00044490 | Email from Carrie Yackee dated 6/20/00 |
| 275. | DB-DOJ-COBRA-00240232 | DB-DOJ-COBRA-00240235 | DB deal sheet for deal number 18115, leg 1 |
| 276. | DB-DOJ-COBRA-00241467 | DB-DOJ-COBRA-00241477 | DB RMSRPT sheets for all available COBRA option transactions |
| 277. | DB-DOJ-COBRA-00241498 | DB-DOJ-COBRA-00241538 | DB RMSRPT sheets for all available COBRA option transactions |
| 278 | DB-DOJ-COBRA-00241545 | DB-DOJ-COBRA-00241561 | DB RMSRPT sheets for all available COBRA option transactions |
| 279. | DB-DOJ-COBRA-00241565 | DB-DOJ-COBRA-00241618 | DB RMSRPT sheets for all available COBRA option transactions |
| 280 | DB-DOJ-COBRA-00241621 | DB-DOJ-COBRA-00241644 | DB RMSRPT sheets for all available COBRA option transactions |
| 281 | DB-DOJ-COBRA-00241673 | DB-DOJ-COBRA-00241701 | DB RMSRPT sheets for all available COBRA option transactions |
| 282. | DB-DOJ-COBRA-00243295 | DB-DOJ-COBRA-00243296 | DB RMSRPT sheets for all available COBRA option transactions |
| 283 | DB-DOJ-COBRA-00245924 | DB-DOJ-COBRA-00245948 | DB structure tickets and RMSRPT sheets for Tesoro options |
| 284 | DB-DOJ-COBRA-00246011 | DB-DOJ-COBRA-00246014 | DB RMSRPT sheets for trades 27744A & 27744B |
| 285. | DB-DOJ-COBRA-00246158 | DB-DOJ-COBRA-00246161 | DB RMSRPT sheets for trades 28148A & 28148B |
| 286. | DOJ 000239 | DOJ 000242 | E&Y engagement letter to William N Melton dated 11/5/99 |
| 287. | DOJ 000594 | DOJ 000595 | Email from Brian W. Upchurch dated 11/5/99 |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number Start | End | Document Description |
|---|---|---|---|
| 288. | DOJ 001175 | - | Jenkens & Gilchrist opinion introduction letter for Myer Berlow |
| 289. | DOJ 001176 | DOJ 001302 | Jenkens & Gilchrist opinion for Myer Berlow dated 1/31/00 |
| 290 | DOJ 001380 | DOJ 001381 | Assignment of partnership interests in Mellow Partners from LLCs to Mellow Investors, Inc. |
| 291. | DOJ 002447 | DOJ 002450 | E&Y engagement letter to Myer Berlow dated 11/5/99 |
| 292. | DOJ 002519 | DOJ 002520 | Mellow Investors IDR FP-02 |
| 293 | DOJ 003758 | DOJ 003762 | COBRA action work plan revised 11/19/99 |
| 294. | DOJ 005402 | DOJ 005404 | Email from Robert B. Coplan dated 12/27/99 |
| 295 | DOJ 012938 | DOJ 012961 | Blank 1992 ISDA master agreement |
| 296. | DOJ 030504 | - | Jenkens & Gilchrist opinion introduction letter for James G Boyd |
| 297 | DOJ 030505 | DOJ 030619 | Jenkens & Gilchrist opinion for James G Boyd dated 1/31/00 |
| 298 | DOJ 030620 | - | Jenkens & Gilchrist opinion introduction letter for Jerry Zucker |
| 299. | DOJ 030621 | - | Jenkens & Gilchrist opinion introduction letter for Jerry Zucker |
| 300 | DOJ 030622 | DOJ 030737 | Jenkens & Gilchrist opinion for Jerry Zucker dated 1/31/00 |
| 301. | DOJ 030750 | DOJ 030751 | Email from Brian L. Vaughn dated 11/12/99 |
| 302. | DOJ 030949 | DOJ 030951 | Assignment of partnership interests in Sunset Coast Partners from LLCs to Sunset Coast Investors, Inc. |
| 303. | DOJ 030953 | DOJ 030955 | Assignment of partnership interests in Sunset Mountain Partners from LLCs to Sunset Mountain Investors, Inc. |
| 304. | DOJ 031583 | DOJ 031586 | Fax from Robert J Shapiro w/ sample option terms & conditions dated 4/30/02 |
| 305 | DOJ 031605 | DOJ 031606 | Email from Robert B Coplan dated 2/28/00 |
| 306. | DOJ 031628 | DOJ 031632 | E&Y engagement letter to David Martin dated 11/17/99 |
| 307 | DOJ 032422 | DOJ 032500 | Brown & Wood opinion for Danny Pettit dated 3/9/00 (unsigned) |
| 308. | DOJ 032605 | DOJ 032606 | Email from Robert B. Coplan dated 12/22/99 |
| 309. | DOJ 033164 | DOJ 033167 | Assignment of partnership interests in FRNM Partners from LLCs to FRNM Investors, Inc. |
| 310 | DOJ 033498 | - | Jenkens & Gilchrist opinion introduction letter for Jeffrey Clarke |
| 311. | DOJ 034541 | DOJ 034544 | Assignment of partnership interests in Carmel Partners from LLCs to BAMC, Inc. |
| 312 | DOJ 034684 | DOJ 034687 | E&Y engagement letter to Eric F Harslem dated 11/5/99 |
| 313. | DOJ 034688 | DOJ 034691 | E&Y engagement letter to Jeffrey W. Clarke dated 11/7/99 |
| 314. | DOJ 034692 | DOJ 034693 | E&Y engagement letter to Douglas B. MacGregor dated 11/5/99 |
| 315. | DOJ 034725 | - | Jenkens & Gilchrist opinion introduction letter for Eric Harslem |
| 316. | DOJ 034946 | DOJ 034948 | Assignment of partnership interests in CMC Austin Partners from LLCs to CMC Austin Investors, Inc. |
| 317. | DOJ 035652 | DOJ 035655 | E&Y engagement letter to Kevin O. N Kalkhoven dated 11/9/99 |
| 318. | DOJ 035669 | DOJ 035672 | Email from Robert M. Haynie dated 11/5/99 |
| 319. | DOJ 035974 | DOJ 036052 | Brown & Wood opinion for Walter P Parmer dated 3/9/00 |
| 320. | DOJ 036406 | DOJ 036407 | Assignment of partnership interests in CB Investment Partners from LLCs to CB Fairfield Investors, Inc. |
| 321. | DOJ 036409 | DOJ 036411 | Assignment of partnership interests in Fairfield Investment Partners from LLCs to Fairfield Ohio Investors, Inc. |
| 322. | DOJ 036424 | DOJ 036536 | Jenkens & Gilchrist opinion for Carol Trigilio dated 1/31/00 |
| 323. | DOJ 036537 | - | Jenkens & Gilchrist opinion introduction letter for Jeffrey M. Adams |
| 324. | DOJ 036538 | DOJ 036652 | Jenkens & Gilchrist opinion for Jeffrey M. Adams dated 1/31/00 |
| 325. | DOJ 036653 | - | Jenkens & Gilchrist opinion introduction letter for Jay Michener |
| 326. | DOJ 036654 | DOJ 036765 | Jenkens & Gilchrist opinion for Jay Michener dated 1/31/00 |
| 327. | DOJ 037081 | DOJ 037085 | COBRA action work plan (revised 11/3/99) for Henry Camferdam |
| 328. | DOJ 037252 | - | Jenkens & Gilchrist opinion introduction letter for Billy J. McCombs |
| 329 | DOJ 037253 | DOJ 037366 | Jenkens & Gilchrist opinion for Billy J. McCombs dated 1/31/00 |
| 330. | DOJ 038585 | - | Ernst & Young COBRA biographical information for Kevin Kalkhoven & Danny Pettit |
| 331 | DOJ 040324 | DOJ 040326 | E&Y engagement letter to Fred Neal Hunter dated 11/16/99 |
| 332. | DOJ 040954 | DOJ 040958 | Assignment of partnership interests in WNK Partners from LLCs to WNK Spinnaker Investors, Inc. |
| 333. | DOJ 041082 | DOJ 041084 | Assignment of partnership interests in WRB Partners from LLCs to WRB Lake Investors, Inc. |
| 334. | DOJ 041224 | - | Assignment of partnership interests in Woodside Partners from LLCs to Woodside Investors, Inc. |
| 335. | DOJ 041555 | DOJ 041556 | Assignment of partnership interests in JBJZ Partners from LLCs to JBJZ Investors, Inc. |
| 336. | DOJ 041898 | DOJ 041899 | Assignment of partnership interests in GSTD Partners from LLCs to GSTD Investors, Inc |
| 337. | DOJ 042296 | - | Jenkens & Gilchrist opinion introduction letter for Fred "Neal" Hunter |
| 338. | DOJ 042515 | - | Jenkens & Gilchrist opinion introduction letter for John W Palmour |
| 339. | DOJ 043437 | - | Jenkens & Gilchrist opinion introduction letter for Brian F. Sullivan (unsigned) |
| 340. | DOJ 043550 | - | Jenkens & Gilchrist opinion introduction letter for William F Wanner (unsigned) |
| 341 | DOJ 043571 | - | Brown & Wood opinion introduction letter for Richard D. Hembree (unsigned) |
| 342. | DOJ 043572 | DOJ 043647 | Brown & Wood opinion for Richard D. Hembree dated 3/9/00 |
| 343. | DOJ 045070 | DOJ 045072 | Email from Carl A. Rhodes dated 12/22/99 |
| 344 | DOJ 045084 | DOJ 045085 | Investor representations from Leonard Cavens to Brown & Wood dated 3/3/00 |
| 345 | DOJ 046006 | DOJ 046008 | Assignment of partnership interests in WSWP Partners from LLCs to WSWP Investors, Inc. |
| 346. | DOJ 048326 | - | Jenkens & Gilchrist opinion introduction letter for Walter P. Parmer |
| 347 | DOJ 049106 | DOJ 049123 | Email from Melinda S. Merk dated 11/11/99 w/ E&Y COBRA Presentation & after-tax return calculations |
| 348. | DOJ 049124 | DOJ 049126 | Email from Melinda S. Merk dated 11/11/99 w/ E&Y COBRA Presentation & after-tax return calculations |
| 349. | DOJ 049502 | - | Jenkens & Gilchrist opinion introduction letter for John Bertsch |
| 350 | DOJ 049774 | DOJ 049776 | Assignment of partnership interests in Reeds Investment Partners from LLCs to Reed Sanders Investors, Inc. |
| 351. | DOJ 049777 | DOJ 049779 | Assignment of partnership interests in Sanderson Investment Partners from LLCs to Sanderson Reeds Investors. Inc |
| 352. | DOJ 049793 | - | Jenkens & Gilchrist COBRA client info sheet for John R. Bertsch |
| 353 | DOJ 049855 | - | Jenkens & Gilchrist COBRA client info sheet for Ralph T. King |
| 354. | DOJ 049856 | - | Jenkens & Gilchrist COBRA client info sheet for Stuart D. Neidus |
| 355 | DOJ 049857 | - | Jenkens & Gilchrist COBRA client info sheet for Thomas B. Waldin |
| 356 | DOJ 049938 | - | Jenkens & Gilchrist opinion introduction letter for Ralph T. King |
| 357. | DOJ 050200 | DOJ 050206 | CG Mesa Investments, LLC DBAB account statement December 1999 |
| 358. | DOJ 050300 | DOJ 050377 | Brown & Wood opinion for Cathy Greenwold dated 3/9/00 |
| 359. | DOJ 050378 | DOJ 050454 | Brown & Wood opinion for Michael A. Covarrubias dated 3/9/00 |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 360. | DOJ 051944 | - | Jenkens & Gilchrist opinion introduction letter for Walter P. Parmer |
| 361. | DOJ 051945 | DOJ 052056 | Jenkens & Gilchrist opinion for Walter P. Parmer dated 1/31/00 |
| 362. | DOJ 052509 | DOJ 052586 | Brown & Wood opinion for J. David Martin dated 3/9/00 |
| 363. | DOJ 053145 | DOJ 053223 | Brown & Wood opinion for Calvin H. Carter, Jr. dated 3/9/00 |
| 364. | DOJ 053224 | - | Jenkens & Gilchrist opinion introduction letter for Calvin H. Carter, Jr |
| 365. | DOJ 053802 | - | Jenkens & Gilchrist opinion introduction letter for Garry Snook |
| 366. | DOJ 053915 | - | Jenkens & Gilchrist opinion introduction letter for Thomas F. Darden |
| 367. | DOJ 054228 | - | Jenkens & Gilchrist opinion introduction letter for Richard W. Mann |
| 368. | DOJ 054573 | DOJ 054577 | COBRA action work plan (revised 11/5/99) |
| 369. | DOJ 054854 | DOJ 054925 | Brown & Wood opinion for Andrew P. Barton dated 3/9/00 |
| 370. | DOJ 055122 | DOJ 055124 | Investor representations from John R. Bertsch to Brown & Wood dated 3/3/00 |
| 371. | DOJ 055129 | DOJ 055206 | Brown & Wood opinion for John R. Bertsch dated 3/9/00 |
| 372. | DOJ 055279 | DOJ 055283 | COBRA action work plan (revised 11/3/99) for Billy J. McCombs |
| 373. | DOJ 055389 | DOJ 055390 | Assignment of partnership interests in SA Tesoro Investment Partners from LLCs to SA Tesoro Investors, Inc |
| 374. | DOJ 055391 | DOJ 055392 | Assignment of partnership interests in Tesoro Drive Partners from LLCs to Tesoro Drive Investors, Inc. |
| 375. | DOJ 055528 | - | Jenkens & Gilchrist opinion introduction letter for Billy J. McCombs |
| 376. | DOJ 055529 | DOJ 055640 | Jenkens & Gilchrist opinion for Billy J. McCombs dated 1/31/00 |
| 377. | DOJ 055643 | DOJ 055644 | Investor representations from Billy J. McCombs to Brown & Wood dated 3/3/00 |
| 378. | DOJ 055649 | DOJ 055720 | Brown & Wood opinion for Billy J. McCombs dated 3/9/00 |
| 379. | DOJ 055721 | DOJ 055798 | Brown & Wood opinion for Billy J. McCombs dated 3/9/00 |
| 380. | DOJ 055952 | - | Jenkens & Gilchrist opinion introduction letter for Gary Woods |
| 381. | DOJ 056067 | DOJ 056178 | Jenkens & Gilchrist opinion for Gary Woods dated 1/31/00 |
| 382. | DOJ 056181 | DOJ 056182 | Investor representations from Gary Woods to Brown & Wood dated 3/3/00 |
| 383. | DOJ 056187 | DOJ 056264 | Jenkens & Gilchrist opinion for Gary Woods dated 1/31/00 |
| 384. | DOJ 056265 | DOJ 056336 | Jenkens & Gilchrist opinion for Gary Woods dated 1/31/00 |
| 385. | DOJ 056563 | - | Jenkens & Gilchrist opinion introduction letter for Victor A. Rice |
| 386. | DOJ 057114 | - | Client info sheet for Victor A. Rice and Vincent D. Laurenzo |
| 387. | DOJ 058155 | DOJ 058246 | Jenkens & Gilchrist opinion for William F. Wanner, Jr. dated 1/31/00 |
| 388. | DOJ 058482 | DOJ 058558 | Brown & Wood opinion for Stuart D. Neidus dated 11/29/00 |
| 389. | DOJ 058709 | DOJ 058788 | Brown & Wood opinion for Thomas B. Waldin dated 11/29/00 |
| 390. | DOJ 058789 | - | Jenkens & Gilchrist opinion introduction letter for Thomas B. Waldin |
| 391. | DOJ 060001 | DOJ 060072 | Brown & Wood opinion for Billy J. McCombs dated 3/9/00 |
| 392. | DOJ 060487 | - | Jenkens & Gilchrist opinion introduction letter for Gary Woods |
| 393. | DOJ 060748 | - | Jenkens & Gilchrist COBRA client info sheet for Alan Buckey |
| 394. | DOJ 060749 | - | Jenkens & Gilchrist COBRA client info sheet for Leonard Cavens |
| 395. | DOJ 060750 | - | Jenkens & Gilchrist COBRA client info sheet for David Pease III |
| 396. | DOJ 060751 | - | Jenkens & Gilchrist COBRA client info sheet for Antonia P. Buchsbaum, Trust |
| 397. | DOJ 060754 | DOJ 060758 | COBRA action work plan (revised 11/5/99) for David Pease III |
| 398. | DOJ 061086 | - | Jenkens & Gilchrist opinion introduction letter for Kevin O. N. Kalkhoven |
| 399. | DOJ 061094 | DOJ 061172 | Brown & Wood opinion for Kevin O. N. Kalkhoven dated 3/9/00 |
| 400. | DOJ 061174 | DOJ 061175 | Investor representations from Kevin O. N. Kalkhoven to Brown & Wood dated 3/3/00 |
| 401. | DOJ 061244 | - | Jenkens & Gilchrist opinion introduction letter for Danny E. Pettit |
| 402. | DOJ 061630 | DOJ 061633 | E&Y engagement letter to James G. Boyd dated 11/15/99 (unsigned) |
| 403. | DOJ 061640 | DOJ 061644 | E&Y engagement letter to Jerry Zucker dated 11/15/99 (unsigned) |
| 404. | DOJ 061721 | DOJ 061724 | E&Y engagement letter to B.J. "Red" McCombs dated 11/11/99 |
| 405. | DOJ 061725 | DOJ 061728 | E&Y engagement letter to Gary Woods dated 11/11/99 |
| 406. | DOJ 061787 | DOJ 061790 | E&Y engagement letter to Carol Trigilio dated 11/5/99 |
| 407. | DOJ 061791 | DOJ 061794 | E&Y engagement letter to Jeffrey M. Adams dated 11/5/99 |
| 408. | DOJ 061795 | DOJ 061798 | E&Y engagement letter to Henry N. Camferdam, Jr. dated 11/5/99 |
| 409. | DOJ 061799 | DOJ 061802 | E&Y engagement letter to Jay Michener dated 11/5/99 |
| 410. | DOJ 063648 | DOJ 063651 | E&Y engagement letter to Andrew P. Barton, Jr. dated 11/19/99 |
| 411. | DOJ 063652 | DOJ 063655 | E&Y engagement letter to John R. Bertsch dated 11/18/99 |
| 412. | DOJ 063679 | DOJ 063681 | E&Y engagement letter to Calvin H. Carter, Jr. dated 11/16/99 |
| 413. | DOJ 063682 | DOJ 063684 | E&Y engagement letter to Richard W. Mann dated 11/10/99 |
| 414. | DOJ 063685 | DOJ 063687 | E&Y engagement letter to John W. Palmour dated 11/16/99 |
| 415. | DOJ 063688 | DOJ 063689 | E&Y engagement letter to Tom Darden dated 11/12/99 |
| 416. | DOJ 063690 | DOJ 063692 | E&Y engagement letter to Garry Snook dated 11/10/99 |
| 417. | DOJ 063693 | DOJ 063696 | E&Y engagement letter to Richard D. Hembree dated 11/16/99 |
| 418. | DOJ 063701 | DOJ 063704 | E&Y engagement letter to Brian F. Sullivan dated 11/15/99 |
| 419. | DOJ 063708 | DOJ 063709 | E&Y engagement letter to William F. Wanner dated 11/16/99 |
| 420. | DOJ 063710 | DOJ 063713 | E&Y engagement letter to Ralph T. King dated 11/19/99 |
| 421. | DOJ 063714 | DOJ 063717 | E&Y engagement letter to Stuart D. Neidus dated 11/19/99 |
| 422. | DOJ 063718 | DOJ 063721 | E&Y engagement letter to Thomas B. Waldin dated 11/19/99 |
| 423. | DOJ 063725 | DOJ 063728 | E&Y engagement letter to Neil D. Arnold dated 11/9/99 |
| 424. | DOJ 063729 | DOJ 063732 | E&Y engagement letter to Victor A. Rice dated 11/5/99 |
| 425. | DOJ 063743 | DOJ 063747 | E&Y engagement letter to Michael Covarrubias dated 11/24/99 (unsigned) |
| 426. | DOJ 063748 | DOJ 063752 | E&Y engagement letter to Cathy Greenwold dated 11/24/99 (unsigned) |
| 427. | DOJ 063785 | DOJ 063786 | E&Y engagement letter to Walter P. Parmer dated 11/30/99 |
| 428. | DOJ 063787 | DOJ 063788 | E&Y engagement letter to William H. Seippel dated 11/29/99 (unsigned) |
| 429. | DOJ 063789 | DOJ 063792 | E&Y engagement letter to David Pease III dated 11/17/99 |
| 430. | DOJ 063793 | DOJ 063796 | E&Y engagement letter to Antonia P. Buchsbaum dated 11/17/99 |
| 431. | DOJ 063797 | DOJ 063800 | E&Y engagement letter to David H. Pease, Jr. dated 11/17/99 |

## Documents Considered from All 1999 COBRA Transactions

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 432. | DOJ 063801 | DOJ 063804 | E&Y engagement letter to Alan Buckey dated 11/17/99 |
| 433 | DOJ 063805 | DOJ 063808 | E&Y engagement letter to Leonard Cavens dated 11/17/99 |
| 434. | DOJ 063809 | DOJ 063812 | E&Y engagement letter to Jennifer M. Pease dated 11/17/99 |
| 435 | DOJ 063813 | DOJ 063817 | E&Y engagement letter to Danny E. Pettit dated 11/9/99 |
| 436. | DOJ 063998 | DOJ 064075 | Brown & Wood opinion for James G. Boyd dated 3/9/00 |
| 437. | DOJ 064576 | DOJ 064578 | Assignment of partnership interests in VAR Partners from LLCs to VAR Investors, Inc. |
| 438. | DOJ-C-00267 | DOJ-C-00269 | Email from Robert M Haynie dated 12/6/99 (also identified as EY02938 - EY02940) |
| 439. | DOJ-C-00326 | - | Email from Robert B. Coplan dated 3/17/00 (also identified as EY02997) |
| 440. | EY00457 | EY00458 | Investor representations from Danny Pettit to Brown & Wood dated 3/3/00 |
| 441. | EY01097 | - | Jenkens & Gilchrist opinion introduction letter for James G. Boyd |
| 442. | EY02938 | EY02939 | Email from Robert M Haynie dated 12/6/99 (also identified as DOJ-C-00267 - DOJ-C-00268) |
| 443. | EY02997 | - | Email from Robert B. Coplan dated 3/17/00 (also identified as DOJ-C-00326) |
| 444. | IRS03095 | - | Jenkens & Gilchrist opinion introduction letter for Jay Michener |
| 445 | IRS04250 | - | Client info sheet for Carol Trigilio |
| 446. | IRS04482 | IRS04553 | Brown & Wood opinion for Carol Trigilio dated 3/9/00 |
| 447. | JG-CL0102473 | JG-CL0102599 | Jenkens & Gilchrist opinion for Kevin O. N. Kalkhoven dated 1/31/00 |
| 448. | JG-CL0102602 | JG-CL0102729 | Jenkens & Gilchrist opinion for Danny E. Pettit dated 1/31/00 |
| 449. | JG-CL0103323 | - | Jenkens & Gilchrist opinion introduction letter for William N. Melton |
| 450. | JG-CL0103324 | JG-CL0103452 | Jenkens & Gilchrist opinion for William N. Melton dated 1/31/00 |
| 451. | JG-CL0103454 | - | Jenkens & Gilchrist opinion introduction letter for Myer Berlow |
| 452. | JG-CL0105183 | JG-CL0105310 | Jenkens & Gilchrist opinion for Victor A. Rice dated 1/31/00 (unsigned) |
| 453. | JG-CL0105312 | JG-CL0105438 | Jenkens & Gilchrist opinion for Vincent D. Laurenzo dated 1/31/00 (unsigned) |
| 454. | JG-CL0105439 | JG-CL0105565 | Jenkens & Gilchrist opinion for Neil D. Arnold dated 1/31/00 (unsigned) |
| 455. | JG-CL0146223 | - | Jenkens & Gilchrist opinion introduction letter for Cathy Greenwold |
| 456. | JG-CL0146224 | JG-CL0146350 | Jenkens & Gilchrist opinion for Cathy Greenwold dated 1/31/00 |
| 457. | JG-CL0146480 | JG-CL0146606 | Jenkens & Gilchrist opinion for Michael A. Covarrubias dated 1/31/00 |
| 458 | JG-CL0146608 | JG-CL0146734 | Jenkens & Gilchrist opinion for J. David Martin dated 1/31/00 |
| 459. | JG-CL0147059 | - | Jenkens & Gilchrist COBRA client info sheet for Cathy Greenwold |
| 460. | JG-CL0147060 | - | Jenkens & Gilchrist COBRA client info sheet for J. David Martin |
| 461. | JG-CL0147067 | - | Jenkens & Gilchrist COBRA client info sheet for Michael A. Covarrubias |
| 462. | JG-CL0147595 | - | Jenkens & Gilchrist COBRA client info sheet for Scott C. Verges |
| 463. | JG-CL0147597 | - | Jenkens & Gilchrist COBRA client info sheet for Peter J. Palmisano |
| 464. | JG-CL0147598 | - | Jenkens & Gilchrist COBRA client info sheet for Richard M. Holliday |
| 465. | JG-CL0147599 | - | Jenkens & Gilchrist COBRA client info sheet for Dan McNevin |
| 466. | JG-CL0148037 | - | Jenkens & Gilchrist COBRA client info sheet for Jerry Zucker |
| 467. | JG-CL0148038 | - | Jenkens & Gilchrist COBRA client info sheet for James G. Boyd |
| 468 | JG-CL0153277 | JG-CL0153404 | Jenkens & Gilchrist opinion for Thomas B. Waldin dated 1/31/00 (unsigned) |
| 469. | JG-CL0153406 | JG-CL0153532 | Jenkens & Gilchrist opinion for Ralph T. King dated 1/31/00 (unsigned) |
| 470. | JG-CL0153616 | JG-CL0153742 | Jenkens & Gilchrist opinion for Stuart D. Neidus dated 1/31/00 (unsigned) |
| 471 | JG-CL0153775 | - | Jenkens & Gilchrist COBRA client info sheet for Thomas B. Waldin |
| 472. | JG-CL0153776 | - | Jenkens & Gilchrist COBRA client info sheet for Ralph T. King |
| 473. | JG-CL0153777 | - | Jenkens & Gilchrist COBRA client info sheet for Stuart D. Neidus |
| 474. | JG-CL0155323 | - | Jenkens & Gilchrist COBRA client info sheet for Richard W. Mann |
| 475. | JG-CL0155324 | - | Jenkens & Gilchrist COBRA client info sheet for Calvin H. Carter Jr |
| 476 | JG-CL0155326 | - | Jenkens & Gilchrist COBRA client info sheet for Fred "Neal" Hunter |
| 477. | JG-CL0155327 | - | Jenkens & Gilchrist COBRA client info sheet for John W. Palmour |
| 478. | JG-CL0155592 | - | Jenkens & Gilchrist opinion introduction letter for Richard D. Hembree |
| 479. | JG-CL0155853 | - | Jenkens & Gilchrist COBRA client info sheet for William F. Wanner Jr. |
| 480. | JG-CL0159464 | JG-CL0159590 | Jenkens & Gilchrist opinion for Gary Woods dated 1/31/00 |
| 481. | JG-CL0159593 | JG-CL0159719 | Jenkens & Gilchrist opinion for Billy J. McCombs dated 1/31/00 |
| 482. | JG-CL0160423 | - | Jenkens & Gilchrist COBRA client info sheet for Gary Woods |
| 483. | JG-CL0160430 | - | Jenkens & Gilchrist COBRA client info sheet for Billy J. McCombs |
| 484. | JG-CL0234144 | JG-CL0234270 | Jenkens & Gilchrist opinion for Fred "Neal" Hunter dated 1/31/00 (unsigned) |
| 485. | JG-CL0234272 | JG-CL0234398 | Jenkens & Gilchrist opinion for John W. Palmour dated 1/31/00 (unsigned) |
| 486. | JG-CL0234400 | JG-CL0234526 | Jenkens & Gilchrist opinion for Calvin H. Carter, Jr. dated 1/31/00 (unsigned) |
| 487 | JG-CL0234528 | JG-CL0234654 | Jenkens & Gilchrist opinion for Richard W. Mann dated 1/31/00 (unsigned) |
| 488. | JG-CL0235407 | JG-CL0235533 | Jenkens & Gilchrist opinion for Antonia Buchsbaum dated 1/31/00 (unsigned) |
| 489. | JG-CL0235535 | JG-CL0235661 | Jenkens & Gilchrist opinion for Jennifer M. Pease dated 1/31/00 (unsigned) |
| 490. | JG-CL0235663 | JG-CL0235789 | Jenkens & Gilchrist opinion for Alan Buckey dated 1/31/00 (unsigned) |
| 491. | JG-CL0235791 | JG-CL0235917 | Jenkens & Gilchrist opinion for David H. Pease, Jr. dated 1/31/00 (unsigned) |
| 492. | JG-CL0235919 | JG-CL0236045 | Jenkens & Gilchrist opinion for David H. Pease, III dated 1/31/00 (unsigned) |
| 493 | JG-CL0236047 | JG-CL0236173 | Jenkens & Gilchrist opinion for Leonard Cavens dated 1/31/00 (unsigned) |
| 494. | JG-CL0238218 | JG-CL0238344 | Jenkens & Gilchrist opinion for Andrew P. Barton dated 1/31/00 |
| 495 | JG-CL0238346 | JG-CL0238472 | Jenkens & Gilchrist opinion for John R. Bertsch dated 1/31/00 |
| 496. | JG-CL0240373 | JG-CL0240503 | Jenkens & Gilchrist opinion for Jerry Zucker dated 1/31/00 |
| 497. | JG-CL0241041 | - | Jenkens & Gilchrist COBRA client info sheet for Garry Snook |
| 498. | JG-CL0241055 | - | Fax cover sheet from Ray Knight to Jenkens & Gilchrist dated 11/13/99 |
| 499. | JG-CL0241056 | - | Jenkens & Gilchrist COBRA client info sheet for Thomas F. Darden |
| 500. | JG-CL0241117 | - | Jenkens & Gilchrist opinion introduction letter for J. David Martin |
| 501 | JG-CL0241246 | JG-CL0241372 | Jenkens & Gilchrist opinion for Thomas F. Darden dated 1/31/00 |
| 502. | JG-CL0241374 | JG-CL0241500 | Jenkens & Gilchrist opinion for Garry Snook dated 1/31/00 |
| 503. | JG-CL0241668 | - | Jenkens & Gilchrist opinion introduction letter for Michael A. Covarrubias |

**Documents Considered from All 1999 COBRA Transactions**

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 504. | JG-CL0242021 | JG-CL0242147 | Jenkens & Gilchrist opinion for Eric Harslem dated 1/31/00 (unsigned) |
| 505 | JG-CL0242149 | JG-CL0242275 | Jenkens & Gilchrist opinion for Jeffrey Clarke dated 1/31/00 (unsigned) |
| 506. | JG-CL0242277 | JG-CL0242403 | Jenkens & Gilchrist opinion for Douglas B. MacGregor dated 1/31/00 (unsigned) |
| 507 | JG-CL0242413 | - | Jenkens & Gilchrist COBRA client info sheet for Alan Buckey |
| 508. | JG-CL0243466 | JG-CL0243592 | Jenkens & Gilchrist opinion for Richard D. Hembree dated 1/31/00 (unsigned) |
| 509. | JG-CL0243594 | JG-CL0243720 | Jenkens & Gilchrist opinion for Brian F. Sullivan dated 1/31/00 (unsigned) |
| 510. | JG-CL0243722 | JG-CL0243848 | Jenkens & Gilchrist opinion for William F Wanner, Jr. dated 1/31/00 (unsigned) |
| 511. | JG-CL0244229 | - | Jenkens & Gilchrist COBRA client info sheet for Andrew P. Barton |
| 512. | JG-CL0244591 | - | Jenkens & Gilchrist opinion introduction letter for Andrew P Barton |
| 513. | JG-CL0282246 | JG-CL0282373 | Jenkens & Gilchrist opinion for William H. Seippel dated 1/31/00 (unsigned) |
| 514. | JG-NC000603 | - | DB option term sheet for USD/JPY options |
| 515. | JG-NC037995 | JG-NC037997 | Email from Craig Brubaker dated 10/18/99 |
| 516. | JG-NC055882 | JG-NC055883 | J&G supplemental invoices to JBJZ Investors, Inc for $40,000 dated 2/25/00 |
| 517 | JG-NC055922 | - | Email from Robert B. Coplan dated 12/19/99 |
| 518. | JG-NC055923 | JG-NC055925 | Email from Patrick O'Daniel dated 12/22/99 |
| 519. | JG-NC055926 | - | Email from Patrick O'Daniel dated 12/03/99 |
| 520 | JG-NC055927 | JG-NC055929 | Email from Paul Daugerdas dated 12/21/99 |
| 521. | JG-NC065726 | JG-NC065841 | Jenkens & Gilchrist opinion template (redline) |
| 522. | JG-NC081515 | - | DB option term sheet for EUR/USD options |
| 523. | SIDL 0365782 | SIDL 0365860 | Brown & Wood opinion for Thomas F. Darden dated 3/9/00 |
| 524. | SIDL 0365861 | SIDL 0365863 | Investor representations from Thomas F Darden to Brown & Wood dated 3/3/00 (missing page SIDL 0365862) |
| 525 | SIDL 0365890 | SIDL 0365961 | Brown & Wood opinion for Alan Buckey dated 3/9/00 |
| 526. | SIDL 0365962 | SIDL 0365963 | Investor representations from Alan Buckey to Brown & Wood dated 3/3/00 |
| 527 | SIDL 0371262 | SIDL 0371340 | Brown & Wood opinion for Jeffrey Clarke dated 3/9/00 |
| 528. | SIDL 0371425 | SIDL 0371426 | Investor representations from Jeffrey Clarke to Brown & Wood dated 3/3/00 |
| 529. | SIDL 0387591 | SIDL 0387670 | Brown & Wood opinion for Jerry Zucker dated 3/9/00 |
| 530. | SIDL 0387671 | SIDL 0387672 | Investor representations from Jerry Zucker to Brown & Wood dated 3/3/00 (unsigned) |
| 531. | SIDL 0387960 | SIDL 0388037 | Brown & Wood opinion for Gary Woods dated 3/9/00 |
| 532. | SIDL 0395018 | SIDL 0395097 | Brown & Wood opinion for Ralph T. King dated 11/29/00 (unsigned) |
| 533. | SIDL 0400985 | SIDL 0400986 | Investor representations from Eric Harslem to Brown & Wood dated 3/3/00 |
| 534. | SIDL 0400987 | SIDL 0401065 | Brown & Wood opinion for Eric Harslem dated 3/9/00 |
| 535 | SIDL 0402967 | SIDL 0402968 | Investor representations from Cathy Greenwold to Brown & Wood dated 3/3/00 (unsigned) |
| 536. | SIDL 0403450 | SIDL 0403451 | Investor representations from Michael A. Covarrubias to Brown & Wood dated 3/3/00 (unsigned) |
| 537. | SIDL 0403779 | SIDL 0403780 | Investor representations from J. David Martin to Brown & Wood dated 3/3/00 (unsigned) |
| 538. | SIDL 0419413 | SIDL 0419491 | Brown & Wood opinion for Fred "Neal" Hunter dated 3/9/00 |
| 539. | SIDL 0419497 | SIDL 0419498 | Investor representations from John W. Parmour to Brown & Wood dated 3/3/00 (unsigned) |
| 540. | SIDL 0419499 | SIDL 0419577 | Brown & Wood opinion for John W. Palmour dated 3/9/00 |
| 541 | SIDL 0427767 | SIDL 0427768 | Investor representations from Henry N Camferdam Jr to Brown & Wood dated 3/3/00 (unsigned) |
| 542. | SIDL 0430949 | SIDL 0431025 | Brown & Wood opinion template |
| 543 | SIDL 0431114 | SIDL 0431115 | Investor representations from Jay Michener to Brown & Wood dated 3/3/00 (unsigned) |
| 544. | SIDL 0433125 | SIDL 0433126 | Investor representations from Garry Snook to Brown & Wood dated 3/3/00 |
| 545. | SIDL 0433219 | SIDL 0433297 | Brown & Wood opinion for Garry Snook dated 3/9/00 |
| 546. | SIDL 0433839 | SIDL 0433907 | Brown & Wood opinion for Antonia Buchsbaum dated 3/9/00 |
| 547. | SIDL 0433918 | SIDL 0433996 | Brown & Wood opinion for Leonard Cavens dated 3/9/00 |
| 548. | SIDL 0434935 | SIDL 0435013 | Brown & Wood opinion for Carol Trigilio dated 3/9/00 (unsigned) |
| 549. | SIDL 0435020 | SIDL 0435093 | Brown & Wood opinion for Jeffrey M. Adams dated 3/9/00 (unsigned) |
| 550. | SIDL 0435094 | SIDL 0435171 | Brown & Wood opinion for Jay Michener dated 3/9/00 (unsigned) |
| 551 | SIDL 0435439 | SIDL 0435515 | Brown & Wood opinion for Henry N Camferdam, Jr. dated 3/9/00 (unsigned) |
| 552. | SIDL 0435516 | SIDL 0435591 | Brown & Wood opinion for Victor A. Rice dated 3/9/00 |
| 553. | SIDL 0435611 | SIDL 0435612 | Investor representations from Walter P. Parmer to Brown & Wood dated 3/3/00 |
| 554. | SIDL 0435613 | SIDL 0435693 | Brown & Wood opinion for Neil D. Arnold dated 3/9/00 |
| 555. | SIDL 0435862 | SIDL 0435940 | Brown & Wood opinion for William H. Seippel dated 3/9/00 |
| 556. | SIDL 0436853 | SIDL 0436931 | Brown & Wood opinion for Richard W Mann dated 3/9/00 |
| 557 | SIDL 0436932 | SIDL 0437000 | Brown & Wood opinion for Jennifer M. Pease dated 3/9/00 |
| 558. | SIDL 0437001 | SIDL 0437073 | Brown & Wood opinion for David H. Pease, III dated 3/9/00 |
| 559 | SIDL 0437074 | SIDL 0437142 | Brown & Wood opinion for David H. Pease, Jr. dated 3/9/00 |
| 560. | SIDL 0439600 | SIDL 0439601 | Investor representations from David Pease III to Brown & Wood dated 3/3/00 (unsigned) |
| 561. | SIDL 0439761 | SIDL 0439839 | Brown & Wood opinion for Vincent D. Laurenzo dated 3/9/00 (unsigned) |
| 562. | SIDL 0457531 | SIDL 0457609 | Brown & Wood opinion for Douglas B. MacGregor dated 3/9/00 |
| 563. | SIDL 0457694 | SIDL 0457695 | Investor representations from Douglas B. MacGregor to Brown & Wood dated 3/3/00 |
| 564. | SIDL 0469706 | SIDL 0469784 | Brown & Wood opinion for William N Melton dated 3/9/00 |
| 565 | SIDL 0470789 | SIDL 0470867 | Brown & Wood opinion for Brian F. Sullivan dated 3/9/00 |
| 566. | SIDL 0470868 | SIDL 0470869 | Investor representations from Brian F. Sullivan to Brown & Wood dated 3/3/00 |
| 567 | SIDL 0470875 | SIDL 0470876 | Investor representations from Neil D. Arnold to Brown & Wood dated 3/3/00 |
| 568. | SIDL 0470965 | SIDL 0470966 | Investor representations from Victor A. Rice to Brown & Wood dated 3/3/00 |
| 569. | SIDL 0470978 | SIDL 0470979 | Investor representations from Vincent D. Laurenzo to Brown & Wood dated 3/3/00 |
| 570. | SIDL 0471501 | SIDL 0471502 | Investor representations from Richard D. Hembree to Brown & Wood dated 3/3/00 |
| 571. | SIDL 0471674 | SIDL 0471675 | Investor representations from William F. Wanner Jr to Brown & Wood dated 3/3/00 |
| 572. | SIDL 0471685 | SIDL 0471763 | Brown & Wood opinion for William F. Wanner, Jr. dated 3/9/00 |
| 573 | SIDL245764 | SIDL245835 | Brown & Wood opinion template |
| 574. | None | - | Japanese Yen Spot (JPY CMPT Crncy) All Quotes from Bloomberg at 16:53 P.M. dated 11/14/06 |
| 575. | None | - | Plaintiff's First Amended Petition, Cause No. 017-212033-05, pp. 1, 17-18 |

## Documents Considered from All 1999 COBRA Transactions

| | Bates Number | | Document Description |
|---|---|---|---|
| | Start | End | |
| 576. | None | - | Solnik, Bruno and McLeavey, Dennis; International Investments, 5th edition; Addison-Wesley |
| 577 | None | - | Dewees vs. Commissioner of Internal Revenue (870 F.2d 21) dated 3/15/89 |
| 578. | None | - | Historical federal tax brackets from http://www.irs.gov/pub/irs-soi/histaba.pdf |
| 579. | None | - | Historical foreign exchange rates from http://www.oanda.com |
| 580. | None | - | Historical OTC implied volatility from the Federal Reserve Bank of New York. See ftp://ftp.ny.frb.org/forex/imp_volatility/1999/ |
| 581 | None | - | Historical U.S. tax rates from http://www.ctj.org/pdf/regcg.pdf |
| 582. | None | - | Article on capital gains taxes at http://www.smartmoney.com/tax/capital/index.cfm?story=taxrates |
| 583 | None | - | SEC website on Capital gains at http://www.sec.gov/divisions/investment/guidance/mutualq-a.htm |
| 584. | None | - | http://www.durangobill.com/PowerballOdds.html |
| 585. | None | - | Euro Spot (EUR CMPT Crncy) All Quotes from Bloomberg at 16:54 P.M. dated 11/14/06 |
| 586. | None | - | W. L. Hays, and R. L. Winkler, Statistics, Vol. I , New York: Holt Rinehart & Winston (1970) at 136-137. |
| 587. | None | - | Deposition of Michael Dell in Re COBRA Tax Shelters Litigation dated 12/8/06 |
| 588 | None | - | Deposition of Jeanette Michaels in Re COBRA Tax Shelters Litigation dated 7/25/06 |
| 589 | None | - | http://nobelprize.org/economics/laureates/1991/press.html |
| 590. | None | - | Paul A. Samuelson, *Economics* , 9th ed., New York: McGraw-Hill Book Company (1973) at pages 441-2 |
| 591. | None | - | Robert S Pindyk & Daniel L Rubinfeld, *Microeconomics* , 6th ed. Upper Saddle River, NJ; Pearson Prentice Hall (2005) at pages 67-71 |
| 592. | None | - | David F. DeRosa, *Options on Foreign Exchange* , 2nd ed., New York: John Wiley & Sons, Inc. (2000) |
| 593. | None | - | Memo written by Jamie Read titled "Valuation Formulas for Options on Foreign Exchange" dated 3/9/06 (revised 4/8/07) |
| 594. | None | - | Shani Shumah, *A Currency Options Primer* , Chichester, West Sussex, England: John Wiley & Sons, Inc. (2004) |
| 595. | None | - | Alexander Lipton. *Mathematical Methods For Foreign Exchange: A Financial Engineer's Approach* . Hackensack, NJ: World Scientific Publishing Company (2001) |
| 596. | None | - | Senate testimony of Henry Camferdam |
| 597 | None | - | British Bankers' Association, http://www.bba.org.uk/bba/jsp/polopoly.jsp?d=141&a=627 |

# Appendix C

# Execution of COBRA Presentation Steps in Other 1999 COBRA Transactions

**Workpaper C-1. Execution of COBRA Presentation Steps in Other 1999 COBRA Transactions**

| Transaction/Partnership/LLC/S Corp | Step 1a Participants Fund LLCs | | Step 1b LLCs Buy Options | | Step 2 LLC Inject Cash & Options Into Partnership | | Step Based on E&Y COBRA Presentation: Step 3a Partnership Obtains Capital Asset or FX | | Step 3b Partnership Closes Out Options Positions | | Step 4 LLC Transfers Partnership Interest to S Corp | | Step 5a Liquidate Partnership & Transfer Assets to S Corp | | Step 5b S Corp Sells the Capital Asset or FX | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Posting Date | Source | Trade Date | Source | Post /Set. Date | Source | Set. Date | Source | Expiry/Sale Date | Source | Date | Source | Post /Set. Date | Source | Set. Date | Source |
| [1] WHS Seneca Knoll Investments LLC | 30-Nov-99 | 111901 | 1-Dec-99 | 111906 | 7-Dec-99 | 111906, 07 | | | | | 27-Dec-99 | ^046006 | | | | |
| WPP Farrahs Cavalry Investments LLC | 1-Dec-99 | 111941 | 1-Dec-99 | 111941 | 10, 14-Dec-99 | 111941, 42 | | | | | 27-Dec-99 | ^046007, 08 | 29-Dec-99 | 111990, 96 | | |
| WSWP Partners | | | | | 7, 10, 14-Dec-99 | 111990, 91 | 23-Dec-99 | 111992, 96 | 23-Dec-99 | 111991, 92 | | | 29-Dec-99 | 112018, 23 | 30-Dec-99 | 112018, 23 |
| WSWP Virginia Investors, Inc | | | | | | | | | | | | | | | | |
| [2] JDM Vallejo Investments LLC | 24-Nov-99 | 112268 | 29-Nov-99 | 112278, 79 | 8, 9-Dec-99 | 112278 - 80 | | | | | 27-Dec-99 | ^030949, 53 | | | | |
| MAC Divisadero Investments LLC | 24-Nov-99 | 112191 | 29-Nov-99 | 112210, 11 | 9, 21-Dec-99 | 112210 - 12 | | | | | 29-Dec-99 | ^030950, 54 | | | | |
| CO Mesa Investments LLC | 24-Nov-99 | 112138 | 29-Nov-99 | ^050203 | 8, 9-Dec-99 | ^050204 | | | | | 29-Dec-99 | ^030951, 55 | 29-Dec-99 | 112326, 33 | | |
| Sunset Coast Partners | | | | | 9, 21-Dec-99 | 112326 - 28 | 23-Dec-99 | 112329, 33 | 23-Dec-99 | 112328, 29 | | | 29-Dec-99 | 112342, 45 | | |
| Sunset Mountain Partners | | | | | 8, 9, 21-Dec-99 | 112342 - 44 | 15-Dec-99 | 112341 | 23-Dec-99 | 112344, 45 | | | 29-Dec-99 | 112374, 79 | 30-Dec-99 | 112374, 79 |
| Sunset Coast Investors, Inc. | | | | | | | | | | | | | 29-Dec-99 | 112454 | 3-Jan-00 | 112429 |
| Sunset Mountain Investors, Inc | | | | | | | | | | | | | | | | |
| [3] DHP Fiesta Investments LLC | 24-Nov-99 | 111685 | 29-Nov-99 | 111700 | 7-Dec-99 | 111700 | | | | | 27-Dec-99 | >025841 | | | | |
| DP Rookwood Investments LLC | 24-Nov-99 | 111747 | 29-Nov-99 | >243213 | 30-Nov-99 | >243211 | | | | | 27-Dec-99 | ^036410 | | | | |
| JMP Madison Investments LLC | 24-Nov-99 | 111802 | 29-Nov-99 | 111817 | 7-Dec-99 | 111817 | | | | | 27-Dec-99 | ^036411 | | | | |
| LC Deerpath Investments LLC | 24-Nov-99 | 111513 | 29-Nov-99 | 111528 | 7-Dec-99 | 111528 | | | | | 27-Dec-99 | ^036407 | | | | |
| APB Beechtree Investments LLC | 24-Nov-99 | 111770 | 29-Nov-99 | 111775 | 7-Dec-99 | 111775 | | | | | 27-Dec-99 | ^036409 | | | | |
| AB Twilight Investments LLC | 24-Nov-99 | 111565 | 29-Nov-99 | 111582 | 7-Dec-99 | 111582 | | | | | 27-Dec-99 | ^036406 | 29-Dec-99 | 111892, 97 | | |
| CB Investment Partners | | | | | 7-Dec-99 | 111892 | 23-Dec-99 | 111893, 97 | 23-Dec-99 | 111893 | | | 29-Dec-99 | 111617, 19, 20 | | |
| Fairfield Investment Partners | | | | | 7-Dec-99 | 111616 - 18 | 14, 15, 16-Dec-99 | 111614 - 16 | 23-Dec-99 | 111618, 19 | | | 29-Dec-99 | 111873, 77 | 30-Dec-99 | 111873, 77 |
| CB Fairfield Investors, Inc | | | | | | | | | | | | | 29-Dec-99 | 111650, 51 | 3-Jan-00 | 111629, 30 |
| Fairfield Ohio Investors, Inc. | | | | | | | | | | | | | | | | |
| [4] RWM High Meadows Investments LLC | 24-Nov-99 | 111197 | 24-Nov-99 | 111198 | 7-Dec-99 | 111208 | | | | | 27-Dec-99 | ^033164 | | | | |
| FNH Courtland Investments LLC | 24-Nov-99 | 111237 | 24-Nov-99 | 111237 | 8-Dec-99 | 111246 | | | | | 27-Dec-99 | ^033165 | | | | |
| CHC Drawbridge Lane Investments LLC | 26-Nov-99 | 111337 | 24-Nov-99 | 111338 | 8-Dec-99 | 111357 | | | | | 27-Dec-99 | ^033166 | | | | |
| JWP Hunters Bluff Investments LLC | 26-Nov-99 | 111271 | 24-Nov-99 | 111272 | 8-Dec-99 | 111291 | | | | | 27-Dec-99 | ^033167 | 29-Dec-99 | 112087, 94 | | |
| FNRM Partners | | | | | 7, 8-Dec-99 | 112086 - 88 | 23-Dec-99 | 112090, 94 | 23-Dec-99 | 112088-90 | | | 29-Dec-99 | 112114, 19 | 30-Dec-99 | 112114, 19 |
| FNRM Investors, Inc | | | | | | | | | | | | | | | | |
| [5] JRB Reeds Investments LLC | 24-Nov-99 | 111413 | 24-Nov-99 | 111413 | 6, 8, 9-Dec-99 | 111423, 24 | | | | | 27-Dec-99 | ^049776, 78, 79 | | | | |
| APB Sanderson Investments LLC | 24-Nov-99 | 110650 | 24-Nov-99 | 110650 | 6, 7, 9-Dec-99 | 110660, 61 | | | | | 27-Dec-99 | ^049774, 75, 77 | 28-Dec-99 | 111451 - 53 | | |
| Reeds Investments Partners | | | | | 6, 7, 9-Dec-99 | 111450 - 52 | 10, 22-Dec-99 | 111449, 50 | 23-Dec-99 | 111452 | | | 28-Dec-99 | 110587, 93 | | |
| Sanderson Investments Partners | | | | | 6, 8, 9-Dec-99 | 110586 - 88 | 23-Dec-99 | 110589, 93 | 23-Dec-99 | 110588, 89 | | | 28-Dec-99 | 111480 | 31-Dec-99 | 111479 |
| Reed Sanders Investors, Inc. | | | | | | | | | | | | | 28-Dec-99 | 110611, 16 | 29-Dec-99 | 110612, 16 |
| Sanderson Reeds Investors, Inc | | | | | | | | | | | | | | | | |
| [6] RTK Camino Investments LLC | 23-Nov-99 | 113066 | 24-Nov-99 | 113067 | 7-Dec-99 | 113077 | | | | | 27-Dec-99 | ^040955, 56 | | | | |
| TBW Spinnaker Investments LLC | 23-Nov-99 | 112918 | 24-Nov-99 | 112918 | 6-Dec-99 | 112933 | | | | | 27-Dec-99 | ^040954 | | | | |
| STD Sugarbush Investments LLC | 24-Nov-99 | 112992 | 24-Nov-99 | 112993 | 6-Dec-99 | 113012 | | | | | 27-Dec-99 | ^040957, 58 | 29-Dec-99 | 113102, 09 | | |
| WNK Partners | | | | | 6, 7-Dec-99 | 113102, 03 | 23-Dec-99 | 113104, 109 | 23-Dec-99 | 113103, 04 | | | 29-Dec-99 | 113156, 161 | 30-Dec-99 | 113156, 161 |
| WNK Spinnaker Investors, Inc. | | | | | | | | | | | | | | | | |
| [7] WFW Grays Landing Investments LLC | 23-Nov-99 | @04570 | 24-Nov-99 | @04571, 76 | 7-Dec-99 | @04576 | | | | | 27-Dec-99 | ^041084 | | | | |
| BFS Morgan Investments LLC | 23-Nov-99 | 112669 | 24-Nov-99 | 112670 | 7-Dec-99 | 112687 | | | | | 27-Dec-99 | ^041082 | | | | |
| RDH Loch Investments LLC | 23-Nov-99 | @04663 | 24-Nov-99 | @04664 | 7-Dec-99 | @04669 | | | | | 27-Dec-99 | ^041083 | 29-Dec-99 | @04693, 99 | | |
| WRB Lake Partners | | | | | 7-Dec-99 | @04692, 93 | 23-Dec-99 | @04694, 99 | 23-Dec-99 | @04694 | | | 29-Dec-99 | @04708, 13 | 30-Dec-99 | @04708, 13 |
| WRB Lake Investors, Inc | | | | | | | | | | | | | | | | |
| [8] JZ Buckingham Investments LLC | 23-Nov-99 | @04775 | 23-Nov-99 | @04775 | 7-Dec-99 | @04780 | | | | | 27-Dec-99 | ^041556 | | | | |
| JGB Bohicket Investments LLC | 23-Nov-99 | @04799 | 23-Nov-99 | @04800 | 7-Dec-99 | @04805 | | | | | 27-Dec-99 | ^041555 | 28-Dec-99 | @04894, 897, 901 | | |
| JBJZ Partners | | | | | 7-Dec-99 | @04894, 95 | 22, 23, 27-Dec-99 | @04895 - 897, 901 | 22-Dec-99 | @04896, 97 | | | 28-Dec-99 | @04910, 15 | 29, 31-Dec-99 | @04909, 10, 15 |
| JBJZ Investors, Inc. | | | | | | | | | | | | | | | | |
| [9] TFD Oberlin Investments LLC | 23-Nov-99 | @04426 | 23-Nov-99 | @04427 | 7-Dec-99 | @04432 | | | | | 27-Dec-99 | ^041899 | | | | |
| GS Owl Creek Investments LLC | 23-Nov-99 | @04393 | 23-Nov-99 | @04393 | 7-Dec-99 | @04397, 98 | | | | | 27-Dec-99 | ^041898 | 28-Dec-99 | @04521, 22 | | |
| GSTD Partners | | | | | 7-Dec-99 | @04520, 21 | 23-Dec-99 | @04520 | 22-Dec-99 | @04522 | | | 28-Dec-99 | @04532, 33 | 30-Dec-99 | @04531 |
| GSTD Investors, Inc. | | | | | | | | | | | | | | | | |
| [10] HNC Ditch Investments LLC**** | 12-Nov-99 | 101979 | 16-Nov-99 | 101979 | 3-Dec-99 | 101984, 85 | 16-Dec-99 | 101985 - 88 | | | 23-Dec-99 | ^034544 | | | | |
| JM Walnut Investments LLC | 12-Nov-99 | 101838 | 16-Nov-99 | 101838 | 3-Dec-99 | 101843, 44 | | | | | 23-Dec-99 | ^034542 | | | | |
| CT Oak Tree Investments LLC | 12-Nov-99 | 101818 | 16-Nov-99 | 101818 | 3-Dec-99 | 101823, 24 | | | | | 23-Dec-99 | ^034541 | | | | |
| JMA Sedgemont Investments LLC**** | 12-Nov-99 | 101902 | 16-Nov-99 | 101902 | 3-Dec-99 | 101907, 08 | 15-Dec-99 | 101908, 09 | | | 23-Dec-99 | ^034543 | 23-Dec-99 | 101802, 07 - 09 | | |
| Carmel Partners | | | | | 3-Dec-99 | 101801 - 03 | 16, 17-Dec-99 | 101804 - 06 | 15-Dec-99 | 101803, 04 | | | 23-Dec-99 | 101728 - 31 | 31-Dec-99 | 101726 - 28 |
| BAMC, Inc | | | | | | | | | | | | | | | | |



pl.dc.app.000086

**Workpaper C-1. Execution of COBRA Presentation Steps in Other 1999 COBRA Transactions**

| Transaction/Partnership/LLC/S Corp | Step Based on E&Y COBRA Presentation | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Step 1a Participants Fund LLCs | | Step 1b LLCs Buy Options | | Step 2 LLC Inject Cash & Options Into Partnership | | Step 3a Partnership Obtains Capital Asset or FX | | Step 3b Partnership Closes Out Options Positions | | Step 4 LLC Transfers Partnership Interest to S Corp | | Step 5a Liquidate Partnership & Transfer Assets to S Corp | | Step 5b S Corp Sells the Capital Asset or FX | |
| | Posting Date | Source | Trade Date | Source | Post /Set. Date | Source | Set. Date | Source | Expiry/Sale Date | Source | Date | Source | Post /Set. Date | Source | Set. Date | Source |
| [11] VAR Tudor Place Investments LLC<br>VDL Gulfshore Blvd Investments LLC<br>NBA Dauphin Investments LLC<br>VAR Partners<br>VAR Investors Inc. | 17-Nov-99<br>17-Nov-99<br>17-Nov-99 | !10992<br>!11028<br>!11058 | 17-Nov-99<br>17-Nov-99<br>17-Nov-99 | !10993<br>!11028<br>!11058 | 3-Dec-99<br>6-Dec-99<br>3-Dec-99<br>3, 6-Dec-99 | !11002, 03<br>!11038<br>!11063, 64<br>!11087 - 89 | 23-Dec-99 | !11090, 94 | 16-Dec-99 | !11089, 90 | 23-Dec-99<br>23-Dec-99<br>23-Dec-99 | ^064576<br>^064578<br>^064577 | 23-Dec-99<br>23-Dec-99 | !11088, 94<br>!11134, 38 | 29-Dec-99 | !11134, 38 |
| [12] BJM Tesoro Drive Investments LLC<br>GW Tesoro Investments LLC<br>SA Tesoro Investment Partners<br>Tesoro Drive Partners<br>Tesoro Drive Investors, Inc<br>SA Tesoro Investors, Inc | 17-Nov-99<br>17-Nov-99 | !01346<br>!01368 | 18-Nov-99<br>18-Nov-99 | !01347, 48<br>!01369 | 3, 6-Dec-99<br>3-Dec-99<br>3, 6-Dec-99<br>3-Dec-99 | !01352, 53<br>!01374, 75<br>!01390, 91<br>!01402, 03 | 8-Dec-99<br>23-Dec-99 | !01389<br>!01404, 08 | 17-Dec-99<br>17-Dec-99 | !01391, 92<br>!01403, 04 | 27-Dec-99<br>27-Dec-99 | ^055389, 91<br>^055390, 92 | 29-Dec-99<br>29-Dec-99<br>29-Dec-99<br>29-Dec-99 | !01390, 92<br>!01403, 08<br>!01417, 22<br>!01441 | 30-Dec-99<br>3-Jan-00 | !01417, 1422<br>!01446 |
| [13] EH Old Stonehedge Investments LLC<br>DBM Bell Mountain Investments LLC<br>JC Woodland Investments LLC<br>CMC Austin Partners<br>CMC Austin Investors, Inc. | 15-Nov-99<br>16-Nov-99<br>15-Nov-99 | @05106<br>@05142<br>@05158 | 18-Nov-99<br>18-Nov-99<br>18-Nov-99 | @05106<br>@05142<br>@05158 | 6-Dec-99<br>6-Dec-99<br>9-Dec-99<br>6, 9-Dec-99 | @05111, 12<br>@05147, 48<br>@05163<br>@05198, 99 | 23-Dec-99 | @05200, 04 | 20-Dec-99 | @05199, 200 | 23-Dec-99<br>23-Dec-99<br>23-Dec-99 | ^034948<br>^034946<br>^034947 | 23-Dec-99<br>23-Dec-99 | @05198, 204<br>@05243, 47 | 29-Dec-99 | @05243, 48 |
| [14] WNM Hunters Crest Investments LLC<br>MB 68th Street Investments LLC<br>Mellow Partners<br>Mellow Investors, Inc. | 15-Nov-99<br>16-Nov-99 | @05669<br>@05612 | 17-Nov-99<br>17-Nov-99 | @05674<br>!10435 | 9-Dec-99<br>9-Dec-99<br>9-Dec-99 | @05673 - 75<br>!10434, 35<br>!10500, 01 | 22-Dec-99 | !10502, 07 | 16-Dec-99 | !10501, 02 | 22-Dec-99<br>22-Dec-99 | ^001381<br>^001380 | 22-Dec-99<br>22-Dec-99 | !10500, 07<br>@05741, 45 | 29-Dec-99 | @05741, 45 |
| [15] KOK Sheridan Way Investments LLC<br>DEF Stratton Investments LLC<br>Woodside Partners<br>Woodside Investors, Inc | 17-Nov-99<br>18-Nov-99 | @04943<br>@04982 | 18-Nov-99<br>18-Nov-99 | @04943<br>@04982 | 9, 10-Dec-99<br>9-Dec-99<br>9, 10-Dec-99 | @04948<br>@04988<br>@05028 - 30 | 23-Dec-99 | @05031, 35 | 20-Dec-99 | @05030, 31 | 23-Dec-99<br>23-Dec-99 | ^041224<br>>102604 | 23-Dec-99<br>23-Dec-99 | @05029, 35<br>@05044, 49 | 29-Dec-99 | @05044, 49 |

Key to Source Document Leading Characters: "@" = "DB COBRA" (e.g. @05021 = DB COBRA 05021)
"!" = "DB-DOJ-COBRA-000" (e.g. !01745 = DB-DOJ-COBRA-00001745)
"^" = "DOJ" (e.g. ^045123 = DOJ 045123).
"~" = "IRS" (e.g. ~04250 = IRS04250).
">" = "JG-CL0" (e.g. >160430 = JG-CL0160430)
"z" = "EY" (e.g. z00002 = EY00002)
"&" = "SIDL 0" (e.g. &435862 = SIDL 0435862).
"x" = No prefix (e.g. x00000131 = 00000131 with no prefix)

Step 1a: Posting Date.
Step 1b: Option date (phrased as "DTD 11/5/99" in the option description) in the bank statement (not the date the payment is sent to DB)
Step 2: Posting & settlement date for the transfer. If they differ, then the posting date will be used.
Step 3a: Settlement date of purchase. If the asset is transferred in, then the posting date of the transfer is used.
Step 3b: Date of expiration for options that are held to expiry. Date of sale for options sold early. If options are sold early and sale date is not stated, the settlement date of the sale is used
Step 4: Effective date of assignment.
Step 5a: Posting date for transfers. If posting date is not given, settlement date is used
Step 5b: Settlement date on sale of assets/FX.
Step 6: Posting date of payment for values from bank statements; engagement letter date for values from engagement letters.
*Source document is a signed E&Y engagement letter
**Source document is an unsigned E&Y engagement letter
***The opinion was not signed by the issuing law firm.
****The asset in Carmel Partners was a number of bonds that were transferred into the partnership from two of the LLCs.

**Workpaper C-1. Execution of COBRA Presentation Steps in Other 1999 COBRA Transactions**

| Transaction/Partnership/LLC/S Corp | Step 6 Pay Fees | | | | | | COBRA Action Work Plan (for LLC Owner) | COBRA Client Information Questionnaire | COBRA Legal Opinions (for LLC Owner) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J&G | | E&Y | | B&W | | | | J&G | | B&W | |
| | Post. Date | Source | Date | Source | Post. Date | Source | | | Opinion Date | Source | Opinion Date | Source |
| [1] WHS Seneca Knoll Investments LLC | | | 24-Nov-99 | ^063787 - 88** | | | | | 31-Jan-00 | >282246 - 373*** | 9-Mar-00 | &435862 - 940 |
| WPP Farrahs Cavalry Investments LLC | | | 30-Nov-99 | ^063785 - 86* | | | | | 31-Jan-00 | ^051945 - 2056 | 9-Mar-00 | ^035974 - 6052 |
| WSWP Partners | | | | | | | | | | | | |
| WSWP Virginia Investors, Inc | 9-Feb-00 | 112028 | | | 11-Apr-00 | 112051 | | | | | | |
| [2] JDM Vallejo Investments LLC | | | 17-Nov-99 | ^031628 - 32* | | | | >147060 | 31-Jan-00 | >146608 - 734 | 9-Mar-00 | ^052509 - 86 |
| MAC Divisadero Investments LLC | | | 24-Nov-99 | ^063743 - 47** | | | | >147067 | 31-Jan-00 | >146480 - 606 | 9-Mar-00 | ^050378 - 454 |
| CG Mesa Investments LLC | | | 24-Nov-99 | ^063748 - 52** | | | | >147059 | 31-Jan-00 | >146224 - 350 | 9-Mar-00 | ^050300 - 77 |
| Sunset Coast Partners | | | | | | | | | | | | |
| Sunset Mountain Partners | | | | | | | | | | | | |
| Sunset Coast Investors, Inc. | 16-Mar-00 | 112384 | | | 21-Jul-00 | 112410 | | | | | | |
| Sunset Mountain Investors, Inc. | 16-Mar-00 | 112459 | | | 21-Jul-00 | 112490 | | | | | | |
| [3] DHP Fiesta Investments LLC | | | 17-Nov-99 | ^063797 - 800* | | | | >242408 | 31-Jan-00 | >235791 - 917*** | 9-Mar-00 | &437074 - 142 |
| DP Rookwood Investments LLC | | | 17-Nov-99 | ^063789 - 92* | | | ^060754 - 58 | ^060750 | 31-Jan-00 | >235919 - 6045*** | 9-Mar-00 | &437001 - 73 |
| JMP Madison Investments LLC | | | 17-Nov-99 | ^063809 - 12* | | | | >242411 | 31-Jan-00 | >235535 - 661*** | 9-Mar-00 | &436932 - 7000 |
| LC Deerpath Investments LLC | | | 17-Nov-99 | ^063805 - 08* | | | | ^060749 | 31-Jan-00 | >236047 - 173*** | 9-Mar-00 | &433918 - 96 |
| APB Beechtree Investments LLC | | | 17-Nov-99 | ^063793 - 96* | | | | ^060751 | 31-Jan-00 | >235407 - 533*** | 9-Mar-00 | &433839 - 907 |
| AB Twilight Investments LLC | | | 17-Nov-99 | ^063801 - 04* | | | | ^060748 | 31-Jan-00 | >235663 - 789*** | 9-Mar-00 | &365890 - 961 |
| CB Investment Partners | | | | | | | | | | | | |
| Fairfield Investment Partners | | | | | | | | | | | | |
| CB Fairfield Investors, Inc | 31-Dec-99 | 111873 | 5-Jan-00 | 111868 | | | | | | | | |
| Fairfield Ohio Investors, Inc. | 31-Dec-99 | 111651 | 5-Jan-00 | 111631 | | | | | | | | |
| [4] RWM High Meadows Investments LLC | | | 10-Nov-99 | ^063682 - 84* | | | | >155323 | 31-Jan-00 | >234528 - 654*** | 9-Mar-00 | &436853 - 931 |
| FNH Courtland Investments LLC | | | 16-Nov-99 | ^030124 - 26* | | | | >155326 | 31-Jan-00 | >234144 - 270*** | 9-Mar-00 | &419413 - 91 |
| CHC Drawbridge Lane Investments LLC | | | 16-Nov-99 | ^063679 - 81* | | | | >155324 | 31-Jan-00 | >214400 - 526*** | 9-Mar-00 | ^053145 - 223 |
| JWP Hunters Bluff Investments LLC | | | 16-Nov-99 | ^063685 - 87* | | | | >155327 | 31-Jan-00 | >214272 - 398*** | 9-Mar-00 | &419499 - 577 |
| FNRM Partners | | | | | | | | | | | | |
| FNRM Investors, Inc. | 30-Dec-99 | 112114 | | | 9-Jun-00 | 112129 | | | | | | |
| [5] JRB Reeds Investments LLC | | | 18-Nov-99 | ^063652 - 55* | | | | ^049793 | 31-Jan-00 | >238346 - 472 | 9-Mar-00 | ^055129 - 206 |
| APB Sanderson Investments LLC | | | 19-Nov-99 | ^063648 - 51* | | | | >244229 | 31-Jan-00 | >238218 - 344 | 9-Mar-00 | ^054854 - 925 |
| Reeds Investments Partners | | | | | | | | | | | | |
| Sanderson Investments Partners | | | | | | | | | | | | |
| Reed Sanders Investors, Inc | 3-Mar-00 | 111491 | 31-Dec-99 | 111480 | 14-Jun-00 | 111495 | | | | | | |
| Sanderson Reeds Investors, Inc. | | | 6-Jan-00 | 110603 | 20-Jun-00 | 110631 | | | | | | |
| [6] RTK Camino Investments LLC | | | 19-Nov-99 | ^063710 - 13* | | | | >153776 | 31-Jan-00 | >153406 - 532*** | 29-Nov-00 | &395018 - 97*** |
| TBW Spinnaker Investments LLC | | | 19-Nov-99 | ^063718 - 21* | | | | >153775 | 31-Jan-00 | >153277 - 404*** | 29-Nov-00 | ^058709 - 88 |
| STD Sugarbush Investments LLC | | | 19-Nov-99 | ^063714 - 17* | | | | >153777 | 31-Jan-00 | >153616 - 742*** | 29-Nov-00 | ^058482 - 558 |
| WNK Partners | | | | | | | | | | | | |
| WNK Spinnaker Investors, Inc. | 31-Dec-99 | 113156 | | | | | | | | | | |
| [7] WFW Grays Landing Investments LLC | | | 16-Nov-99 | ^063708 - 09* | | | | >155853 | 31-Jan-00 | ^058155 - 246 | 9-Mar-00 | &471685 - 763 |
| BFS Morgan Investments LLC | | | 15-Nov-99 | ^063701 - 04* | | | | | 31-Jan-00 | >243594 - 720*** | 9-Mar-00 | &470789 - 867 |
| RDH Loch Investments LLC | | | 16-Nov-99 | ^063693 - 96* | | | | | 31-Jan-00 | >243466 - 592*** | 9-Mar-00 | ^043572 - 647 |
| WRB Lake Partners | | | | | | | | | | | | |
| WRB Lake Investors, Inc. | 30-Dec-99 | @04708 | | | | | | | | | | |
| [8] JZ Buckingham Investments LLC | | | 15-Nov-99 | ^061641 - 44** | | | | >148037 | 31-Jan-00 | ^030622 - 737 | 9-Mar-00 | &387591 - 670 |
| JGB Bohicket Investments LLC | | | 15-Nov-99 | ^061630 - 33** | | | | >148038 | 31-Jan-00 | ^030505 - 619 | 9-Mar-00 | ^063998 - 4075 |
| JBJZ Partners | | | | | | | | | | | | |
| JBJZ Investors, Inc | 29-Dec-99 | @04910 | | | | | | | | | | |
| [9] TFD Oberlin Investments LLC | | | 12-Nov-99 | ^063688 - 89* | | | | >241036 | 31-Jan-00 | >241246 - 372 | 9-Mar-00 | &365782 - 860 |
| GS Owl Creek Investments LLC | | | 10-Nov-99 | ^063690 - 92* | | | | >241041 | 31-Jan-00 | >241374 - 500 | 9-Mar-00 | &433219 - 97 |
| GSTD Partners | | | | | | | | | | | | |
| GSTD Investors, Inc. | 29-Dec-99 | @04532 | | | 5-Jun-00 | @04553 | | | | | | |
| [10] HNC Ditch Investments LLC**** | | | 5-Nov-99 | ^061795 - 98* | | | ^037081 - 85 | x00000303 - 4 | 31-Jan-00 | x00000519 - 649*** | 9-Mar-00 | &435439 - 515*** |
| JM Walnut Investments LLC | | | 5-Nov-99 | ^061799 - 802* | | | | x00000300 - 1 | 31-Jan-00 | ^036654 - 765 | 9-Mar-00 | &435094 - 171*** |
| CT Oak Tree Investments LLC | | | 5-Nov-99 | ^061787 - 90* | | | | x00000317 - 8 | 31-Jan-00 | ^036424 - 536 | 9-Mar-00 | ~04482 - 553 |
| JMA Sedgemoor Investments LLC**** | | | 5-Nov-99 | ^061791 - 94* | | | | x00000297 - 8 | 31-Jan-00 | ^036538 - 652 | 9-Mar-00 | &435020 - 93*** |
| Carmel Partners | | | 22-Dec-99 | 101802 | | | | | | | | |
| BAMC, Inc. | 29-Dec-99 | 101729 | | | | | | | | | | |

**Workpaper C-1. Execution of COBRA Presentation Steps in Other 1999 COBRA Transactions**

| Transaction/Partnership/LLC/S Corp | Step 6 Pay Fees: J&G Post Date | J&G Source | E&Y Date | E&Y Source | B&W Post Date | B&W Source | COBRA Action Work Plan (for LLC Owner) | COBRA Client Information Questionnaire | COBRA Legal Opinions (for LLC Owner): J&G Opinion Date | J&G Source | B&W Opinion Date | B&W Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [11] VAR Tudor Place Investments LLC<br>VDL Gulfshore Blvd Investments LLC<br>NBA Dauphin Investments LLC<br>VAR Partners<br>VAR Investors Inc | 29-Dec-99 | !11134 | 5-Nov-99<br>9-Nov-99<br>30-Nov-99, 18-Jan-00 | ^063729 - 32*<br>^063725 - 28*<br>!11099, 122 | 30-Mar-00 | !11348 | | ^057114<br>^057114 | 31-Jan-00<br>31-Jan-00<br>31-Jan-00 | >105183 - 310***<br>>105312 - 438***<br>>105439 - 565*** | 9-Mar-00<br>9-Mar-00<br>9-Mar-00 | &435516 - 91<br>&439761 - 839***<br>&435615 - 93 |
| [12] BJM Tesoro Drive Investments LLC<br>GW Tesoro Investments LLC<br>SA Tesoro Investment Partners<br>Tesoro Drive Partners<br>Tesoro Drive Investors, Inc.<br>SA Tesoro Investors, Inc. | 29-Dec-99 | !01441 | 11-Nov-99<br>11-Nov-99 | ^061721 - 24*<br>^061725 - 28* | | | ^055279 - 83 | >160430<br>>160423 | 31-Jan-00<br>31-Jan-00 | ^037253 - 366, ^055529 - 640<br>^056067 - 178, x0000131 - 257 | 9-Mar-00<br>9-Mar-00 | ^055649 - 720, ^055721 - 798<br>^056187 - 264, ^056265 - 336 |
| [13] EH Old Stonehedge Investments LLC<br>DBM Bell Mountain Investments LLC<br>JC Woodland Investments LLC<br>CMC Austin Partners<br>CMC Austin Investors, Inc | 29-Dec-99 | @05248 | 5-Nov-99<br>5-Nov-99<br>5-Nov-99 | ^034684 - 87*<br>^034692 - 93*<br>^034688 - 91* | | | | | 31-Jan-00<br>31-Jan-00<br>31-Jan-00 | >242021 - 147***<br>>242277 - 403***<br>>242149 - 275*** | 9-Mar-00<br>9-Mar-00<br>9-Mar-00 | &400987 - 1065<br>&457531 - 609<br>&371262 - 340 |
| [14] WHM Hunters Crest Investments LLC<br>MB 68th Street Investments LLC<br>Mellow Partners<br>Mellow Investors, Inc. | 10-Jan-00, 7-Apr-00 | @05750, 60 | 5-Nov-99<br>5-Nov-99 | ^000239 - 42*<br>^002447 - 50* | 7-Apr-00 | @05760 | | | 31-Jan-00<br>31-Jan-00 | >103324 - 452<br>^001176 - 302 | 9-Mar-00 | &469706 - 84 |
| [15] KOK Sheridan Way Investments LLC<br>DEP Stratton Investments LLC<br>Woodside Partners<br>Woodside Investors, Inc. | 29-Dec-99 | @05044 | 9-Nov-99<br>9-Nov-99 | ^035652 - 55*<br>^063813 - 17* | 13-Apr-00 | @05064 | | ^038585<br>^038585 | 31-Jan-00<br>31-Jan-00 | >102473 - 599<br>>102602 - 729 | 9-Mar-00<br>9-Mar-00 | ^061094 - 172<br>^032422 - 500*** |