MEADOWS, COLLIER, REED, COUSINS & BLAU, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www meadowscollier com

JOEL N. CROUCH, P.C. - Partner
DIRECT DIAL (214) 749-2456

FAX (214) 747-3732
WATS (800) 451-0093
jcrouch@meadowscollier com

May 14, 2007

***VIA Electronic Mail***

F. Anthony Paganelli, Esq.
Sommer Barnard, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

David M. Steiner, Esq.
United States Department of Justice
Tax Division
Judiciary Center Building
555 4th Street NW, Room 7804
Washington, D.C. 20001

Re: Case No. 05-231T; In the United States Court of Federal Claims; *JZ Buckingham Investments, et al v. United States of America* ("Zucker")

Case No. 06-245T, 06-246T, and 06-247T (consolidated); In the United States Court of Federal Claims; *MURFAM, et al., PSM Farms, LLC, et al, and Murphy Pork Partners, LLC, et al v. United States of America* ("Murphy")

Case No 1:05-ml-09727-JDT-WTL; In the United States District Court, Southern District of Indiana; *In Re Cobra Tax Shelter Litigation* ("MDL")

Gentlemen:

I am writing to confirm our agreement regarding certain discovery matters in the above-referenced cases.

We have agreed to extend the expert report and end-of-discovery deadlines in the above cases. The revised deadlines are summarized below. I understand that both of you are preparing the necessary motions to be filed in each of the foregoing cases, informing the court of the parties' agreement and requesting its approval of the revised deadlines. Until each court renders a decision on such motions, we have agreed to refrain from exchanging initial expert reports that are due on May 15, 2007 under the current discovery schedule.

| | Zucker | Murphy | MDL |
|---|---|---|---|
| Initial Expert Reports | June 1, 2007 | June 1, 2007 | June 1, 2007 |
| Rebuttal Expert Reports | July 1, 2007 | July 1, 2007 | July 1, 2007 |
| Discovery Ends | August 31, 2007 | August 31, 2007 | August 31, 2007 |

If I have misstated anything in our agreement, please call me immediately. Otherwise, please countersign this letter and return it to me at your earliest convenience.

Very truly yours,

JOEL N. CROUCH, P.C.

By: [signature]
Joel N. Crouch, President

JNC/apd/352562

[signature]
F. Anthony Paganelli, Esq.

[signature]
David M. Steiner, Esq.

# In the United States Court of Federal Claims

No. 05-231 T

(Filed: April 16, 2007)

************************************
**JZ BUCKINGHAM INVESTMENTS LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On April 13, 2007, the parties filed a Joint Motion to Revise Scheduling Order. The motion is granted. The Court hereby vacates the scheduling order issued February 2, 2007, in lieu of the following discovery schedule:

| | |
|---|---|
| Initial Expert Reports due | May 15, 2007 |
| Rebuttal Expert Reports due | June 15, 2007 |
| Fact & Expert Discovery ends | August 15, 2007 |
| Joint Status Report due | August 29, 2007 |

In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm. In the joint status report due on August 29, 2007, the Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**NO. 05-231 T**
**(Chief Judge Damich)**

---

**JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,**

**Plaintiff,**

**v.**

**United States of America,**

**Defendant.**

---

# DECLARATON OF DON M. CHANCE PH.D, CFA

## RESPONDING TO

## UNITED STATES MOTION TO PARTIALLY EXCLUDE MY EXPERT REPORT AND TESTIMONY AND THE RELATED DECLARATION OF A. LAWRENCE KOLBE

**Prepared for**
**Meadows, Collier, Reed, Cousins & Blau, LLP**

**April 21, 2008**

## I. Introduction

My name is Don M. Chance. I hold the William H. Wright, Jr. Endowed Chair for Financial Services at Louisiana State University, where I have been since 2003. From 1980-2003, I was faculty member at Virginia Tech, where I held the First Union Professorship in Financial Risk Management when I resigned. My specialization is derivatives and risk management. I am the author of three books on this subject and numerous articles and am frequently quoted in the media, including such outlets as *The Wall Street Journal, Bloomberg, Fortune, DNBS, Forbes, Barron's, The San Francisco Chronicle, The New York Times, St. Louis Post-Dispatch, The Montreal Gazette,* and *Institutional Investor.* I have extensive experience on a variety of consulting projects and in conducting corporate training programs. I hold a Ph.D. from Louisiana State University and am a CFA charterholder. I have also written material on digital options. See specifically pp. 499-501 of *An Introduction to Derivatives and Risk Management*, 7th ed. (2007, Thomson SouthWestern) and pp. 175-178 of *Essays in Derivatives* (1998, Wiley). My expert report was submitted on May 8, 2007 and my rebuttal report on June 20, 2007. My deposition was taken on September 6, 2007.

## II. Purpose of Declaration

I was provided with a copy of the United States' motion to partially exclude my testimony by Plaintiff's attorney and the Declaration of E. Lawrence Kolbe which provides the basis for that motion and was asked to respond to the allegations included in those documents regarding the reliability of the methodology that I used in preparing my expert report. The following provides my response.

## III. Summary

The Government's essential point is that my methodology in determining the reasonableness of profit probabilities cannot be used for the digital options in this case because they did not trade in well-functioning capital markets with liquidity, transparency, and other desirable factors that are the basis for most valuation models in finance. The Government's objection is based on their further allegation that the options did not trade at market values.

I did not value all of the options (only the short options on the transfer dates), so it is not possible for me to affirm that these options traded in excess of market value. If we accept for the sake of argument that the Government's valuation of the digital options is correct, one would conclude that the investors paid more than market value. Their objection to my probability calculations is groundless, however, because the prices at which the options were actually traded were incorporated into my calculations.

Recall that the digital options have only three outcomes. To find the probability of profit, it is necessary only to identify the outcomes that are profitable. For a call, profitability would be achieved if the low strike were hit because then the payoff would be in the sweet spot (clearly enough to be profitable). If the currency passes the high strike, profitability is still achieved though the profit is not as high. Calculation of the probability is merely an exercise in determining whether the exchange rate reaches the required level to be profitable.

My calculations are therefore not invalidated even if the digital options did sell at a premium. In fact, the options could have even been purchased at higher prices, prices up to but just below the payoff from passing the higher strike without affecting the

probability. And even if the Government were correct in challenging my methodology on this basis, the calculations of Drs. Kolbe and DeRosa would be invalidated as well because their calculations are based on the same model that I used.

## IV. Analysis

### 1. Price Does Not Affect The Ability to Compute Probabilities

The notion that a transaction might be entered into at a premium price does not invalidate the fact that one can compute the probability of success. Consider a simple example. You pay to toss a single six-sided die that will pay you a return if certain outcomes occur. Let us set the payoffs in a manner similar to those of digital options. If a 4, 5, or 6 is rolled, you receive $10. If a 1, 2, or 3 is rolled, you receive nothing. Economists argue that no rational investor would pay more than the expected value (here $5) but to examine the Government's argument, let us consider a person who might pay anywhere from $1 to $9. The odds of winning are not altered by whether you paid anywhere from $1 to $9. Of course, if you pay $10, you have no chance of winning, but you could pay a price that some might regard as in excess of fair value, such as $9, and your chance of winning is the same as if you pay less than $5. The probability of winning is determined by identifying the outcomes in which you win and identifying the probability of achieving those outcomes.

The same concepts apply in the context of digital options. If the currency gets above the low strike (for a call) but is below the high strike, the sweet spot is hit and the position is profitable. If the currency gets above the high strike, the sweet spot has been passed but the transaction is still profitable because what the investor paid was not

enough to consume the payoff if the high strike was hit (note: the situation is reversed for a put but the point still holds).

**2. The Government Used the Same Model in Concluding that the Options Traded at More Than Market Value That I Used in My Report.**

My calculations require only that we assume reasonable statistical characteristics of the currency. Those characteristics are based on the widely used geometric Brownian motion model that forms the basis for the Black-Scholes-Merton (BSM) model. Notably, the Government's experts calculated the market value of the digital options by also using the BSM model, which is based on those same statistical assumptions. Thus, the Government's challenge to my assumptions about the model and its statistical properties undermine its own argument regarding the value of the options. *Thus, it is important to understand that the Government cannot claim that these options were priced at more than market value without making the same assumptions that they and I made in calculating the probabilities of profit.*

**3. Drs. Kolbe and DeRosa Made The Same Assumptions and Performed the Same Types of Calculations in Obtaining Their Probabilities of Profit That I Used in My Report (though they provided risk-neutral probabilities and not true probabilities).**

These same assumptions about the statistical properties of the currency were used by Dr. Kolbe and most likely by Dr. DeRosa in calculating their probabilities of profit. Dr. Kolbe and I used the same formulas for our probability calculations (see attached proof). Dr. DeRosa did not provide his formulas but his numbers are so close to Kolbe's that it is unlikely he made any other assumptions. Moreover, these assumptions, which are widely known in the literature and were the basis for the 1997 Nobel Prize of Scholes

and Merton, are discussed at great length on pp. 53-54 of Dr. DeRosa's book, *Options on Foreign Exchange*, 2nd edition, (New York: John Wiley, 2000) and used extensively by him from that point forward and to virtually the last page of his book.[1]

Thus, Drs. Kolbe, DeRosa, and I all used the same methodology in computing the probability of profit. Our estimates of probability using this methodology differ only slightly in most cases; in some cases, their estimates are higher. Our differences lie only in the inputs we used.

**4. The Methods I Used Can be Applied to Non-Publicly Traded Options**

A related argument raised by the Government is that one cannot apply models for publicly-traded options to non-publicly traded options. This argument is puzzling. The methodology can be reliably used for non-publicly traded options. *The statistical properties and assumptions that each of the experts require in arriving at probability estimates do not pertain to the option; they pertain to the currency*, which does trade in an active, liquid, and transparent market. This point is quite clear on p. 53 of Dr. DeRosa's book, assumption 3, wherein he describes the assumed statistical characteristics of the currency (the "spot exchange rate" in his words), with a continuation to p. 54 and a confirmation that the log return on the currency is normally distributed.[2] These statistical assumptions formulate the requisite mathematical probability function that we require to calculate the probability of profit.

The notion of a mathematical probability function is akin to our knowing that each side of a die is equally likely. The digital option spreads have only three outcomes. We then need only identify which outcomes are profitable ones, after properly

---

[1] *See* Exhibit "A-1."
[2] *See id.*

incorporating the price however high that the buyer paid. We then can easily determine the probability of the exchange rate getting to the profitable level. This is precisely what I did, and whether the Government realizes it or not, precisely what the Government's experts Kolbe and DeRosa did, albeit with some differences in our chosen volatilities and the spot rate. These variables do go into the calculation but our differences on these measures are not raised in the Government's motion.

In Dr. Kolbe's comments he argues that "The premise ... that it is reasonable to trust that the profit probabilities observed in the market are economically reasonable for options traded in the market is in accord with standard practice in finance. But the *reason* that it is consistent with standard practice to trust market-derived profit probabilities is that those probabilities affect not merely the expected payoff, but also the price observed in the market and paid for the right to receive that expected payoff."

Dr. Kolbe is effectively claiming that the probability of profit is invalidated if a person pays "too much." Thus, he is saying that if you pay $9 for the roll of a die, we can no longer assert that the probability is ½ that you will make a profit. But the probability *is still ½*.

*The probabilities observed in the market are independent of what investors pay. The probabilities are given by the statistical properties of the underlying currency, not the price paid for the options. Using those statistical properties, one can easily determine whether the exchange rate reaches a level sufficient to generate a profit for the investor.* This is the methodology that I used, that Dr. Kolbe used, and that Dr. DeRosa used.

**5. My Methodology Was Not Contrived Solely for Purposes of this Case.**

The Government claims that this methodology is not acceptable because it is not the result of research and was contrived for the case only. This is not true. Calculating probabilities is an essential part of finance. *These formulas derive from the standard model assumptions of the Black-Scholes-Merton framework, assumptions that the government's experts also used, assumptions that were involved in the awarding of a Nobel Prize, and assumptions that are openly used and discussed in DeRosa's book.*

**6. Kolbe's Convoluted Statement about "two Options ... identical in every respect"**

Kolbe's quote at the top of p. 16 of the motion is as follows:

> "[S]uppose two options were identical in every respect, including the expected payoff *if* a payoff occurs, except that one had a lower probability of getting that payoff. No economically rational investor would buy the one with a lower payoff probability unless it were offered at a lower price. If the two instead were initially offered at the same price, the expected profit on the option with the higher payoff probability would be higher and no one would buy the one with the lower payoff probability .... In a well-functioning capital market, this would drive up the price of the higher-probability option and/or drive down the price of the lower-probability option until both were priced to offer the risk-return tradeoff the market required."

The situation he describes in the first sentence is confusing if not problematic, owing to the vague language used and a failure to understand how options are valued.

- **<u>First problem</u>:**

If "identical in every respect" means what I think it means, it means that the two options are on the same underlying asset and have the same exercise price and expiration. If that is the case, then *it is not possible for the condition of equivalent probability of a payoff between the two and yet one have a higher probability of getting that payoff.* Kolbe's statement is simply incoherent.

- **Second problem:**

Alternatively, if what that statement means is that the options can be on different underlying assets, then the statement can be true, but what Kolbe says to follow is not necessarily true. *One will not necessarily pay more for the option that has the higher probability.* I have constructed a simple and plausible counterexample.[3]

Option values are not based on expected payoffs but rather on an approach called arbitrage or risk neutrality. I have discussed this in my report and in great length in my deposition. This principle is well-known to experts and explained on p. 59 of Dr DeRosa's book and also in the book by Brealey-Myers-Allen (pp. 567-568) cited by Dr. Kolbe in footnotes 41 and 47 and which Dr. Kolbe mentions in his bio contained in his original expert report.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Baton Rouge, Louisiana on 21st, April, 2008.

[signature]
Don M. Chance

[3] *See* Attachment

## ATTACHMENT TO DON CHANCE DECLARATION

### Counterexample to Kolbe's Claim

This example illustrates that it is not necessarily true that of two options with the same expected payoff if the option pays off, investors will pay more for the one with the higher probability of the payoff.

Let the risk-free rate be 7%.

**Stock 1:** This stock is priced at $100 and can go up by 25% to $125 or down by 20% to $80. An option with an exercise price of $100 is considered. The well-known binomial model (a discrete time variation of the continuous time BSM model, which is covered on pp. 133-141 of Dr. DeRosa's book) is used to price this option at its fair value of $14.02.

**Stock 2:** This stock is priced at $50 and can go up by 50% to $75 or down by 33.33% to $33.33. An option with an exercise price of $50 is valued by the binomial model at $11.31.

It is well-known that options are not priced by using true probabilities, a point discussed in their aforementioned Brealey-Myers-Allen (BMA) book, pp. 567-568 (BMA are extremely clear on this at the top of p. 568), and in Dr. DeRosa's book. Thus, any probabilities are possible. So let us assume that Stock 1 can go up with probability of 65% and Stock 2 can go up with probability of 70%. For stock 1, if the option expires in-the-money, it pays off $25 ($125 stock price minus $100 exercise price). For stock 2, if the option expires in-the-money, it pays off $25 ($75 stock price minus $50 exercise price). Thus, Dr. Kolbe's first condition that both options have the same expected payoff if a payoff occurs is met. Dr. Kolbe's second condition, that one option has a lower probability of achieving that payoff, is also met. That is, the option on Stock 1 pays off

with 65% probability while the option on Stock 2 has a 70% probability of paying off. Using Dr. Kolbe's argument, the option on Stock 2 should be worth more because it has a higher probability of achieving the same expected payoff as the option on Stock 1.

But Dr. Kolbe is clearly wrong. As reported in the previous paragraph, the option on Stock 1 is worth more, in fact, considerably more: $14.02 versus $11.31 for the option on Stock 2. The option with the greater chance of achieving the payoff is worth less.

How can this be when Dr. Kolbe has attested that the option with the higher probability should be worth more? *Defense and its experts repeatedly make the mistake that options are valued using expected payoffs.* Options are valued using the principle of arbitrage and risk neutrality and not by discounting expected payoffs based on true probabilities. A reading of the Brealey-Myers-Allen book they cite and, of course, the book written by their own expert, Dr. DeRosa, teaches this important lesson in understanding options.

So Dr. Kolbe's statement continues to reveal his misunderstanding of options and cannot be given any credence.

## ATTACHMENT TO DON CHANCE DECLARATION

### Proof that Kolbe and Chance Use the Same Methodology

At the bottom of Dr. Kolbe's Workpaper E-9 is the set of formulas he used. The probability calculation is written as follows:

$$[11] = Normsdist\left[\left(\frac{\ln\frac{([2]+[4])}{[3]}}{[5]x\sqrt{\frac{[7]-[6]}{365}}} - \frac{[5]x\sqrt{\frac{[7]-[6]}{365}}}{2}\right)x(1\,if\,[8]="call"\,or\,-1\,if\,[8]="Put")\right]$$

[2] = spot rate
[3] = strike rate (the higher strike)
[4] = forward points
[5] = volatility
[7] = expiry date
[6] = trade date

The term in the inner parentheses is the crux of the matter. That expression is mathematically equivalent to my formula on p. 51 of my report under the following conditions, which I enacted: (1) The strike rate is set as my "critical price," and (2) I made no adjustment for the forward points for two reasons.

One reason is that the formula used by Dr. Kolbe is taken directly from the BSM model and provides the risk neutral probabilities, not the true probabilities. Again, see the books by Dr. DeRosa or Brealey, Myers, and Allen for a discussion of the distinction. To get the true probabilities, we require the true expected returns on both currencies. As I discussed at great length in my report, to set one currency's expected return higher than another would be to assume that residents of one country are expected to gain over residents of another country. I, therefore, made the assumption that both currencies have the same expected return; therefore, they offset. This point was defended heavily in my

report and in my deposition. I can continue to defend it, but that is clearly not the basis of the Government's motion to dismiss.

Thus, Dr. Kolbe and I are using the same formula but different inputs. As an example, for the euro option, the third in the group of JBJZ options in Workpaper E-9, he reports a probability of 26.34%. I report 29.90% using my 30-day volatility estimate. When I insert their volatility and slightly different spot exchange rate into my spreadsheet, I get 29.50%, a difference of 3.16% that is accounted for by their use of the forward points, thereby generating the risk-neutral probability. That is, by their using the risk-free rates in the two countries, they mistakenly provided the risk neutral probability and not the true probability.

Thus, their experts and I are using the same formulas and our results differ only by the inputs inserted into the formulas.

domestic bond that pays the strike at expiration and the foreign currency bond that pays one unit of foreign exchange at expiration. This completes the demonstration of put-call parity, which can be expressed algebraically as

$$P - C = e^{-R_d t}K - e^{-R_f t}S$$

One immediate implication of put-call parity is that the value of at-the-money-forward European puts and calls that have a common expiration must be equal. This can be seen by substituting the value of the interest parity forward rate for the strike $K$ in the put-call parity formula:

$$K = F = e^{(R_d - R_f)t}S$$

then

$$P - C = e^{-R_d t}e^{(R_d - R_f)t}S - e^{-R_f t}S = 0$$

Option traders have developed a convenient paradigm for decomposing the value of an in-the-money (relative to the forward) currency option using put-call parity. Consider a call that is in-the-money, meaning that the prevailing forward outright exceeds the option strike ($F > K$). According to put-call parity, that option is worth

$$C = P + e^{-R_f t}S - e^{-R_d t}K$$

which can be written as

$$C = P + e^{-R_d t}(F - K)$$

If $C$ is in-the-money-forward, then it follows that a same-strike put, $P$, is out-of-the-money-forward. The value of such a put is pure optionality, so to speak, or what traders call *volatility value*. Traders call the absolute value of the expression $(F - K)$ *parity to forward*. The term $e^{-R_d t}$ is a present value operator. All together, the value of the call is the sum of its volatility value and the present value of its parity to forward.



## The Black-Scholes-Merton Model

The European option model was developed in stages by several theoreticians. The genesis for the idea comes from the well-known Black-Scholes (1973) model that was developed for a European call option on shares of a common stock that does not pay dividends. Merton (1973) extended this model to the theoretical case of an option on shares of a stock that pays dividends continuously. Finally, Garman and Kohlhagen (1983) adapted the model to work for European options on foreign currencies. We will refer to this as the *Black-Scholes-Merton* or BSM model.[1]

### Three Assumptions

Like all theoretical models, BSM requires some simplifying assumptions:

1. There are no taxes, no transactions costs, and no restrictions on taking long or short positions in options and currency. All transactors are price takers. This means that no single economic agent can buy or sell in sufficient size so as to control market prices.
2. The foreign and domestic interest rates are riskless and constant over the term of the option's life. All interest rates are expressed as continuously compounded rates.
3. Instantaneous changes in the spot exchange rate are generated by a *diffusion process* (sometimes called an *Ito process* or *geometric Brownian motion*) of the form

$$\frac{dS}{S} = \mu dt + \sigma dz$$

1. The option-pricing model for currency options is called by a variety of different names, ranging from Black-Scholes to Black-Scholes-Garman-Kohlhagen to Garman-Kohlhagen. Yet with no disrespect to Garman and Kohlhagen's work, it is clear that the critical thought process originated from Black, Scholes, and Merton. Black's "How We Came Up with the Option Formula" (1989) gives an interesting account of the discovery of the model and discusses Merton's contribution. Emanuel Derman's 1996 article "Reflections on Fischer" has further insights into Black's thinking on how the model came into existence.

EXHIBIT A-1

pl.dc.app. 000345

where $\mu$ is the instantaneous drift and $dt$ is an instant in time. Said another way, the term $\mu$ represents the risk premium on the spot exchange rate, $\sigma$ is the instantaneous standard deviation, and $dz$ is the differential of a stochastic variable; $dz$ is normally distributed with mean zero and standard deviation equal to the square root of $dt$.

The first assumption is a standard one that appears in many financial models, sometimes called the *frictionless markets condition*. The second assumption is the key modification to the Black-Scholes model to make it work for options on foreign exchange. The interest rate on the foreign currency plays a role analogous to that of the continuous dividend in the Merton version of the model for common stocks. The third assumption specifies that the stochastic process that generates exchange rates is a diffusion process. This particular process implies that the spot exchange rate level, $S_t$, is distributed lognormal and that the natural log return series

$$\ln \frac{S_t}{S_{t-1}}$$

is normally distributed with mean

$$\left(\mu - \frac{\sigma^2}{2}\right)$$

and standard deviation $\sigma$ (see Hull 1997).

Six parameters must be known to use the BSM model:

$S$: The spot exchange rate quoted in units of domestic currency
$K$: The strike quoted in units of domestic currency
$\tau$: The time remaining to expiration measured in years
$R_f$: The foreign currency interest rate
$R_d$: The domestic currency interest rate
$\sigma$: The annualized standard deviation of the spot exchange rate



## The Local Hedge Concept

The heart of the BSM model is the idea that it is theoretically possible to operate a dynamic local hedge for a currency option using long or short positions in foreign exchange. The local hedge must be rebalanced in response to infinitesimally small changes in exchange rates. Consider the following example of the yen call described in the previous chapter:

*USD Put/JPY Call*

| | |
|---|---|
| Face in USD | \$10,000,000 |
| Face in JPY | 1,145,800,000 |
| Strike | 114.58 |
| Spot | 115.00 |
| Term | 30 days |
| Interest rate (USD) | 5.00% |
| Interest rate (JPY) | 0.50% |
| Volatility | 20.25% |
| Value in USD | \$230,827 |
| Exercise convention | European |

The price of this option is \$230,827 at a dollar/yen spot exchange rate of 115.00. Suppose that in an instant the spot exchange rate rises to 115.20. In fact, if nothing else were to change, the value of this option would fall to \$222,080, or by \$8,747.

Suppose that before the move in the exchange rate, one hedged a long position in the option with a long position in spot dollar/yen with face equal to \$10 million dollar/yen. The idea of hedging using a long position in dollar/yen to hedge a dollar put option may seem counterintuitive at first, but not when it is understood that the value of the option, being a put on the dollar or call on the yen, is bound to fall if dollar/yen rises. The hedge works by making money when dollar/yen rises. If dollar/yen rises by 20 pips, from 115.00 to 115.20, the exact profit on the hedge would be \$17,361.

Case 1:05-cv-00231-EJD Document 166-9 Filed 04/21/2008 Page 19 of 19



The first derivative of the theoretical value of these options is the delta mentioned earlier. The call delta is given by

$$\delta_{call} = e^{-R_f \tau} N(x + \sigma\sqrt{\tau})$$

There is extensive discussion of option partial derivatives in the next chapter.

An alternative formulation of the model uses the forward outright to stand in the place of the spot exchange rate. The value date for the forward outright, $F$, is the option expiration date. The equations for calls and puts are

*The BSM Model in Terms of the Forward Exchange Rate*

$$C = e^{-R_d \tau}\left[FN(y + \sigma\sqrt{\tau}) - KN(y)\right]$$

$$P = e^{-R_d \tau}\left[F\left(N(y + \sigma\sqrt{\tau}) - 1\right) - K\left(N(y) - 1\right)\right]$$

$$y = \frac{\ln\left(\frac{F}{K}\right) - \left(\frac{\sigma^2}{2}\right)\tau}{\sigma\sqrt{\tau}}$$

where all the variables are as previously defined and the forward outright can be derived from the interest parity formula

$$F = Se^{(R_d - R_f)\tau}$$

---

$$y = \frac{1}{1 + .2316419x}$$

$$N(x) = 1 - Z(x)(b_1 y + b_2 y^2 + b_3 y^3 + b_4 y^4 + b_5 y^5) + e(x)$$

$$Z(x) = \frac{1}{\sqrt{2\pi}} e^{-\frac{x^2}{2}}$$

where

$b_1 = .319381530$
$b_2 = -0.356563782$
$b_3 = 1.781477937$
$b_4 = -1.821255978$
$b_5 = 1.330274429$

If $x$ is less than zero, $N(x) = 1 - N(x)$. The absolute value of the error term should be less than $7.5 \times 10^{-8}$.



## The Cox-Ross Risk-Neutral Explanation

Cox and Ross (1976) provide an insight into the unimportance of investor attitudes toward risk in option-pricing theory.

Cox and Ross note that the Black-Scholes partial differential equation contains no variable that is dependent on investor risk preferences (for example, the term $\mu$, which can be thought of as the risk premium for foreign exchange, is not present in the option model). Therefore, an option should be equally valuable to a risk-averse investor and to a risk-neutral investor, provided that it is at least theoretically possible to construct a perfect local hedge.

Consider how a risk-neutral investor would value a call option on foreign currency. At expiration, there can be only two realizations: either the call will be worthless, if it is at-the-money or out-of-the-money, or it will be worth the difference between the exchange rate and the strike. The first case would be ignored by the risk-neutral investor. Only the second case matters. The value of the option is equal to the present value, using the riskless interest rate, of the conditional expectation of the future spot exchange rate minus the strike. The mathematical expectation is conditional on the option being in-the-money at expiration. The probability of the option being in-the-money at expiration and the expected value of the spot exchange rate at expiration can be derived from the cumulative lognormal density function for the spot exchange rate. Following Gemmill (1993) and Jarrow and Rudd (1983), the option model can be decomposed into the following parts:

$$[e^{-R_d \tau}][N(x)]\left[e^{(R_d - R_f)\tau} S \frac{N(x + \sigma\sqrt{\tau})}{N(x)} - K\right]$$

The first term in brackets is the present value factor. The second term[3] is the risk-neutral probability that the option will finish in-the-money. The third term is the expected payoff at expiration conditional on the option finishing in-the-money.

---

3. Among currency traders it is popular to speak of the probability of all kinds of events as *deltas*. If the trader thinks something is likely to occur, she might say, "I am a ninety delta." Something that is unlikely might be a "15 delta." Mathematically, the delta of a BSM call option,

$$e^{-R_f \tau} N(x + \sigma\sqrt{\tau})$$

pl.dc.app. 000347