# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JZ Buckingham Investments LLC as<br>Tax Matters Partner of JBJZ Partners,<br>a South Carolina general partnership,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 05-231 T<br>Chief Judge Edward Damich |

## UNITED STATES' APPENDIX OF EXHIBITS

Pursuant to RCFC 56(h)(2), defendant is relying upon the following exhibits, Govt. Ex. 1 through 52, in its response to Plaintiff's Proposed Findings of Uncontroverted Facts and in support of the United States' Proposed Additional Findings of Uncontroverted Facts with respect to Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6. In addition, the United States relies upon the tax returns marked as Govt. Exs. 53 through 56, which to be filed separately.

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 1 | 10/18/99 | Email, with attachments, dated October 18, 1999 from Craig Brubaker of Deutsche Bank Alex Brown ("DBAB") to Erwin Mayer, an attorney with J&G, concerning a "format 'similar to the treasury short routine for a digital swap transaction." | DB | DB-DOJ-COBRA-00030051 to DB-DOJ-COBRA-00030061 | Part 1/8 at pp1-12 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 2 | 10/22/99 | Email, with attachment, dated October 22, 1999, which includes an email from Paul Daugerdas of J&G, to Brian Vaughn of E&Y, with attachment, under the subject line "Draft Implementation Steps." | E&Y | DOJ 007914 to DOJ 007917 | Part 1/8 at pp13-17 |
| 3 | 10/22/99 | Email, dated October 22, 1999, from Paul Daugerdas of J&G, forwarding the same attachment to BDO Seidman LLP at the email address 'miwolves@mediaone.net". | J&G | JG-NC064506 to JGNC064509 | Part 1/8 at pp18-22 |
| 4 | 10/22/99 | E&Y email, dated October 22, 1999, from Brian Vaughn of E&Y with the subject line "COBRA pricing" reporting, inter alia, his recent communications with Dan Brooks of DB regarding the proposed COBRA Product. | J&G | 2003EY001767 | Part 1/8 at pp23-24 |
| 5 | 10/26/99 | Email dated October 26, 1999, from Brian Vaughn of E&Y, under the subject line "Products." | E&Y | DOJ-000441 to DOJ-000442. | Part 1/8 at pp25-27 |
| 6 | 10/27/99 | Facsimile (totaling 23 pages) dated October 27, 1999, from Paul Daugerdas of J&G to Robert "Bob" Coplan, Richard Shapiro, and Ray Knight, all of E&Y, transmitting a J&G memorandum dated October 1999 on the "Tax Consequences of Contribution of Option Spread to Partnership or Corporation." | E&Y | 2003EY001516 to 2003EY001538 | Part 1/8 at pp28-51 |
| 7 | 11/05/99 | Facsimile (101 pages) dated November 5, 1999, of J&G opinion on COBRA transaction, marked "DRAFT" | E&Y | DOJ008601 to DOJ008702 | Part 2/8 at pp52-121 |
| 8 | 11/08/99 | E&Y email dated 10/9/99 from Coplan of E&Y to VIPER members, subject line "Reliance on tax opinion - cases" with attachment "tax opinions neg.doc." | EY | 2003EY007852 to 2003EY007854 | Part 2/8 at pp122-125 |
| 9 | 11/11/99 | E&Y email dated November 11, 1999, from Melinda Merck of E&Y to the members of E&Y's VIPER and Quckstrike Teams, under subject line "Revised COBRA Spreadsheets and Slides", with copies attached | EY | 2003EY003750 - 2003EY003767 | Part 2/8 at pp126-144 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 10 | 11/12/99 | Email, with attachment, dated November 12, 1999, from Robert Coplan of E&Y to Paul Daugerdas of J&G with the subject line "Brown & Wood Involvement," forwarding Paul Daugerdas a copy of a Brown & Wood ("B&W") opinion, entitled "Model Opinion....". | J&G | JG-NC047817 to JG-NC047885 | Part 3/8 at pp145-214 |
| 11 | 11/15/99 | E&Y email dated November 15, 1999, from Richard Shapiro to E&Y's 'Quickstrike Team" re Implementation of COBRA strategy | E&Y | 2003EY000864 and 2003EY105642 | Part 3/8 at pp215-217 |
| 12 | 11/18/99 | E&Y email dated November 18, 1999, from Carl Rhodes of E&Y, subject line 'Cobra," with form documents for implementation of COBRA product, including EY Nondisclosure Agreement, J&G Confidentiality Agreement, COBRA Powerpoint, E&Y COBRA engagement letter, and COBRA Client Questionaire | E&Y | DOJ-001008 to DOJ-001031 | Part 4/8 at pp218-242 |
| 13 | 12/27/99 | Email dated December 27, 1999 from David Parse of Deutsche Bank Alex Brown ("DBAB") to Carrie Yackee of DBAB forwarding an attachment named "Paul D 1999 Digital Options Ma.." [Note: This document was produced to the United States by DB in response to the United States' document subpoena bates marked from. The pages have been reorganized so that the printed details for the each transaction are now visible sequentially; the names of the non-COBRA participants have been redacted] | DB | DB-DOJ-COBRA-00044432 to DB-DOJ-COBRA-00044466 | Part 4/8 at pp243-278 |
| 14 | 12/28/99 | Facsimile (3 pages) dated December 28, 1999, from Patrick O'Daniel of J&G to Paul Daugerdas of J&G forwarding an attachment entitled "Revised Legal Fee Allocation Ernst & Young Client Transactions" | JG | JG-NC055932 to JG-NC055934 | Part 4/8 at pp279-282 |
| 15 | 02/22/00 | Email dated February 22, 2000, from Melinda Merck of Ernst & Young, LLP ("E&Y") to Amy Keating of E&Y providing Ms. Keating with an attached list detailing the following information for each of 15 listed COBRA transactions: | E&Y | DOJ 0000851 to DOJ 000853 | Part 4/8 at pp283-286 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 16 | 06/07/01 | E&Y email dated June 7, 2001, from Robert Coplan of E&Y with the subject line "COBRA." | E&Y | DOJ049188 TO DOJ049190 | Part 4/8 at pp287-290 |
| 17 | 11/03/99 | E&Y's "COBRA Action Work Plan (Revised 11/3/99)" filled-in for Carmel Partners COBRA transaction | E&Y | DOJ03781 to DOJ03785 | Part 4/8 at pp291-296 |
| 18 | 11/05/99 | E&Y's "COBRA Action Work Plan (Revised 11/5/99)" | E&Y | DOJ054573 to DOJ054577 | Part 4/8 at pp297-302 |
| 19 | 11/18/99 | E&Y's "COBRA Action Work Plan (Revised 11/18/99)" | E&Y | DOJ 001091 to DOJ-001095 | Part 4/8 at pp303-308 |
| 20 | 11/19/99 | E&Y's "COBRA Action Work Plan (Revised 11/19/99)" | E&Y | DOJ004024 to DOJ004028 | Part 4/8 at pp309-314 |
| 21 | 11/10/99 | E&Y email dated November 10, 1999, from Melinda Merck of E&Y to the members of E&Y's VIPER tax products team, with an attached COBRA Client Information Questionaire form. | E&Y | 2003EY003742 - 2003EY003743. | Part 5/8 at pp315-317 |
| 22 | 11/10/99 | COBRA Client Information Questionaires for other individual participants | J&G | JG-CL0160430 et al. | Part 5/8 at pp318-340 |
| 23 | 10/22/99 | Facsimile (two pages) dated October 22, 1999 from Grady P. Dickens of the law firm Scheef & Stone, LLP ("S&S"), forwarding to Paul M. Daugerdas of J&G, for review and approval, a copy of a proposed nondisclosure agreement form for the COBRA strategy. | J&G | CANC00121 to CANC00122 | Part 5/8 at pp341-343 |
| 24 | 10/29/99 | E&Y email dated October 29, 1999, from Robert Coplan of E&Y. | E&Y | 2003EY001760 | Part 5/8 at pp344-345 |
| 25 | 03/08/00 | J&G email dated March 8, 2000, from Donna Guerin of J&G to Amy Keating of E&Y, re COBRA | E&Y | DOJ-032014 | Part 5/8 at pp346-347 |
| 26 | 05/08/00 | E&Y email dated May 8, 2000, from Thomas Dougherty of E&Y, with the subject line "Cobra Transaction Feedback." | E&Y | DOJ 031731 | Part 5/8 at pp348-349 |
| 27 | 01/06/00 | E&Y email dated January 6, 2000, from Robert Coplan of E&Y to VIPER and Quickstrike Teams with subject line "Results of January 5th Meeting Re VIPER Strategies" | E&Y | 2003EY001046-2003EY001047 | Part 5/8 at pp350-352 |
| 28 | 07/20/00 | DB email dated July 20, 2000, forwarding documents, including DB Memo entitled "Binary Options Strategy: Credit Risk Mgmt PBA Summary" prepared by Chuck Binder MD and SCO PBA at p. 363 of 570 | DB | DB-DOJ-COBRA-00030714 to DB-DOJ-COBRA-00030751 | Part 5/8 at pp353-391 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 29 | 12/05/00 | E&Y email dated December 5, 1999, from Robert "Bob" Coplan of E&Y to members of the E&Y's "Quick strike Team" | E&Y | 2003EY000866 to 2003EY000867 | Part 6/8 at pp392-394 |
| 30 | 12/11/00 | E&Y email, with attachment, dated December 11, 1999, from Robert Haynie of E&Y with subject line 'COBRA - Latest Slides." | E&Y | DOJ 00395 to DOJ 00398 | Part 6/8 at pp395-399 |
| 31 | 11/05/99 | Facsimile (22 pages) dated November 5, 1999 of a J&G opinion marked "Draft" (22 pages), with handwriting of Jerry Zucker addressed to "Barry" in which he wrote: "Attached is a draft of the opinion letter re: the year end activity resulting in a $45MM tax loss. Please accelerate your understanding by discussing with Ray Knight of EY et al. I'd like to proceed on an accelerated basis for a tax refund." | Emerson | Emerson01448 to Emerson01473 | Part 6/8 at pp400-426 |
| 32 | 11/12/99 | Facsimile (five pages) from Jerry Zucker to Ray Knight of E&Y returning an executed copy of a proposed EY COBRA engagement letter, with a cover memo from Jerry Zucker to Ray Knight. | Crosby Files | Marked as Crosby Dep. Ex. 2257 | Part 6/8 at pp427-433 |
| 33 | 11/12/99 | Transcript of Video Depositing of Jerry Zucker taken June 8, 2007, pp.98 - 101 at p.98, lines 4-16. | Zucker | Transcript | Part 6/8 at pp434-437 |
| 34 | 11/13/99 | E&Y facsimile (seven pages) dated November 13, 1999, from Ray Knight of E&Y to Paul Daugerdas of J&G, forwarding filled-in COBRA Client Information Questionaire for six (6) of the individual participants, including Jerry Zucker and James Boyd. | J&G | JG-CL0241055, JG-CL0241056, JG-CL0231041, JG-CL015536, JG-CL01555323, JG-CL0148038, and JG-CL0148037. | Part 6/8 at pp438-445 |
| 35 | 11/15/99 | E&Y Facsimile (nine pages) dated November 15, 1999, from Ray Knight of E&Y to Zucker forwarding a modified COBRA engagement letters for both Zucker and Boyd and memorializing other unstated terms. | Plaintiff | Z001282 to Z001290 | Part 6/8 at pp446-455 |
| 36 | 11/15/99 | E&Y Non-Disclosure Agreement dated November 15, 1999, addressed to Ray Knight with respect to his marketing of the COBRA strategy. | E&Y | DOJ039875 | Part 7/8 at pp456-457 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 37 | 11/16/99 | Copy of letter dated November 16, 1999, from Donna Guerin of J&G to Mssrs. Zucker and Boyd forwarding enclosed documents for execution and returned, bearing handwritten note from Zucker to Crosby regarding where to send the executed agreements after corrections and executions by Boyd | Plaintiff | ZUZU00499 | Part 7/8 at pp458-459 |
| 38 | 11/19/99 | Forms SS-4, 8821 and 2553 signed by Zucker, which purport to have been dated and signed on November 18, 1999; Forms SS-4, 8821 and 2553 signed by Boyd , which purport to have been dated and signed on November 19, 1999; .. | J&G | various | Part 7/8 at pp460-464 |
| 39 | 11/19/99 | Letter dated November 19, 1999, from Charlotte Crosby of The Intertech Group, to Donna Guerin of J&G, returning the documents which had been sent to Mr. Zucker and Mr. Boyd for signature (, without the referenced enclosed,) | J&G | JG-CL0147811 | Part 7/8 at pp465-466 |
| 40 | 11/22/99 | Letter dated November 22, 1999, from Jerry Zucker to Wachovia authorizing the wire transfer of $3,150,00.00 from his account to the DB account of JZ Buckingham LLC, DB Acct. # 222-10153-12 | Plaintiff | Z001311 and Z001316 | Part 7/8 at pp467-469 |
| 41 | 11/23/99 | DB Facsimiles (five pages including cover) dated November 23, 1999, at 5:58, from Carrie Yackee of DB to Ray Knight of E&Y at 918437474092 with Indicative Terms and Conditions for GS Owl Creek Investments LLC and TFD Oberlin Investments LLC | Plaintiff | Z001328 to Z001332 | Part 7/8 at pp470-475 |
| 42 | 11/23/99 | DB Facsimiles (six of six pages, without cover sheet, dated November 23, 1999, at 18:10, from DB to 918437474092 with Indicative Terms and Conditions for JZ Buckingham Investments LLC and JGB Bohicket Investments LLC | Plaintiff | Z001333 to Z001338 | Part 7/8 at pp476-482 |
| 43 | 11/26/99 | J&G Facsimile dated November 26, 1999, from Donna Guerin of J&G to Jerry Zucker requesting that he executed the attached documents and that they then be returned by return facsimile and overnight mail as soon as possible. | JG | JG-CL0147876 to JG-CL0147891 | Part 7/8 at pp483-499 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 44 | 11/30/99 | Facsimile (26 of 26 pages) dated November 30, 1999, from Crosby to Guerin of J&G, with a copy of the executed documents which were faxed to Mr. Zucker and Mr. Boyd for execution on November 26, 1999 | JG | JG-CL0147873 to JG-CL0147907 | Part 7/8 at pp500-526 |
| 45 | 11/30/99 | Authorization signed by James Boyd on behalf of JGB Bohicket to make a wire transfer to DBAB-NY to pay for FX options, with the amount being authorized, $250,000, filled-in on or after the signed authorization was received by J&G on November 30, 1999 with the amount left blank | J&G | JG-CL0147999 | Part 8/8 at pp527-535 |
| 46 | 12/07/99 | Handwritten memo by Boyd memorializing conversations with Ray Knight of E&Y, David Parse of DBAB, and Shaw Smith | Plaintiff | ZUZU00498 | Part 8/8 at pp536-537 |
| 47 | 12/14/99 | Retained copy of letter dated December 14, 1999 from Donna Guerin of J&G to Zucker, enclosing document for execution, with instruction "do not fill in any blanks which appears in those documents at this time (i.e. dates)." | Crosby Files | ITCC00006 to ITC000018 | Part 8/8 at pp538-551 |
| 48 | 12/22/99 | Authorization signed by Jerry Zucker, as President of JBJZ Investors, Inc, authorizing DB to transfer 5000 shares of Cisco stock from DB Account # 222-10156-19 (the account of JBJZ Investors, Inc.) to the DB account of JBJZ Partners. | EY | DOJ041562 | Part 8/8 at pp552-553 |
| 49 | 12/28/99 | Facsimile (six pages) dated December 28, 1999 from Zucker to Guerin with signed copy of J&G engagement letter and signed authorization to wire J&G $1.4 MM | JG | JG-CL0148264 to JG-CL0148266, JG-CL0237026, JG-CL0148267, and JG-CL0148035 | Part 8/8 at pp554-560 |
| 50 | 12/28/99 | Handwritten memo by Boyd to Zucker dated 12/28/99 memorializing his conversation with Ray Knight of E&Y that day, in which he wrote, inter alia, '…the reason we only picked upon the margin gain of $625K (plus the original $2.5M) was because we capped our exposure." | Crosby Files | Marked as Crosby Ex. 2255 | Part 8/8 at pp551-562 |
| 51 | 12/29/99 | Facsimile (1 page of 1) dated December 29, 1999 of an undated authorization signed by Jerry Zucker on behalf of JBJZ Investors, Inc., for the DB account of JBJZ Investors, Inc. to be charged to pay $1,400,000.00 to Jenkens & Gilchrist. | Plaintiff | JZB04417 | Part 8/8 at pp563-564 |

| Govt. Ex. # | Date | Description | Source | Bates Range from Source | Pages of App. |
|---|---|---|---|---|---|
| 52 | 12/29/99 | Facsimile (4 pages) from Boyd to Guerin of J&G forwarding signed copy of J&G engagement letter and wire authorization following clarification from Ray Knight of E&Y re stated J&G fee of $140,000.00. | JG | JG-CL0148031 to JG-CL0148034 | Part 8/8 at pp565-570 |
| 53 | 03/22/00 | IRS filed copy of 1999 Form 1065 for JBJZ Partners, signed by Ray Knight of E&Y as preparer and by Jerry Zucker on 3/22/00 | IRS | ADMIN001072 to ADMIN001087 | TO BE FILED UNDER SEAL |
| 54 | 03/24/00 | IRS filed copy of 1999 Form 1120S for JBJZ Investors, Inc., signed by Ray Knight of E&Y as preparer and by James Boyd as Secretary on 3/24/00 | IRS | ADMIN001061 to ADMIN001082 | TO BE FILED UNDER SEAL |
| 55 | 04/05/00 | Filed copy of 1999 Form 1040 of Mr. and Mrs. Boyd dated 4/5/00, signed by Mr. and Mrs. Boyd and Sheila Pace as preparer | IRS | ADMIN002229 to ADMIN002274 | TO BE FILED UNDER SEAL |
| 56 | 04/14/00 | Proposed 1999 Form 1045 Application for Tentative Refund, for Mr. and Mrs. Zucker, signed by Emerson as preparer on 4/14/00 | Plaintiff | ZUZU00484 to ZUZU00487 | TO BE FILED UNDER SEAL |
| 57 | 04/14/00 | Filed copy of 1999 Form 1040 of Jerry Zucker dated 4/14/00, signed by Mr. and Mrs. Zucker and Barry Emerson as preparer | IRS | ADMIN001288 to ADMIN001365 | TO BE FILED UNDER SEAL |

Respectfully submitted,

/s/ Dennis M. Donohue

DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed the foregoing **UNITED STATES' APPENDIX OF EXHIBITS** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892