# EXHIBIT G21

Melinda S. Merk
11/10/1999 10:31 AM

To: Robert L. Casson/NewEngland/TAX/EYLLP/US@EY-NAmerica, Andrew Kyriacou/NewEngland/TAX/EYLLP/US@EY-NAmerica, Glenn H. Haschek/Connecticut/TAX/EYLLP/US@EY-NAmerica, David Gerson/NewYork/TAX/EYLLP/US@EY-NAmerica, Charles R. Cangro/NewYork/TAX/EYLLP/US@EY-NAmerica, Michael F. Bazzard/Washington/TAX/EYLLP/US@EY-NAmerica, Charles W. Paul/Washington/TAX/EYLLP/US@EY-NAmerica, James A. Hutchinson/Philadelphia/TAX/EYLLP/US@EY-NAmerica, Charles R. Konrad/Southeast/TAX/EYLLP/US@EY-NAmerica, Michael K. Stafford/Southeast/TAX/EYLLP/US@EY-NAmerica, Ray Knight/Carolinas/TAX/EYLLP/US@EY-NAmerica, Richard W. Jones/GulfCoast/TAX/EYLLP/US@EY-NAmerica, Robert Johnson/GulfCoast/TAX/EYLLP/US@EY-NAmerica, Richard J. Joyner/Southwest/TAX/EYLLP/US@EY-NAmerica, Victoria R. Mendoza/Southwest/TAX/EYLLP/US@EY-NAmerica, David G. Johnson/NOhio&Michigan/TAX/EYLLP/US@EY-NAmerica, William P. Murphy/NOhio&Michigan/TAX/EYLLP/US@EY-NAmerica, Mark A. Troncone/Pittsburgh/TAX/EYLLP/US@EY-NAmerica, Carl A. Rhodes/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Robert C. Schlemmer/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Brian W. Upchurch/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Richard F. Krause/MissouriKansas/TAX/EYLLP/US@EY-NAmerica, Michael Reed/MissouriKansas/TAX/EYLLP/US@EY-NAmerica, Sylvia J. Pozarnsky/Chicago/TAX/EYLLP/US@EY-NAmerica, Jeff Brodsky/Chicago/TAX/EYLLP/US@EY-NAmerica, Gary M. Dubois/Chicago/TAX/EYLLP/US@EY-NAmerica, Allan M. Harbour/Chicago/TAX/EYLLP/US@EY-NAmerica, Michael S. Friedlander/SCalifornia/TAX/EYLLP/US@EY-NAmerica, James A. Court/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Robert M. Hayashi/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Robert B. Coplan/National/TAX/EYLLP/US@EY-NAmerica, Martin Nissenbaum/NewYork/TAX/EYLLP/US@EY-NAmerica, Melinda S. Merk/National/TAX/EYLLP/US@EY-NAmerica, Peter D. Lucido/NewYork/TAX/EYLLP/US@EY-NAmerica, Richard J. Shapiro/NewYork/TAX/EYLLP/US@EY-NAmerica, Robert J. Garner/NewYork/TAX/EYLLP/US@EY-NAmerica

cc:

Subject: COBRA Client Information Questionnaire

Attached is a COBRA Client Information Questionnaire, which is to be completed for each individual partner and faxed to JSG at the number provided on the form.

JSG Client Information Questionnaire

GOVERNMENT EXHIBIT 21

PENGAD 800-631-6989

2003EY003742

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME:

SPOUSE:

ADDRESS:

PHONE NUMBER: (Home)
(Office)

FAX NUMBER: (Home)
(Office)

E-MAIL ADDRESS:

SOCIAL SECURITY NUMBER (CLIENT):

SOCIAL SECURITY NUMBER (SPOUSE):

AMOUNT OF TRANSACTION: $

Ordinary Income $

ST Capital Gain $

BANK REFERENCE:

BRANCH (CITY, STATE):

APPROX. ANNUAL HOUSEHOLD INCOME: $

APPROX. NET WORTH (EXCLUDING RESIDENCE): $

2003EY003743

# EXHIBIT G22

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Billy J. McCombs

**SPOUSE:** Charline H.

**ADDRESS:** 9000 Tesoro Drive
Suite 122
San Antonio, TX 78217

**PHONE NUMBER:** (Home)
(Office) 210/821-6523

**FAX NUMBER:** (Home)
(Office) 210/821-5860

**E-MAIL ADDRESS:** SCummings@redmac.net

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 35

Ordinary Income $ 5

ST Capital Gain $ 30

**BANK REFERENCE:** Frost National (Rick Young)

**BRANCH (CITY, STATE):** San Antonio, TX

**APPROX. ANNUAL HOUSEHOLD INCOME:** $10,000,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $1,500,000,000

BJM Tesoro Dr
Investors LLC

Tesoro Dr Partners

Tesoro Drive
Investors Inc

GOVERNMENT EXHIBIT 22

PENGAD 800-631-6989



JG-CL0160430

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Gary Woods

**SPOUSE:** Glenda

**ADDRESS:** 9000 Tesoro Drive
Suite 122
San Antonio, TX 78217

1 pshp + scorp for cap

**PHONE NUMBER:** (Home)
(Office) 210/821-6523

1 pshp + S corp for ord.

**FAX NUMBER:** (Home)
(Office) 210/821-5860

**E-MAIL ADDRESS:** SCummings@redmac.net

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 11

**Ordinary Income** $ 8

**ST Capital Gain** $ 3

GW Tesoro Investments LLC

**BANK REFERENCE:**

GWSA Partners

**BRANCH (CITY, STATE):**

~~GWSA Investors~~ DMC

**APPROX. ANNUAL HOUSEHOLD INCOME:** $7,500,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $30,000,000



JG-CL0160423

# Jenkens & Gilchrist

an Illinois professional corporation

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** GARRY SNOOK

**SPOUSE:** SHARON SNOOK

**ADDRESS:** 220 OWL CREEK ROAD
ASPEN, COLORADO 81611

GS Owl Creek
Owl LLC
GSTD Partners
GSTD Investments Inc

**PHONE NUMBER:** (Home) (970) 544 0782
(Office) SAME

**FAX NUMBER:** (Home) (970) 544-0870
(Office) SAME

**E-MAIL ADDRESS:** SNOOK@COLORADO.NET

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 241 74 3193

**AMOUNT OF TRANSACTION:** $ 21,000,000 LTCG

**Ordinary Income** $ 0

**ST Capital Gain** $ 0

**BANK REFERENCE:** BANK of America

**BRANCH (CITY, STATE):** CHAPEL HILL, NORTH CAROLINA

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ 1,000,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ 50,000,000

# Jenkens & Gilchrist

an Illinois professional corporation

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: Thomas F. Darden

SPOUSE: JOSEPHINE R. DARDEN

ADDRESS: 702 Oberlin Road.
Suite 150
Raleigh, NC 27605

TFD Oberlin Inv LLC
GSTD Partners
GSTD Investors Inc

PHONE NUMBER: (Home) (919) 782-9523
(Office) (919) 743-2506

FAX NUMBER: (Home)
(Office) (919) 743-2501

E-MAIL ADDRESS: tdarden@cherokee-llc.com

SOCIAL SECURITY NUMBER (CLIENT): 245 76 3361

SOCIAL SECURITY NUMBER (SPOUSE): 245 82 1582 # may change

AMOUNT OF TRANSACTION: $ 4M (long term capital gain)

Ordinary Income $

ST Capital Gain $

BANK REFERENCE: WACHOVIA BANK (CAMERON VILLAGE) ROBERT GILLES GLORIA SHEPPARD

BRANCH (CITY, STATE): RALEIGH, NC

APPROX. ANNUAL HOUSEHOLD INCOME: $ 400,000+

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 20M+

Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: Brian F. Sullivan

SPOUSE: Maria T. Sullivan

ADDRESS: 1822 Morgan Road
Long Lake MN 55356

PHONE NUMBER: (Home) 612-479-4801
(Office) 612-315-5500

FAX NUMBER: (Home)
(Office)

E-MAIL ADDRESS: Sullivan.Brian @ Pursuaten

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE): 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

AMOUNT OF TRANSACTION: $ 19,000,000

Ordinary Income $ 19,000,000

ST Capital Gain $

BANK REFERENCE: US Bank

BRANCH (CITY, STATE): Minneapolis MN

APPROX. ANNUAL HOUSEHOLD INCOME: $ 800,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 20,000,000

WRB Lake Partners
WRB Lake Investors Inc

4390

Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

CLIENT NAME: William F. Wanner, Jr.

SPOUSE: Kathleen A. Wanner

ADDRESS: 2425 Grays Landing
Wayzata MN 55391

PHONE NUMBER: (Home) 612-476-8208
(Office) 612-332-5681

FAX NUMBER: (Home) 612-476-5971
(Office) 612-332-6937

E-MAIL ADDRESS:

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE):

AMOUNT OF TRANSACTION: $ 21,500,000

Ordinary Income $ 21,500,000

ST Capital Gain $

BANK REFERENCE: US Bank Minneapolis NA

BRANCH (CITY, STATE): Minneapolis MN

APPROX. ANNUAL HOUSEHOLD INCOME: $ 1,000,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 30,000,000

Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

**COBRA CLIENT INFORMATION QUESTIONNAIRE**

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: Richard D. Hembree

SPOUSE: Mary-Anne MacKinnon

ADDRESS: 6305 Loch Moor Drive
Edina MN 55439

PHONE NUMBER: (Home) 612-943-8248
(Office) 612-315-5501

FAX NUMBER: (Home)
(Office)

E-MAIL ADDRESS: Hembree.Richard@Norwester

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE): 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

AMOUNT OF TRANSACTION: $ 4,000,000

Ordinary Income $ 4,000,000 970

ST Capital Gain $

BANK REFERENCE: Norwest Bank

BRANCH (CITY, STATE): Minneapolis MN

APPROX. ANNUAL HOUSEHOLD INCOME: $ 400,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 4,000,000

Farther

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: Stuart D. Neidus

SPOUSE: Sally J. Neidus

ADDRESS: ~~7860~~ 7860 Sugarbush Lane
Gates Mills, OH 44040

PHONE NUMBER: (Home) 440-423-0933
(Office) 440-720-3301 x 100

FAX NUMBER: (Home) (440) 423-0551
(Office) (440) 720-3303

E-MAIL ADDRESS: sneidus@anthonysylvan.com

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE): 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

AMOUNT OF TRANSACTION: $ 3,000,000

Ordinary Income $ 3,000,000

ST Capital Gain $

BANK REFERENCE: National City Bank

BRANCH (CITY, STATE): Main office, Cleveland, OH

APPROX. ANNUAL HOUSEHOLD INCOME: $ 400,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 4,500,000

.STD Sugarbush DMV LLC

6.90



JG-CL0153777

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Ralph T. King

**SPOUSE:** Jane B. King

**ADDRESS:** 1506 West Camino Del Rio
Vero Beach, FL 32963

**PHONE NUMBER:** (Home) (561) 231-5415
(Office) (561) 234-0078

RTK Camuno Inv LLC

**FAX NUMBER:** (Home) same as home phone
(Office) (561) 234-0079

**E-MAIL ADDRESS:** none

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 10,000,000

198

**Ordinary Income** $ 10,000,000

**ST Capital Gain** $

**BANK REFERENCE:** Northern Trust Bank

**BRANCH (CITY, STATE):** Vero Beach

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ 300,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ 7,000,000

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

JRB Reeds Inv.

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

**CLIENT NAME:** JOHN R. BERTSCH

**SPOUSE:** — NONE

**ADDRESS:** 4451 REEDS LAKE BLVD, SE.
GRAND RAPIDS, MI. 49506
Business. 1655 Steele SW. GR-MI. 49507. 616-248-4501

**PHONE NUMBER:** (Home) 616-940-0400
(Office) ~~616-248~~-4501

**FAX NUMBER:** (Home)
(Office) 616-452-7114

**E-MAIL ADDRESS:** john.bertsch@bertschco.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** ____

**AMOUNT OF TRANSACTION:** $ 25,500,000

Ordinary Income $ 500,000 11%

ST Capital Gain $ 25,000,000 52%

**BANK REFERENCE:** OLD KENT BANK & TRUST

**BRANCH (CITY, STATE):** #1 Van Den Berg Center GR-MI

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ 1,000,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ 35,000,000

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Andrew P. Barton

APB Sanderson

**SPOUSE:** Ann L. Barton

**ADDRESS:** 7375 Sanderson PL.
Cincinnati Ohio 45243

**PHONE NUMBER:** (Home) 513-561-8394
(Office) 513-853-7400 — + office voice mail —

**FAX NUMBER:** (Home) 513-561-3277
(Office) 681-0900

**E-MAIL ADDRESS:**

**SOCIAL SECURITY NUMBER (CLIENT):** 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

X **SOCIAL SECURITY NUMBER (SPOUSE):**

**AMOUNT OF TRANSACTION: $**

5950

**Ordinary Income $** 4 million — 23 million

**ST Capital Gain $** 25 million — 45%

**BANK REFERENCE:** 5th/3rd Bank - STAR BANK

**BRANCH (CITY, STATE):** Cincinnati Ohio

**APPROX. ANNUAL HOUSEHOLD INCOME: $** 2 M

**APPROX. NET WORTH (EXCLUDING RESIDENCE): $** 40 M

# Jenkens & Gilchrist

an Illinois professional corporation

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Fred "Neal" Hunter

**SPOUSE:** —

**ADDRESS:** 3515 Courtland Road
Durham, NC
27707

FNH Courtlande Inv LLC
FNRH Partners
FNRH Investors Inc.

**PHONE NUMBER: (Home)** (919) 489-6734
**(Office)** (919) 313-5300

**FAX NUMBER: (Home)** —
**(Office)** (919) 313-5302

**E-MAIL ADDRESS:** Neal_Hunter@cree.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

4590

**SOCIAL SECURITY NUMBER (SPOUSE):** —

**AMOUNT OF TRANSACTION: $** $10M

**Ordinary Income $** $10M

**ST Capital Gain $**

**BANK REFERENCE:** CCB

**BRANCH (CITY, STATE):** RTP Durham, NC - Highway 54

**APPROX. ANNUAL HOUSEHOLD INCOME: $** $1M+

**APPROX. NET WORTH (EXCLUDING RESIDENCE): $** $30M

# Jenkens & Gilchrist

an Illinois professional corporation

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** John W. Palmour

**SPOUSE:** Nancy M. Palmour

**ADDRESS:** 2920 Hunter's Bluff Dr.
Raleigh, NC 27606

JWP Hunter's Bluff Dev LLC

**PHONE NUMBER: (Home)** (919) 851-5956
**(Office)** (919) 313-5646

**FAX NUMBER: (Home)**
**(Office)** (919) 313-5696

**E-MAIL ADDRESS:** john_palmour@cree.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 3.0 M

**Ordinary Income** $

**ST Capital Gain** $ 48,000

**BANK REFERENCE:** State Employee's Credit Union

**BRANCH (CITY, STATE):** Cary, NC

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ $140,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ $30M

# Jenkens & Gilchrist

an Illinois professional corporation

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

CLIENT NAME: Calvin H. Carter Jr.

SPOUSE: Kelly M. Carter

ADDRESS: 114 N. Drawbridge Lane
Cary, NC 27513

CHC Drawbridge Lane DMD LLC

PHONE NUMBER: (Home) (919) 481-3078
(Office) (919) 313-5414

FAX NUMBER: (Home)
(Office) (919) 313-5454

E-MAIL ADDRESS: Calvin_Carter@cree.com

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE): 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

AMOUNT OF TRANSACTION: $ 3.0M

Ordinary Income $ 3.0M

ST Capital Gain $

BANK REFERENCE: BB&T; Morgan Keegan

BRANCH (CITY, STATE): Cary, NC; Raleigh, NC

APPROX. ANNUAL HOUSEHOLD INCOME: $ 140K

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ 25M

Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Cathy Greenwold

**SPOUSE:**

**ADDRESS:** 115 Mesa Avenu
Piedmont, CA 94611

**PHONE NUMBER:** (Home) 510-682-7379
(Office) 415-772-5900

**FAX NUMBER:** (Home)
(Office) 415-772-5911

CG Mesa Dmw LLC

**E-MAIL ADDRESS:** cathy.greenwold@themartingroup.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** N/A

**AMOUNT OF TRANSACTION:** $1,250,000

Ordinary Income $250,000

ST Capital Gain $1,000,000

**BANK REFERENCE:** Wells Fargo

**BRANCH (CITY, STATE):** Piedmont, CA

**APPROX. ANNUAL HOUSEHOLD INCOME:** $350,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $5,000,000

# Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Michael A. Covarrubias

**SPOUSE:** N/A

**ADDRESS:** 2197 Divisadero Street
San Francisco, CA 94115

**PHONE NUMBER:** (Home) 415-928-2844
(Office) 415-772-5900

**FAX NUMBER:** (Home) 415-928-2945
(Office) 415-772-5911

MAC Divisadero LLC
Dmo

**E-MAIL ADDRESS:** michael.c@themartingroup.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** N/A

**AMOUNT OF TRANSACTION:** $2,500,000

Ordinary Income $750,000

ST Capital Gain $1,750,000

**BANK REFERENCE:** Union Bank of California

**BRANCH (CITY, STATE):** San Francisco, CA

**APPROX. ANNUAL HOUSEHOLD INCOME:** $750,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $10,000,000

Jenkens & Gilchrist

AN ILLINOIS PROFESSIONAL CORPORATION

Trading Auth

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner*
*and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

**CLIENT NAME:** J. David Martin

**SPOUSE:** Susan K. Martin

**ADDRESS:** 2900 Vallejo Street
San Francisco, CA 94123

**PHONE NUMBER:** (Home) ~~415-931-2024~~ 310-230-8801
(Office) 415-352-1700

**FAX NUMBER:** (Home) 415-931-2025
(Office) 415-352-1711

JDM Vallejo Invest LLC

**E-MAIL ADDRESS:** jdmartin@bpac.com

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $15,000,000

Ordinary Income $3,000,000

ST Capital Gain $12,000,000

**BANK REFERENCE:** Union Bank of California

**BRANCH (CITY, STATE):** San Francisco, CA

**APPROX. ANNUAL HOUSEHOLD INCOME:** $1,000,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $15,000,000

# Jenkens & Gilchrist

A PROFESSIONAL CORPORATION

SMHC

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Leonard Cavens [CAVENS]

**SPOUSE:** Nancie Cavens

**ADDRESS:** 8442 Deer Path
West Chester, OH 45069

**PHONE NUMBER: (Home)** 513 860-0789
**(Office)** 513 870-3604

**FAX NUMBER: (Home)** 513 870-7284
**(Office)**

**E-MAIL ADDRESS:**

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 2,950,000

**Ordinary Income** $ 2,950,000

**ST Capital Gain** $

**BANK REFERENCE:** Provident Bank

**BRANCH (CITY, STATE):** Cincinnati, Ohio

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ 500,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ 1,000,000

LC Deer Path
DMU LLC
CB [struck out] Development
DMU PTRS
CB Fairfield [struck out]
Fairfield Investors
DMC



JG-CL0242412

Designated trader

SMLLC

# Jenkens & Gilchrist

A LIMITED PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

**CLIENT NAME:** Alan Buckey

**SPOUSE:** Karen Buckey

**ADDRESS:** 8533 Twilight Tear Ln
Cincinnati, OH 45249

**PHONE NUMBER:** (Home) (513) 489-6005
(Office) (513) 870-3606

**FAX NUMBER:** (Home) (513) 870-7284
(Office)

**E-MAIL ADDRESS:** AHBUCKEY@PRODIGY.NET

**SOCIAL SECURITY NUMBER (CLIENT):** 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

**SOCIAL SECURITY NUMBER (SPOUSE):** 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

**AMOUNT OF TRANSACTION:** $ 1,200,000

**Ordinary Income** $ 1,200,000

**ST Capital Gain** $

**BANK REFERENCE:** Provident Bank

**BRANCH (CITY, STATE):** Cincinnati, OH

**APPROX. ANNUAL HOUSEHOLD INCOME:** $ 250,000

**APPROX. NET WORTH (EXCLUDING RESIDENCE):** $ 1,000,000 (Before)
1,700,000 (After)

AB Twilight Dmu et LLC
CB ~~[illegible]~~ PCms
DMU
CB Fairfield Dmu ~~[illegible]~~ stas
Dmc



JG-CL0242413

# Jenkens & Gilchrist

A PROFESSIONAL CORPORATION

SMLLC
CSFH
Need trust doc
10 PA

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: ANTONIA P. BUCHSBAUM ~~TRUST~~

SPOUSE: -

ADDRESS: 531 BEECHTREE DRIVE
CINCINNATI, OH 45224

APB Beechtree Inv LLC

PHONE NUMBER: (Home) 513-761-0580
(Office)

FAX NUMBER: (Home)
(Office)

AB Fairfield Invest. Partners

E-MAIL ADDRESS:

APB Fairfield Ohio Investors Inc

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE):

AMOUNT OF TRANSACTION: $

Ordinary Income $ ——

ST Capital Gain $ 2,500,000

BANK REFERENCE:

BRANCH (CITY, STATE):

APPROX. ANNUAL HOUSEHOLD INCOME: $ >180,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ >3,000,000

# Jenkens & Gilchrist

AN ... PROFESSIONAL CORPORATION

## COBRA CLIENT INFORMATION QUESTIONNAIRE

***Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.***

| | |
|---|---|
| CLIENT NAME: David Pease III | David Pease III Trust |
| SPOUSE: Elizabeth D. Pease | |
| ADDRESS: 1100 Ashland Dr. Cincinnati, OH 45208 | same |
| PHONE NUMBER: [redacted] (513) 870-3200 (office) [redacted] 871-1075 (home) | same |
| FAX NUMBER: (Home) (Office) (513) 870-7297 | same |
| E-MAIL ADDRESS: dl3@peasedoors.com | |
| SOCIAL SECURITY NUMBER (CLIENT): 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. | EIN# ______ |
| SOCIAL SECURITY NUMBER (SPOUSE): 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. | |
| AMOUNT OF TRANSACTION: $ | |
| Ordinary Income $ N/A | N/A |
| ST Capital Gain $ 750,000 | 2,500,000 |
| BANK REFERENCE: Key Bank N.A. | |
| BRANCH (CITY, STATE): Cincinnati, OH | |
| APPROX. ANNUAL HOUSEHOLD INCOME: $ 250,000 | N/A |
| APPROX. NET WORTH (EXCLUDING RESIDENCE): $ > 4,000,000 | N/A |

DOJ 060750

# Jenkens & Gilchrist

## COBRA CLIENT INFORMATION QUESTIONNAIRE

*Please complete separate copy for each partner and fax to J&G at 312-425-3909, Attn: Paul Daugerdaus, Esq.*

CLIENT NAME: ANTONIA P. BUCHSBAUM, TRUST

SPOUSE:

ADDRESS: 539 BEECHTREE DRIVE
CINCINNATI, OH 45224

PHONE NUMBER: (Home) 513-761-0580
(Office)

FAX NUMBER: (Home)
(Office)

E-MAIL ADDRESS:

SOCIAL SECURITY NUMBER (CLIENT): 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

SOCIAL SECURITY NUMBER (SPOUSE):

AMOUNT OF TRANSACTION: $

Ordinary Income $ ——

ST Capital Gain $ 2,500,000

BANK REFERENCE:

BRANCH (CITY, STATE):

APPROX. ANNUAL HOUSEHOLD INCOME: $ >180,000

APPROX. NET WORTH (EXCLUDING RESIDENCE): $ >3,000,000

DOJ 060751

# EXHIBIT G23

# SCHEEF & STONE, L.L.P.

ATTORNEYS AT LAW
5956 SHERRY LANE, SUITE 1400
DALLAS, TEXAS 75225

TELEPHONE (214) 696-3450
TELECOPY (214) 696-0377

## TELECOPY TRANSMITTAL

| | | |
|---|---|---|
| TO: | Paul M. Daugerdas | 312-425-3909 |
| | Patrick O'Daniel | 512-404-3520 |
| DATE: | October 22, 1999 | |
| FROM: | Grady P. Dickens | |

NUMBER OF PAGES TO FOLLOW: __1__ CLIENT NO. 999

Attached is a form of non-disclosure agreement Ernst & Young LLP is proposing to use on the strategy we have discussed. I have not reviewed the agreement and offer no comment. As I understand it, however, E&Y is near roll-out, and any agreement Jenkens would require needs to be finalized and delivered to Brian as soon as possible.

CONFIDENTIALITY NOTE: The documents accompanying this telefax transmission contain information belonging to SCHEEF & STONE, L.L.P. that is confidential and legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this telecopied information is strictly prohibited. If you have received this telefax in error, please immediately notify the person identified as the sending person by collect person-to-person telephone call at the number set forth above to arrange for return of the original document to us at our expense.

GOVERNMENT EXHIBIT 23

**NONDISCLOSURE AGREEMENT**

Date

Private and Confidential

[Insert name of Ernst & Young Professional]
Address

Dear :

This confirms that I will hold in strict confidence and will not disclose to others any information about the nature and details of the COBRA strategy Ernst & Young LLP will explain to me. While this agreement does not apply to the extent that I had prior knowledge of the technique, it will nevertheless apply to details contained in any opinion letter, technical memorandum, powerpoint slides or legal documents I review in connection with the implementation of this strategy. This agreement shall remain in effect until such time as I become aware that the same strategy has become the subject of published articles in tax periodicals describing the details of the technique.

I understand that I am under no obligation to participate in implementing the strategy, but I confirm again that I will not disclose it to any other person.

Sincerely yours,

______________________
[Attorney or other Advisor]

# EXHIBIT G24

Robert B. Coplan 10/25/99 04 29 PM

National Tax / PFC
Phone Number: 202-327-6707
Fax Number: 202-327-6725
EYComm: 5252072

To Richard F Kenner/Missouri/Kansas/TAX/EYLLP/US@EY-Namerica
cc Richard J Shapiro/NewYork/TAX/EYLLP/US@EY-Namerica, Martin Nissenbaum/NewYork/TAX/EYLLP/US, Brian L. Vaughn/Southern/TAX/EYLLP/US@EY-Namerica, Melinda S Merk/National/TAX/EYLLP/US, Peter D Leach/NewYork/TAX/EYLLP/US@EY-Namerica
Subject Re: COBRA Question

It seems we just can't keep our strategies in the PFC arena. Actually, I have spent part of yesterday and today on this issue, but there is no definitive answer yet. We (PFC) would prefer not to move it in the corporate arena without the perfect candidate because.

(1) We have a time deadline for implementation, but corps usually have a longer approval process and more outside advisors
(2) A nondisclosure agreement is required and a corp's protection from penalties is not as assured as an individual's is even with the opinion letter, when they sign a confidentiality letter
(3) The firm is very skittish about being associated with corporate tax shelters in the current environment on the Hill and at Treasury (Our own Eric Solomon is Deputy TLC and has started out vocal against these shelters). We don't want to be lumped in with the Big Bad Big 5.
(4) We have not run down the technical issues yet, such as Section 482 — These may not permit Locke Liddell & Sapp to issue their opinion in a corporate setting. I have a call in to the lawyers to see where they come out.
(5) Also, we are insisting that there be another unrelated partner in the partnership to assist in our business purpose argument. It is harder to picture who the 2nd partner is that join the corp

Hopefully, this expresses our current concerns with using the COBRA strategy in a corporate context
We will have more after talking to Brent Clifton at LL&S
Richard F. Kenner

Richard F Kenner 10/25/99 04 55 PM

To coplan
cc:
Subject COBRA Question

Good question from Tom. While I suspect it isn't available to corp's, I wasn't sure. Can you please let us know. Thanks
——————— Forwarded by Richard F Kenner/Missouri/Kansas/TAX/EYLLP/US on 10/25/99 03 53 PM

THOMAS F. KIVELL
Tax Consulting
Phone Number: 515/353-7888
Fax Number: 515/362-7281
EYComm: 2485483
10/25/99 04:52 PM

2003EY001760

GOVERNMENT EXHIBIT 24

PENGAD 800-631-6989

# EXHIBIT G25

Amy W. Keating
05/10/2004 06:55 PM

To: GCO-IRS Tax Matters/EY-APP/US@EY-NAmerica
cc:
Subject: FW COBRA/CDS/PICO

DGuerin@jenkens.com on 03/08/2000 04:06:15 PM

To: Amy W. Keating/Philadelphia/TAX/EYLLP/US@EY-NAmerica
cc:
Subject: RE: Questions

Yes, we would like copies of the tax returns for our files.
The open issues in Carmel Partners has been resolved. We are of the opinion that the loss realized by the BAMC Inc. on the sale of the bonds distributed to it in liquidation of Carmel Partners is long-term capital loss.
Hope you're doing well.
Donna

-----Original Message-----
From: Amy W. Keating [mailto:Amy.Keating@ey.com]
Sent: Monday, March 06, 2000 6:00 PM
To: dguerin@jenkens.com
Subject: Questions

Donna,
Does your firm want copies of the tax returns?
Do you have resolution to the open tax issues in Carmel Partners?

Thanks for your help, Amy

*******************************************************************************
***
Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Ernst & Young LLP
*******************************************************************************
***

PENGAD 800-631-6989 GOVERNMENT EXHIBIT 25

DOJ 032014

# EXHIBIT G26

Robert B. Coplan
05/10/2004 06:42 AM

To: GCO-IRS Tax Matters/EY-APP/US@EY-NAmerica
cc:
Subject: FW:Cobra Transaction Feedback

Thomas A. Dougherty
05/08/2000 01:29 PM

To: Michael S. Kelley/National/TAX/EYLLP/US@EY-NAmerica, Robert B. Coplan/National/TAX/EYLLP/US@EY-NAmerica, Paula B. Kennedy/Minneapolis/TAX/EYLLP/US@EY-NAmerica
cc:
Subject: Cobra Transaction Feedback

As you are all aware, a group of our Minneapolis clients participated in one of the Cobra transactions last year. The purpose of this memo is to provide feedback with respect to their comments on the wrap up of their transactions.

1. Our client was in the money on one of their digital contracts up to the day before the official close They had attempted to have DB close out the transaction while in the money David Parse did not facilitate the close out and when the contract closed, they were out of the money Brian Sullivan, one of the partners to the transaction, seemed to remember that in a conference call on the aspects of a digital contract, DB alluded to the fact that they would close out a position early if the partners so requested Brian indicated some frustration as to their inability to actually get DB to act on the request to close out their position, even at a discount. Brian's comment is that if this would present itself in the future, we should also be in a position to assist our client in this aspect of the transaction

2. Our presentation to the client, in the form of the powerpoint materials, included computational problems in the projected results schedules. Some of them were of no real consequence However, at the end, the loss generated was actually 5% less than what we represented in the presentation. Our clients indicated that they computed their investment based on our projection of potential income or loss from entering into the strategic transactions. For two of the partners, their losses realized were each approximately $1 million less than the amount reflected in the presentation. At least one of the partners is unhappy that his 1999 tax return reflected a balance due beyond that which we helped him estimate for year end tax deposit purposes. In addition, his 2000 estimates will be more than originally projected for the same reason. One other partner has extended his return and does not fully realize that his loss from investment activities will be less than the originally projected amount. Both of these partners may cause us to discount our fees for individual tax return preparation because of this problem We need better review of client presentation materials to avoid similar issues in the future.

3. Our decision to use a coordinated preparation of transaction tax returns was well received Our clients liked the fact that we were paying close attention to coordinating the reporting of similar transactions and achieving efficiency in determining proper wording and disclosure issues. This was a major task by the compliance people involved and for Bob Coplan to review all of them An excellent job by all! Thanks!

GOVERNMENT EXHIBIT 26

PENGAD 800-631-6989

DOJ 031731

# EXHIBIT G27

Robert B. Coplan
01/06/2000 04:05 PM

To: Charles R. Kowal/Southeast/TAX/EYLLP/US@EY-NAmerica, Michael K Szaltowski/Southeast/TAX/EYLLP/US@EY-NAmerica, Robert Johnson/GulfCoast/TAX/EYLLP/US@EY-NAmerica, Richard W Jones/GulfCoast/TAX/EYLLP/US, Richard J Joyner/Southwest/TAX/EYLLP/US@EY-NAmerica, Victoria R Mutalloni/Southwest/TAX/EYLLP/US@EY-NAmerica, Allan M Harbour/SCalifornia/TAX/EYLLP/US@EY-NAmerica, Michael S Ferdinandi/SCalifornia/TAX/EYLLP/US@EY-NAmerica, James A Cox/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Robert M Haynes/NCalifornia/TAX/EYLLP/US@EY-NAmerica, Michael Reed/MissouriKansas/TAX/EYLLP/US@EY-NAmerica, Richard F Kramer/MissouriKansas/TAX/EYLLP/US@EY-NAmerica, Brian W Upchurch/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Carl A. Rhodes/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Jeff Brodsky/Chicago/TAX/EYLLP/US@EY-NAmerica, Gary M Dubbell/Chicago/TAX/EYLLP/US@EY-NAmerica, David G Johnson/NOhioEMichigan/TAX/EYLLP/US@EY-NAmerica, William P Murphy/NOhioEMichigan/TAX/EYLLP/US@EY-NAmerica, Charles R Cangro/NewYork/TAX/EYLLP/US@EY-NAmerica, Glenn H Hascher/Connecticut/TAX/EYLLP/US@EY-NAmerica, Robert L Carson/NewEngland/TAX/EYLLP/US@EY-NAmerica, Andrew Kyriacou/NewEngland/TAX/EYLLP/US@EY-NAmerica, Charles W. Paul/Washington/TAX/EYLLP/US@EY-NAmerica, Michael F. Beaver/Washington/TAX/EYLLP/US@EY-NAmerica, Mark A Troncone/Pittsburgh/TAX/EYLLP/US@EY-NAmerica, James A Hutchinson/Philadelphia/TAX/EYLLP/US@EY-NAmerica, Robert C Schlememan/SOhioKentuckyIndiana/TAX/EYLLP/US@EY-NAmerica, Brian L Vaughn/Southeast/TAX/EYLLP/US@EY-NAmerica, Martin Nissenbaum/NewYork/TAX/EYLLP/US, Peter D Lacock/NewYork/TAX/EYLLP/US@EY-NAmerica, Melinda S Martin/National/TAX/EYLLP/US, Robert B. Coplan/National/TAX/EYLLP/US@EY-NAmerica, David Gesser/NewYork/TAX/EYLLP/US@EY-NAmerica, Ray Knight/Carolinas/TAX/EYLLP/US@EY-NAmerica, Richard J Shapiro/NewYork/TAX/EYLLP/US@EY-NAmerica, Robert J Garrett/National/TAX/EYLLP/US@EY-NAmerica, Charles L Ratner/NOhioEMichigan/TAX/EYLLP/US@EY-NAmerica, Sylvia J Pozarnsky/Chicago/TAX/EYLLP/US, Hunter A Payne/Washington/TAX/EYLLP/US@EY-NAmerica, Jennifer L Haggerty/Philadelphia/TAX/EYLLP/US@EY-NAmerica, Paula B Kennedy/Minneapolis/TAX/EYLLP/US@EY-NAmerica, Lynne M. Lehman/SCalifornia/TAX/EYLLP/US@EY-NAmerica, Stewart G. Goodson/GulfCoast/TAX/EYLLP/US@EY-NAmerica, John M Baer/Minneapolis/TAX/EYLLP/US@EY-NAmerica, Stephen R Akers/Southwest/TAX/EYLLP/US@EY-NAmerica, Jeffrey S. Williams/Chicago/TAX/EYLLP/US@EY-NAmerica, Sarton C. Francis/Florida/TAX/EYLLP/US@EY-NAmerica, Robert J. Sepe/SCalifornia/TAX/EYLLP/US@EY-NAmerica

cc: David J Kautter/National/TAX/EYLLP/US@EY-NAmerica, Michael S Kelley/National/TAX/EYLLP/US@EY-NAmerica, Ronald E Friedman/National/TAX/EYLLP/US@EY-NAmerica, Edward Smalec/National/TAX/EYLLP/US@EY-NAmerica

Subject: Results of January 5th Meeting Re VIPER Strategies

After a lengthy discussion of the issues involved in the marketing of COBRA, the conclusion reached by Mike Kelley, Ron Friedman and others yesterday was that the firm would not market this strategy in 2000. The primary reasons for this involved the perceived changes in the landscape now being faced by

2003EY001046

GOVERNMENT EXHIBIT 27

PENGAD 800-631-6989

tax-advantaged strategies after the issuance of Notice 99-59 last month and the publication of the PWC BOSS opinion and scathing commentary of BOSS in Tax Notes

We are well aware that many of you had tee'd up COBRA opportunities late last year for execution in 2000 It will be necessary to advise these clients ASAP that we have decided not to sell this strategy We should indicate to these clients that the issuance of Notice 99-59 on December 3, 1999 signals the increased level of scrutiny that will be brought to bear on transactions like BOSS, that generate permanent ordinary losses, and the heightened penalty risk that will be faced by clients (and our firm) after issuance of the Notice. Specifically, it is not uncommon for the IRS to follow up the issuance of a Notice with the the issuance of regulations that adopt the Notice publication date as the effective date of the regulation Thus, transactions done in 2000 may bear a higher risk of being attacked and of being subjected to penalties than ones done before issuance of the Notice. This explanation of our decision should not raise questions about the 15 transactions that were completed in November 1999

You may be faced with a situation whereby clients to whom you have already described the transaction specifically ask who else they could go to in order to implement it. We should first reiterate our concerns about the heightened risks associated with the transaction. If the client insists he understands the risks, and continues to push us for a way to implement the transaction, we should avoid making an outright referral. The most obvious entity to mention to the client as a possibility would be Jenkens & Gilchrist, since we had been working with them, and we may have even communicated that fact to the prospect already. A difficulty with this approach is that J&G does their "non-E&Y" transactions in a manner that we did not feel rose to a more likely than not standard. So we would have a hard time referring prospects to them unless we knew they would use our fine-tunings of the strategy. If J&G did not implement our modifications to the strategy, it may force us to consider whether we could sign the tax return without adequate section 6662 disclosure. Let me know if you encounter problems in this regard.

The obvious question that follows is, "What about CDS?" Although it was not felt that the Notice impacted CDS as directly as COBRA, a reconsideration of CDS is under way that will be concluded by early next week. I am well aware of your urgent need for an answer to this question, and we are working to expedite reaching a conclusion with the appropriate parties.

Rest assured we are still working on developing new strategies to deploy, and trying to complete projects such as STOP, STOP II, and the OID Trade.

In order to give you an opportunity to discuss these developments and raise your concerns, I am going to schedule a conference call for the Quickstrike Team members and Area Directors of PFC, on Tuesday morning, January 11 @ 11:00 Eastern Time. Details to follow

2003EY001047

# EXHIBIT G28

| | |
|---|---|
| From: | Michael Lowengrub |
| Sent: | Thursday, July 20, 2000 5:36 PM |
| To: | Linnae Latessa; Vincent Tricarico |
| Subject: | PBA JV programs with Structured Transactions Group of GCI |
| Attach: | Binary Options-Boyle.doc; BOPS strategy.ppt; FX strategy in custody.doc; cards summary.doc; cards schematic.ppt |

---

FYI....

Michael Lowengrub
Private Bank - Americas Controlling
280 Park Ave, Flr 6W
MS #1066
Tel # (212) 454-1671
Fax# (212) 454-0203

---------------------- Forwarded by Michael Lowengrub on 07/20/2000 06:36 PM ----------------------

From: Charles.R.Binder@db.com on 07/20/2000 07:00 PM GMT
To: Christof Fritzen/AM/Zentrale/DeuBa@Zentrale
cc: Paul W Higgins@Bankers_Trust; Michael Lowengrub/NewYork/DBNA/DeuBa@DBNA
Subject: PBA JV programs with Structured Transactions Group of GCI

Chris,

It's time for me to summarize the various programs that are being implemented in a JV type format between the PBA and the Structured Transactions Group [STG] of GCI. The STG is the tax structuring group on the trading floor. Bill Boyle heads up that function and has been working with both John Rolfes in NY and Mark Westoff and Mike Jacoby in Chicago on separate yet somewhat similar strategies for HNW clients in the US that have been proposed by tow different fx consulting firms working in conjunction with two big 8 accounting firms.

As you and I discussed today, I will endeavor to have Paul, Bill Boyle and I meet with John Ross to confirm his approval of the amounts and types of these programs, and the degree of controls we have built around implementation.

1. The original Blips program designed by Presidio Advisors [the fx consulting firm] is back. An additional $1bn is anticipated, with the PB acting as custodian for the transaction. GCI has all the execution, market and credit risk. Credit officer in GCI is Paul McHugh. The one change this time around is that John Wadsworth in tax made it a requirement to have the loan required for the structure outsourced. Therefore the loans will be

GOVERNMENT EXHIBIT 28



DB-DOJ-COBRA-00030714

made to each LLC involved by Hypoveriensbank. The depositis created therefrom will be held in a custody account and secure the Hypo loan. Therefore DB will be the bailee for Hypo and i have requested Rolfes insure that I see the bailment agreement before it is signed.

The PB will also do the KYC processing that is prepared by the acctg firm on their client.

The PB will receive 20 bpts on the volume of fx trading done by DB. On $1bn volume this would be $2mm in revenue.

2. Binary Options Strategy

This is also a Presidio advisors strategy coordinated through John Rolfes and Bill Boyle. We spoke of this strategy while you were in NY last. Paul higgins is also familiar with the structure as I presented it to you and Paul on a flip chart schematic. It involves the creation of an LLC which buys an fx or other option and simultaneously sells the same underlying through a second option. Because these are binary, they each either pay or not. The tax treatment is opined on by an outside law firm and the big 8 acctg firm for the benefit of it's client. I am attaching two files here. One is writeup sent to me by Bill Boyle and the other is my writeup hitting on the salient points for the PB.

(See attached file: Binary Options-Boyle.doc)(See attached file: BOPS strategy.ppt)

The PB to make minimum 20 bpts on anticipated $2.5bn in premiums paid by cps. This would amount to revenue of $5mm.

3. Prepaid Forward Agreements

Again for clients of Presidio/KPMG. This is not fullied vetted yet. I actually just got wind of this when I asked Rolfes for a listing of all the programs he is working on. From what he tells me these will be up to $1bn of Variable Delivery Forward Agreements, which will be used in conjunction with a Presidio/KPMG tax strategy for their clients. This is a possible PB deal and does not involve the STG. Therefore, since it is a product that we currently offer through the PB SPG in NY [Maryann Coleman's group] and is an equity monetization product used to diverisfy low basis stock positions by selling the stock forward and DB prepaying the net present value using a loan rate as the discount factor, these will be treated as any other VDF capital markets trades. The cps will have to be credit cleared and the stocks involved will have to qualify for short sales that the bank will have to make in order to collar the stock. Rolfes has indicated that if we do $1bn of these VDFs that we will earn 25 bpts which is $2.5mm. That seems low to me since our traditional pricing for a VDF is based on a Libor+100-125 bpts. Maryann tells me we probably can't get more than the 25 bpts for the PB piece since this is only a one year trade and the desk will have to make at least the other 25 bpts.

4. Bricolage Capital fx strategy-PB custody

The PBA Chicago Office has implemented, with my prior approval, handling the custody for approximately 35 clients of Arthur Andersen and BDO Seidman that are also being advised on fx trading by Bricolage Capital, an fx advisory firm. All internal approvals were already obtained by Bill Boyle in STG. The trades will again relatively short term, maxing out at 9 months. The size of this program [see attached file containing Bill Boyle's writeup in LN] is estimated to be 100 clients averaging $25-50mm in trades for a total program of $3-5 bn during yr 2000. The PBA custody group has priced this busines based on it's reveiw of the required work by custody. For reference I am attaching Bill Wyman's writeup [as a file] describing his understanding of the PBA custody group's role. the custody group has agreed to charge $10m for a single account for an individual and $20m for any spv used. Currently we have 35 custody accounts which would generate $700m if all were spvs. If we actually opened 100 accounts @ $20m that would be $2mm for the PBA. Assuming that the fx desk was able to make 10 bpts through the middle they would make $5mm on the trading. I would be surprised if they would be making more than that and probably somewhat less.

(See attached file: FX strategy in custody.doc)

5. Custom Adjustable Rate Debt Facility ["CARDS"]

Bill Boyle is working with the family office known as MY CFO.com to structure a tax advantaged program that was originally created by the BT tax structuring group in 1998. The structure requires a UK based investor as welll as the US based investor who receives the tax benefit. The structure involves DB making a loan, whose proceeds are used to purchase a deposit, both in Euros. Part of the deposit, as outlined in the writeup on the product by Bill Boyle, is then sold to the US investor [through a second LLC] by his LLC #2 taking on a joint and several liability on the entire loan that DB made to the LLC. The US investor pledges the "purchased" deposit back to DB. His tax basis in the asset purchased becomes the entire amount of the loan for which he is now liable. Upon sale of that portion of the total deposit which he [LLC#2] purchased, he has a tax loss which he can use against his income in the US. The sale takes place by liquidating the Euro based deposit and converting it into a US dollars [deposit], which remains pledged to the DB loan. The cross currency risk on the smaller portion of the deposit which is converted into the dollar based deposit, will be hedged by GCI. All credit, opertional and market risk in the structure is for GCI's account. The credit officer in GCI is Paul McHugh. PBA will do the KYC on participating investors, and will custody the deposits created from the loan proceeds. The tenor of the transactions is expected to be relatively short, max 6-9 months. However, the actual loan will be set up for a 30 year term. The interest rate on the loan however, will be reset annually. Remarketing period for the interest rate will be annually.

After the smaller deposit is converted into USDs [with the bank maintaining a security interest in those USDs], by LLC# 2, it may request that those deposits be placed in a different asset class and substitute those assets as collateral for the loan. The substitute assets must be haircut for collateral purposes, and this should require equity be put into the LLC# 2, by the US based investor at the time of substitution. GCI credit will be responsible for establishing the appropriate haircut on the collateral proposed for substitution. PBA Credit Risk Management will assist in establishing the appropriate haircut if requested to do so. When this



DB-DOJ-COBRA-00030716

product arose during the BT time frame, guilts were also proposed as the collateral. The haircut for short term British government obligations was approximately 5%, and would have to be mtm reqularly, with top ups required if the margin was not maintained.

Attached are two files prepared by Bil Boyle etal. One is a draft writeup on the product with schematic, and the other is a draft summary of the the background on the product and the various key issues that have heretofore been addressed. It covers legal advice DB is taking in it's role to execute, as well as the separate legal firms advising the UK and the US investors respectively. It also lists the approval groups whose must sign off prior to any executions of the strategy. Since these are drafts they should not be considered final works.

Program size could be upwards of $1bn. PBA revenue has not been finalized, but Mark Westoff mentioned GCI non-interest revenue to STG in the range of 100 bpts in structuring fees on the loaned amounts, with PB receiving 10-20 bpts or $1-2mm per $1bn of loan volume. This has not yet been finalized between PBA and STG.

(See attached file: cards summary.doc) (See attached file: cards schematic.ppt)

Best regards

Chuck

- Binary Options-Boyle.doc
- BOPS strategy.ppt
- FX strategy in custody.doc
- cards summary.doc
- cards schematic.ppt

<<...>> <<...>> <<...>> <<...>> <<...>>

To: Charles R Binder@Bankers_Trust
cc: john.rolfes@db.com@HUB
Subject: Approval for PBA to be custodian for Presidio FX trades

The Structured Transactions Group ("STG") and the Private Bank ("PB") has the opportunity to execute a number of foreign exchange ("FX") investment strategies (the "Strategies") through the DB FX desk on behalf of clients, primarily individuals, of KPMG. These strategies are similar to the FX transactions we had approved earlier for the clients of several accounting firms (i.e. Arthur Andersen & BDO Seidman). Similar to the earlier deals where these accounting firms are introducing Bricolage Capital, L.L.C. ("Bricolage") to their clients to promote their FX investment strategies, KPMG will introduce Presidio Advisors ("Presidio") to its clients. Clients may participate in the Strategies through either/both: 1) segregated investment accounts ("Managed Accounts") managed by Presidio in close coordination with the Investor; or 2) discretionary investment partnerships ("Investment Partnerships") managed by Prsidio with multiple investors. It is anticipated that the clients may participate in the first part of the Strategy through a newly-created LLC of which the client is the sole member.

**Strategy**

Presidio is a registered investment advisor that has devised a FX investment program which combines fundamental macroeconomic research on foreign currencies with the structuring of options that refine and enhance the risk-reward characteristics of short-term and long-term directional investment strategies. Presidio believes that the combination of the aforementioned analytical techniques creates the opportunity for high risk-adjusted returns over time. Due to the relatively esoteric nature of the investment program, Presidio has developed a two-step process to familiarize potential investors with Presidio and its investment strategies. First, investors can create a Managed Account, for which Presidio will work with the investor to develop a tailored investment program that meets the investor's risk-reward profile. Second, as the investor attains comfort with the investment strategy, he/she can enter an investment partnership and benefit from its lower fee structure and diversification.

**Legal Counsel and Professional Advice to Investor**

In evaluating the tax consequences to the investor of participating in the Strategies, Brown & Wood will provide tax opinions to the investors addressing the potential tax consequences to the investors of participating in the Strategies. In addition, the KPMG may provide separate or concurring opinions or advice to its clients regarding the tax consequences to the investors from participating in the Strategies.

**DB's Role in the Strategies**

DB's role in the strategies is simply executing the FX trades on behalf of the investors based upon orders given to DB by the investors, Presidio acting on behalf of the investors through the Managed Accounts or for the Investment Partnerships managed by Presidio. In addition to any profit the FX desk generates through the pricing on the FX trades, DB will also receive a fee for executing and processing information related to the trades. In addition, we understand that a number of other commercial and investment banks have played a similar role in executing these type of trading strategies, in significant size, on behalf of their clients. In this deal with Presidio, we understand that AIG will also be executing a significant portion of the deals.

**Investor and Investment Advisor Representation Letters and Trading Confirms**

Consistent with our sole role in executing the trades, we will receive representations from: 1) Presidio that we are acting solely in our capacity of executing the trades and have no role in the marketing of any of the transactions; and 2) the investor that we are acting solely in our capacity of executing the trades, we have no role in marketing the Strategies to the investor, we have not provided any investment, legal, accounting or tax advice to the investors regarding any investment in the strategies and that the investor

is represented by counsel regarding the legal consequences of their participation in the Strategies. In addition, the trading confirms will contain language which provides we have not provided any investment, legal, accounting or tax advice regarding the execution of the trades. The representation letters have been prepared by Shearman & Sterling and reviewed by the legal department (See the representation letters provided in the 1999 year end BDO Seidman trade). In addition, the legal department has reviewed the trading confirms created by the FX desk for these types of transactions (See the confirms used inthe 1999 BTAB FX trades).

**Private Bank Role**

PB will open the client custody accounts through which the Strategies will be executed. The FX desk and RVG will provide the mark-to-market reporting on the investment positions to Presidio and the clients. PB will provide reporting on the opening and closing cash positions in the client accounts. In addition, similar to the 1999 BLIP's deals, the client accounts may hold a small amount of FX or equity upon conclusion of the underlying trading strategy. Such amounts are expected to be disposed of within a short period subsequent to their receipt in the accounts. As part of the account opening process, the Private Bank will provide the "know your client" review and obtain the KYC approval to open the accounts.

**Transactions/Approvals**

We anticipate our role in executing this strategy may be in the $1-2 billion range. These transactions will be part of the similar FX transactions approval we have received from the Tax Department and the New Products Commitee. Currently, we have appoval from Tax to execute up to $3 billion of these transactions. As we approach that amount, we will need to revisit with Tax to reevaluate the program and determine additional amounts we may be interested in executing. Tax and New Products have met with John Ross regarding the execution of these transactions.

We would like PB's approval for it to participate in the aforementioned roles. Should you have any questions, please give me a call.

Best regards,

Bill



DB-DOJ-COBRA-00030719

# Binary Options Strategy: Credit Risk Mgmt PBA summary

This document sets forth the respective understandings of the PBA and STG on the strategy implementation

prepared by Chuck Binder MD and SCO PBA

2/4/2005

GOVERNMENT'S EXHIBIT 898



DB-DOJ-COBRA-00030720

# Binary Options Strategy

- Binary defined as either pay a fixed amt or zero. Payoff not related to level of appreciation over the strike price.
- Each transaction consists of two trades. One long the other short on the same underlying.
- Underlyings may be fx, or other so long as both trades are on the same underlying
- FX desk will not accept an order unless both trades are requested at the same time.



DB-DOJ-COBRA-00030731

- An LLC to be established for each client
- PB to KYC and have subsequent access
- Amount of option premium paid by cp to DB related to amount of income of cp
- step 1: DB buys option from cp for 98% of the option premium to be paid by cp to DB
- step 2: CP buys option from DB for 102% of premium received from DB

- CP must infuse the premium difference into the LLC at time of execution of the two simultaneous trades. [2% of prem paid by cp]
- Strikes on both options are about the same. Any spread must fall within DB's ability to set a bid/ask spread. Both options must either pay off or not. Market risk/ops risk on execution is for account of GCI desk executing.

# Page 4

- Options the cp purchases will always pay off more than what the cp owes on the option sold to DB. [eg. 4 x premium rec'd vs 5 x premium paid]
- Since options will either each pay a fixed amount or zero, the option purchased will always be worth more than the option sold to DB by the cp.
- This translates to zero credit risk based on netting under the ISDAs required.

- There are no notionals attributable to the trades, only premium amts.
- Hedges on the options are the risk of GCI
- No credit risk on these trades when executed as per the strategy.
- Tax opinions and any supporting approvals for new product purposes to be provided to PBA Risk Mgmt prior to execution.
- DB docs to reflect no advisory relationship between DB and cp.





DB-DOJ-COBRA-00030725

## Page 6

- Documentation for LLC and client disclosures to be approved by GCI/legal/outside counsel. Including confirms and ISDA's.
- List of all approved cps and their LLC entities to be maintained in ORM for the PBA.
- Any limits needed for any cp entity to be approved by PBA CRM. Limits required to be provided by STG prior to trading.

- Program limit = $2.5 bn in premiums bought by cps. This limit is aggregate for this strategy. Excess to be approved by PBA CRM and Head of PBA.....notice to CRO PB
- JV income split: PB min 20 bpts of fees paid by cps to GCI. Potentially $ 5mm
- Financials on the cps and the LLC
- tax dept sign off on level of strategy limit and tax opinions being provided by outside law firms to the cps





DB-DOJ-COBRA-00030727

- Simultaneous trades must have matching maturities.
- Max tenor for the strategy implementation for any given LLC to be 60 business days. After the execution period is over , no additional trades need be booked.
- STG will monthly send a spreadsheet listing the aggregate trades, both long and short that are outstanding with maturity dates, aggregate premiums paid to date for each LLC.





DB-DOJ-COBRA-00030728

I approve the change to include the forwards. Thanks for your confirmation Bill W.
[this duplicates a message I sent on 4-28-2000, which was subsequently deleted. That is why this message has the date of 7-19-2000 on it]

---------------------- Forwarded by Charles R Binder on 07/19/2000 03:17 PM ---------------------------

# *Reply to Message*

**To:** Charles R Binder@Bankers_Trust
**cc:** William Boyle@Bankers_Trust
Mark R Westhoff@Bankers_Trust
**From:** William S Wyman
**Date:** 04/28/2000 05:05:08 PM
**Subject:** Re: Approval for PBA to be custodian for fx trades under the struture proposed.

Chuck,

As Mark indicated, what the Custody product has agreed to related to this client has nothing to do with trust reporting or monitoring, preparation of any tax reports or returns, or any limitations for the recording of fx transactions or holdings since these accounts would be held on our Global Plus system which is multi-currency and can hold such instruments (e.g., fx forwards, options).

At the bottom of this note, I still stand behind the details as outlined in my original 2/4 note. I hope this help. Please let me know if you have any further queries.

Regards,

Bill

To: Charles R Binder@Bankers_Trust

cc: William S Wyman@Bankers_Trust, William Boyle@Bankers_Trust, William J Wilkie@Bankers_Trust, Michael S Jacoby@Bankers_Trust, Cari LaRose@Bankers_Trust

Subject: Re: Approval for PBA to be custodian for fx trades under the struture proposed.

Chuck,

I just spoke to Bill Wyman regarding the attached and he has given his verbal approval for this transaction. Bill Wyman is on the West coast today and will have access to e-mail tomorrow at which point he will document his approval. Also note that these accounts are maintained on our Global+ system which is a multi-currency system and can handle fx reporting. I believe Bill Wilkie was referring to our AIMS system which is a domestic system that can not handle fx reporting.

Regards, Mark

---------------------- Forwarded by Mark R Westhoff on 04/26/2000 02:29 PM ---------------------------

To: William Boyle@Bankers_Trust

cc: Michael S Jacoby@Bankers_Trust, Mark R Westhoff@Bankers_Trust, Cari LaRose@Bankers_Trust, francesco.piovanetti@db.com@HUB, William S Wyman@Bankers_Trust, William J Wilkie@Bankers_Trust, Lori Callahan@Bankers_Trust

Subject: Re: Approval for PBA to be custodian for fx trades under the struture proposed.

Bill, I have no problem with forwards [although I am not approving the trade side for credit], however there was a question raised as to our ability to handle certain aspects of the acctg in these custody accounts. I would therefore like to have Bill Wyman opine on this aspect prior to providing PB signoff. Bill Wilke indicated to me that the trust acctg system is somehow linked into the custody product's providing this service and raised a reservation to me the other day.
regards
Chuck

To: Charles R Binder@Bankers_Trust

cc: Michael S Jacoby@Bankers_Trust, Mark R Westhoff@Bankers_Trust, Cari LaRose@Bankers_Trust, francesco.piovanetti@db.com@HUB

Subject: Approval for PBA to be custodian for fx trades under the struture proposed.

Chuck,

As we discussed earlier, the Private Bank is acting as custodian for certain FX transactions the FX desk is executing on behalf of clients of Arthur Andersen and BDO Seidman through Bricolage. The clients are referred to Bricolage by Arthur Andersen and BDO Seidman and will be represented in the transactions by the law firms Curtis-Provost, Colt & Mosle ("Curtis Mallet") or Arnold & Porter ("A&P"). In addition to acting as custodian on the transactions, the Private Bank is also completing the KYC process. The FX trades in the transaction involved long and short positions in FX options. In addition to the FX option trades, Bricolage would like to take certain positions in a series of forward FX trades with Deutsche Bank. These FX Forward trades will be, in effect, like yield curve trades. For example, the client will typically be long a 9 month forward vs short a 9.5 month forward. The trades will be executed in the G7 currencies as well as in the Scandi currencies (DKK, SEK, NOK). The addition of these trades to the transactions has been reviewed and aproved by legal, credit and tax. Similar to the option trades in the transaction, the Private Banks involvement continues to be limited to acting as custodian and providing the KYC approval and will continue to have no credit exposure.



DB-DOJ-COBRA-00030730

I wanted to inform of these additional trades and would appreciate it if you could forward to me for our files and new products commitee files your ok with the Private Banks role in the forward FX trades similar to the role in the FX option trades for the transactions.

Thanks,

Bill

---------------------- Forwarded by William Boyle on 04/18/2000 12:42 PM ---------------------------

To: William Boyle@Bankers_Trust
cc: Paul W Higgins@Bankers_Trust, Alfred Dengler@HUB, William S Wyman@Bankers_Trust, Paul Glover@Bankers_Trust, francesco.piovanetti@db.com@HUB, Michael S Jacoby@Bankers_Trust, Mark R Westhoff@Bankers_Trust, Cari LaRose@Bankers_Trust, Paul Mchugh@HUB
Subject: Approval for PBA to be custodian for fx trades under the structure proposed.

**Subject to adhering to my comments and in light of the fact that the last section has been accomplished with the product people in custody, I am approving the PB's participation as custodian for these transactions. I understand that the KYC process is underway and needs to be completed in order to start any trading in the accounts.**

---------------------- Forwarded by Charles R Binder on 02/01/2000 09:40 AM ---------------------------

To: Charles R Binder@Bankers_Trust, Allan Cuttle@Bankers_Trust
cc: higgins, dengler, wyman, Paul Glover@Bankers_Trust, francesco.piovanetti@db.com@HUB, Michael S Jacoby@Bankers_Trust, Mark R Westhoff@Bankers_Trust, Cari LaRose@Bankers_Trust
Subject: Approval for Execution of FX Transactions

**[Bill, my comments are in bold.]**

The Structured Transactions Group ("STG") has the opportunity to execute a number of foreign exchange ("FX") investment strategies (the "Strategies") through the DB FX desk on behalf of clients, primarily individuals, of several accounting firms (i.e. Arthur Andersen, BDO Seidman & Ernst & Young). These accounting firms are introducing Bricolage Capital, L.L.C. ("Bricolage") to their clients to promote their FX investment strategies. Clients may participate in the Strategies through either/both: 1) segregated investment accounts ("Managed Accounts") managed by Bricolage in close coordination with the Investor; or 2) discretionary investment partnerships ("Investment Partnerships") managed by Bricolage with multiple investors. It is anticipated that the clients may participate in the first part of the Strategy through a newly-created LLC of which the client is the sole member.

**Strategy**

Bricolage is a registered investment advisor that has devised a FX investment program which combines fundamental macroeconomic research on foreign currencies with the structuring of options that refine and enhance the risk-reward characteristics of short-term and long-term directional investment strategies. Bricolage believes that the combination of the aforementioned analytical techniques creates the opportunity for high risk-adjusted returns over time. Due to the relatively esoteric nature of the investment program, Bricolage has developed a two-step process to familiarize potential investors with Bricolage and its investment strategies. First, investors can create a Managed Account, for which Bricolage will work with the investor to develop a tailored investment program that meets the investor's risk-reward profile. Second, as the investor attains comfort with the investment strategy, he/she can enter an investment partnership and benefit from its lower fee structure and diversification.

**Legal Counsel and Professional Advice to Investor**

In evaluating the tax consequences to the investor of participating in the Strategies, Curtis, Mallet-Provost, Colt & Mosle ("Curtis Mallet") and potentially Arnold & Porter ("A&P") are available to provide tax opinions to the investors addressing the potential tax consequences to the investors of participating in the

Strategies. In addition, the accounting firms may provide separate or concurring opinions to its clients regarding the tax consequences to the investors from participating in the Strategies.

**CB note : Every new client we accept must have been provided a tax opinion from either C+M or A+P or the respective acctg firms whose clients these are.**

DB's Role in the Strategies

DB's role in the strategies is simply executing the FX trades on behalf of the investors based upon orders given to DB by the investors, Bricolage acting on behalf of the investors through the Managed Accounts or for the Investment Partnerships managed by Bricolage. In addition to any profit the FX desk generates through the pricing on the FX trades, DB will also receive a fee for executing and processing information related to the trades. In addition, we understand that a number of other commercial and investment banks have played a similar role in executing these type of trading strategies, in significant size, on behalf of their clients .

Investor and Investment Advisor Representation Letters and Trading Confirms

Consistent with our sole role in executing the trades, we will receive representations from: 1) Bricolage that we are acting solely in our capacity of executing the trades and have no role in the marketing of any of the transactions; and 2) the investor that we are acting solely in our capacity of executing the trades, we have no role in marketing the Strategies to the investor, we have not provided any investment, legal, accounting or tax advice to the investors regarding any investment in the strategies and that the investor is represented by counsel regarding the legal consequences of their participation in the Strategies. In addition, the trading confirms will contain language which provides we have not provided any investment, legal, accounting or tax advice regarding the execution of the trades. The representation letters have been prepared by Shearman & Sterling and reviewed by the legal department (See the representation letters provided in the 1999 year end BDO Seidman trade). In addition, the legal department has reviewed the trading confirms created by the FX desk for these types of transactions (See the confirms used inthe 1999 BTAB FX trades).

Private Bank Role

The Private will open the trading accounts through which the Strategies will be executed. In addition, the Private Bank will provide information reporting to the investors based upon mark-to-market reporting provided to the Private Bank by the FX Desk. As part of the account opening process, the Private Bank will provide the "know your client" review and obtain the KYC approval to open the accounts.

**CB note: to be specific....the PB has been requested to open custody accounts not trading accounts in which will be reflected the fx positions being directed by the investment advisor, Bricolage. Trading accounts require ISDAs to be put in place for the cps under which fx trades will be executed. The advisor is to be KYC'd before we begin to open any accounts. The KYC forms are to be approved by the PB Risk Management function in conjunction withm the assistance of the Operating Risk Management Group run by Allan Cuttle. Any trading account documentation is to be approved by the Credit Function in GCI assigned to cover the STG. I understand that Credit Officer will be Paul Mchugh. The trading account docs are separate and apart from the custody docs being signed up by the PB. [just like an ISDA would be separate from a custody account doc.]**
**STG will also be responsible for insuring that the advisor Bricolage has the appropriate authorities provided to it by the account owner in a form satisfactory to the bank's legal counsel giving the advisor authority to direct the bank to make the trades that comprise the strategies. The trading agreement may or may not require collateral, but that also will be determined by Paul Mchugh in Credit. It will also be GCI Credit's responsibility to evaluate the creditworthiness of the spvs set up for each client and the credit requirements attached thereto.**
**GCI Credit will also be assuming the margin monitoring role should Credit require the trades to be collateralized.**

**Transactions**
We anticipate a potential market for this particular transaction through the aforementioned accounting firms to be in the $3-5 billion range with an average transaction size of approximately $25-50 million for the 2000 calendar year.

**CB note: STG will be responsible for obtaining from GCI Credit any limits to be applied to the program in order to insure prudent levels of control. Individual limits per counterparty are the more practical application. However, since this is a tax oriented strategy being reccommended by an outside advisory firm to the clients of several major acctg firms, DB's involvement as cusotidan and as the fx strategy execution party, should maintain some level of measured control over the ultimate size of the program.**

**Approval**
We met with Ted Dengler and Mike Crimmins of the New Products Committee to discuss the sign offs they would like for 2000. Based upon the fact that these trades are similar to the earlier BTAB type trades and that legal and compliance reviewed the FX desk role in those transactions, Ted and Mike have requested that we recieve sign-off from tax, compliance, legal, Private Bank and BAC. STG would like to obtain approval from you, in your respective roles for the Private Bank,for the Private Bank to provide the information reporting and account opening roles described above as part of the execution of the FX trades by DB in the aforementioned Strategies.

**CB note: Bill Wyman should be signing off for the PB cusotdy product as they are being asked to provide certain reporting on the fx positions etc. I would like to know that Bill is agreeable to taking on this role and is satisfied with his ability to provide this level of reporting.**
**I also want to know that Paul Higgins, Head of the PB Americas, has given his final approval for the PB to be handling this type of program. After Messrs Wyman and Higgins have given their approvals, I am prepared to provide PB risk Management approval for hte PB's role here.**

Best Regards,

Bill

cc: Charles R Binder@Bankers_Trust
William S Wyman@Bankers_Trust
William Boyle@Bankers_Trust
Michael S Jacoby@Bankers_Trust
Cari LaRose@Bankers_Trust

To: Charles R Binder@Bankers_Trust
cc: See the mailing list below.
From: William S Wyman
Local Date:02/04/2000 08:07:37 AM
Sender's Date: 02/04/2000 07:31:52 AM EST
Subject: **Re: Approval for PBA to be custodian for fx trades under the struture proposed.**

Chuck,

I discussed your note with Marguerite Van Wowk and Ann Aziz who have been doing the legwork on the custody side. We would like to convey the following:

Our responsibilities as custodian have not been documented and we believe they should be appropriately communicated to interested parties to ensure our understanding of the tasks (e.g., being "agreeable to taking on this role and is satisfied with his (Custody's) ability to provide this level of reporting") matches theirs. In summary, we believe Custody has been asked and is pleased to:

- open and custodize Managed (LLCs and Grantor Trusts) and Investment Partnership accounts. Assets in these accounts will include US & Non-US cash, non-US long & short options in G7 and emerging market countries structured by the Structured Transactions Group (STG), U.S. Treasury Bills, and US Equities.
- obtain month-end and key date prices for the options.
- provide month-end statement(s) detailing transactions and holdings valuations.
- process inter-account transfers of securities.
- complete option processing (knock-out feature).
- prepare 1099s and 1099Bs.
- include "partnership redemption" in transaction text when securities are being transferred to Managed account.

However, as custodian, we do not believe it is our role and would not accept responsibility for "maintaining some level of measured control over the ultimate size of the program." We have agreed to perform certain tasks for a specified fee. We have also included in the fee proposal our right to review the process flow in six months to assess the process. Perhaps all interested parties should convene and take the opportunity at that time to review and satisfy this concern.

We also expect STG and Bricolage to agree to certain responsibilities. They include:

***Structured Transactions Group's responsibilities:***

- pricing of options
- forward option prices on an excel spreadsheet to Private Banking pricing area for input into Global Plus
- notify Private Banking of options transactions on trade date
- notify Trade Support Team when an option expires or is knocked-out

***Bricolage's responsibilities***

- maintain accounting for Investment Partnership accounts.
- obtain intra-month account valuations from Bankers Trust InSight. In their use of such information, Bricolage must realize prices or positions obtained on InSight through the export function do not represent representations of actual prices or positions and are not considered official records of the bank. Only our monthly statements should be referred to as official bank records.
- forward letter authorizing the transfer of assets and/or cash between the Managed and Investment Partnership accounts to Worldwide Custody on a timely basis.
- notify Worldwide Custody of incoming funds.
- instruct Worldwide Custody as to the number of Investment Partnership units to be held in each Managed account.
- provide Worldwide Custody with a client letter of authorization when instructing Custody to transfer assets/cash to/from the managed account to/from the Investment Partnership Account. The documentation needed to open the managed accounts is our Worldwide Custody Agreement, an LLC Agreement or copy of the Trust Agreement, and the Partnership Agreements.

In summary, the custody product agrees to perform the tasks we understand have been asked of us and expect the Structured Transactions Group and Bricolage to deliver what we need to perform our duties (all of which are outlined in this note). If that is the case, then I approve and accept this role.

Let me know if you need anything else.

Regards,

Bill

**Original Message from Charles R Binder on 02/01:**
**Subject to adhering to my comments and in light of the fact that the last section has been accomplished with the product people in custody, I am approving the PB's participation as custodian for these transactions. I understand that the KYC process is underway and needs to be completed in order to start any trading in the accounts.**

---------------------- Forwarded by Charles R Binder on 02/01/2000 09:40 AM ---------------------------

To: Charles R Binder@Bankers_Trust, Allan Cuttle@Bankers_Trust
cc: higggins, dengler, wyman, Paul Glover@Bankers_Trust, francesco.piovanetti@db.com@HUB, Michael S Jacoby@Bankers_Trust, Mark R Westhoff@Bankers_Trust, Cari LaRose@Bankers_Trust
Subject: Approval for Execution of FX Transactions

**[Bill, my comments are in bold.]**

The Structured Transactions Group ("STG") has the opportunity to execute a number of foreign exchange ("FX") investment strategies (the "Strategies") through the DB FX desk on behalf of clients, primarily individuals, of several accounting firms (i.e. Arthur Andersen, BDO Seidman & Ernst & Young). These accounting firms are introducing Bricolage Capital, L.L.C. ("Bricolage") to their clients to promote their FX investment strategies. Clients may participate in the Strategies through either/both: 1) segregated investment accounts ("Managed Accounts") managed by Bricolage in close coordination with the Investor; or 2) discretionary investment partnerships ("Investment Partnerships") managed by Bricolage with multiple investors. It is anticipated that the clients may participate in the first part of the Strategy through a newly-created LLC of which the client is the sole member.

Strategy
Bricolage is a registered investment advisor that has devised a FX investment program which combines fundamental macroeconomic research on foreign currencies with the structuring of options that refine and enhance the risk-reward characteristics of short-term and long-term directional investment strategies. Bricolage believes that the combination of the aforementioned analytical techniques creates the opportunity for high risk-adjusted returns over time. Due to the relatively esoteric nature of the investment program, Bricolage has developed a two-step process to familiarize potential investors with Bricolage and its investment strategies. First, investors can create a Managed Account, for which Bricolage will work with the investor to develop a tailored investment program that meets the investor's risk-reward profile. Second, as the investor attains comfort with the investment strategy, he/she can enter an investment partnership and benefit from its lower fee structure and diversification.

Legal Counsel and Professional Advice to Investor
In evaluating the tax consequences to the investor of participating in the Strategies, Curtis, Mallet-Provost, Colt & Mosle ("Curtis Mallet") and potentially Arnold & Porter ("A&P") are available to provide tax opinions to the investors addressing the potential tax consequences to the investors of participating in the Strategies. In addition, the accounting firms may provide separate or concurring opinions to its clients regarding the tax consequences to the investors from participating in the Strategies.

**CB note : Every new client we accept must have been provided a tax opinion from either C+M or A+P or the respective acctg firms whose clients these are.**

DB's Role in the Strategies
DB's role in the strategies is simply executing the FX trades on behalf of the investors based upon orders given to DB by the investors, Bricolage acting on behalf of the investors through the Managed Accounts or for the Investment Partnerships managed by Bricolage. In addition to any profit the FX desk generates through the pricing on the FX trades, DB will also receive a fee for executing and processing information related to the trades. In addition, we understand that a number of other commercial and investment banks have played a similar role in executing these type of trading strategies, in significant size, on behalf of their clients .

Investor and Investment Advisor Representation Letters and Trading Confirms
Consistent with our sole role in executing the trades, we will receive representations from: 1) Bricolage that we are acting solely in our capacity of executing the trades and have no role in the marketing of any of the transactions; and 2) the investor that we are acting solely in our capacity of executing the trades, we have no role in marketing the Strategies to the investor, we have not provided any investment, legal, accounting or tax advice to the investors regarding any investment in the strategies and that the investor is represented by counsel regarding the legal consequences of their participation in the Strategies. In addition, the trading confirms will contain language which provides we have not provided any investment, legal, accounting or tax advice regarding the execution of the trades. The representation letters have been prepared by Shearman & Sterling and reviewed by the legal department (See the representation letters provided in the 1999 year end BDO Seidman trade). In addition, the legal department has reviewed the trading confirms created by the FX desk for these types of transactions (See the confirms used inthe 1999 BTAB FX trades).

Private Bank Role
The Private will open the trading accounts through which the Strategies will be executed. In addition, the Private Bank will provide information reporting to the investors based upon mark-to-market reporting provided to the Private Bank by the FX Desk. As part of the account opening process, the Private Bank will provide the "know your client" review and obtain the KYC approval to open the accounts.

**CB note: to be specific....the PB has been requested to open custody accounts not trading accounts in which will be reflected the fx positions being directed by the investment advisor, Bricolage. Trading accounts require ISDAs to be put in place for the cps under which fx trades will be executed. The advisor is to be KYC'd before we begin to open any accounts. The KYC forms are to be approved by the PB Risk Management function in conjunction withm the assistance of the Operating Risk Management Group run by Allan Cuttle. Any trading account documentation is to be approved by the Credit Function in GCI assigned to cover the STG. I understand that Credit Officer will be Paul Mchugh. The trading account docs are separate and apart from the custody docs being signed up by the PB. [just like an ISDA would be separate from a custody account doc.]**
**STG will also be responsible for insuring that the advisor Bricolage has the appropriate authorities provided to it by the account owner in a form satisfactory to the bank's legal counsel giving the advisor authority to direct the bank to make the trades that comprise the strategies.**
**The trading agreement may or may not require collateral, but that also will be determined by Paul Mchugh in Credit. It will also be GCI Credit's responsibility to evaluate the creditworthiness of the spvs set up for each client and the credit requirements attached thereto.**
**GCI Credit will also be assuming the margin monitoring role should Credit require the trades to be collateralized.**

Transactions



DB-DOJ-COBRA-00030736

We anticipate a potential market for this particular transaction through the aforementioned accounting firms to be in the $3-5 billion range with an average transaction size of approximately $25-50 million for the 2000 calendar year.

CB note: STG will be responsible for obtaining from GCI Credit any limits to be applied to the program in order to insure prudent levels of control. Individual limits per counterparty are the more practical application. However, since this is a tax oriented strategy being reccommended by an outside advisory firm to the clients of several major acctg firms, DB's involvement as cusotidan and as the fx strategy execution party, should maintain some level of measured control over the ultimate size of the program.

Approval
We met with Ted Dengler and Mike Crimmins of the New Products Committee to discuss the sign offs they would like for 2000. Based upon the fact that these trades are similar to the earlier BTAB type trades and that legal and compliance reviewed the FX desk role in those transactions, Ted and Mike have requested that we recieve sign-off from tax, compliance, legal, Private Bank and BAC. STG would like to obtain approval from you, in your respective roles for the Private Bank,for the Private Bank to provide the information reporting and account opening roles described above as part of the execution of the FX trades by DB in the aforementioned Strategies.

CB note: Bill Wyman should be signing off for the PB cusotdy product as they are being asked to provide certain reporting on the fx positions etc. I would like to know that Bill is agreeable to taking on this role and is satisfied with his ability to provide this level of reporting.
I also want to know that Paul Higgins, Head of the PB Americas, has given his final approval for the PB to be handling this type of program. After Messrs Wyman and Higgins have given their approvals, I am prepared to provide PB risk Management approval for hte PB's role here.

Best Regards,

Bill

cc: William Boyle@Bankers_Trust
Paul W Higgins@Bankers_Trust
Alfred Dengler@HUB
Paul Glover@Bankers_Trust
francesco.piovanetti@db.com@HUB
Michael S Jacoby@Bankers_Trust
Mark R Westhoff@Bankers_Trust
Cari LaRose@Bankers_Trust
Paul Mchugh@HUB
Marguerite Van Wowk@Bankers_Trust
Ann V Aziz@Bankers_Trust

DRAFT 1: 07/20/00

# CUSTOM ADJUSTABLE RATE DEBT ("CARDS") FACILITY

The Structured Transactions Group ("STG") and the Private Bank ("PB") has been developing a strong relationship with myCFO.com. myCFO.com effectively operates as a family office for wealthy high-tech entrepreneurs. The board of myCFO.com reads as a who's who of Silicon Valley (i.e. Chambers of Cisco; Clark and Barksdale formerly of Netscape; Tom Jermoluk former chairman of excite@home; and John Doerr – venture capitalist) and has enabled myCFO.com to develop a clientele of 100 entrepreneurs with an average net worth of $260 m. We are currently developing with myCFO.com a high-tech investment structure which will likely be limited to investments by members of their board. By virtue of our discussions on this structure, we have developed relationships with the most senior members of myCFO.com, which should position ourselves to generate other types of flowthrough work.

One such opportunity has arisen for us to loan into a structured transaction proposed to clients of myCFO.com by Chenery Associates Incorporated ("Chenery"). Chenery will act as the arranger of the transaction. Both Deutsche Bank and Bankers Trust has successfully participated in this transaction previously by lending into the structure. This structure differs from the earlier deals primarily by the potential ownership of LLC 2 by an individual rather than a corporation.

Strategy

The strategy involves STG, through Bankers Trust Company ("BTCo"), providing a loan denominated in Euros (the "Loan") to a newly formed special purpose Delaware limited liability company ("LLC #1"). Initially, Deutsche Bank AG (NY branch) ("DB NY") time deposits, government securities and/or other high credit quality assets will serve as collateral for the Loan (We anticipate at least 85% of the collateral to be in thew form of DB NY time deposits). LLC #1 will have the right to have another party ("LLC #2, a newly formed special purpose Delaware limited liability company") become a co-obligor on the Loan, provided that (i) the LLC #2 is acceptable to DB, (ii) LLC #2 provides acceptable collateral for the Loan and (iii) LLC #1 and LLC #2 remain liable under the Loan as joint and several obligors. The interest rate on the Loan will float based on Libor plus an appropriate credit spread. While the Loan has a stated maturity date of 30 years, it will be subject to a periodic credit spread remarketing, and in the event that the remarketing fails, LLC #1 and LLC #2 will be required to repay the Loan prior to its stated maturity date. The first remarketing date is scheduled

to be approximately one year from the date of the Loan origination. (See the attached book which more fully describes our role in financing the transaction)

**Legal Counsel and Professional Advice**
We are working with Michelle Cenis of DB legal and Akin Gump Hauer Strauss & Feld ("Akin Gump") to review DB's role executing the transaction from a legal perspective. Brown & Wood will represent the U.K individual and the related wholly owned LLC #1. Le Bouef, Lamb, Greene & McRae, L.L.P. will represent the U.S. individual and the related wholly owned LLC #2. Le Bouef, Lamb, Greene & McRae, L.L.P. will provide the U.S. individual with a tax opinion addressing the tax consequences to the U.S. individual and LLC #2 from participation in the transaction.

**DB's Role in the Strategies**
DB's role in the strategy involves making the Loan to LLC #1 and accepting time deposits from LLC #2. In addition, DB may allow LLC #2 to become a joint obligor on the Loan and to substitute collateral for the Loan with new collateral which is acceptable to DB. DB will receive an origination fee for making the Loan. In addition, DB will need to monitor the collateral provided by LLC #1 and LLC #2 to secure the Loan. Depending upon the type of collateral provided, the PB and /or Equities Division may be required to monitor the collateral or provide credit support.

**Investor and Investment Advisor Representation Letters and Trading Confirms**
Consistent with our sole role in executing the trades, we will receive representations from: 1) Chenery and myCFO.com that we are acting solely in our capacity of extending the Loan and accepting the Deposits and have no role in the marketing of any of the transactions; and 2) the Borrowers that we are acting solely in our capacity of providing the Loan and accepting the Deposit, we have no role in marketing the Strategy to the investor, we have not provided any investment, legal, accounting or tax advice to the investors regarding any investment in the strategies and that the investor is represented by counsel regarding the legal consequences of their participation in the Strategies. The representation letters have been prepared by Shearman & Sterling and reviewed by Akin Gump and the legal department (See the representation letters provided in the 1999 year end BDO Seidman trade).

**Private Bank Role**
PB will open the accounts for LLC #1 and LLC #2 to which the Loan will be made and from which the deposit and/or other securities will provide collateral for the Loan. As part of the account opening process, the PB will provide the "know your client" review and obtain the KYC approval to open the accounts. In addition, PB may act as custodian for any securities which will serve as collateral on the loan.

**Transactions**
We anticipate a potential market for lending into this particular transaction to be in the $1-2 billion range with an average transaction size of approximately $100-150 million for the 2000 calendar year.

**Approval**
We are currently in the process of obtaining approval from the following people:
Tax – John Wadsworth;
Legal – Michelle Cenis;
Credit – Paul McHugh;
Private Banking – Chuck Binder;
Compliance – Alan Cuttle;
Product Controllers – David Hogarth/Stephanie Tang;
Treasury – Donna Milrod
Operations – Steve Jankovitz
New Products – Michael Crimmins

L

DISCUSSION MATERIAL RELATING TO

# Customized Adjustable Rate Debt Facility ("CARDs")

**Bankers Trust Company**

**A Wholly-Owned Subsidiary of Bankers Trust Corporation**

**July 2000**

## Transaction Structure

# Initial Structure




- One or more individuals of the United Kingdom own 100% of the interests in a limited liability company ("LLC #1") organized under the laws of Delaware.

## Transaction Structure

# Step 1 - Leveraged Purchase of Foreign Currency




- On or about July 24, 2000 Bankers Trust Company ("BTCo") loans approximately 105 million Euros (100 million equivalent US dollars) (the "Loan") to the LLC #1 which LLC #1 uses to purchase (1) 89 million Euros foreign currency (the "Foreign Currency") (85 million equivalent US dollars) which is put on deposit with Deutsche Bank AG (NY branch) ("DB NY") (the "Deposit Account #1"). and (2) 16 million Foreign Currency (15 million equivalent US dollars) which is put on deposit with DB NY (the "Deposit Account #2"). The Foreign Currency provides collateral support for the Loan from BTCo which has a perfected security interest in the DB NY deposits. The Loan has a term of 30 years, principal payable at maturity and carries an annual coupon interest payment. The Loan is subject to a periodic credit spread remarketing arrangement under which BTCo conducts an auction of the Loan in the bank market requesting specific interest rate bids from others to assume the Loan at par. If the remarketing fails or the borrower(s) reject all bids, the borrower(s) must repay the Loan. The first remarketing date is approximately 1 year from issuance of the note (e.g., July 23, 2001).

## Transaction Structure

# Step 2(a) - Purchase of Foreign Currency Deposit by LLC #2




- On or about August 8, 2000, after at least two weeks from the initial loan, LLC #2, a single member LLC organized under the laws of Delaware owned by a U.S. individual, may acquire 16 million Euros from LLC #1 in exchange for the addition of LLC #2 as a co-obligor on the Loan. While LLC #2 is legally a co-obligor on the entire Loan, as between themselves, as part of the purchase agreement, the LLC #1 undertakes to pay only the interest on the Loan and LLC #2 undertakes to pay only the principal and any shortfall of other amounts due on the Loan.

## Transaction Structure

# Step 2(b) - New Deposit




- On or about August 8, 2000 the LLC #1 may use the proceeds from the maturity of Deposit #1 to make a new deposit with DB NY (the "Deposit #3") which matures close to the first interest remarketing date on the Loan (i.e., July 23, 2001).

## Transaction Structure

# Step 3 - Subsequent Disposition of Foreign Currency




- LLC #2 may sell the Euros from Deposit #2 in the market to purchase $U.S. dollars. The $U.S. dollars will remain as collateral on the loan and be deposited with DB NY ("Deposit #4").

## Transaction Structure

## Step 4 - Substitution of Collateral




- At some subsequent point in time, LLC #2 intends to approach BTCo to request that substitute collateral be provided (in place of the Deposit #4), such as a Security Interest in a Customer/Trading Account which contains Securities (assume that thesecurities will consist primarily of equity securities, that majority of which will be actively traded in the markets). The Customer/Trading Account may be with DB AG, another DB related entity or a third party. DB will have sole discretion in determining whether to accept the substitute collateral.
- In any event, Deposit #3 held by LLC #1 would continue to provide collateral on the Loan as well.

## Transaction Structure

# Summary of Transaction






DB-DOJ-COBRA-00030749

DB-DOJ-COBRA-00030750

Confidential

CARDS

Bankers Trust Company

10

DB-DOJ-COBRA-00030751