IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**UNITED STATES' EMERGENCY MOTION TO FILE EXHIBITS 53 THROUGH 57 OF THE GOVERNMENT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

The defendant, the United States of America, by its undersigned counsel, hereby moves the Court for an order allowing it to file Exhibits 53 through 57 of its Response to Plaintiff's Motion for Partial Summary Judgment under seal.

There is good cause for this motion insofar as the exhibits are tax returns and contain confidential information.

In light of the foregoing, the United States respectfully requests that it be allowed to file Exhibits 53 through 57 under seal.

Respectfully submitted,

s/ Dennis M. Donohue
DENNIS M. DONOHUE
Attorney of Record
Chief Senior Litigation Counsel
U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing Motion to File Exhibit G53 Under Seal with Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892