IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

________________________________

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

________________________________

**ORDER GRANTING UNITED STATES' EMERGENCY MOTION TO FILE EXHIBIT GOVERNMENT EXHIBITS 53 THROUGH 57 UNDER SEAL**

On this _______ day of _________, 2008, the Court, having heard the motion of the United States to file Exhibits 53 through 57 under seal, and having so considered such motion, finds that this motion should be GRANTED. Therefore, it is ORDERED that the United States shall file Exhibits 53 through 57 under seal.

________________________________________
THE HONORABLE EDWARD J. DAMICH
CHIEF JUDGE