# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**No. 05-231 T**
**(Chief Judge Damich)**

| | |
|---|---|
| **JZ BUCKINGHAM INVESTMENTS, LLC,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § |
| | § |
| **THE UNITED STATES OF AMERICA,** | § |
| | § |
| **Defendant.** | § |

**ORDER**

The Court hereby ORDERS that the deadlines for these motions be extended as follows:

- Defendant's Reply to Plaintiff's Response to Motion to Partially Exclude the Expert Report and Testimony of Don M. Chance (Docket Entries #155 and 166) shall be due on or before May 16, 2008.

- Defendant's Reply to Plaintiff's Response to Motion to Exclude the Expert Testimony of Melvin F. Jager (Docket Entries #157 and 165) shall be due on or before May 16, 2008.

- Plaintiffs' Reply to Defendant's Response to Plaintiff's Motion to Exclude Government Expert David LaRue (Docket Entries #158 and 164) shall be due on or before May 16, 2008.

- Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment as to the Validity of Treasury Regulation § 1.752-6 (Docket Entries #159 and 167) shall be due on or before May 16, 2008.

Signed on the _____ day of _____________________, 2008

______________________________
EDWARD J. DAMICH
Chief Judge