IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

# APPENDIX

| | | |
|---|---|---|
| Exhibit 1 | Reply Declaration of David Steiner In Support of United States' Motion To Exclude The Expert Report and Testimony of Melvin F. Jager. | Pages 001-003 |
| Exhibit 2 | Declaration of A. Lawrence Kolbe, May 16, 2008. | Pages 004-014 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

**REPLY DECLARATION OF DAVID STEINER IN SUPPORT OF UNITED STATES' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MELVIN F. JAGER**

DAVID M. STEINER, an attorney duly admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a trial attorney at the United States Department of Justice and am one of the attorneys responsible for defending the interests of the United States in this matter. I submit this declaration in support of the United States' Motion to Exclude the Expert Report and Testimony of Melvin F. Jager.

2. Pursuant to the Court's order of May 17, 2007, the parties exchanged expert reports on June 1, 2007. Plaintiff did not, at that time, serve the United States with any report by Melvin F. Jager.

3. On June 1, 2007, the United States served Plaintiff with three expert witness reports prepared, respectively, by David DeRosa, Ph.D., Lawrence Kolbe, Ph.D., and David LaRue, Ph.D. None of these reports dealt with the question of whether the COBRA tax shelter constituted any kind of intellectual property.

4. The United States requested Dr. DeRosa to give his expert opinion on the following subjects of the COBRA transaction:

PENGAD 800-631-6989
GOVERNMENT'S EXHIBIT
1

3282964.1

a. Were the offsetting options correctly priced?

b. Was there any possibility that the long options owned by the Participants and the Partnership could be exercised without the offsetting options held short by the Participants and the Partnership also being exercised?

c. Viewing the transactions objectively, did the offsetting options provide the Partnership with a reasonable possibility of achieving a non-tax profit?

d. Whether each offsetting option the Participants purchased, sold, or contributed to the Partnership represented a component element of a single transaction structure?

e. Does an analysis of the hedging transactions done by Deutsche Bank support the single transaction opinion?

f. Did the Participants achieve any non-tax business purpose in contributing the offsetting options to the Partnership, and did the Partnership have any non-tax business purpose?

I, David M. Steiner, declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2008.

s/ David M. Steiner
DAVID M. STEINER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5892

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16th, 2008, I electronically filed the foregoing Reply Declaration with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892