IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**APPENDIX**

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
| --- | --- | --- |
| 1 thru 4 | Attached to Original Chance *Daubert* Motion | n/a |
| 5 | Kolbe Reply Declaration | 2-22 |
| 6 | Kolbe Rebuttal to Chance Report, July 2, 2007 | 23-45 |