BROWN & WOOD LLP

ONE WORLD TRADE CENTER
NEW YORK, N.Y. 10048-0557

TELEPHONE: 212-839-5300
FACSIMILE: 212-839-5599

March 9, 2000

Mr. Jerry Zucker
16 Buckingham Drive
Charleston, SC 29407

Re: Investments in Foreign Currency

Dear Mr. Zucker:

You have requested our opinion regarding certain U.S. Federal income tax consequences of various investment transactions ("Transactions"), described more fully below, that Investor has made in foreign currency, directly and through the use of options.

## I. Summary of the Transactions

1. On November 23, 1999, you, through a Delaware limited liability company wholly owned by you, JZ Buckingham Investments LLC ("LLC", and you and LLC are hereinafter collectively referred to as "Investor"), entered into certain over-the-counter, non-publicly traded European style foreign currency option positions on the Euro and the Japanese Yen (the "Options") with Deutsche Bank AG New York Branch ("Bank"), an unrelated substantive counter party. Specifically, you bought digital options on (1) the Euro/U.S. Dollar exchange rate at a strike price of U.S. $1.0123 per €1.0 with an expiration date of December 22, 1999, a settlement date of December 27, 1999 and a payoff amount of $40,000,000.00, and a paid premium of $20,000,000.00 and (2 the Japanese Yen/U.S. Dollar exchange rate at a strike price of Japanese Yen 106.19 per U.S. $1.00 with an expiration date of December 22, 1999, a settlement date of December 27, 1999 and a payoff amount of $50,000,000.00, and a paid premium of $25,000,000.00 (collectively referred to herein as "Long Option"). Additionally, you sold (1) a digital option on the Euro/U.S. Dollar Exchange rate at a strike price of U.S. $1.0121 per €1.0 and received a premium of $19,000,000.00, with an expiration date of December 22, 1999, a settlement date of December 27, 1999, and a payoff amount of $37,500,000.00 and (2) a digital option on the Japanese Yen/U.S. Dollar Exchange rate at a

ZEY 000485

strike price of Japanese Yen 106.21 per U.S. $1.00 and received a premium of $23,750,000.00, with an expiration date of December 22, 1999, a settlement date of December 27, 1999, and a payoff amount of $46,875,000.00 (collectively referred to herein as "Short Option").

2. On November 24, 1999, you contributed the Options to JBJZ Partners, a South Carolina general partnership (the "Partnership") as a contribution to capital.

3. On December 22, 1999, the Partnership's Option positions terminated in accordance with their terms.

4. On various dates in December 1999, the Partnership purchased Canadian Dollars ("Foreign Currency") as an investment.

5. On December 22, 1999, you contributed 4,500 Shares of Cisco Systems Inc., which you have advised that you held for more than one year, ("Long Term Shares") to the partnership as a contribution to capital to the partnership as a contribution to capital. Also on December 22, 1999, the other partner of the Partnership contributed 500 Shares of Cisco Systems Inc., which he has advised that he had held for less than 6 months, ("Short Term Shares"). (The Short Term Shares and the Long Term Shares are hereinafter collectively referred to as ("Shares")).

6. On December 27 1999, you contributed your interest in the Partnership to JBJZ Investors, Inc. ("Corp"), a Delaware corporation in which you are a 90% shareholder, as a contribution to its capital. Simultaneously, one or more other partners of Partnership contributed such partner's interest in Partnership to Corp. Such contributors in the aggregate own 100% of the issued and outstanding shares of Corp.

7. On December 27 1999, the Partnership was dissolved and liquidated. As a distribution in liquidation of the Partnership, all of the Foreign Currency and Shares were distributed to Corp.

8. On December 28, 1999, Corp sold all of its investment in the Foreign Currency and Shares which it received upon the liquidation of the Partnership.

## II. Representations and Assumptions:

### A. Investor Representations:

For purpose of rendering our opinion, Investor has represented as follows:

1. Investor entered into the Options for substantial non-tax business reasons, including to produce an overall economic profit from the movement of foreign currency against the U.S. dollar.

2. Investor believed that Investor had a reasonable opportunity to earn a reasonable profit, in excess of all fees and transaction costs, from the transactions described herein, without regard to tax benefits.

3. Investor believed that Investor had an opportunity to make an aggregate gross return in excess of the sum of Investor's net investment in the Options and the investment advisory fee paid by Investor.

4. Investor contributed the Options to Partnership for substantial non-tax business reasons, including diversification of its portfolio without the need for additional investment, and the desire to create larger pool of capital through the involvement of other investors.

5. Investor will not hedge its risks with respect to the Options with Bank.

6. Investor uses the U.S. dollar as Investor's functional currency.

7. Whether and when Investor terminated Investor's investment in Partnership was within Investor's sole discretion and control.

8. There existed no understanding, agreement, obligation, or arrangement pursuant to which any of the parties described herein committed to undertake all or any of the transactions described above upon the happening of any other transaction, except to the extent that Investor (and Partnership as transferee of Investor) and Bank were contractually obligated to perform under the Options in accordance with their stated terms.

9. Investor has reviewed the description of the transactions contained herein and such description is accurate and complete, and there are no pertinent facts relating to the Transactions that have not been set forth in such description.