ZEY000177

BROWN & WOOD LLP
ONE WORLD TRADE CENTER
NEW YORK, N.Y. 10048-0557
TELEPHONE: 212-839-5300
FACSIMILE: 212-839-5599

March 9, 2000

Mr. James G. Boyd
3520 Bohicket Road
Johns Island, SC 29455

**Re: Investments in Foreign Currency**

Dear Mr. Boyd:

You have requested our opinion regarding certain U.S. Federal income tax consequences of various investment transactions ("Transactions"), described more fully below, that Investor has made in foreign currency, directly and through the use of options.

## I. Summary of the Transactions

1. On November 23, 1999, you, through a Delaware limited liability company wholly owned by you, JGB Bohicket Investments LLC ("LLC", and you and LLC are hereinafter collectively referred to as "Investor"), entered into certain over-the-counter, non-publicly traded European style foreign currency option positions on the Euro (the "Options") with Deutsche Bank AG New York Branch ("Bank"), an unrelated substantive counter party. Specifically, you bought a digital option on the on the Euro/U.S. Dollar exchange rate at a strike price of U.S. $1.0123 per €1.0 with an expiration date of December 22, 1999, a settlement date of December 27, 1999 and a payoff amount of $10,000,000.00, and a paid premium of $5,000,000.00 ("Long Option"). Additionally, you sold a digital option on the Euro/U.S. Dollar Exchange rate at a strike price of U.S. $1.0121 per €1.0 and received a premium of $4,750,000.00, with an expiration date of December 22, 1999, a settlement date of December 27, 1999, and a payoff amount of $9,375,000.00 ("Short Option").

2. On November 24, 1999, you contributed the Options to JBJZ Partners, a South Carolina general partnership (the "Partnership") as a contribution to capital.

ZEY 000177

3. On December 22, 1999, the Partnership's Option positions terminated in accordance with their terms.

4. On various dates in December 1999, the Partnership purchased Canadian Dollars ("Foreign Currency") as an investment.

5. On December 22, 1999, you contributed 500 Shares of Cisco Systems Inc., which you have advised that you had held for less than 6 months, ("Short Term Shares") to the partnership as a contribution to capital. Also on December 22, 1999, the other partner of the Partnership contributed 4,500 Shares of Cisco Systems Inc., which such partner has advised that he had held for more than one year, ("Long Term Shares") to the partnership as a contribution to capital. (The Short Term Shares and the Long Term Shares are hereinafter collectively referred to as ("Shares")).

6. On December 27 1999, you contributed your interest in the Partnership to JBJZ Investors, Inc. ("Corp"), a Delaware corporation in which you are a 10% shareholder, as a contribution to its capital. Simultaneously, one or more other partners of Partnership contributed such partner's interest in Partnership to Corp. Such contributors in the aggregate own 100% of the issued and outstanding shares of Corp.

7. On December 27 1999, the Partnership was dissolved and liquidated. As a distribution in liquidation of the Partnership, all of the Foreign Currency and Shares were distributed to Corp.

8. On December 28, 1999, Corp sold all of its investment in the Foreign Currency and Shares which it received upon the liquidation of the Partnership.

## II. <u>Representations and Assumptions:</u>

### A. <u>Investor Representations:</u>

For purpose of rendering our opinion, Investor has represented as follows:

1. Investor entered into the Options for substantial non-tax business reasons, including to produce an overall economic profit from the movement of foreign currency against the U.S. dollar.