**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § § § § | |
| **Plaintiff,** | § | **Case No. 05-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § § | |
| **United States of America,** | § § | |
| **Defendant.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO CORRECT DOCKET ENTRY NO. 174**

Plaintiff JZ Buckingham Investments, L.L.C., ("Plaintiff"), hereby moves this Court for leave to correct the filing of its Sur-Reply:

1. On May 16, 2008, Plaintiff filed with this court a Sur-Reply in the above styled case.

2. Plaintiff intended to submit the filed pleading as a Reply, rather than a Sur-Reply.

3. Plaintiff believes it is necessary and desirable to correct this filing to reflect its proper nature.

4. Counsel for Plaintiff has contacted counsel for Defendant, who advised that Defendant does not oppose the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted, and that the Court correct Docket Entry No. 174 to designate the filed Sur-Reply as Plaintiff's Reply Motion to the United States' Response to its Motion to Exclude Government Expert David LaRue.

Respectfully submitted,

By: s/Joel N. Crouch __
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

On this the 16th day of May, 2008, counsel for Plaintiff contacted counsel for the United States, David Steiner, regarding the relief sought in this Motion. Counsel for the United States stated that they do not oppose the granting of this Motion.

s/Anthony P. Daddino

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, a copy of the foregoing Unopposed Motion for Leave to Correct Docket Entry No. 174 was served upon counsel listed below via electronic means.

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq.
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N.Crouch