IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Court, having considered the United States' Motion for Leave to File a Sur-Reply, and any response thereto, finds that the motion should be GRANTED.

SO ORDERED:

____________________________
CHIEF JUDGE DAMICH

Dated ______________