IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-231 T
(Chief Judge Damich)

---

JZ Buckingham Investments LLC as Tax Matters Partner
of JBJZ Partners, a South Carolina general partnership,

Plaintiff,

v.

United States of America,

Defendant.

---

# NOTICE OF RELEVANT JUDICIAL DECISION

**PLEASE TAKE NOTICE THAT** on May 28, 2008, the United States District Court for the Southern District of Indiana granted a Motion of the United States for Leave to File a Sur-Reply to Plaintiffs' Reply to the United States' Opposition to Plaintiffs' Motion for Partial Summary Judgment in *In re COBRA Tax Shelters Litigation*, 05-9727 (S.D. Ind.), which is virtually identical to the motion of the United States in this matter, DE #178, presently pending before this Court.

Respectfully submitted,

s/ Dennis M. Donohue

DENNIS M. DONOHUE
Attorney of Record

U.S. Department of Justice - Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6492

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2008, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joel N. Crouch
Texas State Bar No. 05144220
Meadows, Owens, Collier, Reed
Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

s/ David M. Steiner
David M. Steiner
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-5892