**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments, LLC, as Tax Matters Partner of JBJZ Partners, A South Carolina general partnership,** | § | |
| **Plaintiff,** | § | **Case No. 05-231 T** |
| | § | **Chief Judge Edward Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO CORRECT DOCKET ENTRY NO: 127**

Plaintiff JZ Buckingham Investments, L.L.C. ("Plaintiff") hereby moves this Court for leave to correct an exhibit to its previously-filed Motion to Compel:

1. On November 2, 2007, Plaintiff filed with this Court a Motion to Compel Non-Party Jenkens & Gilchrist to Produce Certain Information Pursuant to this Court's Opinion of August 9, 2007 ("Motion to Compel") in the above styled case.

2. Plaintiff had previously served two subpoenas on Jenkens & Gilchrest, and mistakenly attached to its Motion to Compel a copy of the subpoena that did not relate to its motion.

3. Plaintiff believes it is necessary and proper to correct this mistake in filing, and requests that the Court substitute the originally-filed subpoena with the proper subpoena attached hereto as Exhibit A.

4. Counsel for Plaintiff has contacted counsel for Defendant, who advised that Defendant does not oppose the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted, and that the Court Correct Docket Entry No: 127 by substituting the originally-filed subpoena with the subpoena attached hereto as Exhibit A.

Respectfully submitted,

By: s/Joel N. Crouch ____
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On June 16, 2008, counsel for Plaintiff contacted counsel for the United States, David Steiner, regarding the relief sought in this Motion. Counsel for the United States stated that they do not oppose the granting of this Motion.

s/Anthony P. Daddino

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, a copy of the foregoing Unopposed Motion to Correct Docket Entry No. 127 was served upon counsel listed below via electronic means.

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq.
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N. Crouch