**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JZ Buckingham Investments LLC as Tax Matters Partner of JBJZ Partners, a South Carolina general partnership,** | § | |
| | § | **CASE NO. 05-231 T** |
| **Plaintiff,** | § | **Chief Judge Edward J. Damich** |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**NOTICE OF RELEVANT JUDICIAL DECISION**

PLEASE TAKE NOTICE THAT on July 8, 2008, the Massachusetts federal district court in *Fidelity Internat'l Currency Advisor A Fund, LLC v. United States*, Case No. 05cv40151-FDC, issued a ruling that is relevant to a matter pending before this Court.

The district court limited the expert testimony of David LaRue. *See* Ex. A, 13:1–15:7. LaRue intended to offer—as he purports to offer here—testimony on the manner in which the transactions were reported on the relevant tax returns and whether that reporting was designed to reduce or minimize the actual or perceived risk of detection and audit by the IRS. The court expressed concern over LaRue's use of the word "design" and thusly excluded his testimony on intent: "I'm going to permit him to testify in general terms as to the effect, or likely effect, of how the transaction was reported, but not to the *purpose* of how it was reported" (emphasis added)." *Id*. at 14: 21-24.

The judge presiding over the *Fidelity* case, Judge Saylor, issued these rulings from the bench during a status conference. A copy of the status conference transcript is attached as Exhibit A.

Respectfully submitted,

By: s/Joel N. Crouch
Joel N. Crouch
Texas State Bar No. 05144220

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

jcrouch@meadowscollier.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2008, a copy of the foregoing Notice was served upon counsel listed below via electronic means.

Dennis Donahue
John Lindquist
David M. Steiner
United States Department of Justice
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044

Joseph Pitzinger, Esq.
Jonathan Blacker, Esq.
United States Department of Justice
Tax Division
717 North Harwood
Suite 400
Dallas, Texas 75201

***Attorneys for the United States***

s/Joel N. Crouch
Joel N. Crouch